# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **ERIE MOORE, JR., ET AL.** | * | **CIVIL ACTION NO. 16-1007** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **LaSALLE CORRECTIONS, INC., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation [Doc. No. 98] is correct,

**IT IS ORDERED** that the Motions to Dismiss [Doc. No. 84] filed by defendant, Trooper Jason Hanemann, be GRANTED, and that Plaintiffs' claims against Trooper Hanemann under 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE. Fed. R. Civ. P. 12(b)(6).

**IT IS FURTHER ORDERED** that Plaintiffs' remaining state law claims against Trooper Hanemann are DISMISSED WITHOUT PREJUDICE, for lack of subject matter jurisdiction.

MONROE, LOUISIANA, Louisiana, this 18th day of May, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE