| RICHWOOD CORRECTIONAL CENTER<br>Policy and Procedures | Policy Number<br>105 | Page(s)<br>1 |
|---|---|---|
| Chapter<br>Independent Financial Audits | Related Standards<br>BJG VII-B-003 | |
| Subject<br>Independent Financial Audits | | |

**PURPOSE**

To state the Warden's Policy regarding Financial Audits at Richwood Correctional Center.

**POLICY**

It is the policy of Richwood Correctional Center that an independent financial audit of the facility will be conducted annually.

The Parent Company will contract for these services, and will provide adequate appropriations to the facility budget for such an audit.

Warden

3-3-11
Date

EXHIBIT B

| RICHWOOD CORRECTIONAL CENTER<br>Policy and Procedures | Policy Number<br>109 | Page(s)<br>1 |
|---|---|---|
| Chapter<br>Staff Training | Related Standards<br>BJG VII-A-001 | |
| Subject<br>Staff Training | | |

## PURPOSE

To state the Warden's Policy regarding staff training at Richwood Correctional Center.

## POLICY

It is the policy of Richwood Correctional Center that all new employees successfully complete a training program, which includes orientation appropriate to their job, before assuming their post or position. Such training will include security procedures, hostage procedures – including staff roles and safety, fire and emergency procedures, suicide precaution and signs of suicide risks, use of force policies, and inmate rules and regulations and requirements of the Prison Rape Elimination Act (PREA).

For Security staff, all POST training requirements, including CPR and first aid, will be met. The facility will coordinate with a POST-certified training instructor who will provide the required training, as well as in-service, and remedial training, if needed.

Each employee's training information will be maintained in their personnel files.

Warden

3-11-19

Date

EXHIBIT C

| RICHWOOD CORRECTIONAL CENTER<br><br>Policy and Procedures | Policy Number<br><br>138 | Page(s)<br><br>1 |
|---|---|---|
| Chapter<br><br>Monthly Reporting Facilities w/100 or more DOC Offenders | Related Standards<br><br>BJG VII-B-008 | |
| Subject<br><br>Monthly Reporting | | |

## PURPOSE

To state the Warden's policy regarding Monthly Reporting at Richwood Correctional Center.

## POLICY

It is the policy of Richwood Correctional Center to report to the Chief of Operations on monthly basis offenders previous month's activities before the 20th day of each month. These reports will be submitted on reporting forms provided by the DPS&C.

Warden

3-5-14

Date

EXHIBIT

P

| RICHWOOD CORRECTIONAL CENTER<br>Policy and Procedures | Policy Number<br>111 | Page(s)<br>1 |
|---|---|---|
| Chapter<br>Written Records/Logs | Related Standards<br>BJG II-A-006 | |
| Subject<br>Logs & Reports | | |

## PURPOSE

To state the Warden's policy regarding Logs and Reports at Richwood Correctional Center.

## POLICY

It is the policy of Richwood Correctional Center that the Control Center Officer will maintain a permanent written log, which continuously documents personnel on duty, offender population, admissions/releases, entry/exit of all visitors, shift activities, and unusual occurrences, plus counts, records of exercise and meals, and other entries as directed.

Prior to the end of EACH shift, the Shift Supervisor on duty will prepare a written summary of the shift activities and forward it to the Chief of Security. The Chief of Security will review and make written comments (if needed), and forward to the Warden.

Warden

3-4-14

Date

EXHIBIT E