UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ERIE MOORE, JR., ET AL.** | **CASE NO. 3:16-CV-01007** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LaSALLE CORRECTIONS, INC., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

Considering the foregoing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Dismiss [Doc. No. 210] is **GRANTED**. All claims and causes of action filed herein against Defendants Nathaniel Lambright and Johnny Holyfield, and any derivative claims or causes of action against Defendant Sheriff Jay Russell which arise out of the acts of Nathaniel Lambright and Johnny Holyfield, are hereby **DISMISSED WITH PREJUDICE**, with each party bearing their own costs.

**Monroe, Louisiana,** this 27th day of January, 2020.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**