Jeremy Runner
August 30, 2017

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION
* * * * * * * * * * * * * * * * * * *
ERIE MOORE, JR., TAMARA GREEN
AND TIFFANY ROBINSON

VERSUS                    CIVIL ACTION NO. 3:16-CV-01007
                          JUDGE ROBERT G. JAMES
                          MAGISTRATE JUDGE KAREN L. HAYES
LaSALLE CORRECTIONS, INC.,
ET AL.
         CONSOLIDATED FOR DISCOVERY PURPOSES ONLY WITH:
LARA J. WHITE

VERSUS                    CIVIL ACTION NO. 3:16-CV-011405
                          JUDGE ROBERT G. JAMES
                          MAGISTRATE JUDGE KAREN L. HAYES
LaSALLE CORRECTIONS, INC.,
ET AL.

* * * * * * * * * * * * * * * * * * * *

DEPOSITION OF

JEREMY CHRISTOPHER RUNNER

August 30, 2017

* * * * * * * * * * * * * * * * * * * *

Taken At Office Of:

    Duke Copeland Court Reporters
    111 Hudson Lane, Suite A
    Monroe, Louisiana 71201

* * * * * * * * * * * * * * * * * * * *

Reported By:

        MARGARET ANN COPELAND
        CERTIFIED COURT REPORTER
        CERTIFICATE NO. 92160
        PARISH OF OUACHITA
        STATE OF LOUISIANA

---

2

APPEARANCES:

        FOR ERIE MOORE, JR., TAMARA GREEN AND
        TIFFANY ROBINSON:

            MR. NELSON W. CAMERON
            ATTORNEY AT LAW
            675 Jordan Street
            Shreveport, Louisiana 71101

        FOR LaSALLE MANAGEMENT, ET AL:

            PROVOSTY, SADLER, deLAUNAY,
              FIORENZA & SOBEL
            Post Office Box 1791
            Alexandria, Louisiana 71309-1791
            appearing herein by and through
            Mr. H. Bradford Calvit and
            Mr. John D. Ryland

        FOR LaKAYE HAMILTON:

            MR. W. MARK McKEE
            ATTORNEY AT LAW
            Post Office Box 1628
            Columbia, Louisiana 71418

        FOR LARA J. WHITE AND FAMILY:

            MR. PATRICK R. JACKSON
            MR. DAVID B. NOLES
            ATTORNEYS AT LAW
            4442 Viking Drive, #100
            Bossier City, Louisiana 71111

---

3

1  Via Telephone:   FOR CITY OF MONROE:

2

3

4                  MS. NANCI SUMMERSGILL

5                  MONROE CITY ATTORNEY

6                  Post Office Box 123

7                  Monroe, Louisiana 71210-0123

8

9

10

11

12

13  ALSO PRESENT:        Erie Moore, Jr.

14                  Tiffany René Robinson

15                  Catherine Moore

16                  Tamara Green

17                  Ray Hanson, Warden

18                  Danielle Walker

---

4

1              INDEX OF EXHIBITS

2                              Page No.

3  18 - Discipline Reports . . . . . . . . . . . . .  35

4  19 - On The Job Training Checklist. . . . . . .  37

5  20 - Annual Employee Evaluation . . . . . . . .  49

6  21 - Subpoena . . . . . . . . . . . . . . . . . .  52

7  22 - Employee Termination Checklist . . . . . . .  55

8  23 - Unusual Occurrence Report. . . . . . . . . .  117

9

---

1  (Pages 1 to 4)

EXHIBIT 7

5

```
 1          STIPULATIONS

 2      It is stipulated and agreed between counsel that this

 3   deposition of JEREMY CHRISTOPHER RUNNER is taken pursuant to

 4   Notice by counsel Eric Moore, Jr., Tamara Green and Tiffany

 5   Robinson, and may be used for all purposes permitted by the

 6   Federal Rules of Civil Procedure.  All objections, except as

 7   to the form of the question and responsiveness of the answer,

 8   are reserved until such time as the deposition is offered and

 9   introduced into evidence.

10          * * * * * * * * * * * * * * * * * * *

11      The witness, JEREMY CHRISTOPHER RUNNER, was advised of

12   his right to read and sign this deposition, and he elected to

13   exercise that right.
```

6

```
 1      JEREMY CHRISTOPHER RUNNER, being first duly sworn,
 2   testified as follows:
 3          * * * * * * * * * * * * * * * * * * *
 4          MR. CAMERON:  Mr. Runner, my name is Nelson
 5      Cameron and I represent the family of Eric
 6      Moore, Sr., in this case.  I'll ask you a few
 7      questions, a little bit about your background,
 8      what you know or may not know about this case.
 9      If I ask you a question and you don't
10      understand what it is I'm trying to ask you,
11      just ask me to rephrase, reword or explain the
12      question before you answer it.  Okay.
13      WITNESS:  Yes, sir.
14          MR. CAMERON:  Because I want to make sure you
15      understand the question before you answer it.
16      Okay?  You understand.
17      WITNESS:  Yes, sir.
18          MR. CAMERON:  And it's kind of a rule here in
19      depositions, we ask that the witness provide
20      verbal responses so that we know what it is
21      you're saying.  Nods of the head, shakes of
22      the shoulder, things like that, they don't get
23      picked up by the court reporter.  Okay?
24      WITNESS:  Yes, sir.
25          MR. CAMERON:  You understand you are under
```

7

```
 1      oath just like you would be in a court of law?
 2      WITNESS:  Yes, sir.
 3          MR. CAMERON:  Also, I ask that you allow me to
 4      finish my question before you start to answer
 5      it so we're not talking on top of each other
 6      and you've hear the whole--the whole question
 7      and--and you understand the whole question.
 8      Okay?
 9      WITNESS:  Yes, sir.
10          MR. CAMERON:  If you do answer a question I
11      have to assume that you've understood the
12      question.  Is that fair enough?
13      WITNESS:  Yes, sir.
14          MR. CAMERON:  All right.
15   EXAMINATION BY MR. CAMERON:
16      Q   The first thing I need for you to do is to state
17   your full legal name.
18      A   Jeremy Christopher Runner.
19      Q   And what is your current residential address?
20      A   106 Elmhurst Circle, Unit C.
21          COURT REPORTER:  What was that last part?  I'm
22      sorry.  You and--
23      WITNESS:  Unit C, like in--
24          COURT REPORTER:  Unit C.  Thank you.
25      Q   Okay.  Is that in Monroe?
```

8

```
 1      A   Yes, sir.  71203.
 2      Q   And where are you currently employed?
 3      A   Swanson Center for Youth.
 4      Q   And what is your job title there?
 5      A   I'm a JJS-2, Juvenile Specialist.
 6      Q   Juvenile Specialist 2?
 7      A   Yes, sir.
 8      Q   All right.  And when did you start working at
 9   Swanson?
10      A   About a year and a half ago.
11      Q   That would have been in the year 2015 or 2016?
12      A   2016.  Beginning of 2016, in Jan- --January.
13      Q   All right.  Okay.  And before you worked at Swanson
14   Correctional Center where is it that you worked?
15      A   Richwood Correctional.
16      Q   And what was your last day at Richwood
17   Correctional?
18      A   I don't remember.
19      Q   Was that like in November 2015?
20      A   It was in December sometime.
21      Q   December.  All right.  And you started at Richwood
22   January 2015?  Does that sound right?
23      A   Yes, sir.
24      Q   What was your rank at the time you left Richwood?
25      A   CO.
```

2  (Pages 5 to 8)

Jeremy Runner

August 30, 2017

9

1    Q  And is that what you were hired in as, as a
2  correctional officer?
3    A  Yes, sir.
4    Q  What were your duties as a correctional officer at
5  RCC?
6    A  Maintaining-- Making sure everything was running--
7  running right, making sure inmates don't, you know, fight
8  each other and to protect.
9    Q  All right. That's one of your job functions, to
10  protect the inmates from each other and then the inmate--
11    A  And-- Yes, sir.
12    Q  All right. ·
13        MR. CALVIT: And if you-- You can answer his
14    whole-- Say yes or no, and if you want to
15    answer his question further you can.
16        WITNESS: Yes, sir.
17        MR. CALVIT: If you just want to say--
18        MR. CAMERON: Yeah.
19        MR. CALVIT: --yes or no, that's fine, too.
20        WITNESS: Yes, sir.
21        MR. CALVIT: Because you kind of tailed off.
22        MR. CAMERON: Right; right.
23        MR. CALVIT: So--
24    Q  And we'll get back to that protecting part. So
25  you're protecting inmates from one another. Do you also have

10

1  a job function to protect an inmates from themselves?
2    A  Yes, sir.
3    Q  Did you ever perform any functions as a booking
4  officer?
5    A  No, sir.
6    Q  Did you ever perform the functions of someone who
7  does intake screening?
8    A  No, sir.
9    Q  All right. What's-- Who was your immediate
10  supervisor when you were first hired at RCC?
11    A  As a lieutenant?
12    Q  Well, whoever your immediate supervisor was.
13    A  My lieutenant was Hardwell.
14    Q  All right. And he was your immediate supervisor
15  when you left?
16    A  Yes, sir.
17    Q  All right. Now, going back to Swanson, who
18  currently is your immediate supervisor?
19    A  Victor Gardner.
20    Q  And what is his rank or job description?
21    A  He's my supervisor. He's-- He's a group leader.
22  That's what we call them up at Swanson, group leader.
23    Q  Uh-huh (yes).
24        COURT REPORTER: Victor Gardner?
25        WITNESS: Yes, ma'am.

11

1        COURT REPORTER: Thank you.
2    Q  Uh-huh (yes). While working at Swanson have you
3  received any form of discipline there?
4    A  Un-huh (no).
5        MR. CALVIT: Yes or no.
6    A  No.
7        MR. CALVIT: Thank you.
8    Q  While working at RCC did you receive any discipline
9  there?
10    A  No.
11    Q  Are you sure about that?
12    A  As in--?
13        MR. CALVIT: If you need him to explain the
14    question, you can ask him--
15    A  Yes. Could you--
16        MR. CALVIT: --to explain it.
17    Q  Well, did you get wrote up for anything?
18    A  Yeah, I did.
19    Q  Okay.
20    A  Being late. That was it.
21    Q  Being late?
22    A  Well, being late.
23    Q  Okay. Before working at RCC where is it that you
24  worked?
25    A  That was it. I was coming out of school. I played

12

1  football.
2    Q  All right. What school?
3    A  Grambling State.
4    Q  All right. What years did you attend Grambling
5  State?
6    A  2012, '13 and '14.
7    Q  Did you graduate?
8    A  Yes, sir.
9    Q  What degree did you get?
10    A  Criminal justice.
11    Q  All right. And what kind of degree was it?
12    A  Bachelor's.
13    Q  All right. Where else as an adult after graduating
14  from Grambling have you worked at?
15    A  That was it. Richwood and Swanson.
16    Q  Did you apply at any other place to work after
17  graduating from Grambling other than Richwood?
18    A  When I got Swanson, I became a counselor at
19  Behavior Health Center in Delhi, Louisiana, working with
20  kids.
21    Q  Okay. And what time period did you do that?
22    A  In May 2015 till, I want to say, December.
23    Q  So you were working-- Were you working two jobs
24  then?
25    A  (Affirmative nod.)

3  (Pages 9 to 12)

Jeremy Runner
August 30, 2017

13

1    Q    Yes?
2    A    Yes, sir.
3    Q    Okay. How many hours were you putting in as a
4    counselor the Delhi Behavioral--
5    A    I was part-time.
6    Q    All right. So that--
7    A    So that was like eighteen hours at the most.
8    Q    What were your--your hours? I know it was eighteen
9    hours a week, but what days a week were you working?
10   A    Whenever I--
11   Q    Did--
12   A    I made my own schedule.
13        All right. Were there certain days a week that you
14   were trying to work?
15   A    It just went off how my schedule was at Swanson.
16   Q    Uh-huh (yes). Any other jobs you held besides this
17   one at Delhi Behavioral while working at Richwood?
18   A    While working at Richwood?
19   Q    Yeah.
20   A    No. I worked only at Richwood when I was working
21   at Richwood. That was the only job I had, Richwood.
22   Q    Okay. Well, maybe I'm confused. While you were
23   working at Richwood did you work as a counselor?
24   A    No. That's while I was doing Swanson.
25   Q    Just at Swanson? Okay.

14

1    A    Yeah. That's recent.
2    Q    So it would have been maybe not May 2015, but May
3    2016?
4    A    2016. Yeah.
5    Q    Okay. What is your date of birth?
6    A    03/16/1991.
7    Q    And do you know your Louisiana driver's license
8    number?
9    A    No. No, sir.
10   Q    Do you have it on you?
11   A    It's in my truck.
12   Q    Okay. Maybe we can get that later. That will be
13   okay?
14   A    Yes, sir.
15   Q    All right. Now, I under- -- You attended some
16   training through the Morehouse Parish Sheriff. Is that
17   right?
18   A    Yes, sir.
19   Q    And that was in June of 2015?
20   A    I don't remember.
21   Q    Okay. Do you recall how many weeks or days you
22   attended training at Morehouse?
23   A    I don't remember.
24   Q    Was it less than a month or--
25   A    I don't remember.

15

1    Q    --more than a week? Okay.
2    A    I don't remember.
3    Q    You don't remember anything about it?
4    A    Well, I remember the training, but all-- I can't
5    remember how long it was.
6    Q    Uh-huh (yes).
7    A    It was pretty big-- It was long enough.
8    Q    The training that you received at Morehouse, was
9    the training-- Were you like stationed on the premises the
10   whole time of the training or did you travel back and forth
11   to your training?
12   A    We was on cam- -- Not campus, but on the premises.
13   Q    You stayed on the premises?
14   A    Not the whole time. We went different-- Went to
15   academies or whatever. Shooting ranges and--and--different
16   trainings.
17   Q    Okay. What I'm trying to understand is did you
18   travel to training--
19   A    Yeah. We traveled.
20   Q    --every day?
21   A    Yeah; yeah. We traveled.
22   Q    No. Let me rephrase. Did you travel from the
23   place you slept every night to training or did you stay
24   bivouac right there on the premises--
25   A    We went from home--

16

1    Q    --where training took place?
2    A    --to the training.
3    Q    Right.
4    A    And then whatever else we went to from the
5    training.
6    Q    Uh-huh (yes). I'm going to need to ask you a
7    little bit about the training. Did you receive any training
8    in the field of suicide prevention?
9    A    Yes, sir.
10   Q    Did you receive any training in defensive tactics?
11   A    Yes, sir.
12   Q    What did you learn how to--to take-- If you wanted
13   to a-- If you had to take an inmate down to the ground from
14   a standing position what tactic did you learn to do that?
15   A    Not to be too aggressive.
16   Q    All right. Did you learn anything like an arm bar
17   takedown method?
18   A    I can't remember.
19   Q    Did you learn anything like a sweep method?
20   A    Explain. Could you explain it to me?
21   Q    I only know the title. I can't-- I can't train
22   you in it.
23   A    Right. Well,--
24   Q    It's a sweep method.
25   A    I can't remember.

4   (Pages 13 to 16)

17

1   Q   All right.
2   A   I'm still stuck on Swanson training.
3   Q   All right. So going back to suicide prevention,
4   did you learn anything about the signs of an individual who
5   may be wanting to commit suicide or harm themselves?
6   A   Yes, sir.
7   Q   Tell me about that.
8   A   Far as the inmates or where I work at juveniles?
9       MR. CALVIT: I-- I-- He's asking back then.
10      MR. CAMERON: Yeah.
11      WITNESS: Oh.
12      MR. CAMERON: Okay. Let me rephrase the
13   question.
14      MR. CALVIT: Yeah. I'm sorry.
15      MR. CAMERON: I'll rephrase the question.
16   Q   While you were at Morehouse Parish Sheriff in your
17   training and you learned about suicide prevention, and you
18   told me that you learned about that then, at that location
19   what did you learn are some of the signs of an individual or
20   inmate/prisoner who might be desiring to commit suicide?
21   A   Well, one, the inmate would come and tell you if
22   he's suicidal or not.
23   Q   Okay. So he'll voice that to you?
24   A   Yes.
25   Q   Okay. Other-- Any other signs?

18

1   A   That's about it.
2   Q   That's it?
3   A   Yes. Far as I know.
4   Q   All right.
5       MR. CALVIT: Go ahead and complete your
6       sentence. I mean, I'm not instructing you how
7       to answer, but you started to say something
8       and you stopped. If you want to complete the
9       sentence, go ahead if-- I'm just saying for
10      clarity of the record if you start a sentence,
11      finish it.
12      WITNESS: Yeah.
13      MR. CALVIT: Okay.
14   Q   Do have anything else you want to add?
15   A   That was just it. By voice. He-- He may come up
16   and tell you if he's suicidal or not.
17   Q   Did you receive any-- While at the Morehouse
18   Parish Sheriff, receive any training in the field of any
19   medical assistant, first aid, anything such as that?
20   A   Yes, sir.
21   Q   Tell me about that.
22   A   CPR.
23   Q   Okay. You learned CPR?
24   A   Yes, sir.
25   Q   Okay. Any other medically-related information that

19

1   you learned at Morehouse?
2   A   I can't remember. I just know CPR was the main
3   one.
4   Q   Did you learn anything about brain injury at
5   Morehouse Parish Sheriff when you were--
6   A   I can't remember.
7   Q   Okay. Now, you in- --you indicated that in
8   defensive tactics were told not to be too aggressive.
9   Explain that a little bit to me.
10  A   Just be able to take down an inmate with not using
11  too much force.
12  Q   Well, so you don't inflict injury on the inmate?
13  A   Yeah. Don't want to just cause any just, you know,
14  injur- --injuries.
15  Q   Uh-huh (yes). Now, at Richwood Correctional
16  Center, talking about-- Did you receive any additional
17  training there?
18  A   I don't know what you mean.
19  Q   At Richwood Correctional Center did you receive
20  training on the premises? Not talking about Morehouse now,
21  I'm talking about on the premises of Richwood.
22  A   We went through the train- -- Yeah. We went
23  through some training on premises.
24  Q   All right. Was that on-the-job training? Did that
25  include on-the-job training?

20

1   A   On-the-job training and then-- Yeah; yeah.
2   On-the-job training.
3   Q   Was there any classroom style training on the
4   Richwood premises?
5   A   Yes, sir.
6   Q   In what areas did you receive the classroom style
7   training?
8       MR. CALVIT: Did you say physical areas or
9       tac- --topics?
10      MR. CAMERON: Subject.
11      MR. CALVIT: Topics?
12      MR. CAMERON: Subject areas. Yes.
13      MR. CALVIT: Okay.
14  A   Yes. Topics then. We had topics. And then we
15  went on on-the-job training.
16  Q   Yes, sir. I'm just trying to see if you can tell
17  me what topics you covered in the classroom style training at
18  Richwood.
19  A   Just the main points of, you know, observing the
20  inmates.
21  Q   Uh-huh (yes). Any other subjects?
22  A   That's the main thing, observing the inmates.
23  Q   All right. Did you receive any additional
24  defensive tactics training on the premises at Richwood?
25  A   I can't remember on that one.

5  (Pages 17 to 20)

Jeremy Runner
August 30, 2017

21

1    Q   Do you recall if you received any additional
2    training on the premises at Richwood in the field of suicide
3    prevention?
4    A   I can't remember.
5    Q   Did you remember any training on the premises of
6    Richwood regarding the policies of Richwood?
7    A   Yeah.  We always go through policies.
8    Q   Okay.  When you say you "always," what--what do you
9    mean by that?
10   A   It was-- It was in-- They always was big on
11   policy.
12   Q   Okay.
13   A   Yes.
14   Q   How would they--
15   A   Just anywhere you go.
16   Q   --be big on policies?  Tell me about that.
17   A   They're just going to keep putting it in your brain
18   about the policies, how to follow the policies.
19   Q   Okay.  And when would y'all talk about policies?
20   A   Every-- Every time we go briefing.
21   Q   Briefing?
22   A   Yeah.  During briefing and--
23   Q   Okay.  And when would the briefings take place?
24   A   Before shifts.
25   Q   So you're saying every day you went to work--

22

1    A   They keep--
2    Q   --talked about a policy?
3    A   Yeah.  That's all they kept talking about.
4    Q   All right.  And who is it that would brief you
5    every day about policies?
6    A   The lieutenant.
7    Q   Is this Hardwell?
8    A   Yes, sir.
9    Q   All right.  Any other times that you would receive
10   any kind instruction regarding Richwood policies besides at
11   the briefing?
12   A   Well, that was it.
13   Q   And how long would the briefing take?
14   A   We had to be there earlier than when the shift
15   started, so about ten or fifteen minutes.
16   Q   Okay.  And who-- And I know Hardwell would be
17   there, and would the other members of your shift be--
18   A   Yeah.  The whole shift.
19   Q   Whole shift.  All right.
20   A   Whole shift members.
21   Q   And during this briefing were you standing,
22   sitting?
23   A   We would sit.
24   Q   All right.  And did you-- When you were talking
25   about the policies in the briefing, are the actual--were you

23

1    provided a copy of the policy?
2    A   He would just keep voicing it and sometimes he
3    would give us copies just to keep us refreshed on it.
4    Q   Do you still have any of these policies?
5    A   No.  No, sir.
6    Q   Where did you keep the policies at once you
7    received the copy?
8    A   In my house.
9    Q   Okay.  And do you know what policies you actually
10   received?
11   A   Well, no, sir.  I can't remember.
12   Q   So how often is it that you would actually get a
13   policy during one of these briefings?
14   A   It wasn't like just getting a policy every
15   briefing.  He would just keep banging us on it, "Learn your
16   policies, know your policies like homework.  You know, go
17   home and study your policies like homework."
18   Q   Were you ever tested on your knowledge of the
19   policies?
20   A   Sometimes.
21   Q   What--
22   A   It wasn't like in a test.  It was just like just he
23   would--they'll ask a question to see if you do know a little
24   bit of something about the policies.
25   Q   How often would that happen?

24

1    A   It-- It was often, but I can't remember how often
2    it was.
3    Q   I want to go to a different subject talking about
4    your--your uniform, you equipment that you wore while you
5    were a CO at Richwood.  Did you have kind of audio recording
6    equipment on your person?
7        MR. CALVIT:  Tape recorder.
8    A   No.
9    Q   Uh-huh (yes).  Did you have any kind of video cam,
10   anything like that on your body when you were working there?
11   A   No.  No, sir.
12   Q   What defensive weapons would you carry with you
13   when you were working at Richwood?
14   A   None.
15   Q   Uh-huh (yes).
16   A   A key.
17   Q   All right.  Yeah.  Did you have any like chemical
18   spray?
19   A   No, sir.
20   Q   All right.  Did you ever use chemical spray while
21   you worked at--
22   A   No, sir.
23   Q   --Richwood?
24   A   No, sir.
25       MR. CALVIT:  Let him finish the question.

6  (Pages 21 to 24)

25

```
1      WITNESS: Yes, sir.
2      MR. CALVIT: Just-- And answer-- Wait till--
3      MR. CAMERON: Yeah.
4      MR. CALVIT: He knows-- He knows where he's
5    going, you think you know where he's going so
6    you're answering.
7      MR. CAMERON: Uh-huh (yes).
8      MR. CALVIT: And he could change it.
9      WITNESS: Yes, sir.
10     MR. CALVIT: Not that he's tricky. So just
11   let him finish the question--
12     MR. CAMERON: Yeah.
13     MR. CALVIT: --and then answer. Don't
14   interrupt him.
15     MR. CAMERON: That's right.
16     WITNESS: Yes, sir.
17     MR. CAMERON: That's what I was talking about
18   in the beginning. Just allow me to finish the
19   question before you try to answer it. That
20   way you will fully understand the question.
21     WITNESS: Okay.
22     MR. CAMERON: All right.
23   Q   Okay. So if you--if you felt chemical spray was
24 warranted to be used how would you go about requesting
25 chemical spray?
```

26

```
1      A   It's not in my command.
2      Q   You'd go to your lieutenant--
3      A   Yeah.
4      Q   --or your sergeant?
5      A   Yeah. My lieutenant the only one who has the
6  spray.
7      Q   All right. Like Sergeant Williams, he didn't
8  have--
9      A   No.
10     Q   --spray?
11     A   No. The sergeants don't have any sprays.
12     Q   Okay. Do you know if there are different levels of
13 spray, like there's some that are more potent than other
14 kinds of spray?
15     A   I don't know. I don't know--know about that.
16     Q   All right. Typically speaking, when you came to
17 work at Richwood what time would you arrive at work?
18     A   5:45.
19     Q   And what was your routine as far as reporting to
20 work?
21     A   I don't understand the question.
22     Q   What-- What would you normally do? You got there
23 at 5:45, then you would go do what?
24       The brief.
25     Q   Go to a briefing?
```

27

```
1      A   Yes.
2      Q   All right. And when you attend the briefing you
3  are fully dressed and ready to perform the duties?
4      A   Yes, sir.
5      Q   All right. And where did the briefing take place?
6      A   I don't know what they call it no more. I haven't
7  been in Richwood in a--in a while.
8      Q   All right. And once the briefing is completed
9  after that ten, fifteen minutes, what do you do?
10     A   Go in and start the shift.
11     Q   All right. And the briefing, it'd last ten or
12 fifteen minutes. Right?
13     A   Until about 5:56 or something like that, 5:55.
14     Q   Okay. I'm not quite understanding what you're
15 trying to tell me.
16     A   Like 5:55, it--it'd be over by then.
17     Q   Oh, I see.
18     A   And just go to work at 6:00.
19     Q   So may more like ten minutes.
20     A   Uh-huh (yes).
21     Q   Is that correct?
22     A   Yes, sir.
23     Q   And in the briefing what kind of things are--are
24 done?
25     A   Just explaining what happened on the previous shift
```

28

```
1  and what to look for and how to go about, you know, on--on
2  our shift.
3      Q   And is there a role taken to see who's here and
4  who's not here, that kind of thing?
5      A   Yes.
6      Q   And who--who takes the-- Is it-- How is the roll
7  done? Just-- Just kind of tell how the roll was done.
8      A   The lieutenant tells you where you're going. Like
9  he would say I--I was working Unit 1 and 2.
10     Q   Uh-huh (yes).
11     A   And he was telling me to go to that unit, work
12 those units, and then he'll tell whoever else where to work
13 or work 5 and 6 control or 3 and 4 control or work release,
14 stuff like that.
15     Q   I see. So the lieutenant, he calls out the
16 assignments?
17     A   Yes.
18     Q   Okay. Besides exchanging information from the
19 previous shift and doing the roll call, anything else done
20 during briefing?
21     A   No, sir.
22     Q   Okay. Let's see. Have you ever been taught as a
23 part of the use of force policy with Richwood that you're not
24 to--you--to avoid using force on a inmate who is exhibiting
25 any kind of mental illness?
```

Duke Copeland Court Reporting
(318)387-2889

```
                                    29                                                    31
 1    A  I don't recall.                              1     A  Yes. If they want to comply.
 2    Q  Okay. You say it could, but you just don't   2     Q  If they're wanting to what?
 3  remember?                                          3     A  Comply.
 4    A  I don't remember that.                        4     Q  Okay. And how do you determine if the inmate wants
 5    Q  You don't remember being told that?           5  to comply?
 6    A  I just don't remember.                         6     A  I don't. I'm a CO.
 7    Q  Uh-huh (yes). Have you ever been taught that even  7  Q  Somebody else does that?
 8  at Swanson, that if there's an inmate who's mentally ill  8  A  Yes, sir.
 9  you're not to--you are to avoid using force on that person?  9  Q  And who is that somebody else?
10    A  Un-huh (no).                                 10     A  It was a higher rank.
11        MR. CALVIT: Was that a yes or a no?          11     Q  Okay. Could be a sergeant or a lieutenant?
12    A  No.                                           12     A  Yeah.
13    Q  At Richwood Correctional Center was there a policy  13  Q  While working at Richwood were you disciplined by
14  in the suicide prevention that persons with a substantial  14  having a one-day reduction in pay?
15  mental condition are to be screened by a mental health  15  A  Yes.
16  professional?                                       16     Q  And earlier you told me you only had been wrote up
17    A  I don't know.                                 17  for being late. Right?
18    Q  You don't know about that?                    18     A  Yeah.
19    A  Un-huh (no).                                  19     Q  Okay.
20    Q  All right. Have you ever heard of the Americans  20  A  That was the deduction.
21  with Disabilities Act?                             21     Q  Did you get wrote up also for saying some
22    A  No.                                           22  sexualized comments to a female inmate?
23    Q  Are there-- From time to time at Richwood are  23      WITNESS: It's in my report?
24  there inmates who exhibit disabilities either where they  24      MR. CAMERON: Sir?
25  can't see, can't speak or can't hear, anything such as that?  25   MR. CALVIT: Yeah. He has your personnel--

                                    30                                                    32
 1    A  I don't recall those type of inmates.          1         WITNESS: It's in my report?
 2    Q  You do not?                                    2         MR. CALVIT: He has your personnel file.
 3    A  No.                                            3         Under the law--
 4    Q  Okay. Do you-- As a correctional officer at    4         WITNESS: Yeah.
 5  Richwood did you have access to intake questionnaires for  5  MR. CAMERON: Right.
 6  inmates who were being processed into Richwood?     6         MR. CALVIT: --he's entitled to it.
 7    A  Could you repeat the question?                 7         WITNESS: Yeah. He-- He has it, so--
 8    Q  Sure. As a correctional officer did you have   8         MR. CAMERON: Yes, sir. Okay.
 9  access to information about newly processed inmates so you  9  Q  Why didn't you tell me about that earlier?
10  could look at their intake screenings or something like that?  10  A  You asked--
11    A  No, sir.                                      11     Q  Sir?
12    Q  Have you ever looked at an intake questionnaire for  12  A  Nothing.
13  any inmate who was processed in?                   13     Q  Are you not wanting to tell the truth here?
14    A  No, sir.                                      14     A  That is the truth. You've got that paperwork.
15    Q  Have you ever had--can recall ever being in a  15  Q  Yes, sir. But you told me something different
16  situation where you have an inmate who's processed in who's  16  earlier.
17  immediately sent to a lockdown cell without being fully  17  A  Just--
18  processed?                                          18         MR. CALVIT: Are you arguing with him or
19    A  No. Not DOC.                                  19  asking a question?
20    Q  How about a city inmate like that?            20         MR. CAMERON: I'm asking a question.
21    A  City. City inmates, but not DOC.              21         MR. CALVIT: What was the question?
22    Q  Okay. Now, talking about the city inmate who is  22  Q  The question is why did you not tell me about this
23  brought in but not fully processed through the booking, do  23  earlier?
24  you have any--did you have times when you'd have to bring  24  A  You asked me did I get any write-ups. I said yes.
25  that inmate back up to booking to finish the processing?  25  Q  All right. I'm going to show you RCC/Runner 36,
```

8  (Pages 29 to 32)

33

1 and ask you if you recognize this document?
2 (WITNESS PERUSES DOCUMENT.)
3   A  Yes.  I remember that.
4   Q  I'm sorry?
5   A  Yes.  I remember that,--
6   Q  All right.
7   A  --seeing it in there.
8   Q  And this is RCC/Runner 38.  Is that your
9 handwriting?
10        MR. CALVIT:  Just read through it.  He's
11        asking you to--to look at that and tell him if
12        that's your handwriting, your report.
13 (WITNESS PERUSES DOCUMENT.)
14   A  Yeah.  That's my handwriting.
15   Q  All right.  And in this document you--you admit
16 saying those things to the female inmate?
17        MR. CALVIT:  He's asking if that's what the
18        document says.
19   A  That's saying it right there.  It's-- It's--
20        MR. CALVIT:  Okay.  Just yes or no.  Is that
21        what the document--
22   A  Yes.  That's what the document's saying.
23   Q  Okay.  And in connection with these unsolicited
24 comments you made did you meet with a Dr. Robert Hanser of
25 Richwood Correctional Center?

34

1        MR. CALVIT:  Just take a look at the document
2        if you need to refresh your memory.
3   Q  Do you want to see?
4 (WITNESS PERUSES DOCUMENT.)
5   A  Yes.
6   Q  All right.  And what-- In connection with these
7 comments, listed comments that you made, were you found in
8 violation of Rule 13(b), malfeasance-aggravated?
9   A  Yeah.
10        MR. CALVIT:  Do you need to refresh your
11        memory?
12   Q  Is that correct?
13 (WITNESS PERUSES DOCUMENT.)
14   A  Yes.
15   Q  All right.
16        MR. CAMERON:  I'm going to attach
17        RCC/Runner 30, 32, 36 and 38.
18        MR. CALVIT:  I'd like to take a break.
19        (To witness):  Step outside for a second.
20        (To Mr. Nelson):  If you're-- If you're
21        finished.
22        MR. CAMERON:  I don't want to take a-- I
23        don't want to take a break.
24        MR. CALVIT:  I do.
25        MR. CAMERON:  Why?

35

1        MR. CALVIT:  Because he's agitated and I want
2        to--
3        WITNESS:  Yeah.
4        MR. CALVIT:  --speak to my client.
5        MR. CAMERON:  All right.  Okay.  Just for a
6        minute.
7 (OFF RECORD.)
8        MR. CAMERON:  Just for a little housekeeping,
9        "Exhibit 18" is RCC/Runner 32, 30, 36 and 38.
10        MR. CALVIT:  And so we're going with the
11        concept that all of the exhibits are numbered
12        sequentially throughout discovery depositions?
13        MR. CAMERON:  (Affirmative nod.)
14        MR. CALVIT:  That's fine.
15        MR. CAMERON:  Yes; yes.
16        MR. CALVIT:  That's fine.
17        MR. CAMERON:  That's the way I-- That's the
18        way I work it.
19        MR. CALVIT:  That's fine.
20        MR. CAMERON:  That's the way-- Usually most
21        of the scheduling orders have that in it.
22 EXAMINATION BY MR. CAMERON, continuing:
23   Q  Anyway, back to a question to you, Mr. Runner.  I'm
24 going to go back to your employment history a little bit.  I
25 had noticed on a--on an application that you said you worked

36

1 for the City of Monroe.  Is that accurate?
2   A  Yeah.  That was back in--when I was at Grambling.
3   Q  Okay.  So you were a student then?
4   A  Yes.
5   Q  And what is it you were doing for the city at that
6 point?
7   A  Swimming pool.
8   Q  Swimming pool?  Okay.  Like a lifeguard?
9   A  Lifeguard.  Yeah.
10   Q  Okay.  All right; all right.  Let's see.  As a
11 correctional officer at Richwood did you have to from time to
12 time create reports?
13   A  UORs.
14   Q  Okay.  You did UORs?
15   A  Yes.
16   Q  And that a unusual occurrence report?
17   A  Yes.
18   Q  Did you also have to generate any other kind of
19 reports besides a UOR?
20   A  I don't know what you mean.
21   Q  Did you ever have to generate a use of force
22 report?
23   A  Yes.
24   Q  Uh-huh (yes).  Okay.  Any other kind of reports
25 that you might have to generate during the course of your

37

1 duties at Richwood Correctional?
2    A   Just those UORs, finding contraband and all that.
3    Q   Okay. All right. Did you receive some training on
4 how to complete the reports?
5    A   Yes.
6    Q   All right. And--
7    A   Well, not training. Just through the lieutenant
8 showing me--showing me how to do it.
9    Q   All right. So it was on- --on-the-job training
10 then. Right?
11   A   Yes.
12   Q   Okay. Now, I'm going to show you another document
13 that's RCC/Runner 12 and 13. And this is a new employee
14 staff development and OJT training checklist.
15   A   Yeah.
16   Q   And I just want to show this to you and see if you
17 recognize your initials on there and your signature on the
18 second page.
19 (WITNESS PERUSES DOCUMENT.)
20   A   Yeah.
21   Q   All right. So this is an accurate copy of the
22 on-the-job training that you received?
23   A   Yes.
24   Q   Okay.
25       MR. CAMERON:  I'll make this "#19."

38

1           COURT REPORTER:  Okay.
2           MR. CAMERON:  And that's Runner--
3           MR. CAMERON:  12 and 13. All right.
4           MR. CALVIT:  What were the pages on "18"? I
5 didn't get that.
6           MR. CAMERON:  30, 32, 36, 38.
7           MR. CALVIT:  30, 32, 36 and 38?
8           MR. CAMERON:  Correct.
9           MR. CALVIT:  Okay.
10   Q   Let's see. All right. And were you trained in
11 connection with filling out a UOR to put all the significant
12 facts that are involved in the situation?
13   A   Yes.
14   Q   All right. Have you-- During the time you worked
15 at Richwood Correctional Center did you ever go through
16 anything that might be called refresher training? That would
17 be something where a superior says, "Well, you didn't do this
18 quite right. We need to get you some more training and make
19 sure you do it right the next time."
20   A   Yes.
21   Q   In connection with what?
22   A   More on searches.
23   Q   All right. And what was it that the--your superior
24 said that may not have been done correctly?
25   A   Just said just keep--make sure you keep doing

39

1 searches, get better at doing searches.
2    Q   Finding other places where things might be
3 hidden,--
4    A   Yes.
5    Q   --that kind of thing?
6    A   Like in the on the toilets and--
7    Q   Uh-huh (yes).
8    A   --inside toilets, stuff like that.
9    Q   All right. Did you ever receive any refresher
10 training on use of force?
11   A   No.
12   Q   Now, we talked about the incident with the female
13 inmate. Any other times that you've been written up for
14 anything to do with your job there at Richwood?
15   A   Yes. I've been written up many times.
16   Q   All right. Now, here's one that-- Tell me what
17 comes to our mind first.
18   A   Just I've been written up many times.
19   Q   You can't recall the--substance?
20   A   It was minor things, but it wasn't major.
21   Q   All right. What are some of the minor things
22 you're talking about?
23   A   I can't remember all of that.
24   Q   All right. And were you-- Was your pay suspended
25 on any of these minor things that you were written up for?

40

1    A   Yes.
2    Q   And can you give me an example of what you're
3 talking about?
4    A   What I was written up for?
5    Q   Yes.
6    A   Being late.
7    Q   Okay. Being late. All right.
8    A   And the incident you--you saw.
9    Q   Right. Okay. Anything else that you can recall?
10   A   Being late. That was it.
11   Q   Yeah. Well, you've already told me about that.
12   A   Yeah. That was just the main thing was going on
13 me.
14   Q   All right.
15   A   It's just-- It was-- I got written up for so much
16 till--
17   Q   Uh-huh (yes). Do you remember anything about a
18 mouse?
19   A   I got written for so much.
20   Q   Okay. Yeah. Okay.
21       MR. CALVIT:  Well, he asked you about do you
22       remember about a mouse.
23   Q   Yeah.
24   A   Yes.
25   Q   Okay.

Jeremy Runner
August 30, 2017

41

1          MR. CALVIT: Okay.
2     Q   What was that about?
3     A   Just-- Don't remember.
4     Q   Excuse me?
5     A   Don't remember.
6     Q   Put-- Then you put a mouse on a cooler of some
7  sort, a dead mouse? Isn't that correct?
8     A   Not a dead mouse.
9     Q   Oh, it was not a dead mouse?
10    A   No.
11    Q   It was a live mouse?
12    A   It was-- Yeah. It was just-- It was on a sticky
13 thing.
14    Q   Oh. A mouse that had got caught on a mousetrap?
15    A   Uh-huh (yes).
16         MR. CALVIT: Yes or no?
17    A   Yes.
18    Q   All right. And whose cooler did you put it on?
19    A   It was in one of the units.
20    Q   Uh-huh (yes). Now, was this-- Why did you put the
21 mouse on the cooler in the unit?
22    A   Huh?
23    Q   Why did you put the mouse on the cooler in the
24 unit?
25    A   I don't remember.

42

1     Q   Anything like that-- Putting another live mouse on
2  a cooler in the unit, anything like that happen before that?
3     A   I don't remember.
4     Q   Was this some kind of a prank against another
5  correctional office or what?
6     A   I don't remember.
7     Q   Had you done anything like that to an inmate, pull
8  a prank like that?
9     A   No.
10    Q   Have you ever filed for unemployment compensation?
11    A   No.
12    Q   Outside the write-ups and the one refresher--the
13 refresher training about searches, have you ever been
14 verbally reprimanded by any of your superiors about any--any
15 of your conduct there at RCC or the way you did your job?
16         MR. CALVIT: Do you understand that question?
17         WITNESS: I-- He's asking did I get
18         recommended?
19         MR. CALVIT: No.
20         MR. CAMERON: Reprimanded.
21         MR. CALVIT: That-- Do you know what
22         reprimanded means?
23         WITNESS: No.
24         MR. CAMERON: Oh, okay. Let me-- I'll--
25         I'll rephrase it.

43

1     Q   Have you ever been verbally counseled, talked to by
2  your superior outside the refresher training you're talking--
3  you talked to me--told me about, about something that you
4  didn't get wrote up for, said, "I'm not going to write you up
5  for this, but I want to tell you this"?
6     A   Yes.
7     Q   Can you give me some examples of that.
8     A   I really-- I got talked to, you know, about how
9  to-- I don't remember. I got talked to about a lot of
10 things.
11    Q   Okay. Have you ever served in the military?
12    A   No, sir.
13    Q   All right. Outside of your Louisiana driver's
14 license do you hold any kind of professional or business
15 certificate or license that might let you do some kind of
16 specialized work?
17    A   No, sir.
18    Q   So I know you've got a CPR license or certificate.
19    A   Yes.
20    Q   Any-- Anything else medically like you--you've
21 ever had in the past?
22    A   No, sir.
23    Q   Do you currently belong to any professional
24 organizations regarding corrections, like the American
25 Correctional Association, anything such as that?

44

1     A   No, sir.
2     Q   Have you ever belonged to any professional
3  organizations associated with corrections?
4     A   No, sir.
5     Q   Do you subscribe to any books, magazines,
6  pamphlets, anything like that,--
7     A   No, sir.
8     Q   --associated with corrections? Have you ever sued
9  anybody?
10    A   No, sir.
11    Q   Have you ever been sued outside of this lawsuit?
12    A   No, sir.
13    Q   How did you first learn that you had been named in
14 this lawsuit?
15    A   I was contacted by my lawyer.
16         MR. CALVIT: Stop.
17    Q   Yeah. You don't have to tell what your attorney--
18 You found out through Richwood that you had been sued? Is
19 that how you found out?
20    A   Yes.
21    Q   Okay. In other words, you didn't--you didn't get
22 anything in the mail or get a personal delivery of the
23 lawsuit?
24    A   I don't remember.
25    Q   All right. Have you ever been arrested?

11  (Pages 41 to 44)

Jeremy Runner
August 30, 2017

45

1    A    No, sir.
2    Q    And you're not currently under indictment. Right?
3    A    No, sir.
4    Q    Uh-huh (yes). Have you ever filed a claim with any
5    kind of administrative agency?
6    A    I don't-- I don't understand your question.
7    Q    Well, it could be--it could be unemployment, could
8    be worker's compensation, it could be discrimination,
9    anything such as that.
10   A    No.
11   Q    Uh-huh (yes). Have you ever testified before in a
12   court of law?
13   A    No.
14   Q    Have you ever given a deposition like what we're
15   doing right now?
16   A    No, sir.
17   Q    Now, I've asked you if you've been sued or you
18   sued. I want to know if you've ever been involved in a
19   lawsuit like-- It could be a divorce, could be bankruptcy,
20   could be anything like that.
21   A    No, sir.
22   Q    When did you learn that you are going to be
23   testifying today?
24   A    About a month ago.
25   Q    All right. And I understand you just--you got off

46

1    of work at 6 a.m. this morning?
2    A    Yes, sir.
3    Q    Does that fact-- Is that hinder--hindering you or
4    interfering with your ability to remember and participate?
5    A    Somewhat, but I'd rather keep going. Go on and get
6    it over with.
7    Q    Excuse me?
8    A    Somewhat, but I'll keep going.
9    Q    All right. So all these times you've told me you
10   don't remember things, is that because you're tired or is
11   that--
12   A    No. It's just because it was so long ago.
13   Q    All right. Did you review any papers or documents
14   or films, photographs, anything like that, to help refresh
15   your memory for today?
16   A    I just listened to my audio.
17   Q    All right. And that's your--the statement you gave
18   to the Ouachita Parish deputies?
19   A    Yeah. Yes.
20   Q    That statement, did you give it the--the night of
21   the incident?
22   A    Yes.
23   Q    And who all-- Who was present at the time you gave
24   your statement?
25   A    I don't remember.

47

1    Q    I'll ask you like this. When you were giving your
2    statement to the deputies, they're present. Right? I mean,
3    you've got two deputies--
4    A    Yes.
5    Q    --there. Right? You've got yourself there.
6    Anybody else in the room that you're aware of?
7    A    I don't remember.
8    Q    Okay. Was there anything about that night that you
9    feel would have interfered with your ability to tell the
10   deputies what happened?
11   A    Could you repeat?
12   Q    Sure. Anything about your condition the night you
13   gave your statement to the deputies that would have
14   interfered with your ability to recall and give accurate
15   information to the deputies?
16   A    No.
17   Q    All right. Are you married?
18   A    No, sir.
19   Q    Do you have any children?
20   A    Yes, sir.
21   Q    How many children have you got?
22   A    Two.
23   Q    What are their ages?
24   A    I've got a three-year-old and a newborn, six--six
25   weeks.

48

1    Q    Okay. Are you engaged or anything?
2    A    No, sir.
3    Q    Do you belong to any social organizations? I'm
4    talking about-- It could be-- It could be a club, like a
5    workout club, you know, or a gym, anything such as that?
6    A    No.
7    Q    Do you have any hobbies?
8    A    Yes.
9    Q    What hobbies do you have?
10   A    Football.
11   Q    All right. What position did you play at
12   Grambling.
13   A    Running back.
14   Q    In October 2015, when you were working at Richwood
15   Correctional Center, were you in good physical health?
16   A    Yes.
17   Q    Have you discussed this lawsuit with anyone outside
18   of Swanson-- Oh, let me rephrase. Have you discussed this
19   lawsuit with anyone outside of Richwood Correctional Center?
20   A    No.
21       MR. CALVIT:  Or me.
22       MR. CAMERON:  Oh, yeah.
23       MR. CALVIT:  Yeah.
24   Q    Or your attorney.
25   A    Or--

12   (Pages 45 to 48)

Jeremy Runner
August 30, 2017

49

```
1    Q   Right.
2        MR. CALVIT:  Right.
3    Q   Okay.  You haven't talked to this law- --about any
4    of the facts of this lawsuit with a family member or a
5    friend, anything like that?
6    A   No.
7    Q   Okay.  Okay.  I want to-- Just a minute.  Let me
8    see here.  Okay.  I'm going to show you one more document out
9    of your personnel file, and this is an annual employee
10   evaluation dated in November 2015.  And I'm just ask- --
11   It's RCC/Runner 24.  I just ask you if you recall--if that's
12   an accurate copy of that?
13   (WITNESS PERUSES DOCUMENT.)
14   A   Yes.  Yes, sir.
15   Q   Did-- Who-- Who's the evaluator on this, the
16   reviewer?  Do you know who that is?
17   A   Lieutenant Hardwell.
18   Q   Okay.  Did he explain to you why your policy and
19   procedure commitment was only fair?
20   A   I don't remember.
21   Q   All right.  Did Lieutenant Hardwell explain to you
22   why he rated you fair in working relations to fellow
23   officers?
24   A   I don't remember.
25       MR. CAMERON:  I'll mark this as "Exhibit 20."
```

50

```
1        COURT REPORTER:  Thank you.
2    MR. CALVIT:  And that was page 24?
3        COURT REPORTER:  Yes, sir.
4    MR. CALVIT:  Thank you.
5    MR. CALVIT:  You want some coffee.
6    WITNESS:  Yes.  It's cold in here.
7    MR. CALVIT:  He'd like some coffee.  Do you
8    mind--
9        COURT REPORTER:  Off record?
10   MR. CALVIT:  --taking a break so I can get him
11   a cup of coffee?
12   MR. CAMERON:  sure.
13   (OFF RECORD - MS. DANIELLE WALKER ENTERS DEPOSITION.)
14   EXAMINATION BY MR. CAMERON, continuing:
15   Q   Okay.  All right.  Mr. Runner, you understand
16   you're still under oath to tell the truth?
17   A   (No response.)
18   Q   Yes?
19   A   Yes.
20   Q   You understand?
21   A   Yes, sir.
22   Q   I want to ask, did you ever receive a subpoena to
23   be here for your deposition?
24   A   Yes.  Through somebody-- It wasn't a deputy.  It
25   was--
```

51

```
1    Q   Uh-huh (yes).
2    A   He had on overalls.  I don't know his name.
3    Q   Okay.
4        MR. CALVIT:  Was that you, Patrick?
5        MR. JACKSON:  I think so.  Yeah.
6    Q   All right.  Okay.
7    A   It wasn't him.  It was an older fellow.
8        MR. JACKSON:  I mean,--
9        MR. CALVIT:  Well, somebody working him.
10       MR. JACKSON:  Yes.
11       WITNESS:  Oh.
12   Q   Okay.  You didn't receive--
13       MR. CALVIT:  Your overall days are behind you?
14       MR. JACKSON:  They're behind me.
15   Q   Did you receive anything in the mail, a subpoena in
16   the mail?
17   A   Yes.
18   Q   You did?
19   A   Also.
20   Q   All right.  And is your apartment number 103?
21   A   106.
22   Q   106?  Okay.  But it's Unit C, Apartment 106?
23   A   Yes, sir.
24   Q   All right.  Did you receive a subpoena in which you
25   were asked to produce some documents?
```

52

```
1    A   I don't think so.  No.  I don't think so.
2    Q   No?
3    A   I probably did, but I-- I didn't-- I don't know--
4        MR. CALVIT:  If you don't remember, you don't
5    remember.
6        WITNESS:  Yeah.
7    A   I don't remember.
8    Q   Well, I'm just going to show you this subpoena and
9    ask if you recognize it.
10   (WITNESS PERUSES DOCUMENT.)
11       MR. CALVIT:  Take your time, flip through it.
12   A   No.  I don't remember getting a subpoena like this.
13   Q   You don't remember getting that?  All right.
14       MR. CAMERON:  We'll-- I'll go ahead and just
15   mark it so we know what he looked at.
16   MR. CALVIT:  Sure.
17       MR. CAMERON:  Mark it as "Exhibit 21."
18       COURT REPORTER:  Yes, sir.
19       MR. CAMERON:  All right.  All right.
20       MR. CALVIT:  If you'd like, we could consider
21   that a Request for Production to him--
22   MR. CAMERON:  Yes.
23       MR. CALVIT:  --and we'll respond appropriately
24   under the law.
25       MR. CAMERON:  Okay.
```

13  (Pages 49 to 52)

---

53

1        MR. CALVIT: If that would be--
2        MR. CAMERON: That would be satisfactory.
3        MR. CALVIT: Okay.
4        MR. CAMERON: Thank you.
5        MR. CALVIT: Okay.
6    Q   Let me just ask you, in your personal possession or
7    control, that means, you know, that you know where to--under
8    your personal control do you have any employee handbooks from
9    either LaSalle Correctional or Richwood Correctional Center?
10   A   No. They got-- When I got the flood-- I got
11   flooded out last year,--
12   Q   Uh-huh (yes).
13   A   --my apartment.
14   Q   All right. So do you have anything from your
15   employment with Richwood?
16   A   Not them with Richwood no more.
17   Q   All right.
18       MR. CALVIT: Does that satisfy your request or
19       do you want me to respond in writing that it
20       got flooded?
21       MR. CAMERON: No; no. That'll be fine.
22       MR. CALVIT: Okay.
23       MR. CAMERON: I just--
24   Q   Let's see. I'm going to show you another document
25   and it's RCC/Runner 15.

---

54

1        MR. CALVIT: And that was "21"?
2        MR. CAMERON: "21."
3        COURT REPORTER: "21."
4    Q   15, and it's an employee termination checklist.
5    And it says date of termination is 12/16/15. Is that the
6    accurate date for your termination?
7    A   I don't remember a date. I just know it was in
8    December.
9    Q   All right.
10   A   So--
11   Q   And were--
12   A   --it must be.
13   Q   Were you terminated--
14       MR. CALVIT: Hang on a second.
15       (To witness): Are you looking at the
16       letter?
17       (To Mr. Cameron): I'm sorry. You can
18       ask whatever you want, but I think he's
19       reading the letter.
20       WITNESS: Yeah. I'm--
21   (WITNESS PERUSES DOCUMENT.)
22   A   Termination.
23       MR. CALVIT: Do you mind if I ask him a
24       question?
25       MR. CAMERON: Yeah; yeah. I--

---

55

1        MR. CALVIT: Have you ever seen that document
2        before?
3        MR. JACKSON: Go, Nelson.
4        WITNESS: No.
5        MR. CALVIT: Okay. Thank you.
6        WITNESS: They just told me I was fired.
7    Q   Okay. All right. The question I've got to you is
8    were you terminated for any other reason other than the
9    treatment of the female inmate?
10   A   I don't know.
11   Q   All right.
12       MR. CALVIT: Female inmate?
13       MR. CAMERON: Right. The one where he--
14       WITNESS: It was a female inmate.
15       MR. CAMERON: --he said some sexual things to.
16       MR. CALVIT: Okay. Oh, okay.
17       MR. JACKSON: The one that he--
18       MR. CALVIT: Yeah. I'm sorry. I-- I didn't
19       put it together. I'm real slow this morning.
20       MR. CAMERON: All right.
21       COURT REPORTER: Is that "Exhibit 22"?
22       MR. CAMERON: Yes, ma'am.
23       COURT REPORTER: Okay.
24       MR. CAMERON: Right.
25   Q   And in preparation for your deposition today did

---

56

1    you have an opportunity to meet with your attorney?
2        MR. CALVIT: That's me or John.
3    A   Could you repeat the question?
4    Q   In preparation for your deposition today did you
5    have the opportunity to meet with your attorney?
6    A   Yes. I met with them.
7    Q   All right.
8        MR. CALVIT: And when was that?
9        WITNESS: A couple-- When I came.
10       MR. CALVIT: Okay.
11   Q   Today?
12   A   Yes.
13   Q   All right. And a month ago, when you found out you
14   were going to be depose today, did you get an opportunity to
15   visit with anybody, an attorney, then?
16   A   No.
17   Q   Between a month ago and this morning did you reside
18   at the same location you've always resided at?
19   A   No.
20   Q   You changed locations?
21   A   Yes. Because I got flooded.
22   Q   Oh, okay. I thought that was--you said it was last
23   year. I'm sorry. You got flooded when?
24   A   That March. It was in March when a big flood came
25   through Monroe.

---

14   (Pages 53 to 56)

Jeremy Runner

August 30, 2017

57

1    Q    March of this year?
2    A    This past year.
3         MR. CALVIT:  What year--
4    A    The past year.
5         MR. CALVIT:  What year?
6    A    The big flood happened.
7         MR. CALVIT:  All right.
8    Q    I don't know-- Was that last year, in 2016?
9    A    Remember when the big flood happened?
10   Q    Yes, sir.
11        MR. CALVIT:  He doesn't remember that.  He's
12   asking you if you--
13   Q    Yeah.
14        MR. CALVIT:  --know the date.  If you don't
15   know the date, tell him.
16   A    No.
17   Q    Okay.
18   A    I don't.
19   Q    Let me-- Let me rephrase.  I thought you indicated
20   that you learned a month ago about you--your testimony to
21   take place here today.
22   A    With the sub- --subpoena that was sent to my house.
23   Q    Yes, sir.  Okay.  So since a month ago from today
24   and today, between those to two times, have you resided at
25   the same address?

58

1    A    Oh, yes.  Yes, sir.
2    Q    All right.  Okay.  Now, I want to go to the events,
3    you know, October 12th and 13th of 2015.  Okay?  You follow
4    me?
5    A    (No response.)
6    Q    You're with me?
7    A    Yes.
8    Q    All right; all right.  What do you recall the first
9    time-- Let me rephrase.  You-- Erie Moore, Sr., is one of
10   the inmates who died in lockdown 7. `You understand that?
11   A    And killed the other guy.  Yes.  I understand.
12   Q    Okay.  What evidence do you have the Erie Moore,
13   Sr., killed Vernon White?
14   A    It was on-- It was on video.
15   Q    I'm sorry?
16   A    On camera.
17   Q    Okay.  You were able to see the beating--a
18   beating--
19   A    Yes.
20   Q    --on camera?
21   A    Yes.  You could see stomping, him stomping at the
22   inmate.
23   Q    Okay.  You can see Erie Moore, Sr.'s, feet make
24   contact with Vernon White?
25   A    You can see motions of him lifting up his foot

59

1    and--
2    Q    Uh-huh (yes).
3    A    --stomping it to his face.
4    Q    All right.  Let's go back.  So you know-- You know
5    who I'm talking about when I saw Erie Moore, Sr.?
6    A    Yeah.  The bigger guy.
7    Q    All right.  What-- The first time you saw Erie
8    Moore, Sr., tell me about that.
9    A    The guy was saying that he was God.
10   Q    Okay.  He was saying he was God?
11   A    Yeah.
12   Q    And where were you at at the time?
13   A    I was coming down the hall.  I could hear him
14   through the--the lockdown cell he was in.  He was already in
15   lockdown when we came on shift.
16   Q    All right.  So the first time that you had some
17   contact with Erie Moore, Sr., did you--were you able to see
18   him or you just heard him?
19   A    Heard him.
20   Q    Okay.  Tell me about the first time you saw Erie
21   Moore, Jr.--Sr.  Excuse me.
22   A    In a lockdown cell?
23   Q    Wherever it is.
24   A    Yeah.  I just--
25   Q    The first place you saw him.

60

1    A    I just saw him in a lockdown cell.
2    Q    Okay.  And tell me how it is you--you saw him?  Was
3    it through the portal?  Tell me--  Just tell me about that
4    incident.
5    A    Yeah.  It was through the flap.  Just--
6    Q    Okay.
7    A    I heard loud commotions and looked through the flap
8    and I could see him pacing there, talking to himself.
9    Q    All right.  And how long is it you think you
10   visualized him at that point in time?
11   A    Not long.  I had to go--
12   Q    Just a few seconds?
13   A    Yeah.  I had to go do my job.
14   Q    All right.  And looking in the flap at lockdown 7
15   wasn't part of your job?
16   A    Yeah.  I looked through the flaps all the time when
17   I walk in.
18   Q    All right.  Okay.  So the first time you saw--
19   actually saw Erie Moore, Sr., is through the flap for a few
20   seconds.  Correct?
21   A    Uh-huh (yes).
22        MR. CALVIT:  Yes or no?
23   A    Yes.
24        MR. CALVIT:  Thank you.
25   Q    Okay.  The second time you saw Erie Moore, Sr.,

15   (Pages 57 to 60)

61

1 tell me about that.
2    A  I don't understand what you mean, "second time."
3    Q  Did you see Erie Moore, Sr., again after looking
4 through the flap and seeing him pacing?
5    A  Not really. I just-- We worked the whole night,
6 so--
7    Q  What-- Okay. Let me--
8    A  --it's not the first and second and third and
9 fourth. It's--
10    Q  Yes, sir. Okay.
11    A  --the whole twelve hours.
12    Q  Yes, sir. Okay. The first time you saw Erie
13 Moore, Sr., and he was pacing, that was-- Was that on Monday
14 night?
15    A  I don't remember--
16    Q  Was it the first night--
17    A  --when it was.
18    Q  --that Erie--
19    A  Yeah.
20    Q  --Moore was there?
21    A  The first night.
22    Q  All right.
23    A  I don't know the date.
24    Q  Yes, sir. Okay. So the next time you saw Erie
25 Moore, Sr., is it the second night you saw him? Is that when

62

1 you saw him the next time?
2    A  Talking when the incident happened?
3    Q  Whenever it is. Whenever your next time is. When
4 the incident happens or some other time.
5         MR. CALVIT: Do you understand his question?
6         WITNESS: No.
7         MR. CALVIT: Ask him to repeat or rephrase it
8    before you answer him.
9         WITNESS: He's repeating it, but he's still
10    not making a full--
11    A  Because we worked the whole twelve-hour shift.
12    Q  Yes, sir.
13    A  Saw him all night.
14    Q  Okay. So this night, the first night you saw him
15 when he was pacing and you looked through the--the portal,
16 you saw him multiple times that night?
17    A  Yes.
18    Q  All right. Okay. And you don't-- You can't tell
19 me with any specificity, you know, first time, second time,
20 third time, fourth time, anything such as that?
21    A  The first time coming on shift heard him, seen who
22 he was, and then went on about my business, did what I do
23 throughout the dorm. And then we had to check on him
24 multiple times throughout the night and--
25    Q  Uh-huh (yes).

63

1    A  --some of the times he was--he was--he'll have
2 moments he'll be--you know, he'll be in a positive mood, and
3 then he'll get back to the negative mood, and then it'll just
4 be on and off like that.
5    Q  He was acting kind of erratic?
6    A  Yes.
7    Q  Did he-- When he would speak, Mr. Moore, could you
8 understand him clearly?
9    A  Yes.
10    Q  Did he seem to be intoxicated in any way?
11    A  Yes.
12    Q  Did his voice slur any?
13    A  No. He was speaking fine. It was just he was
14 intoxicated with--
15    Q  Uh-huh (yes).
16    A  --with something.
17    Q  Uh-huh (yes). That first night did you ever go
18 inside lockdown 7?
19    A  I think we did. I-- Yes, I think.
20    Q  You don't have a clear memory of that?
21    A  No.
22    Q  All right. Do you know why it is Mr. Moore was in
23 . lockdown cell 7 to begin with?
24    A  No. When we came on shift he was in the cell.
25         MR. CALVIT: The question is do you know why.

64

1    A  Because he was not cooper- --not complying to the
2 booking staff for whatever.
3    Q  And then where did you learn that?
4    A  During briefing.
5    Q  Okay. So during this first night was someone else
6 placed into lockdown 7 with Mr. Moore?
7    A  Yes.
8    Q  Yeah. And who was that?
9    A  White.
10    Q  And why was White placed into lockdown 7?
11    A  Because he was fighting on the other inmates in the
12 last cell.
13    Q  And is that--
14    A  Richwood holding cell, I think.
15    Q  Uh-huh (yes). And do you know who it is he was
16 fighting with?
17    A  No. It was just a city inmate.
18    Q  Do you have any authority as a correctional officer
19 whether to place any particular inmate in lockdown cell?
20    A  No, sir.
21    Q  And who has that authority? Who had that authority
22 during the time you worked there in October 2015?
23    A  A lieutenant.
24    Q  Who was the superior to the lieutenant?
25    A  He was underneath?

16  (Pages 61 to 64)

Jeremy Runner
August 30, 2017

65

1    Q  No. Superior. Who would be-- Who would the
2    lieutenant report to?
3        A  I don't know.
4        Q  What--
5        A  I think captain or something.
6        Q  A captain?
7        A  Yeah. The ranks.
8        Q  All right. Do you know someone by the name of
9    Major Tubbs? Have you ever heard of him?
10       A  Yes.
11       Q  And was he--was he over the lieutenant or was he--
12   was someone else between him and the lieutenant?
13           MR. CALVIT: If you know.
14       Q  Or do you know? Yeah.
15       A  I don't know. I don't know.
16       Q  All right. This-- The fight that led to White
17   being placed in lockdown 7, did you witness any of that
18   fight?
19       A  Yes. I-- Well, not absolute witness, but on the
20   camera.
21       Q  Where were you at when you saw on camera?
22       A  5 and 6 control. That's the only-- That's the
23   control that has that camera.
24       Q  All right. Did you-- Were you seeing it on the
25   camera as--

66

1        A  Oh.
2        Q  --it was happening?
3        A  Go back. I wasn't in 5 and 6 control. I was
4    making rounds throughout the other dorms.
5        Q  All right.
6        A  And then when I heard about the guy fighting, you
7    know, we went and reviewed the camera.
8        Q  I see. So you didn't see it, the fight, in person
9    nor did you see it on camera as it was happening?
10       A  No.
11       Q  Okay. At the time that White was placed into
12   lockdown 7 are you aware whether there were other available
13   lockdown cells that White could have been put in?
14       A  No, there wasn't.
15       Q  And how do you know that?
16       A  Because the others were full with DOC. Can't put
17   city with DOC.
18       Q  And is this from your memory or have you seen some
19   document that supports what you're saying?
20       A  During that time I just know the other cells
21   throughout 6 and on down was full with DOC inmates.
22       Q  Uh-huh (yes). And were-- The cells that were full
23   of DOC inmates, were they double bunked or did you have some
24   DOC cells that only had one DOC?
25       A  Yeah. They was double bunked.

67

1        Q  Now, there's such a thing as a special management
2    cell. Correct? You've heard of that?
3        A  A suicide cell?
4        Q  Okay. A su- -- Is that what they call suicide
5    cells?
6        A  Yeah. Put suicides in there.
7        Q  All right. Have you ever placed an inmate in a
8    special management cell or a suicide cell who was not
9    suicidal but had some--maybe a mental health issue or
10   something like that?
11       A  Could you repeat your question?
12       Q  Sure. Any other kinds of inmates placed in the
13   special management/suicide cell other than an active suicide
14   inmate?
15       A  That was just-- That cell was just for like if he
16   had sca- --or what the itchy stuff is in prison. They have
17   the scabies or whatever it is. When they itch, make the dorm
18   itch or whatever,--
19       Q  Uh-huh (yes).
20       A  --those type of people. Or if they come in with
21   like a--just a illness problem or something like that.
22       Q  At the time that Mr. White was placed in lockdown 7
23   were there any available special management/suicide cells?
24       A  No, sir.
25       Q  They were occupied, too?

68

1        A  I think so.
2        Q  Excuse me?
3        A  Yes. They were.
4        Q  All right. And you--
5        A  All the lockdown cells was occupied during that
6    night.
7        Q  And you're testifying from memory or from any
8    document that would support what you're saying?
9        A  No. I'm just going off--going about that in
10   memory. I just remember that time frame of when I found
11   those gentlemen.
12       Q  Okay. All right. At the time White was placed
13   into lockdown 7 do you have any knowledge as to whether Erie
14   Moore, Sr., had been aggressive or combative with any other
15   inmate inside lockdown 7?
16       A  No.
17       Q  Did you have any knowledge of Erie Moore, Sr.,
18   being--in general being aggressive or combative?
19       A  Yes.
20       Q  Okay. And this is at the time White's placed in
21   lockdown 7 I'm talking about.
22       A  Oh, when he was placed in it?
23       Q  Yes.
24       A  Yes. At some time.
25       Q  Well, tell me what you know about that.

17  (Pages 65 to 68)

Jeremy Runner
August 30, 2017

69

1    A   He was just being commanding towards the other
2  inmate and then once we got situated or whatever, then he
3  complied to calm down and be, you know, compliant or whatever
4  and then we had a good night.
5    Q   Okay. Well,--
6    A   We didn't have no more problems out of him.
7    Q   Before White is placed in lockdown 7 did you,
8  yourself, have any conversations with Erie Moore?
9    A   No.
10   Q   Did you ever learn that Erie Moore had worked at a
11 paper mill, for example?
12   A   No. No, sir.
13   Q   Did you ever learn that Erie Moore--this was like
14 his first time in any jail?
15   A   No, sir.
16   Q   So you didn't know-- You didn't learn anything
17 about his background just from talking to him before White is
18 placed into the cell?
19   A   Not till after that night. That's when I learned
20 about him. My family kind of knew him.
21   Q   Your family?
22   A   Yes.
23   Q   And how was that?
24   A   He was from Monroe or lived in Bastrop or something
25 like that.

70

1    Q   Uh-huh (yes).
2    A   And drove a Mercedes and, you know, stuff like
3  that. And they knew him from the north side of town.
4    Q   Okay. You, yourself, personally did not know Erie
5  Moore, Sr.?
6    A   No, sir.
7    Q   Did you know Vernon White?
8    A   No, sir.
9    Q   Do you know of any member of the Erie Moore family?
10   A   No, sir.
11   Q   Going back real quick to your training on suicide
12 prevention, that training, that would apply to all inmates,
13 regardless if they're DOC inmates or Monroe PD inmates?
14   A   Yes.
15   Q   Did you learn in that training that the number one
16 cause of death of inmates in jail custody is suicide?
17   A   Yes.
18   Q   Did you also learn that the first forty-eight hours
19 of an inmate's custody is the highest risk for suicide?
20   A   Yes.
21   Q   So after this first night with Mr.--Mr. White and
22 Mr. Moore in lockdown 7 you come back to work the next day.
23 Right?
24   A   Yes.
25   Q   And that's going to be, for the record, October the

71

1  13th. And I assume you come to work about 5:45?
2    A   Yes. Yes, sir.
3    Q   All right.
4    A   Debriefing.
5    Q   Right. And you have-- And you go through the
6  briefing then or debriefing, however you want to put it?
7    A   Yeah.
8    Q   Did you learn anything in debriefing about
9  Mr. Moore?
10   A   That it was something that happened that morning,
11 that he was being back aggressive.
12   Q   You-- You recall anything specific about that?
13   A   It was just that he was aggressive. He was just
14 aggressive.
15   Q   All right. Do you know to whom he was being
16 aggressive? Did they tell you that in the briefing?
17   A   No. Well, they tell us, but I don't know who or
18 why he was aggressive. I think it was towards staff--I mean,
19 COs.
20   Q   All right. Okay. So anything else in that
21 briefing, say, about Vernon White, for example?
22   A   That he was still in the cell with Mr. White, in
23 the lockdown, and we will have to keep close eyes on him--
24   Q   All right.
25   A   --throughout the night.

72

1    Q   All right. So you leave briefing. Where do you go
2  from there?
3    A   Walk inside the building, clock in, and then I
4  always go to 5 and 6 control to put my food up.
5    Q   So you clock in after the briefing?
6    A   Yes, sir.
7    Q   Uh-huh (yes). And what do you do at 5 and 6
8  control?
9    A   I put my food inside the refrigerator.
10   Q   Uh-huh (yes).
11   A   That's what, you know, I have to be at. That's
12 my-- Not my location of where I work at, but that was one of
13 spots I have to be at.
14   Q   Uh-huh (yes). And from there you go to where?
15   A   Well, when I went-- Well, after debriefing, when
16 he say we have to close eyes on inmates in the lock- --
17 lockdown or whatever, I always do it anyway throughout the--
18 throughout any other day. I keep-- I go through the-- I go
19 through the lockdowns, all--each and every lockdown and just
20 count them and keep an eye on them. And this day I just went
21 to the 5 and 6 control and I was like, "How are those guys
22 doing?" And--
23   Q   Uh-huh (yes).
24   A   And when I looked at the camera I only see one guy,
25 and that was--

18  (Pages 69 to 72)

Q So you looked a cam- --
A --Mr. Moore.
Q I'm sorry. I don't mean to interrupt you. But in lock- --in control 5 and 6 you look at a camera and you only see one person in lockdown 7?
A Uh-huh (yes).
Q That's correct?
A Yes, sir.
Q All right. So-- And when you look at the camera, this is the same time you put your food in the refrigerator?
A Yes, sir.
Q Okay. Then once you complete whatever it is you're-- Anything else you do in control 5 and 6 besides put your food in the refrigerator and look at the camera?
A That's it.
Q All right. I want to go back real quick to briefing. You-- You noted that you were told to keep a close eye on lockdown 7.
A Yeah.
Q What does that mean to you?
A Because the-- The reason why he said to keep a close eye is because when Mr. Moore came in-- Well, when we came in, that that evening from the other day he was in a aggressive mood. So--
Q "He" being--?



A Mr. Moore.
Q Okay.
A And so we had to keep close eyes all night to make sure that, you know, he was good, you know,--
Q Uh-huh (yes).
A --far as being, you know, in a positive mood and-- and all that, which he was. All through the night he was good. So the next day did the same thing for our shift. And that's what we did.
Q All right.
A It wasn't just for me. It was for all COs that was working in the main building.
Q When an inmate is in lockdown 7 with what frequency is it that you check the cell yourself?
A Me, myself?
Q Yeah.
A I check them every day. I check all the lockdown cells.
Q All right. How often? Like do you have it check it like every five minutes, every fifteen minutes, every thirty minutes, any--any kind of--
A Yeah. We've got-- We've got to keep eyes on them guys, too.
Q I understand. I'm just trying to figure out when there's a prisoner locked in a lockdown cell is there a time



frequency with which you're supposed to--to check that cell?
A Yes.
And what is that time frequency?
A I think every ten or fifteen minutes.
Q All right. Now, that's--that's standard, right,--
A Yes.
Q --for a lockdown cell?
A Yes.
Q Now, if someone tells you you need to keep a close eye on a lockdown cell you increase that frequency to, what, five minutes?
A Yes.
Q Okay.
A Just every time I walk--walk by, peek in and make sure, you know, everything is going good.
Q So when you're making rounds as a CO, just--if you can, just physically tell me what areas you're--you're walking.
A I start from-- Well, I goes into my units, so I go in Unit 1--no Unit 6, count, make my rounds in there. Go to Unit 1, count, make my rounds in there. Go to Unit 5, count, make my rounds in there. Go to Unit 3, count, make my rounds in there. Then skip over down to Unit 4. Or was it Unit 4? Count, make my rounds in there. And I think it was another dorm and I think I got the numbers messed up now. But it's



like four or five dorms on the main hall.
Q Uh-huh (yes).
A And then after I get through counting those, making my rounds in there, I go back down and make my rounds through the--through the lockdown cells.
Q Okay. How long does it take you to go to, say, Unit 6 and do your count and your round there?
A It'll take a little minute.
Q Excuse me?
A Take a little minute. Because I've got to go in there observe the inmates inside the units.
Q All right.
A And that's like ninety-nine or however more in the dorm.
Q When you say "a little minute," I really don't know what that means. Minutes are all the same length to me.
A Like--
Q So--
A --at least twenty, thirty minutes inside the unit.
Q Okay. And would that be about the same for the other units that you go to--
A Yes, sir.
--and make counts and rounds?
MR. CALVIT: Wait. Let him finish the question.

Jeremy Runner
August 30, 2017

77

1    A   Yes, sir.
2    Q   All right.  So each unit you go into and make a
3   count and a round is about twenty to thirty minutes?
4    A   Yes, sir.
5    Q   When you make a round on the lockdown, okay, do you
6   record anything in a log that says--that shows that, "Well, I
7   checked--"  For example lockdown 7.  "I checked lockdown 7
8   at," I don't know, "18:30 hours," or something like that?
9    A   Yes.  That's whenever I'm being the acting
10  sergeant.
11   Q   Acting sergeant?
12   A   Yes, RCA.
13   Q   Okay.  So those--  And those officers who are
14  sergeant and above, they're the ones that make the entry into
15  the log?
16   A   Yes, sir.
17   Q   When you look into the lockdown units to, you know,
18  make sure everything is okay, do you convey that information
19  to the sergeant?
20   A   Yes, sir.
21   Q   And then the sergeant who makes the log entry.  Is
22  that right?
23   A   He'll go--  He'll go make his rounds.
24       Q   Oh, I see.
25   A   And then he'll do his log.  But I just do--  I just

78

1   got to the point I just started making rounds everywhere.  I
2   can go to Unit 7,--
3    Q   All right.
4    A   --which is the city dorm, and make my rounds in
5   there.
6    Q   Was it a part of your duty, your requirement as a
7   CO, to do lockdown checks?
8    A   Yes.
9    Q   Okay.  Okay.  So we're going back to the second
10  night and you've gone into the control room, put your lunch
11  up, saw the camera and you proceed to where?  Where do you
12  from there?
13   A   I looked on the camera, I only see guy, Mr. Moore,
14  sitting on the empty rack which he had knocked his mattress
15  on the floor.  And I see him eating two trays which they had
16  just got--I guess got their dinner trays or whatever.  And I
17  see him eating both of them.  And so I go down straight to
18  that cell and I tried, you know, to check and see what's
19  going on.  And Mr. Moore was in the front of the--the window,
20  which is not that big.  You know, it's a little bitty, small
21  window or whatever.  So he's in front of it and he say he
22  wants to see--in a calm matter--manner he wants to see the
23  lieutenant.  And I asked him what for.  And he said, "I just
24  want to talk to the lieutenant."  So I said, "Okay.  Let me
25  get him right quick."  And as I walked off something in my

79

1   mind said, "Go back to that unit--that cell."  So I go back
2   to the cell, look in it.  Mr. Moore, he's not in front of the
3   window anymore, he's sitting on the rack.  And that's when I
4   spot Mr. White.
5    Q   And how long were you gone between the two times
6   here that you went to the window?
7    A   Oh, that wasn't--  About five seconds.
8    Q   All right.  So once you see the--  And where is it
9   you see White at?
10   A   On the--  On the floor underneath the camera.
11   Q   Uh-huh (yes).  All right.  And who is it that you
12  notified, if anybody?
13   A   I notified the sergeant and he notified--  When I
14  notified him, he notified the lieutenant and all available.
15   Q   Okay.  How much time passed between the time you
16  notified the sergeant until some other officers come to the
17  door?
18   A   It wasn't long at all.  I--  At least a second or
19  two.
20   Q   Okay.  And what time is it that you first called
21  for the sergeant?
22   A   Soon as I saw--  Soon as I saw Mr. White.  At first
23  I thought he was having a seizure because he was shaking on
24  the--on the ground.  I thought it was a seizure.  And I
25  notified 3 and 4 control to notify the sergeant and

80

1   lieutenant to lockdown--  What it was?  7?  Come to the cell.
2    Q   Let me ask you a question here.  When you first go
3   to the window this time and Moore says he wants to see the
4   lieutenant, are you even on duty at this time?
5    A   Yes.  I'm on duty.
6    Q   All right.
7    A   I just got to get to the 3 and 4 to get my key.
8    Q   All right.  So you had no keys and you had no
9   radio?
10   A   No.  I had my radio, but no key.
11   Q   All right.  And you got the radio from the control
12  room?
13   A   From the CO.
14   Q   All right.  So the only thing you were missing at
15  that point in time is the keys?
16   A   Just the keys.  The main thing.
17   Q   Uh-huh (yes).  So had you--  You'd already clocked
18  in, so it's after 6 p.m.  Is that correct?
19   A   It was right about--  It was probably still a
20  little bit earlier than 6 p.m.  It was probably like 5:57.
21   Q   All right.
22   A   Because we--we are--we are ahead of time when we
23  clock in.
24   Q   Uh-huh (yes).  So a sergeant comes and who--who
25  else?  Who is the sergeant?  What's the name of the sergeant

20  (Pages 77 to 80)

Jeremy Runner
August 30, 2017

81

1   who comes?
2       A   Williams.
3       Q   And anybody else?  Any other officers come to your
4   assistance?
5       A   The lieutenant on the--that was on the day shift
6   and I think COs that we had.
7               MR. CALVIT:  And if you're not sure, you know,
8               don't guess.
9       Q   So Lieutenant Loring, he came?
10      A   Yes.
11      Q   How about Correctional Officer Curley?
12      A   I don't remember.
13      Q   How about Sergeant-- Any-- Any other sergeants
14  come down there besides Williams?
15      A   I don't remember if they-- I don't know.
16      Q   All right.  So tell me, do-- The door is opened.
17  Right?
18      A   When?
19      Q   When you have the officers come.
20      A   No.  The door is closed.
21      Q   Okay.  No.  Okay.  I'll rephrase.  I didn't-- I
22  didn't say that right.  When the officers come and you're
23  there at lockdown 7, y'all open the door?
24      A   Yes.
25      Q   All right.  And retrieve--

82

1       A   When the--
2       Q   --Mr. White from inside the cell?
3       A   We couldn't just retrieve him right then because
4   Mr. Moore was in a aggressive manner.
5       Q   Tell me about that.
6       A   He was-- Once we came into the unit Mr. Moore was
7   bent over.  I don't know how to use the proper words for what
8   he was doing.
9       Q   Was he-- You're talking about the def- --he was
10  defecating, you mean?
11      A   Yes; yes; yes.
12      Q   All right.
13      A   That's the word.
14      Q   All right.  As you're sitting here right now at
15  this--in this deposition are you remembering everything
16  clearly?
17      A   It's coming.  Well, I know that scene because, you
18  know, I'm the one who found it.
19      Q   All right.
20      A   Found the--the whole scene.
21      Q   The only point I'm trying to make is, is the fact
22  that you got off at 6 a.m. this morning, is that interfering
23  right now with your ability to remember what--what happened
24  that night?
25      A   No.

83

1       Q   All right.
2       A   Not with this scene right here.
3       Q   Okay.  And-- Okay.  So the-- Vern- --
4   Mr. White's body is lying on the far side of the cell between
5   the toilet and the wall?  Is that correct?
6       A   Uh-huh (yes).
7       Q   Yes?
8               MR. CALVIT:  Yes or no.
9       A   In between-- Yes, sir.
10      Q   And Mr. Moore, he's over to the right near the
11  bunk?
12      A   By the door.
13      Q   Oh, he's right by the door?
14      A   Yes.
15      Q   All right.  And that's where he's defecating at?
16      A   Yes.
17      Q   All right.  So this first time y'all make entry
18  into the cell, to lockdown 7, who--who actually goes inside
19  the cell?
20      A   We all--
21      Q   Everyone who's there?
22      A   Yes.
23      Q   Okay.  And what happens inside the cell when y'all
24  go in?
25      A   We gave Mr. Moore commands to get down on the floor

84

1   or whatever, or be in a cooperative mode.
2       Q   Uh-huh (yes).
3       A   And Mr. Moore didn't reply to it.  He came out with
4   threatening comments.
5       Q   What comments did he make?
6       A   Mr. Moore stated, "Don't--don't touch him.  He's
7   mine."  And he just didn't comply to the commands that we was
8   giving him.
9       Q   Uh-huh (yes).  And-- And what happened in
10  connection with that?  Anything else happen inside the cell
11  when y'all went in this first time?
12      A   Well, when he came-- When he was aggressive I did
13  passively push Mr. Moore, which he just fell.  And-- Because
14  he--he was--he had gotten Maced or whatever.  And so after
15  that--
16      Q   He got Maced?
17      A   Yes.
18      Q   When was he Maced?
19      A   When he wasn't following the commands.
20      Q   While he's-- While he's defecating he was Maced?
21      A   Yes.
22      Q   Oh.  All right.  Let's talk-- Let's talk about
23  this--the push.  Okay.  Did you use both hands to push?
24      A   No.
25      Q   Which hand did you use?

21  (Pages 81 to 84)

85

```
 1   A  I can't remember what hand, but it was one hand.
 2   Q  Okay. And this push that you did, do you know--
 3  recall where--the hand that you used, where it landed on
 4  Mr. Moore?
 5   A  Un-huh (no).
 6   Q  No?
 7       MR. CALVIT:  Yes or no.
 8   A  No.
 9   Q  And did you swing your arm when you pushed him?
10   A  No.
11   Q  No? You're sure about that?
12   A  I don't remember swinging my arm.
13   Q  Uh-huh (yes). And did you make contact with
14  Mr. Moore's head when you pushed him?
15   A  Yes.
16       MR. CALVIT:  Are you saying yes or "I guess"?
17       I'm sorry. What did you say?
18       WITNESS:  Yes.
19       MR. CALVIT:  Okay. Thank you.
20   Q  That's your best memory, that you did make contact
21  with his head when you pushed him?
22   A  Yes.
23   Q  And why--why put your--why push him on the head?
24   A  Because he was about to charge me. He was about
25  to-- Whatever he was going to do me that he did to that guy.
```

87

```
 1   A  He was about to stand up. He was standing-- He
 2  was about to raise up at me.
 3   Q  Uh-huh (yes).
 4   A  Making threatening comments.
 5   Q  Okay. And what threatening comments was he making?
 6   A  "Do not touch him. He's mine."
 7   Q  All right. Now, how--how does that--how is that a
 8  threat to you?
 9   A  Because he was aggressive, in a aggressive manner,
10  about to charge me.
11   Q  All right. And how many other correctional
12  officers were inside the cell with you at this time?
13   A  I just-- The sergeant and the lieutenant, both
14  lieutenants.
15   Q  All right. Did you-- When you pushed, as you say,
16  Mr. Moore did you not make a fist?
17   A  No.
18   Q  Your hand wasn't clinched when you--
19   A  No.
20   Q  --pushed?
21   A  We're on camera, so I would not--
22   Q  Oh.
23   A  --punch a inmate.
24   Q  Okay. Now, why don't we just take a look at it?
25  We've got it on the video and I have the video here.
```

86

```
 1   Q  All right. Now, here he's sitting--sitting,
 2  defecating. I guess he's--
 3   A  He wasn't just sitting.
 4   Q  --kneeling. Right?
 5       MR. CALVIT:  Stop.
 6       MR. CAMERON:  All right.
 7       MR. CALVIT:  Let him finish the question.
 8       MR. CAMERON:  Yeah.
 9       MR. CALVIT:  Let him-- And if you don't
10       understand the question, ask him to repeat or
11       to rephrase it. When he finishes the
12       question, if you're comfortable with the
13       question answer it. Okay.
14       MR. CAMERON:  Right. That's-- That's exactly
15       right.
16   Q  So my question to you right now, at the point in
17  time you pushed Mr. Moore, he was bent down on the floor
18  defecating. Is that correct?
19   A  He was squatting.
20   Q  Squatting. Right. Okay. And he is defecating at
21  this point in time?
22   A  No.
23   Q  No? What's he doing?
24   A  He had stopped then.
25   Q  Okay. So he's just squatting then. Right?
```

88

```
 1       MR. CALVIT:  While y'all are cuing that up,
 2       let's go-- Can we go off for a second?
 3       MR. CAMERON:  Yeah.
 4  (OFF RECORD.)
 5       MR. CALVIT:  And if you don't mind, if you
 6       could call off the time start.
 7       MR. CAMERON:  Yeah. I will when I get to it.
 8       MR. CALVIT:  Thank you.
 9       MR. CAMERON:  When I get to it, I will.
10       MR. CALVIT:  Okay.
11       (To witness):  Do you need to go to the
12       bathroom, take a break, while he's doing that?
13       WITNESS:  I need to go to the bathroom.
14  (OFF RECORD.)
15  EXAMINATION BY MR. CAMERON, continuing:
16   Q  All right, sir. I am about to play a video. It's
17  marked Download_2015/10/13 80000_1014_2, starting at 6:07:31.
18       MR. CALVIT:  Ms. Walker, you can watch this if
19       you'd like.
20   Q  And--
21       MR. CALVIT:  It's up to you. Okay.
22  (PLAYING VIDEO.)
23   Q  All right. I'm going to stop the video at 6:08:48.
24  Did you get-- Did you get a clear view of the video?
25   A  Uh-huh (yes).
```

22   (Pages 85 to 88)

Jeremy Runner
August 30, 2017

89

1    Q   Yes?
2    A   Yes, sir.
3    Q   All right.  Does that refresh your memory any as to
4  whether you simply pushed Mr. Moore or you struck him?
5    A   That was a push.
6    Q   Do you see your arm swing?
7    A   Yeah.  But it was a push.  It wasn't a struck
8  [sic].
9    Q   Uh-huh (yes).
10   A   I'm on camera.
11   Q   And you understand there is a camera there?
12   A   Yes, sir.  It's looking at me.  I don't-- I don't
13  lie.
14   Q   And you didn't throw like a roundhouse strike--
15   A   It wasn't a punch.
16   Q   --when you struck--
17   A   That was a-- (Demonstrating.)
18   Q   Okay.  You think you're-- Okay.  You just motioned
19  your hand open.
20   A   That-- That was a push.
21   Q   So you say that in this scenario we just saw on the
22  video your hand is open?
23   A   Yeah.  It was open.  It wasn't no punch.
24   Q   And you had your fist--
25   A   On camera what I--

90

1        MR. CALVIT:  Just answer his question.
2    Q   All right.
3        MR. CALVIT:  Okay?  He asked you a question
4        and your answer was whatever it was.
5        WITNESS:  Yeah.
6        MR. CALVIT:  Okay.
7    Q   And would you agree that after this motion,
8  whatever it is you made with Mr. Moore, that he--he fell face
9  first--
10   A   That would be--
11   Q   --onto the floor?
12   A   That's because of the Mace.
13   Q   Uh-huh (yes).
14       MR. CALVIT:  Just-- Just answer the question.
15   Q   Did Mr. Moore's head hit the floor?
16   A   No.  I don't think so.
17   Q   All right.  And you say it is your--your hand came
18  into contact with Mr. Moore's--the right side of his head?
19   A   (No response.)
20   Q   In other words, it's the far side of his head from
21  you.  Do you want to see it again?
22   A   You asked me did I say that?
23   Q   No.  I'm asking you right now, your hand-- You
24  did-- You say you did this motion where you think you pushed
25  him.

91

1    A   Yeah.
2    Q   You-- You came into contact with the far right
3  side of his head?
4    A   Like-- I don't know.
5        MR. CALVIT:  If you need to review the--
6    Q   Is that correct?
7        MR. CALVIT:  --video, you just tell him an
8        answer to the question.
9    Q   Do you understand the question?
10   A   No.  Repeat it.
11   Q   Yes, sir.  When your--your hand came into contact
12  with Moore, it came into contact with his head.  Right?
13   A   Yes.
14   Q   And it came into contact with the right side of his
15  head?
16   A   Uh--
17   Q   Not the side closest to you, but the side on the
18  other--the other side.
19   A   Yes.  I guess.
20   Q   All right.
21       MR. CALVIT:  Did you answer the question?
22       WITNESS:  He said I hit him on the right side
23       of the head.  I-- It was the back of his
24       head.
25   Q   Okay; okay.  So your--your testimony is you hit

92

1  the--not the right side of the head,--
2    A   Yeah.
3    Q   --but the--
4    A   The back.
5    Q   --the back of the head?
6    A   Yeah.
7    Q   And was that on the--on the far side of his head or
8  the near side of his head?
9    A   I don't know.
10   Q   Now, once this event happened we just talked about
11  where you came into contact with Mr. Moore's head, did you
12  make another entry into the--the lockdown 7?
13   A   No.
14   Q   Were you there when Mr. Moore was removed from
15  lockdown 7?
16   A   I was approaching down the hall.
17   Q   Did you see the--the action of pulling him out?
18   A   I don't remember that.
19   Q   All right.  Do you recall seeing Lieutenant
20  Hardwell have his arms wrapped around Mr. Moore?
21   A   I don't remember it.  Don't-- Don't remember.
22   Q   Okay.  As soon as this event happened were you--
23  When your hand came into contact with Mr. Moore, okay, what
24  did--what did you do after that?
25   A   I pulled the--the victim out the unit because they

Jeremy Runner
August 30, 2017

93

1  used Mace, so we have to get the--the victim out so he won't
2  suffocate inside the Mace.
3      Q   You've got to get the victim out so he could get
4  medical treatment?
5      A   Yes. That, too.
6      Q   All right. Okay. When you got him out what did
7  you do at that point when--when he's pulled out?
8      A   I just-- I was in shock of the scene that I saw,
9  and I went on back to my job making rounds.
10     Q   Did the lieutenant say it was appropriate for you
11 to leave, they didn't need you anymore?
12     A   I don't recall. I don't remember.
13     Q   Did the lieutenant tell you to leave?
14     A   I don't remember. If I-- If I left it must have
15 been he probably ordered me to.
16         MR. CALVIT: Well, if you're--if you're
17         guessing, tell him you're guessing. I mean,--
18     A   I just--
19         MR. CALVIT: --he's asking if you remember.
20     A   I don't remember--
21         MR. CALVIT: Okay.
22     Q   All right.
23     A   --if it was--
24     Q   So on your own volition you're saying you just
25 left?

94

1      A   I don't remember.
2      Q   Uh-huh (yes). All right. Before Mr. Moore was
3  extracted from the cell did you return to the cell?
4      A   I don't remember.
5      Q   Where were you at when you say you saw Mr. Moore
6  being taken out of the cell?
7      A   I don't remember. I don't want-- I don't want to
8  say a guess, so I don't-- I don't remember.
9      Q   When was the-- Have you ever seen-- You've seen
10 this video we just watched. Right?
11     A   Yes. Yes, sir.
12     Q   When was the last time you saw it?
13     A   When the incident happened.
14     Q   Now, you--you did see some of Mr. Moore's
15 extraction from the cell or not?
16     A   (No response.)
17     Q   Did you see it happening?
18     A   Yes. Or when I was coming down the--the hall.
19     Q   All right. When you're coming down the hall are
20 you--are you coming from the control room, is what you're
21 doing?
22     A   From, I think, out of-- Well, out of a unit. I
23 had made rounds. Or out of-- I don't remember.
24         MR. CALVIT: Yeah. That's-- That's better.
25         MR. JACKSON: That's a guess?

95

1      A   Yeah. I don't remember.
2          MR. CALVIT: You don't need to guess.
3      A   Yeah. I don't--
4          MR. CALVIT: If he asks you to guess, then
5          we'll work that out.
6          WITNESS: Yeah.
7          MR. CALVIT: He's asking what you remember.
8          MR. CAMERON: Right.
9      A   I don't remember. You've got the camera, so--
10     Q   Yeah. I'm going to see if it will help us any.
11 Okay. All right. I am right now displaying Cam 16,
12 10/13/2015, 7 o'clock even, and I'm going to move it up.
13 Okay. I have it at--
14         MR. CALVIT: Can you see that or is it
15         glaring?
16         WITNESS: No.
17         MR. CAMERON: Yeah. I've got my finger on the
18         cursor,--
19         WITNESS: Yeah. It's dark.
20         MR. CALVIT: --so--
21         MR. CALVIT: Can--
22         MR. CAMERON: It's at 7:02.
23         MR. CALVIT: Do you mind if I turn off the
24         light over the--
25         MR. CAMERON: Oh, sure.

96

1          MR. CALVIT: --just so he can--
2          MR. CAMERON: That's fine.
3  (OFF RECORD COMMENTS.)
4          MR. CALVIT: This is just so he can see it--
5          MR. CAMERON: Sure. I understand.
6          MR. CALVIT: --without glare.
7  (OFF RECORD COMMENTS.)
8          MR. CALVIT: Is that better?
9          COURT REPORTER: Yes.
10         MR. CAMERON: Yeah.
11         MR. CALVIT: Okay.
12     Q   Okay; okay. So we're at 7:02:58, and I'm just
13 going to release the cursor and let it play. Well, okay.
14 All right. Do you--you see yourself on the video anywhere?
15     A   I-- Yeah. Rewind it back.
16     Q   All right.
17 (PLAYING VIDEO.)
18     Q   All right. Let's stop it at 7:04:07. All right.
19 We had an opportunity to view--
20     A   Uh-huh (yes).
21     Q   --the video of the extrication of Mr. Moore--Moore
22 from the lockdown 7?
23     A   (Affirmative nod.)
24     Q   Yes?
25     A   Yes, sir.

24  (Pages 93 to 96)

97

1   Q   All right. Did you see any evidence that you were
2   on the hallway?
3   A   Yes, sir.
4   Q   And where did you see yourself?
5   A   On the other side.
6   Q   Other side of what?
7   A   Of everybody else. On this side (indicating).
8   Q   So can you point to me who--
9   A   Be right about here (indicating).
10  Q   --who--where you are?
11  A   That's me right there (indicating).
12  Q   All right. So you--you're directly involved in the
13  cell extraction?
14  A   Yes. Because I was ordered to go get handcuffs.
15  Q   All right. Okay. We can go--
16  A   That was way--
17  Q   And--
18  A   --in '15.
19      MR. CALVIT: Sorry. Just let-- Let him ask
20      the question.
21  Q   All right. So you saw Lieutenant Hardwell do a
22  hard drop on Mr. Moore bringing him out?
23  A   Yes, sir.
24  Q   And so do you see Mr. Moore's body forcefully
25  hitting the floor and his head hitting the floor?

98

1   A   Seen his body, but not his head.
2   Q   And Lieutenant Hardwell did that from a standing
3   position?
4   A   Yes.
5   Q   Okay. Do you know why Mr. Moore was being taken
6   out of that cell?
7   A   Because of the Mace.
8   Q   Because of the Mace?
9   A   Yes, sir. You don't see it on this camera? You
10  see a guy with his--with something over his mouth?
11  Q   Mask? Okay. So he took Mr. Moore out of the cell
12  simply because there had been some Macing in that cell?
13  A   Yes, sir.
14  Q   Is that standard procedure?
15  A   Yes, sir.
16  Q   All right. Where was Mr. Moore-- You know, once--
17  once he is-- Is he handcuffed at this point in time where we
18  see him and he's on the floor and there's officers around
19  him?
20  A   Yes, sir.
21  Q   And is he-- Legs were shackled?
22  A   I don't remember.
23  Q   All right. When Lieutenant Hardwell went into
24  lockdown 7 to get Moore, was not Mr. Moore standing, leaning
25  against the bunk?

99

1   A   I don't remember that.
2   Q   All right. Well, we can play that video here in
3   just a minute and let you see that.
4   A   Okay.
5   Q   Do you recall anything that Mr. Moore said during
6   this time that Hardwell went into lockdown 7 and brought
7   Moore out?
8   A   No. I-- I never recognized [sic] nothing he said.
9   Q   All right. Once Moore is on the ground, he's being
10  handcuffed, on the floor being handcuffed, what movements, if
11  any, did Mr. Moore make?
12  A   Just being aggressive. Like hard to put handcuffs
13  on.
14  Q   All right. Did you-- After this time that
15  Mr. Moore was handcuffed in Hall B did you ever see him stand
16  any?
17  A   No.
18  Q   Did you ever see him kneel?
19  A   No. No, sir.
20  Q   Did you go with the group to the--what they call
21  the foyer or the four-way?
22  A   Just to put him in the foyer.
23  Q   Right. Okay. Do they call the interlock, as well?
24  A   I don't know.
25  Q   All right. You just know it as the foyer?

100

1   A   The foyer.
2   Q   Okay. How long were you in the foyer with
3   Mr. Moore?
4   A   I don't remember.
5   Q   And do you know long Mr. Moore was in the foyer--
6   A   No.
7   Q   --before he was transported to the Ouachita Parish
8   Correctional Center?
9   A   Until Ouachita Sheriff came.
10  Q   So you stayed in the foyer the whole time?
11  A   I don't remember.
12  Q   All right. But you were--you were there when
13  Mr. Moore was placed in the foyer and you were there when
14  Mr. Moore was taken out of the foyer to the--
15  A   I wasn't--
16  Q   --deputy?
17  A   I wasn't there when he was taken out. I was in the
18  front of--
19  Q   All right.
20  A   --the building.
21  Q   When you left Mr. Moore in the foyer to go to the
22  front,--
23  A   Yes, sir.
24  Q   --who--who else was in there with him?
25  A   I don't remember.

Jeremy Runner
August 30, 2017

101

1    Q   Do you recall ever seeing a nurse or medical person
2    in the foyer with Mr. Moore?
3        A   I don't remember. I went up to the front. I was
4    in the front.
5            MR. CALVIT: Just-- Just answer the question.
6    Q   All right.
7            MR. CALVIT: If you remember, yes or no.
8        A   No.
9    Q   So how long--how long do you think it is that you
10   were in the foyer with Mr. Moore before you went to the
11   front? Just a couple of minutes or a longer period of time?
12       A   I don't know.
13   Q   And--
14       A   You've got the video right here, don't you?
15   Q   Well, is there a video in the foyer?
16       A   No. But you have if I left or whatever.
17   Q   Yeah. I-- Well, okay. Let's look and see.
18       A   That's the hall right there (indicating).
19   Q   All right. Okay. I'm playing the video again to
20   Cam 16, and I'm going to fast forward it to 7:16. Can you
21   see with the light thing?
22           MR. CALVIT: Yeah.
23           (To Mr. Moore): You've got that? Thank
24           you, sir.
25   Q   And I'm not--

102

1        A   You probably went too far.
2    Q   Excuse me?
3        A   You probably went a little bit too far.
4    Q   Yeah.
5            MR. JACKSON: Nelson, can you give me a time
6            stamp on that when you get there?
7            MR. CAMERON: I-- I am; I am.
8    Q   I'm going to let it play from 7:04:24 for about,
9    say, ten minutes. All right.
10   (PLAYING VIDEO.)
11           MR. CALVIT: And, Mr. Cameron, we're looking
12           to see when he appears in the video again?
13           MR. CAMERON: Right.
14           MR. CALVIT: Did you understand that, we're
15           waiting to see you here?
16           WITNESS: Uh-huh (yes).
17           MR. CALVIT: Okay.
18   Q   Have you seen that yet?
19       A   No, sir.
20   Q   Okay. We're at 7:08:20. And that's still Cam 16
21   video.
22       A   There I go right there (indicating).
23   Q   That was you?
24       A   Uh-huh (yes).
25   Q   All right. Let's stop. It's at approximately

103

1    7:10. And the direction that you were walking on B hall is
2    back towards--
3        A   Back towards--
4    Q   --towards the interlock. Right?
5        A   Yes, sir.
6    Q   But you didn't see yourself leaving?
7        A   I think I did. But me and a guy had that same kind
8    of walk. But--
9    Q   Uh-huh (yes).
10       A   --I thought it was me, but I was--I wasn't too
11   sure.
12   Q   All right.
13       A   But you see me coming all the way back.
14   Q   All right.
15       A   And that was way before you said 7:08.
16           MR. CALVIT: Just--
17       A   So I left way before then.
18   Q   All right. Then in this time that you're walking
19   back towards the interlock or the four-way, the foyer, are
20   you--do you recall whether you went back into the foyer with
21   Mr. Moore or you were doing--you went and did something else?
22       A   I don't remember.
23   Q   When you're making rounds and counts do you have
24   anything in your hands when you do that, like a notebook or a
25   pen or--

104

1        A   I keep a paper in my back pocket and just put--
2    I'll write on it.
3    Q   All right. And how about any head gear? Do you
4    usually have head gear on?
5        A   No. Just a radio and a key.
6    Q   All right. And when you do the counts and the--and
7    the rounds, you just--you do that alone, not with anybody
8    else?
9        A   Most--
10   Q   Okay.
11       A   Most of the times. Because I was good at it.
12   Q   Now, we saw some video earlier of Mr. Moore being
13   carried away from the lying position that he was in when he
14   was handcuffed.
15       A   Yes, sir.
16   Q   And he--he dropped. For what- --whatever reason,
17   he dropped onto the ground--onto the floor. Did you see
18   that?
19       A   Yes, sir.
20   Q   Were you one of the persons involved in that?
21       A   Yes, sir.
22   Q   Which one were you?
23       A   The one that was coming back this way (indicating)
24   real fast.
25           MR. CALVIT: Legs or-- Head or legs? Or

26  (Pages 101 to 104)

Jeremy Runner
August 30, 2017

105

1          the--
2          WITNESS: The arms.
3     Q  You had the arms?
4     A  Yes, sir.
5     Q  All right. And so you lost your grasp of
6  Mr. Moore?
7     A  Yeah. Trying to hurry up and get him out the--
8  the--you know, the-- The Mace is so--was so-- You know, it
9  was all on this hall.
10    Q  Uh-huh (yes).
11    A  So we was trying to hurry up and get him inside the
12  foyer so he won't be choking. And I slipped and so he fell
13  on-- He fell on my leg, so--
14    Q  Uh-huh (yes).
15    A  --I had to hurry up. Got back up and put him in
16  the foyer.
17    Q  So you slipped on what?
18    A  I just-- I just slipped.
19    Q  All right.
20    A  Just trying to hurry up and--and rush him back so
21  he wouldn't start, you know, coughing or, you know,--
22    Q  Okay.
23    A  --sucked it up.
24    Q  And how about yourself? Did you have anything that
25  kept you from getting any of the spray--I mean, the fumes in

106

1  your system?
2     A  No, sir. Just holding my breath.
3     Q  So you're in a hurry, too, so you, yourself,
4  didn't--
5     A  Yes, sir.
6     Q  --get affected. Right?
7          MR. CALVIT: Let him finish the question.
8          WITNESS: Okay.
9          MR. CALVIT: You know where he was going.
10         WITNESS: Yeah.
11         MR. CAMERON: Yeah.
12         MR. CALVIT: But just let him finish.
13    Q  All right. So you were in a hurry so you,
14  yourself, and the other officers and Mr. Moore wouldn't be
15  affected?
16    A  Yes, sir.
17    Q  Going back to the time when you, you say,-- When
18  you made contact with Mr. Moore's head when he's--while he's
19  squatting down. Is it true you went towards him? You closed
20  the distance with him, did you not?
21    A  Yes, I did.
22    Q  All right. And he was not upright at the time.
23  Right?
24    A  No, sir.
25    Q  Did you say something to him as you were making

107

1  contact with his head?
2     A  Just-- I don't remember. I just remember us
3  telling him to get down on the--on the ground or whatever.
4     Q  Do you recall after you made contact with his head
5  Mr. Moore falls to the floor and you--you shook your hand?
6  Do you recall seeing that?
7     A  Yes, sir.
8     Q  Uh-huh (yes). And you shook your hand because it--
9  it hurt?
10    A  No. Because--
11    Q  What did you shake your hand for?
12    A  I don't know. Don't remember.
13    Q  Do you workout?
14    A  Not really.
15    Q  Not-- Not like you used to when you were playing--
16    A  Yes, sir.
17    Q  --football, huh? Do you know how much you--at this
18  time in October 2015 you could bench press?
19    A  No, sir.
20    Q  How much-- When you were doing weights, you know,
21  working out, how much could you bench press?
22    A  At least three fifteen (315).
23    Q  I'm sorry?
24    A  Three fifteen (315).
25    Q  Uh-huh (yes).

108

1          MR. CALVIT: That's pounds?
2          WITNESS: Yes, sir.
3          MR. CALVIT: I didn't know if it was kilograms
4          or pounds. Okay.
5     Q  When you dropped Mr. Moore when you were carrying
6  him and you slipped, did his head hit the ground?
7     A  No. I-- His body fell on my legs.
8     Q  Uh-huh (yes). You don't think his head made
9  contact with the floor at all?
10    A  I don't think so.
11    Q  I want to go back to the first night, okay, that
12  Mr. Moore was there. Did you at any time during that night
13  notice any kind of injury to Mr. Moore?
14    A  No. I don't remember.
15    Q  Okay. Do you recall seeing any cuts on his face?
16    A  No.
17         MR. CALVIT: Are you saying the night before
18         or at--
19         MR. CAMERON: Yeah.
20    Q  It was the first night.
21    A  Yeah. The first night.
22    Q  The first night. Will be the night before.
23         MR. CALVIT: These-- Yeah. These questions
24         are directed to the first night or the night
25         before?

27  (Pages 105 to 108)

Jeremy Runner
August 30, 2017

**109**

1      MR. CAMERON: Yeah. Right. I thought I made
2    that clear.
3    Q   You're-- You're with me?  You understand what I'm
4  talking about?
5    A   Yes, sir.
6    Q   All right.  So that first night you saw Mr. Moore
7  you didn't see any cuts on his face?
8    A   No cut, but there was a big old bump on his face.
9    Q   Bump?
10   A   Yeah.
11   Q   Where was the bump at?
12   A   It was like probably right in the middle of his
13 head.
14   Q   All right.  Middle of his forehead?
15   A   Yeah.  I guess it--  He was banging his head
16 towards the door at one time.  That's why I--  We had--  One
17 time we had to, you know, tell him to stop, asked him
18 politely, and he just kept going banging it.  "I'm Erie
19 Moore.  I'm God," and all that.
20   Q   Okay.  How--  How big of a bump was it?
21   A   It wasn't--  I don't think it was that big.
22   Q   All right.
23   A   It was--  You could notice it was--
24   Q   Yeah.
25   A   --a bump.

**110**

1    Q   Okay.  Did you notice that same bump the next
2  night?
3    A   Yes.
4    Q   How about any--  Did you ever see Mr. Moore the
5  first night--going to the first night--
6    A   That was the first night.
7    Q   --bleeding?
8    A   No, sir.
9    Q   Did you see any--  Let me--  Let me rephrase that.
10 During that first night can you give me a--a ballpark for the
11 number of times you actually saw Mr. Moore?
12   A   Throughout the--  I was just making rounds
13 throughout the whole night, so--
14      MR. CALVIT: His question is do you recall how
15      many times.
16   A   No.  I don't remember.
17   Q   Can you tell me looking at your habit, routine,
18 of--of that night how many times you would have gone to
19 lockdown 7 and visualized, looked inside and saw Mr. Moore?
20   A   I don't know how many times, but it was a lot.
21   Q   Okay.  All right.  But on a--on an hourly basis you
22 think your--your routine would have been you would have seen
23 him at least, what, twice an hour?
24   A   More than that.  Because I couldn't stop making
25 rounds.

**111**

1    Q   All right.
2    A   It was how we was told, don't stop making rounds
3  because anything can happen any--any minute.
4    Q   How many times per hour would you have gone to
5  lockdown 7?
6    A   I don't remember.
7    Q   Okay.  What is your best estimate?
8    A   Throughout twelve hours--in an hour, probably at
9  least four, five.
10   Q   Okay.
11   A   And we have visual on the camera.
12   Q   Oh, I--  And as a part of your routine of making
13 rounds did you go into control--the control room and look at
14 the camera?
15   A   Yes, sir.
16   Q   How often would you do that?
17   A   I don't recall.  But I asked the other guy or
18 whoever was in 5 and 6 control how they're doing down there
19 in 7.
20   Q   All right.  When was the last time you saw
21 Mr. Moore?
22   A   When he was in the foyer.
23   Q   All right.  And we was letting him know that--
24 When we got worried about the guy dying, we let him know that
25 the guy died.  And that's when he stated, "I killed a man?"

**112**

1  And we let him know, "Yeah.  You--  You're fixing to go to
2  OC- --OCC."  And then from when OCC came--arrived, I was
3  ordered to go to the front, just let them in.
4    Q   Okay.  So you stayed in the foyer until the OCC
5  personnel arrived?
6    A   I don't remember, until OCC arrived.
7    Q   Well, let me rephrase it.  Were you in the foyer
8  until word came that you needed to go to the gate to let OCC
9  come in?
10   A   I don't remember.  It should be on the camera.
11   Q   Yeah.  Well, some things maybe on camera, some
12 things may not, and I'm trying--trying to figure out--  I
13 thought you said just a minute ago that you were in the foyer
14 and you were told to go to the front to let OCC in.
15   A   I didn't say I was in the foyer.  I was--
16   Q   Okay.  Where were you at the time you were told to
17 go get--
18   A   I don't know.  But--
19   Q   Uh-huh (yes).
20   A   --I don't think I was in the foyer.
21   Q   Uh-huh (yes).
22   A   Probably making rounds and was told.  Because by
23 the time we got word, all the wardens or whatever came to the
24 facility.
25   Q   The last time you saw Mr. Moore what position was

28  (Pages 109 to 112)

Jeremy Runner
August 30, 2017

113

1  he in?
2      A   He was sitting up on the wall.
3      Q   With his back against the wall?
4      A   Like a, you know,-- You know how the kids sit?
5  One of his legs was out and--
6      Q   Legs were out and back against the wall?
7      A   Yeah.  And his back was against the wall.
8      Q   All right.
9      A   Sitting up until he feel--or until he feel asleep.
10             MR. CALVIT:  Well, he's asking what you knew.
11             WITNESS:  Oh.
12             MR. CALVIT:  If he's going to ask you what you
13         heard, that's on him.
14             WITNESS:  Okay.
15             MR. CAMERON:  Yeah.
16             MR. CALVIT:  I mean, apologize, but--
17             MR. CAMERON:  No.  That's--
18      Q   Were you in the foyer when Mr. Moore was asleep?
19      A   Yes.
20      Q   And is that the last way you saw him?
21      A   Yes.
22      Q   So the last time you saw him was not sitting up, it
23  was actually asleep?
24      A   Asleep.
25      Q   All right.

114

1      A   He was still like kind of, but you know,--
2      Q   Okay.  Let's talk about the foyer just for a few
3  more minutes.  What positions was Mr. Moore in in the foyer?
4  You've told me about him being asleep, being sitting up with
5  his back against the wall.  Did you see him in any other
6  position?
7      A   No, sir.  The first position when we placed him,
8  sitting up against the wall.  And the next time I saw him,
9  probably when I made it to--when I came back, he was asleep.
10      Q   Uh-huh (yes).  Do you recall how much time passed
11  between the time you first brought him into the foyer until
12  you saw him asleep?
13      A   I don't remember.
14      Q   Do you recall if Mr.--Mr. Moore was in the foyer
15  for a period of about two hours?
16      A   I don't remember that.
17      Q   Besides yourself who else--and Mr. Moore--who else
18  did you see inside the foyer at this time?
19      A   I don't remember that either.  It was so much going
20  on, it's, you know,--
21      Q   Do you ever recall seeing Lieutenant Hardwell in
22  there?
23      A   I don't know.
24      Q   Do you know a person by the name of--a correctional
25  officer or an employee by the name of Fletcher who works in

115

1  the--in the kitchen, who was in there?
2      A   No.  I can't remember his name.
3      Q   All right.  Do you recall Correctional Officer
4  Curley in the--in the foyer?
5      A   I don't remember.
6      Q   Now, when Mr. Moore is in the foyer did you see any
7  other injuries to him, to his face, arms, legs, other than
8  the knot that you've already described that was on--that was
9  on his forehead?
10      A   No, sir.
11      Q   Did you ever see him in the foyer area where he was
12  bleeding any?
13      A   No, sir.
14      Q   Did you see any cuts on him?
15      A   No, sir.
16      Q   And I think you've already told me, but you never
17  saw a nurse in the foyer with Mr. Moore?
18      A   I don't-- I don't know about all that because I--
19  You could see me.  I left.
20             MR. CALVIT:  Just answer the question.
21      Q   Yeah.  I'm just asking if you saw--
22      A   Oh, no.
23             MR. CALVIT:  Yeah.
24      Q   --if you saw somebody.  When the-- In relationship
25  to the time you let the deputies in the gate, when is it that

116

1  you gave your statement?
2      A   I don't remember that.
3      Q   But it was the same night.  Correct?
4      A   Yeah.  The same night.  But I don't know-- I don't
5  remember the time.
6      Q   And you've reviewed that audio?
7      A   Yes, sir.
8      Q   Now, you filled out a unusual occurrence report in
9  connection with this incident?
10      A   Yes, sir.
11      Q   And did you fill just one or did you fill out more
12  than one?
13      A   Don't remember.
14      Q   All right.  I'm going to show you RCC 395 and ask
15  if you recognize that?
16  (WITNESS PERUSES DOCUMENT.)
17      Q   All right.  Do you recognize it?
18      A   No.  It's been time.  I just read it and--
19      Q   Do you recognize your signature on the document?
20      A   Yeah; yeah.  I recognize that.  Yes, sir.
21      Q   And this is-- What I have here, RCC 396, this is
22  the unusual occurrence report that you wrote in connection
23  with the incident?
24      A   Yes, sir.
25      Q   Okay.  And its contents are true and correct,

29  (Pages 113 to 116)

117

1  accurate?
2      A  Sir?
3      Q  Are its contents true, correct and accurate?
4      A  Yes, sir.
5      Q  Okay. When did you actually write the report?
6          MR. CALVIT: And that's "23"?
7          MR. CAMERON: "23." Yes, sir. RCC 395.
8      Q  When-- When is it you actually wrote this UOR?
9      A  I don't remember.
10     Q  Did you write it that night or some--
11     A  Yes, sir.
12     Q  --other night?
13     A  That night.
14     Q  Okay.
15     A  But I don't know-- I can't remember the time. It
16  should be on there.
17     Q  In your opinion was Mr. Moore, the two nights that
18  you had contact with him, was he--he was acting erratically?
19     A  Well, the first night for a moment and then he just
20  stopped for almost different--like the rest of the night.
21  And then got back to debriefing and I heard that, you know,
22  debrief on him being aggressive that morning.
23     Q  Okay. He had a lot of positive moments and a lot
24  of negative moments?
25     A  Yes, sir. And--

118

1      Q  Like--
2      A  --the rest of the night was just positive.
3      Q  Uh-huh (yes).
4      A  The rest of the night was just positive.
5      Q  Did anybody ever describe Mr. Moore to you as "he's
6  acting crazy"?
7      A  Not for the rest of the night. For the first part,
8  and then for the rest of the night he was fine.
9      Q  Yeah. And how--how about the-- Well, the next
10  night you weren't on duty very long before he actually went
11  into the cell. Right?
12     A  Yes, sir.
13     Q  Do you know if Mr. Moore ever saw any kind of
14  mental health professional while he was at Richwood?
15     A  I don't know.
16     Q  All right.
17         MR. CAMERON: Let's see. I think I'm just
18         about done. I want to review my notes real
19         quick.
20         MR. CALVIT: Sure.
21  (MR. CAMERON PERUSES DOCUMENTS - OFF RECORD COMMENTS.)
22     Q  Okay. Mr. Runner, did you personally know any of
23  the people you worked with at Richwood?
24     A  Just work-wise.
25     Q  Okay. Did you ever socialize with anybody out

119

1  there?
2      A  No, sir.
3      Q  Did you ever-- Are you related to anyone who works
4  out there?
5      A  No, sir.
6      Q  And at the time you were working in October 2015
7  you weren't related to anyone out there?
8      A  No, sir.
9      Q  Do you know anything about lockdown 7, the cell
10  itself being cleaned?
11     A  Yes, sir.
12     Q  What do you know about that?
13     A  We have the trustees clean it out most of the time
14  when they take showers.
15     Q  Do you know why it was cleaned?
16         MR. CALVIT: He's--
17     A  Oh. I didn't know--
18         MR. CALVIT: I-- Explain to him what you
19         thought he asked.
20     A  I thought you was saying does it be--does the
21  cells--the lockdown cells be cleaned like on a daily basis.
22     Q  Okay. Let me rephrase. On this night of October
23  the 12th, the night that Vernon White was taken out of the
24  cell and the night Mr. Moore was taken out, do you know if
25  lockdown 7 was cleaned--

120

1      A  Well, I--
2      Q  --after that event?
3      A  I can't remember.
4      Q  Looking at Vernon White, before Vernon--that first
5  night, okay, the first night, do you recall seeing him having
6  any kind of denture work or anything such as that?
7      A  No, sir.
8      Q  Do you recall that first night whether he had any
9  teeth missing in the front?
10     A  Probably. I think he have--he have like one or
11  two. But that was about it.
12         MR. CALVIT: You're actually saying one or two
13         in or one or two missing?
14         WITNESS: Missing.
15     Q  All right. Oh, was there any time that Mr. Moore
16  was in there at Richwood besides the time you made contact
17  with head, besides the time that Lieutenant Hardwell slammed
18  him to the floor and the time that Mr. Moore was dropped when
19  he was being carried, do you know any other times that his
20  head made contact with any object? And I know you told me
21  about the bars, that he put his head against the bars. Any
22  other times?
23     A  No, sir.
24     Q  Did you actually see Mr. Moore put his head against
25  the bars?

30  (Pages 117 to 120)

Jeremy Runner
August 30, 2017

121

1    A   Yeah.  I seen him hitting the door with his head.
2    Q   And how many times did you see that happen?
3    A   Oh, that was just once.  That was when he was very
4    aggressive that first night.
5    Q   All right.  And over how long did you see him doing
6    that?
7    A   He did it about at least five or six times, I
8    think.
9    Q   All right.  Over--
10       MR. CALVIT:  Are you asking banging his head
11       or being aggressive.
12       WITNESS:  Banging his head.
13       MR. CAMERON:  Banging the head.  Yeah.
14       Banging the head.
15       MR. CALVIT:  Okay.
16   Q   Five or six times.  And is that like for a few
17   seconds we're talking about?
18   A   Yeah.  That that one period span, time.
19   Q   All right.  And we're just talk- --talking for a
20   few seconds he banged his head five or six times?
21   A   Yes, sir.
22   Q   And he was banging or the--I know that made--made a
23   rise there on his forehead.  I mean, was he hitting it really
24   hard to where you were concerned that, "Hey, you're going to
25   hurt yourself," or--

122

1    A   Yes, sir.
2    Q   All right.
3    A   I notified--
4    Q   How hard was he hitting it?
5        MR. CALVIT:  Were you finished answer the
6        question?
7        WITNESS:  I was about to answer.
8    Q   Go ahead.
9    A   I notified Lieutenant Hardwell that he was banging
10   his head to the--to the door.
11   Q   All right.  And did you have any words with
12   Mr. Moore?
13   A   No, sir.
14   Q   And once you notified Lieutenant Hardwell did you
15   see him banging his head anymore after that?
16   A   No, sir.  He was good for the rest of the night.
17   Q   Uh-huh (yes).  Are you aware of any RCC
18   correctional officer in your mind who used too much force on
19   an inmate?
20   A   No, sir.
21   Q   Are you aware of any RCC inmate who attempted
22   suicide while in custody?
23   A   No, sir.
24   Q   Are you aware of any RCC inmate who had completed
25   suicide while in custody?

123

1    A   Could you repeat that?
2    Q   Committed suicide.
3    A   No, sir.
4    Q   Are you aware of any RCC inmate who died while in
5    custody there besides Vernon White and later Mr. Moore?
6    A   No, sir.
7        MR. CAMERON:  I'll tender.
8    (OFF RECORD.)
9        MR. JACKSON:  All right.  Mr. Runner, you and
10       I met off record.  My name is Patrick Jackson.
11       We represent the White family in this lawsuit.
12       I'm going to do my best not to cover old
13       ground, but I do have a few follow-up
14       questions on the topics Mr. Cameron already
15       addressed with you, and then I'm going to get
16       into a few things that I want to talk to you
17       in general about.
18   EXAMINATION BY MR. PATRICK:
19   Q   Do you remember giving a statement to the Ouachita
20   Parish Sheriff's Office after Mr. Moore and Mr. White were
21   pronounced dead?
22   A   Yes, sir.
23   Q   Okay.
24       MR. CALVIT:  Object to the question.
25       MR. CAMERON:  Yeah.  I was going to object to

124

1        the form.
2        MR. CALVIT:  Yeah.  Moore was not pronounced
3        dead.
4        MR. JACKSON:  Okay.
5        MR. CAMERON:  All right.
6    Q   So let's start over.  Do you remember giving a
7    statement to the Ouachita Parish Sheriff's Office about the
8    events made the base of this suit?
9    A   Yes, sir.
10   Q   Okay.  Did you tell the truth that day?
11   A   Yes, sir.
12   Q   Okay.  And was your memory more clear about the
13   events that day in that statement than maybe they are today?
14   A   Yes, sir.  During that--that night.
15   Q   Okay.  So you gave it the night of the event?
16   A   Yes, sir.
17   Q   And do you remember that being around October 13th
18   of 2015?  Does that sound about right?
19   A   I don't know about the date.
20   Q   Okay.
21   A   It's been long ago.
22   Q   Were you on Team D?
23   A   Yes.  Night team.
24   Q   And so the Delta team worked from 6 p. to 6 a.?
25   A   Yes, sir.

31  (Pages 121 to 124)

125

1    Q   Is that fair? And was that three on/four off, four
2  on/three off? How did that shift work for you?
3        A   It was-- It was just like I'm working now. I was
4  off Monday, Wednesday-- I mean, Monday, Tuesday; worked
5  Wednesday, Thursday; off Friday, Saturday, Sunday. Come back
6  and work Monday, Tuesday; off Wednesday, Thursday; worked
7  Friday, Saturday, Sunday.
8        Q   Okay.
9        A   It just rotated.
10       Q   So was the Delta team pretty much the same people
11 all the time?
12       A   Yes, sir.
13       Q   The same leadership?
14       A   Yes, sir.
15       Q   Okay. How long had you been working on the Delta
16 team in October of 2015?
17       A   The whole year.
18       Q   Okay. So as soon as you came to work for RCC you
19 went on the Delta team working that shift?
20       A   Yes, sir.
21       Q   Okay. Great. And Lieutenant Hardwell was your
22 lieutenant that entire time?
23       A   I don't remember.
24       Q   Okay. You were a corrections officer that entire
25 time you worked for RCC?

126

1        A   Yes, sir.
2        Q   Did you ever promote to sergeant?
3        A   No. No, sir.
4        Q   Did you ever seek a promotion?
5        A   Yes, sir.
6        Q   Okay. What happened?
7            MR. CALVIT: Did you say "yes, sir"?
8            WITNESS: Yes.
9            MR. CALVIT: Thank you.
10       Q   What happened?
11       A   I-- I was there only for six--six months. I
12 needed more experience.
13       Q   Okay. So what position-- Did you apply for a
14 sergeant's position on the Delta team or a different shift?
15       A   Just overall.
16       Q   Okay. I'm going to play you an excerpt of what I
17 believe to be a recording of the statement that you gave to
18 Ouachita Parish, and I'm going to get some comments from you
19 about it. Okay? And this is into the statement
20 approximately fourteen minutes, fifty-eight seconds.
21 (PLAYING TAPE RECORDING.)
22       Q   Okay. Can-- Can you describe what you were
23 explaining to the Ouachita Parish Sheriff's Office?
24       A   That we kept making rounds all night on our shift
25 the whole entire night for the whole twelve hours.

127

1        Q   Okay.
2        A   Since-- Well, not the whole twelve hours. Until
3  those two was in--in the same lockdown cell.
4        Q   Okay. I'm going to represent to you that--that
5  Mr. White was killed on October the 13th of 2015. Does
6  that-- Does that sound about right to you?
7        A   Yes.
8        Q   Okay. Do you recall whether you worked on October
9  12th, 2015, as well?
10       A   The night going onto the--the next day.
11       Q   Okay. So your shift on the 12th would have
12 actually started on the 11th at 6 p.m. and worked till 6 a.m.
13 on the 12th, and then you'd have come back at 6 p.m. on the
14 12th and worked till 6 a.m. on the 13th, and then come back
15 at 6 p.m. on the 13th and worked till 6 a.m. on the 14th? Is
16 that how it would have worked?
17       A   Repeat-- Repeat your question.
18       Q   Yeah. Sure. I'm just trying to understand--
19       A   Because I'm-- When was the date that it happened?
20       Q   Okay. So on October 13th, 2015, you were just
21 coming on shift around 6 p.m. Is that right?
22       A   Yes, sir. That's that day--
23           MR. CALVIT: The day of the incident.
24           WITNESS: Okay.
25       Q   The day of the incident

128

1        A   Okay.
2        Q   Okay. So when had you been there prior to arrival
3  for that day shift?
4        A   On the 12th?
5        Q   On-- Well, that's what I'm asking. I'm asking
6  you--
7        A   We--
8        Q   --what was your workday that immediately preceded
9  that day that the event occurred?
10       A   It would have been my 6 p., but we arrived for
11 briefing at 5:45.
12       Q   Okay. On the 12th?
13       A   Yes, sir.
14       Q   Okay.
15           MR. CALVIT: Would-- Would it help you to
16           look at a calen- -- I mean, I'm just
17           volunteering.
18           WITNESS: Yeah.
19           MR. CALVIT: Would it help to look at a
20           calendar?
21           WITNESS: Yes; yes; yes.
22           MR. CALVIT: It's your-- It's your
23           deposition.
24           MR. JACKSON: Okay.
25       Q   So I-- I want to make sure I understand. You

32  (Pages 125 to 128)

Jeremy Runner
August 30, 2017

129

1  would have come in at, say, 5:45 on the 12th of October and
2  worked until 6 a.m. the morning of the 13th?
3      A   13th. Yes, sir.
4      Q   And then gone home or whatever you did, and then
5  com back for your next--for your next shift at 6 p.m.--5:45,
6  6 p.m. the date of the event?
7      A   Yeah. The day of the event I worked. We worked--
8  The date of the event was the 12th. Right?
9      Q   It's the 13th.
10     A   The 13th?
11     Q   Yeah.
12     A   So I only worked two days. That was my second day
13  on the 13th. I don't know if that was a Monday, Tuesday,
14  Wednesday, Thursday, Friday, Saturday.
15     Q   Okay.
16     A   I don't know. I don't know how that shift would
17  have went.
18     Q   On the day of the event did you work a whole shift?
19     A   Yes, sir. After the event?
20     Q   After the event.
21     A   Yeah; yeah. Throughout the whole night.
22     Q   You went ahead and worked your whole shift?
23     A   Yes, sir.
24     Q   Okay. So the day before the 6 p. to 6 a. shift,
25  okay, that you were talking about Mr. Cameron about,--

130

1      A   Uh-huh (yes).
2      Q   --where you had had--and--and I believe you were
3  telling the Ouachita Parish Sheriff's deputies about, that
4  you kept your eye on Mr. Moore.
5      A   Yes, sir.
6      Q   Okay. So tell me what you remember the day before
7  shift. Not the day of the event shift when you came in at 6
8  o'clock,--
9      A   The day-- Yeah.
10     Q   --but the day before. Tell me about your
11  interaction that day with Mr. Moore in lockdown cell #7.
12     A   Like I said, keeping an eye on him, making sure he
13  wasn't doing nothing too wild like what I was telling the
14  other gentleman about him banging his head on--on the door,
15  stuff like that, so he won't hurt his self or, you know, when
16  we put Mr. White in there he won't hurt Mr. White.
17     Q   Okay. Do you remember the day before, on that
18  October 12th shift, being involved with a Macing of Mr. Moore
19  sometime around 10 o'clock on the 12th?
20         MR. CALVIT: Is that 10 p.m.?
21         MR. JACKSON: 10 p.m.
22     A   I don't remember.
23     Q   Okay.
24     A   I don't remember.
25         All right. Do you-- Tell me, if you know, when

131

1  someone was Maced at RCC while you worked there was there
2  documentation required that you were taught in this policy
3  lesson you were getting at shift change?
4      A   Could you repeat?
5      Q   Sure. So do you know if paperwork had to be filled
6  out when somebody got Maced in--in RCC?
7      A   Yes, sir.
8      Q   Okay. And did you have any hand in filling out
9  paperwork when someone got Maced?
10     A   If I was around. If I was in the scene.
11     Q   Okay. Did you have to give a statement sometimes?
12     A   Yes, sir.
13     Q   All right. Do you recall being involved in any
14  kind of incident with Mr. Moore on that shift on the 12th,
15  we'll call it, prior to when you arrived on the 13th and all
16  this stuff came out with--with the lawsuit? So the day
17  before do you remember having any incidents with Mr. Moore?
18     A   Well, when he was hitting his self--or hitting his
19  head on the door,--
20     Q   Okay.
21     A   --you know.
22     Q   Do you recall if that was early in the shift, late
23  in the shift?
24     A   It wasn't late/late, but it was mid.
25     Q   Okay. And I understand you're working 6 p. to 6 a.

132

1  But-- But you know on the 13th when you got there it was
2  right as soon as you got there;--
3      A   Yes, sir.
4      Q   --correct? Okay. So I'm going to show you what--
5  Let's see. Let me get to that form. Excuse me. Electronics
6  work sometimes, but always. All right. All right. Okay.
7  You wouldn't have been there at that time.
8         (OFF RECORD COMMENTS.)
9      Q   Okay. I'm going to-- I'm going to show you a
10  document and I want you to take the time to read it. And I
11  realize your signature is on it--not on it. I'm just going
12  to ask you if you'd read the narrative in it and tell me if
13  you remember anything about this.
14         MR. CALVIT: Read it to himself, not out loud?
15         MR. JACKSON: Yes.
16         WITNESS: Yeah.
17     Q   Just to yourself.
18         MR. CALVIT: And page number, please?
19         MR. JACKSON: RCC 27.
20         MR. CAMERON: And what document was that?
21         MR. JACKSON: RCC 27.
22         MR. CAMERON: Yeah. What-- What is it?
23         MR. JACKSON: It's an unusual occurrence
24  report.
25         MR. CAMERON: Okay.

33  (Pages 129 to 132)

133

1  (WITNESS PERUSES DOCUMENT.)
2      After you've had a chance to look at RCC 27, does--do
3  you remember that event?
4      A  Not too much of the event because it-- There was a
5  time period where he was acting aggressive.
6          MR. CALVIT:  The question is do you remember
7          the event?
8      A  A little bit, but not too much.
9      Q  Okay.
10     A  It was--
11     Q  So this would have been the day before?
12     A  Yes, sir.
13     Q  Okay.  And this document appears to reflect some
14  event that occurred on October the 12th at approximately
15  10:30 p.m.  And it appears to have an interaction between
16  you, Lieutenant Hardwell and Mr. Moore.  Does that sound
17  right?
18     A  Yes, sir.  I read it.
19     Q  Okay.  And do you remember if anybody had been in
20  the cell with Mr. Moore at that time?
21     A  I don't remember.  I don't remember that.
22     Q  Okay.
23     A  If he was in it at--in the cell with anybody at
24  that time.
25     Q  Okay.

134

1      A  I think we put them together after that time, but I
2  don't recall it.
3      Q  All right.  Do you remember during earlier in your
4  shift another inmate having been in the cell with Mr. Moore
5  having to have been removed because of Mr. Moore's aggressive
6  behavior towards that inmate?
7      A  I don't remember that.
8      Q  Okay.  Do you know whether or not you were involved
9  in the removal of that inmate from lockdown cell #7 with
10  Mr. Moore prior to placing Mr. White in that cell?
11     A  No, sir.
12     Q  Okay.  Do you know who ultimately placed Mr. White
13  in the cell with Mr. Moore?
14     A  Sir?
15     Q  Do you know who ultimately placed Mr. White in the
16  cell with Mr. Moore in lockdown cell #7?
17     A  Higher command.
18     Q  Okay.  Did you have anything to do with that
19  decision?
20     A  No, sir.  I was a CO.
21     Q  Okay.  And so as a CO you really are just supposed
22  to follow orders?
23     A  Yes, sir.
24     Q  Okay.  I want you to explain--  When you were
25  talking about earlier in your testimony you--you said--  And

135

1  I'm going to try to--  "I was good at checking cells."  Is
2  that accurate, what you said?
3      A  Yes, sir.
4      Q  Okay.  So tell me what you are trained to do at RCC
5  when you check a cell.
6      A  Make sure, you know, for a suicidal, make no one's
7  hung they self--self or if it's two inmates in there they're
8  not having sexual intercourse with each other and just
9  keeping an eye--  If it was just one inmate, just steady
10  keeping an eye, making sure he don't hurt his self.
11     Q  Okay.  So when you come in on the beginning of each
12  shift a lieutenant is giving you a briefing of some type.  Is
13  that right?
14     A  Yes, sir.
15     Q  Okay.  And you said he--they're always talking
16  about knowing your policies.  Is that fair?
17     A  Yes, sir.
18     Q  Okay.  And how did they expect--  Did they-- Did
19  they read the policies to you or did they issue the policies
20  to you?  How--  How did they communicate to you that, "Here
21  are the policies and these are the things I want you to look
22  at"?
23     A  It was issued, but Lieutenant Hardwell, he'll pick
24  out, you know, a policy.  Well, during--  Somewhere inside
25  the policy he'll pick out--  You know, they have number--

136

1  numerous or whatever it's called, and he would just pick out
2  whatever is in the policy that we need to know.
3      Q  Okay.  And would he read it to you?
4      A  Yeah.  He'll read and it explain it to us and see--
5  make sure we stay on top of it.
6      Q  Okay.  All right.  So what were you trained to do
7  with regard to checking policies?  Like give me what you as a
8  trained corrections officer is supposed to do when you
9  approach a lockdown cell.  So you lift the flap.  What are
10  you looking for?
11     A  I'm looking for a suicidal or sexual intercourses,
12  and making sure the inmate is properly, you know, safe in his
13  cell.
14     Q  Okay.  And if the--if the view is obstructed,
15  blocked in some way, what training did you have at RCC on
16  what to do next?
17     A  Let the sergeant know, and the sergeant had power
18  to--with a CO.  And a sergeant, he could open the door and
19  check inside if he have--if he don't have a clear view.
20     Q  Okay.  You said CEO?
21     A  CO.
22     Q  Okay.
23     A  A CO.
24     Q  So the CO can't open a door?
25     A  No, sir.  Without higher--

Jeremy Runner
August 30, 2017

**137**

1   Q   Okay.  So basically if you go to do your inmate
2   check and you have your--your vision obstructed by something
3   over the--over the window, your job is to let a sergeant or a
4   lieutenant know--
5   A   Yes, sir.
6   Q   --immediately?
7   A   Yes, sir.
8   Q   Okay.  And if--if you don't do that have you done a
9   proper check?
10   A   Yes, sir.  I always do.  Even--
11         MR. CALVIT:  No; no.  Listen to his question.
12         MR. JACKSON:  Yeah.
13         MR. CALVIT:  I think-- I apologize.
14         MR. JACKSON:  Yeah.  That's okay.
15   Q   If-- If-- If your view is obstructed and you come
16   through there and do a check and your view is obstructed and
17   you don't tell a sergeant or a lieutenant or take any further
18   action, have you completed a proper check based on your
19   training?
20   A   Oh, no, sir.
21   Q   Okay.  So it would be fair to say that in doing
22   your checking, according to RCC policy if your view is
23   obstructed it'll be incumbent upon that employee to
24   immediately notify the chain of command?
25   A   Yes, sir.

**138**

1   Q   All right.  And was that always your practice
2   whenever you did your checks?
3   A   Sir?
4   Q   Was that the way you handled inmate checks, if your
5   view was obstructed you would notify your command?
6   A   Oh, yes, sir.
7   Q   All right.  Now, you-- I'm going to read a portion
8   of your statement to the Ouachita Parish Sheriff's Office,
9   and I want to get your feedback on that.  And I'm-- And I'm
10   not trying to evoke-- Because I know that you sought some
11   mental health counseling at RCC, or it was provided to you
12   about this death experience.
13   A   Yes, sir.
14   Q   So I'm not trying to provoke additional heartache
15   for you, but I want to get your impression of what you told
16   them that day and tell me-- I'm going to ask you some
17   questions about it.  Okay?
18   A   Okay.
19   Q   And-- And you're responding to what you saw when
20   you entered the lockdown cell #7 as soon as you got on shift.
21   Okay?  "So I go in there and he say, 'What happened?'  Well,
22   once I told my sergeant, he notified the lieutenant and
23   everybody else to come 10-910 [sic] to the lockdown cell.  I
24   opened the door and that's when I seen-- Like was shaking
25   and blood was coming out of his mouth.  Teeth looked like it

**139**

1   was gone and he just-- He was shaking and I waited till
2   everybody got in there and the guy-- You know, the other guy
3   that was in there, he was squatting down, you know, using the
4   it on the bath--on the mat.  And the lieutenant--the
5   lieutenant on B team, Lieutenant Loring, gave me--him a
6   direct order to, you know, get down and he was saying, you
7   know,..."  Can you describe for me what Mr. White looked
8   like, what he was doing when you entered that cell?
9   A   While I was on my sergeant or whatever, entering
10   his cell, it was looking like he was having a seizure.  And
11   he was shaking, but while--when I saw him through the--the
12   flap, I didn't realize it was blood coming out of his until
13   when the door opened.  And seeing him shaking and it's
14   coming-- You could him gargle [sic] on his blood.
15   Q   Okay.  Was he in obvious pain?
16   A   Yes, sir.
17   Q   Okay.  Was he moaning?
18   A   Yes, sir.  Gargling [sic].
19   Q   Okay.  Was he asking for help, or what was he--what
20   were his sounds that were coming from--
21   A   He-- He couldn't talk.  He was just gargling [sic]
22   the blood.  You could hear it.
23   Q   Was he trying to breathe?
24   A   Yes, sir.
25   Q   Did he appear to be fighting for his life?

**140**

1   A   Yes, sir.
2   Q   Okay.  Do you-- Did you ever have any
3   communication with him?  And what I mean by-- Did you ask hi
4   any questions, did he make any eye movements, did he--did he
5   appear to react to your touch or your rescue or anything like
6   that?
7   A   Well, as I was taking him out he was still like
8   kind of moving.  But other than me talking to him, it
9   wasn't-- I couldn't-- We couldn't talk to him.
10   Q   Okay.
11   A   Just had to hurry up and, you know, try to get him
12   to, you know, help.  Get help come and--and get him and--and
13   revive him--
14   Q   Okay.
15   A   --or whatever it was.
16   Q   And, Mr. Runner, again, I know these--this was an
17   unpleasant day for you.  Okay?  Can you tell me-- Can you
18   describe to me what the inside of that cell looked like when
19   you first went in there?
20   A   It was a mess.  He was on the floor on a mat and--
21         MR. CALVIT:  "He" would be who?
22         WITNESS:  Mr. White.
23   A   Mr. Moore was, you know, defecating and very
24   aggressive towards Mr. White.  It was just--
25   Q   When you say it was a mess, describe the scene

35  (Pages 137 to 140)

Jeremy Runner
August 30, 2017

141

1   around Mr. White. Was there blood?
2      A   Yes, sir.
3         And did you see-- You said-- It says you said
4   "teeth looked like it was gone." Describe that to me.
5      A   Well, when pulled him out there was-- You know,
6   you could look at his mouth and just-- The teeth that he did
7   have the day before, they were missing. Even the ambulance
8   people said that his teeth was down his throat.
9      Q   Okay. Do you know if Mr. White had a full set of
10  teeth?
11     A   I don't-- I seen him the night before. He didn't
12  have no full set of teeth, but he had some teeth.
13     Q   Okay.
14     A   The second night the front of his teeth were
15  basically all gone.
16     Q   All right. Do you remember if he had front teeth?
17     A   Yeah. He had some front teeth.
18     Q   Okay.
19         MR. CALVIT: And if you need to take a break
20  let us know.
21         WITNESS: I'm fine.
22         MR. CALVIT: If you-- If you want to finish
23  it, that's fine.
24         WITNESS: Yeah.
25         MR. CALVIT: If you need to take a break let

142

1         us know.
2         WITNESS: I want to just finish.
3         MR. CALVIT: Okay.
4      Q   All right. Now, when--when you pulled Mr. White--
5   Were you one of the individuals that was involved in pulling
6   Mr. White out?
7      A   Yes, sir.
8      Q   Okay. Had you ever received any kind of training
9   about what to do when you-- Or you played football. Right?
10     A   Yes, sir.
11     Q   Okay. Did you ever receive any training on the
12  football field that if--if a player hurt his--his neck, what
13  were you supposed to do? Move them or not move them?
14     A   Not move-- Don't move them.
15     Q   Okay. Did-- Did RCC provide you any kind of
16  training while you were there on what to do-- I mean,
17  obviously there's no way you could have prepared for what you
18  walked into. But did you receive any kind of training from
19  RCC about how you were to handle a medical situation of that
20  nature?
21     A   Yeah, we did. But far as that situation and a
22  Mace in the--the--the cell, you know, it was just reaction.
23     Q   Okay. Do you remember how you--you extricated
24  Mr. White from the cell?
25     A   I just kept him by his leg--his leg and just gently

143

1   was pulling him out.
2      Q   Okay. Did you have any help?
3      A   No, sir.
4      Q   All right.
5      A   All-- I don't remember. I know I had his leg,
6   pulling him out.
7      Q   All right.
8      A   And as I'm pulling him out, you know, blood was
9   coming from him.
10     Q   Other than the CPR training you told Mr. Cameron
11  about what other kind of medical training did you receive in
12  dealing with inmates that have--had been attacked or had some
13  kind of medical emergency?
14     A   I don't remember. It was-- It was plenty of
15  training, but I don't remember what type of training. Just
16  the main thing was CPR, basically. And then we had, you
17  know, other things dealing with the medical, but I don't
18  remember, you know, about the medical,--
19     Q   Okay.
20     A   --too much of the medical part.
21     Q   All right. So that's one of the questions that I
22  talked to Lieutenant Hardwell about yesterday. So help me
23  understand. I know you went to a corrections class, a
24  ninety-hour corrections class at Morehouse. Right?
25     A   Yes, sir.

144

1      Q   Okay. And so that was sometime in 2015?
2      A   Yes, sir.
3      Q   Okay. And you received a certificate of
4   completion?
5      A   Yes, sir.
6      Q   All right. And did you get weapons qualified?
7      A   I don't remember.
8      Q   Do you remember going to the range and shooting?
9      A   But we went to the range.
10     Q   Okay. Do you remember going to the range and
11  shooting a weapon?
12     A   Yes, sir.
13     Q   All right. Do you remember becoming POST certified
14  with that weapon?
15     A   I got cert-- -- Yes, sir. I got certification.
16     Q   All right. And so this was your first job in
17  corrections?
18     A   Yes, sir.
19     Q   And you have a criminal justice degree from
20  Grambling?
21     A   Yes, sir.
22     Q   And you've been correction certified?
23     A   Yes, sir.
24     Q   Okay. How much time before you went to work at RCC
25  was it before you went to the corrections course? Did you

36  (Pages 141 to 144)

Jeremy Runner
August 30, 2017

145

1 start there and then go to the corrections course, or did you
2 go to that before you started the job?
3     A   I started on-the-job training, and then went to the
4 training course.
5     Q   All right.  So you went to the corrections course
6 sometime in June of 2015, it appears your personnel file
7 says.  Does that sound about right, summer of 2015?
8     A   Yes, sir.
9     Q   All right.  And then after that this event occurred
10 in October of 2015;--
11    A   Yes, sir.
12    Q   --right?  So you'd been on the job a few months
13 before the training--
14    A   Yes.
15    Q   --and then a couple of months after.  Right?
16    A   Yes, sir.
17    Q   All right.  There is a-- There's a training log in
18 your file March of 2015 where you attended some PREA and CPR
19 training.  Okay?  Do you recall that?
20    A   Yes, sir.
21    Q   All right.  Do you remember going to some physical
22 location at RCC and having some training done?
23    A   Yes, sir.
24    Q   All right.  And y'all signed a sign-in sheet?
25    A   Yes, sir.

146

1     Q   Outside of that-- Or when did you leave-- After
2 this accident when did you leave RCC?  When were you-- When
3 were you terminated?
4     A   Sometime in December.
5     Q   Okay.  So another couple of months and then you
6 were gone?
7     A   Yes, sir.
8     Q   All right.  Do you remember receiv- -- Outside of
9 those two-certificate training in March of 2015 do you
10 remember receiving any formal training there at RCC where
11 y'all were paid to go to a classroom and sit and listen to an
12 instructor provide you some information?
13    A   Yes, sir.
14    Q   Okay.  Tell me about that.
15    A   We just went, listened, went through the motions,
16 you know, did--did the--the--the walk-through of it or
17 whatever you want to call it, and that was about it.
18    Q   Okay.  Do you recall when that was?  Was it before
19 or after this event
20    A   I don't know.
21    Q   All right.  Do you know if RCC had some kind of
22 training officer that handled all the training for the
23 employees?
24    A   I don't know.
25    Q   Okay.  When you first got hired, before you went to

147

1 the corrections course, did they have some kind of on-the-job
2 training program or an officer where you had to kind of ride
3 along with another officer to kind of show you the ropes?
4     A   Yes, sir.
5     Q   Okay.  Can you describe that process?
6     A   It was good.  I learnt a lot from the person that
7 trained me.
8     Q   Okay.  And who was that?
9     A   It was actually about two or three.  I know it was
10 Sergeant-- He became a sergeant, Jackson.  And then there
11 was Lieutenant Hardwell.
12    Q   All right.  So was there a formalized, "All right.
13 Here's all the things we've got to do to get you through this
14 training course," or was it just, "Come on, let me show you
15 how we do this"?
16    A   It was formalized and then it was, "Come on,
17 let's--let's go through it and see what you--and learn how to
18 do it, and then you do it and I'll be right behind you to see
19 what--show you what you're messing up at."
20    Q   Okay.  Do you remember taking any paper exams or
21 paper quizzes about policies or any of the protocols there at
22 RCC?
23    A   I don't remember.
24    Q   All right.  And-- And how did Lieutenant Hardwell
25 preach the policies to you at the shift meetings?  Did he

148

1 cause you or call you to answer questions about the policies
2 or is he just saying, "Here's the policy.  Let me tell it to
3 you"?
4     A   Yeah.  He would read it out, tell it to us, then he
5 would ask for the feedback of it.
6     Q   Okay.  And did y'all out any kind of paperwork
7 about those in--
8     A   Yes.  We would have the training or whatever, fill
9 it out.
10    Q   Okay.  So you think there would be some kind of
11 sign-in sheet for that policy briefing that--that Lieutenant
12 Hardwell was doing for you?
13    A   Yes, sir.
14    Q   And you would have signed your name to it?
15    A   Yes, sir.
16    Q   All right.  And you said that pretty much happened
17 at every shift?
18    A   Not every shift.  It was, you know, every now and
19 then.  But just keep your mind refreshed on the policies.
20    Q   Okay.  I want to ask you some more about your
21 statement and I want to just identify some individuals.  So
22 I'm talking about the time frame of October 13th, when you
23 first came to your shift change that day.  Okay?  And I'm
24 going to just read the section to you and then I want to ask
25 you about it.  Okay?  "So when I got on today at 6 o'clock I

37  (Pages 145 to 148)

Jeremy Runner
August 30, 2017

149

1    came on, walked down the aisle, clocked in, walked down the
2    aisle. I went to 5 and 6 control where I got to put my lunch
3    up. I put my lunch in the refrigerator, food in there, and I
4    come out, come on out, but this time I put my lunch in there
5    then I asked the female girl that was in there how them guys
6    did in lockdown 7." Okay. Do you know if that female girl
7    was Ms. Walker or was it the previous shift's 5/6 control
8    operator?
9        A   I can't remember. It was, I know, a female in
10   there.
11       Q   Okay. And do you recall what prompted you to ask
12   that question of her?
13       A   Because the guys-- You know, because of our shift.
14   We had to keep close eyes on them.
15       Q   Okay. So since you had had to keep close eyes on
16   lockdown #7 you just wanted to kind of be prepared for what
17   you were walking into and find out how the guys in 7 did
18   overnight?
19       A   Yes, sir.
20       Q   Is that fair?
21       A   Yes, sir.
22       Q   Okay. Do you recall what the 5/6 controller told
23   you about the activity in cell 7 over the night?
24       A   It wasn't overnight. It was that day shift.
25       Q   I mean, during the day. Okay.

150

1        A   No, I don't recall. But, you know, she's just
2    seeing on camera.
3        Q   Okay. Do you recall or does it ring a bell to you
4    of whether they reported that Mr. White had to be--I mean,
5    Mr. Moore had to be gassed just an hour after you left the
6    day before? Did anybody tell you that?
7        A   Yes, sir. That was during briefing.
8        Q   Okay. And they told you Mr.-- So when you came
9    into 5/6 and you asked how they--how they did, did the 5/6
10   control operator tell you that they had to gas Mr. Moore? Or
11   tell me what happened.
12           MR. CAMERON:   I just object to the form.
13       A   I really recall it. But during briefing we was
14   told.
15       Q   Okay. And what were you told?
16       A   That Mr. Moore was very aggressive there during the
17   day shift.
18       Q   Okay. Did they-- I'm going to-- I'm going to
19   show you what's been marked RCC 142. Take a look at that.
20   Tell me if you've ever seen that document or if you came to
21   be aware of what is being described in that document when you
22   asked the 5/6 operator how they did over--over that--the
23   shift you weren't there.
24   (WITNESS PERUSES DOCUMENT.)
25       A   I don't recall this. No.

151

1        Q   Okay.
2            MR. CAMERON:   May I see that?
3            MR. JACKSON:   Sure.
4        A   I don't know.
5        Q   So you--you talked to the 5/6 operator. I'm-- Let
6    me just finish reading. All right. So, "...the female girl
7    that was in there how them guys did in lockdown 7. But they
8    already said that they wasn't acting right earlier this
9    morning, so I just looked on--on in 5 and 6 control. We had
10   all the cameras to everywhere on the compound. Well, in the
11   main building. So I just looked, blew up lockdown 7 and I
12   seen just one guy in there, the big guy." Okay?
13       A   Yes, sir.
14       Q   Does that sound like you remembered it?
15       A   Yes, sir.
16       Q   Okay. So do you remember any discussion with the
17   5/6 control operator about what had happened or what went
18   down since your last shift?
19       A   Like you said, it was underlined, was told that to
20   me.
21           MR. CALVIT:   He's asking what you remember.
22           Not--
23       A   You know-- You know what I'm saying?
24           MR. CALVIT:   Not refresh-- I mean, you don't
25           need to report what he's got underlined. He's

152

1            asking you what you remember.
2            WITNESS:   No. That's what I'm saying.
3            MR. CALVIT:   Okay.
4        A   When I said, "Well, I already seen--already heard
5    in debriefing," she replied back and told me, "So let's show
6    lockdown 7 up and see what they doing."
7        Q   Okay. So I want to make sure I understand the
8    order then. So you had already been to your briefing before
9    you went into the 5/6 control room?
10       A   At 5:45.
11       Q   Okay.
12           MR. CALVIT:   Just answer yes or no.
13       A   Yes, sir.
14       Q   Okay. And so I-- Was it Lieutenant Loring that
15   gives you the briefing at 5:45 or is it Lieutenant Hardwell
16   that gives you the briefing?
17       A   Lieutenant Hardwell.
18       Q   Okay. So Lieutenant Hardwell reported to you that
19   lockdown cell #7 there had been some problems?
20       A   Yes, sir.
21       Q   Okay. So you went to 5 and 6 control room, asked
22   the operator in there what she knew. Did she tell you
23   anything?
24       A   Basically the same thing, "Oh, they had some
25   problems. But, you know, they're in there now so let's blow

Duke Copeland Court Reporting
(318)387-2889

Jeremy Runner
August 30, 2017

153

1  it up--
2    Q   Okay.
3    A   --and let's see what they're doing."
4    Q   But as you sit here today you don't know if it was
5  Ms. Walker or not?
6    A   No. I can't remember if it was-- It was a female.
7    Q   Okay.
8    A   They're trying to leave and we're trying to come
9  in.
10   Q   All right. So d you know whether or not it was the
11 Delta shift operator or the previous shift operator?
12   A   No. Delta shift operator was a--a male. We always
13 had-- We had a male at that time.
14   Q   Okay.
15   A   I want to say Mr. Black.
16   Q   So your memory of the Delta shift 5/6 operator at
17 that time was that a male was doing it?
18   A   He wasn't doing it. We was all coming in at the
19 same time.
20   Q   Okay. All right. So--
21       MR. CALVIT: I think he's asking you if he was
22   assigned to that position.
23       WITNESS: Oh, yeah. He was assigned to it.
24       MR. CALVIT: Okay.
25   Q   So what I'm trying to understand is, all right, you

154

1  went to a 5:45 briefing and then sometime after 6:00 you went
2  to the 5/6 operator room. So the D shift would have already
3  been on shift at 6:00 is what I'm trying to understand. And
4  so if there was a female in there at 6:00, you believe that
5  female was still the operator from the previous shift, not
6  the D shift operator?
7    A   Yes, sir.
8    Q   Okay. But in either event, whatever shift that
9  person was on, you can't tell me whether or not that was
10 Ms. Walker?
11   A   No, sir.
12   Q   Okay. But whoever the female was, she told you
13 basically the same thing Lieutenant Hardwell told you?
14   A   Yes, sir.
15   Q   All right. So you blew up the camera in lockdown
16 cell #7 and you only saw Mr. Moore?
17   A   Yes, sir.
18   Q   All right. What did you do next?
19   A   And then I was going down to 3 and 4 control--
20 Well, no. I went down to their cell to check on them and--
21 Because it was--it was told that Mr. White was still in the
22 cell and I only see one guy on the rack. So I went down to
23 lockdown 7 and that's when Mr. Moore was in front of the
24 door.
25   Q   Okay. So at the shift change you were told

155

1  Mr. White was already--was still in that cell?
2    A   Yes, sir.
3    Q   Okay. And I'm going to read this statement to you.
4  "So I was thinking that they had took the other guy out of
5  because of, you know, that they had to tag him out earlier
6  this morning." Okay?
7    A   Uh-huh (yes). Yes, sir.
8    Q   Okay. And that's your statement. Right?
9    A   Yes, sir.
10   Q   What did you mean by "tag him out earlier this
11 morning"?
12   A   I guess meant take him out. It was a rocky night.
13 My worries are going to come now you can tell by the pap- --
14 reading on the paper.
15   Q   Okay. So you're saying that because of what you
16 heard at the shift change you thought maybe that they were
17 incorrect, that they had taken Mr. White out?
18   A   Yes, sir.
19   Q   All right. So what do you do next?
20   A   I went down to the lockdown 7 and that when
21 Mr. Moore was in the way of the viewing of the--the lockdown.
22 And so Mr. Moore was like he wanted to see Mr.--the
23 lieutenant. So I was going to give him his request, but I
24 was--I was walking to 3 and 4. That's where will be our keys
25 and stuff. And something just told me to just go back to

156

1  that unit--the cell, and that's what I did.
2    Q   Okay. So when you first talked to Mr. Moore, he
3  was calm?
4    A   Calm. Like nothing happened.
5    Q   Okay. Nothing-- Had you seen him this calm
6  before? I mean, had of your interactions been like that
7  before with him?
8    A   During the rest of all the night before this
9  incident happened he was calm.
10   Q   He had been like that. Okay. So this particular
11 event when he told you, "I want to see the lieutenant," he
12 was calm?
13   A   Calm.
14   Q   All right. So you go to get your keys, but
15 something tells you you've got to go back and find out what's
16 going on.
17   A   Just-- Just look back through.
18   Q   All right. And so when you looked back through,
19 that's when you saw Mr. White?
20   A   Yes, sir.
21   Q   All right. And that's when everything else you
22 told Mr. Cameron started to occur?
23   A   Yes, sir.
24   Q   After Mr. Moore was taken out of the cell do you
25 see Warden Aultman arrive on the scene?

39  (Pages 153 to 156)

Jeremy Runner
August 30, 2017

157

1    A   I can't remember.
2    Q   Okay.
3    A   But I-- They came, but I don't-- I can't remember
4    what time or, you know, if I saw him or not.
5    Q   Okay.  Do you know what Mr. Aultman looks like,
6    Warden Aultman?
7    A   Kind of.  It's been a little while ago since I was
8    at Richwood.
9    Q   Okay.  So outside of Lieutenant Hardwell who was
10   your boss there at the facility?
11   A   At that time it was just Lieutenant Hardwell and
12   Sergeant Williams.
13   Q   Okay.
14   A   That was the duty officers for--
15   Q   So as a CO that's--
16   A   --that shift.
17   Q   I'm sorry.  I didn't mean to interrupt you.
18   A   That was the shift commanders at that time.
19   Q   As a CO that's basically as far as your chain of
20   command needed to go, your sergeant and your lieutenant?
21   A   Yes, sir.
22   Q   All right.  So it wasn't frequent for you to speak
23   with assistant wardens or majors or the warden,--
24   A   No, sir.
25   Q   --unless you're in trouble?

158

1    A   Yes, sir.
2    Q   Okay.  After this event occurred and after
3    Mr. Moore is taken out do you recall speaking to any
4    transport deputies from the Webster--or the Ouachita Parish
5    Sheriff's Office?
6    A   Can you repeat that?
7    Q   Sure.  I'll-- I'll just represent to you that
8    Mr.--that Lieutenant Hardwell testified yesterday that after
9    Mr. Moore was pulled out of his cell and put in the foyer
10   they were awaiting a transport to take Mr. Moore to a
11   different facility.  Do you know anything about that?
12   A   Yes, sir.
13   Q   Okay.  Did you get a chance to speak to any of the
14   transporting deputies?
15   A   Not while--while they were arriving.  After the
16   statement they wanted to get from me.  But as they was
17   arriving--
18   Q   And I'm talking about night.  Do you remember
19   seeing them?
20   A   I remember seeing the--the Ouachita Parish that was
21   coming.  I had to let them in through the front door.
22   Q   Okay.  And-- And were those the deputies that were
23   sent there to pick up Mr. Moore?
24   A   I don't know.
25   Q   All right.  Do you remember-- I mean, you remember

159

1    speaking to the Ouachita Parish Sheriff's detectives where
2    you gave a statement.  Right?
3    A   Yes, sir.
4    Q   Okay.  So I'm not talking about them.  I'm talking
5    about a different group of deputy sheriffs.  Do you remember
6    seeing a different group--
7    A   Yeah.  That's--
8    Q   --that you had to let in?
9    A   Yes, sir.  That was coming--
10   Q   Okay.  Did you speak to them?
11   A   No, sir.
12   Q   Okay.  You just let them in?
13   A   Just let them in.
14   Q   They were in uniform?
15   A   Yes, sir.
16   Q   All right.  Do you remember Lieutenant Hardwell
17   speaking with them?
18   A   I don't-- I was in the front.  I don't know.
19   Q   All right.  So was Mr. Moore's-- Was Mr. Moore in
20   the front when you went to let them in?  I don't know the
21   layout of the facility, so I'm needing you to help me
22   understand where everybody was.
23   A   No, sir.  That was back there in back.  The front
24   is way--like way in the front.
25   Q   All right.  So the public entrance where these

160

1    folks would come in is--is a different place than where
2    Mr. Moore--where you and other individuals took Mr. Moore
3    after you pulled him from the cell?
4    A   Could you repeat?
5    Q   Yeah.  So where you let the Webster--the Ouachita
6    Parish Sheriff's deputies in that night to transport, but
7    was not the location where you ultimately put Mr. Moore after
8    you took him out of the cell?
9    A   Yes, sir.
10   Q   All right.  That was two different places?
11   A   Two different places.
12   Q   All right.  So when you let those--those sheriff's
13   officers in what happened next with them?
14   A   They did their job and I was still in the front
15   until I talked to the detective.
16   Q   Did you call on the radio for someone to say, "Hey,
17   there's two members of the sheriff's office here to get
18   Mr. Moore.  Where do--
19   A   No--
20   Q   --I send them?"
21   A   No, sir.  They was already notified that they was
22   coming, and just let them in and make sure they don't have
23   their weapons on them.
24   Q   Okay.  Did you take their weapons from them?
25   A   No.  They came in without them anyway.

40   (Pages 157 to 160)

Jeremy Runner
August 30, 2017

161

1    Q   Okay.  Did you have to do some kind of search of
2  them to make sure they didn't have them?
3    A   No, sir.
4    Q   Did you ask them if they had them?
5    A   Yes, sir.
6    Q   And they said no?
7    A   Yeah.  They already was pared--prepared because
8  that's what--there's no weapons.
9    Q   Okay.  Did you know these two individuals?
10   A   Sir?
11   Q   Did-- Did you-- I mean, had you met these people
12 before, these Ouachita Parish Sheriff's deputies that you
13 went to let in?
14   A   No, sir.
15   Q   Okay.  You didn't recognize them by face?
16   A   No, sir.
17   Q   You just were told to go let them in and they were
18 in uniform and you let them in and asked if they had weapons
19 and they knew where to go?
20   A   Yes, sir.
21   Q   All right.  Did you ever have a conversation with
22 them after that?
23   A   With the detect- --
24   Q   Okay.
25       MR. CALVIT:  He's talking about the specific

162

1        people--
2        WITNESS:  Oh, no.
3        MR. CALVIT:  --that came in.
4        WITNESS:  No.
5        MR. JACKSON:  Okay.
6        MR. CALVIT:  Is that fair?
7        MR. JACKSON:  Yes.
8    Q   And-- And do you know if they left with Mr. Moore,
9  if they took Mr. Moore that--that night?
10   A   I was notified that they did.
11   Q   Okay.  So you believe they took Mr. Moore?
12   A   Yes, sir.  Off the premises.
13   Q   Okay.  Did you see any of that transportation go
14 down?
15   A   No, sir.
16   Q   All right.  When you initially hauled Mr. Moore out
17 of the cell, in the photograph--I mean, the video that we saw
18 where you were holding him by his arms and you fell, all
19 right, where did you take him to?
20   A   The foyer.
21   Q   Okay.  And-- And we talked about how long you were
22 with him.  All right?  We watched the video you entered back
23 in and you said you weren't there very long.
24   A   Yes, sir.
25   Q   Is that accurate?

163

1    A   Yes, sir.
2    Q   Okay.  Do you recall speaking with Mr. Moore at any
3  time during that you picked him up until the time you left
4  him in the foyer?
5    A   I don't recall.  It was a lot of-- Once we had got
6  that notification about Mr. White, then we let him know
7  that's when he replied back to us and stated what he said.
8    Q   Okay.  After the second fall, okay, that we saw
9  where you got kind of your feet tripped up underneath you, do
10 you remember speaking with Mr. Moore after that time?
11   A   Yes, sir.
12   Q   Okay.  How many other times did you speak with him
13 after that?
14   A   I can't remember, but it was a little time before
15 Ouachita Parish came in.
16   Q   When you picked him up initially by the arms did
17 you ask him to get up?
18   A   I can't remember.
19   Q   Okay.  Was it evident he couldn't get up, you
20 needed to--to carry him out?
21   A   Yes, sir.
22   Q   All right.  Did he fall asleep?
23   A   Yes, sir.
24   Q   Did that seem unusual that a man could fall asleep
25 with that amount of pepper spray on him?

164

1    A   I don't know.  But he was up all night, you know.
2  Just like me, I've been up all night.  I know when I go home
3  I'm fixing to fall asleep.  It's just a man up all night
4  can't stay up all day.
5    Q   Do you remember when you went to the corrections
6  course and you had to go through a Freeze + P or a gas
7  program, did you have to get gassed, Maced?
8    A   Yes, sir.
9    Q   Okay.  Do you remember that experience?
10   A   Yes, sir.
11   Q   Okay.  I've-- I've had to do it, as well, so I'm--
12 I'm just commiserating with you.  Did you have to take a--a Z
13 across the face, a one-second burst?
14   A   Yes, sir.
15   Q   Did you have to take a three-second burst?
16   A   I don't know.  It was, I think, just the Z.
17   Q   Okay.  Describe for me that--that feeling that you
18 had when you got gassed, when you got Maced.
19   A   It hurt.  Can't-- You can't-- You know, you can't
20 inhale.  You're just trying to suck--suck in as much air as
21 you can.
22   Q   Skin feels like it's on fire?
23   A   Yes, sir.
24   Q   All right.  Can you describe any other event that
25 you've been through that is more painful than that, at least

41  (Pages 161 to 164)

Jeremy Runner
August 30, 2017

165

1  initially?
2      A   On the football field.
3      Q   Okay.
4          MR. CAMERON: Yeah.
5      Q   All right. On the football field. What-- What
6  about anything else?
7      A   That was it.
8      Q   Okay. Do you think if I sprayed you with Mace you
9  could go to sleep--
10     A   Yeah.
11     Q   --right now?
12     A   Yes.
13     Q   You think you could?
14     A   If you sprayed some water on me.
15     Q   Okay. In your time viewing Mr. Moore in the
16 previous shift-- You told me that Lieutenant Hardwell was
17 always preaching policies to you. Is that true?
18     A   Yes, sir.
19     Q   Okay. And in your year's long experience at--at
20 RCC did you ever come across inmates with mental health
21 issues or people that you perceived to have mental health
22 issues?
23     A   Yes, sir.
24     Q   All right. What kind of reaction or service did
25 you-- Or what kind of training were you provided at RCC

166

1  about how to manage those kinds of inmates?
2      A   Just take precaution of them.
3      Q   Had you ever-- I mean, RCC had a--a doctor on
4  staff. Right?
5      A   I don't know.
6      Q   Okay.
7      A   Day shift.
8      Q   Do you remember going to see a doctor that worked
9  for RCC after this event to kind of debrief and counsel you
10 about this traumatic event you had been through?
11     A   Yes, sir.
12     Q   All right. Had you seen that individual before?
13     A   No, sir.
14     Q   Had he ever provided you any training before?
15     A   No, sir.
16     Q   Did you ever have any input from him or anybody
17 working for him about interaction with those inmates you had
18 seen before at RCC that had what you perceived as mental
19 health problems?
20     A   No, sir.
21     Q   All right. When you came on shift did you ever get
22 any kind of briefing from Lieutenant Hardwell or anyone else
23 at RCC that Mr. Moore had any kind of mental health issues?
24     A   We got debriefed on--that he was intoxicated. He
25 wasn't just mental, but he was intoxicated--

167

1      Q   Okay.
2      A   --still from the past night, and been up all night.
3      Q   So it was your understanding that--that Mr. Moore
4  was under the influence of some kind of drug or alcohol?
5      A   It was-- It was drugs.
6      Q   All right. And that's what you were told by
7  Lieutenant Hardwell?
8      A   Yes, sir. During debriefing.
9      Q   Okay. Did anybody else tell you that Mr. Moore was
10 under the influence of some kind of drugs?
11     A   No, sir. I'm a CO.
12     Q   Okay. Do you recall in either of the shifts-- So
13 you were with Mr. Moore for two different shifts or was it
14 three?
15         MR. CALVIT: If you don't remember, you don't
16         remember.
17         WITNESS: I don't remember.
18         MR. CALVIT: Yeah.
19     Q   Okay. So at least two. You remember two shifts.
20 Right?
21     A   It was one full shift and a half--
22     Q   A part of another?
23     A   Yeah.
24     Q   Okay. So at least on two separate shifts you had
25 some interaction with Mr. Moore?

168

1      A   Yes, sir.
2      Q   Do you recall anyone from RCC providing him while
3  you were there any kind of mental health evaluation or
4  service?
5      A   I don't know.
6      Q   Okay.
7      A   Can't remember.
8      Q   As you sit here today do you recall any of those
9  policies that Lieutenant Hardwell read to you often or in
10 your--in your train-up to go to the corrections class about
11 how to handle mental health patients at RCC?
12     A   Could you repeat?
13     Q   Sure. What I'm asking is, did anybody ever tell
14 you, "Hey, RCC's policy is as follows with regard to inmates
15 that we believe have mental health problems"?
16     A   Oh, yes, sir.
17     Q   Okay. And what was that policy as you understood
18 it?
19     A   Take very close precaution of them and don't try to
20 irritate them too much or whatever.
21     Q   Okay.
22     A   Because those are the ones to placed in, you know,
23 lockdown cells or whatever, or the special, you know, unit,
24 the special lockdown
25     Q   Okay. So do-- As a CO, since-- You know, you--

42  (Pages 165 to 168)

Jeremy Runner
August 30, 2017

169

1  you mentioned that you're pretty good at checking on cells.
2  When you come into your briefing is it important for you to
3  know kind of who your problem child is and who--who you need
4  to check on more?
5      A  Yes, sir.
6      Q  I man, isn't that the purpose of the briefing, to
7  kind of tell you what to expect when you go on shift?
8      A  Yes, sir.
9      Q  All right. So you were as concerned about
10  Mr. Moore because of your previous history that you sought
11  upon yourself, even though you weren't in the leadership, to
12  go check on lockdown cell #7 because of what had happened the
13  day before. Is that right?
14      A  Yes, sir.
15      Q  Okay. So is there--is there any doubt, at least in
16  your eyes, for the D team on October 12th--that is, the shift
17  before the shift when you came in and found all this going
18  on--is there any doubt at least in your eyes that Mr. Moore
19  needed some special attention or special watching out after?
20      A  Yes, sir.
21      Q  So there's no doubt. He needed that?
22      A  Yes, sir.
23      Q  Okay. And when you came into your briefing on the
24  13th and you learned that there had been some problems in
25  lockdown cell #7 with Mr. Moore, did that surprise you?

170

1      A  Yes, sir. Because when we left they was fine and
2  sitting there talking, laughing, all that.
3      Q  Okay.
4      A  I'm not selling [sic] you a dream, but that's what
5  happened.
6      Q  All right. Did you ask anybody why they put
7  Mr. White in the cell with him, or did that cause you any
8  concern?
9      A  No. I don't-- I can't go against, you know, upper
10  authority.
11      Q  Okay. So tell me, if you know, there's thirteen
12  lockdown cells there, correct? If you count the special--the
13  suicide cells, as you call them?
14          MR. CALVIT: If you don't know--
15      A  I don't know.
16      Q  Okay. So if you know, you--you told us earlier
17  today that all the cells were full and that's why you thought
18  Mr. White was put in the cell with Mr. Moore--I mean, with--
19  why Mr. White was put in the cell with Mr. Moore. Is that
20  your memory?
21      A  Yes, sir.
22      Q  Okay.
23      A  All-- The rest of-- However many lockdowns it
24  was, it was full of DOC.
25      Q  Okay. And some of them had more than two people in

171

1  them?
2      A  Just two.
3      Q  Oh, they only just had two?
4      A  About-- About two or-- And then one that had-- A
5  couple of them had about one or two.
6      Q  Okay.
7      A  It wasn't no more than two.
8      Q  Do you have anything to do with creating the
9  lockdown cell rosters of what inmates in what--what cells, or
10  is that a chain of command responsibility?
11      A  Chain of command.
12      Q  Okay. What paperwork are COs required to fill out
13  at RCC in 2015?
14      A  Bed rosters, searches and if you was in a situation
15  a UOR.
16      Q  Okay. So outside of events you're personally
17  involved in the primary responsibility of the corrections
18  officer are bed checks. You fill out paperwork for that?
19      A  Yes, sir.
20      Q  Okay. Tell me how you do a bed check.
21      A  Walking into the unit, tell all the guys whatever
22  they're doing to rack up in their racks, no movement, and I
23  go down and--and ask every inmate their name. And however it
24  is on that paper and if an inmate is somewhere else that he's
25  not logged into,--

172

1      Q  Uh-huh (yes).
2      A  --then he have to move back to his--move back to
3  the rack.
4      Q  Okay. So basically you force inmate in a housing
5  unit to stand by their bunk and then you check to make sure
6  there's an inmate at every bunk?
7      A  I don't force. I ask could they rack up.
8      Q  Well, okay. You cause them to stand by their
9  bunks?
10      A  Yes, sir.
11      Q  Is that fair?
12      A  Yes, sir.
13      Q  All right. And ten you count them all?
14      A  Yes, sir.
15      Q  And if somebody is missing, then you sound an
16  alarm, I assume.
17      A  Yes, sir.
18      Q  Okay. Assuming everybody is there, what do you do
19  next? Do you fill out some paperwork?
20      A  Once I see everybody's there and I'm checking them
21  off as I'm going, asking their names and they're telling me
22  back, and everybody in their assigned area and everyone's in
23  the lock- --I mean, the--in the unit, then after I get done
24  with the bed rosters I go do my search in the unit.
25      Q  Okay. And before you go to the next event do you

43  (Pages 169 to 172)

Jeremy Runner
August 30, 2017

173

1   fill out some kind of document to say you--that, you know,
2   "Jeremy Runner was here today, I checked all these inmates,
3   on this date I did my job"? Do you fill out paperwork--
4      A   Yes, sir.
5      Q   --and--
6      A   That's the bed roster.
7      Q   --turn that in?
8          MR. CALVIT:  And so let him finish the
9          question.
10     A   Yeah.
11     Q   That's the bed roster?
12     A   Yeah.  Bed rosters and the searches.
13     Q   Okay.  So then tell me how you do that same thing
14  for lockdown cells.
15     A   That's the sergeant.
16     Q   All right.  The COs have no responsibility to fill
17  out paperwork with regard to who is in the lockdown cells?
18     A   If you're acting sergeant then you can.  But if
19  you're just a regular CO for that day you can't.
20     Q   All right.  Were you ever acting sergeant on any
21  shifts?
22     A   Yes, sir.
23     Q   All right.  Were you acting sergeant on October
24  12th or 13th of 2015?
25     A   I can't remember for the 12th, but the 13th wasn't.

174

1      Q   All right.  And what causes you to become the
2   acting sergeant of the shift?
3      A   Because I was good at what I--I was doing.
4      Q   All right.  So if the actual sergeant is there you
5   wouldn't do that.  But if for some reason the--the actual
6   sergeant wasn't there, then you would be selected as the
7   acting sergeant of the day?
8      A   Yes, sir.
9      Q   Did you get a pay differential to do that?
10     A   No, sir.  Same pay.
11     Q   Just extra responsibilities?
12     A   Yeah.
13     Q   All right.
14  (OFF RECORD COMMENTS.)
15     Q   Mr. Runner, in response to the sheriff's
16  department, when you gave your statement, I want to read
17  this--this section to you and give me your thoughts.  So the
18  question to you is, "So you think Mr. Moore was the one
19  starting all of this with White?"  Your answer, "Yeah.  He
20  was because he kept talking during--during our shift that
21  night.  He wasn't really messing with him no more because
22  they was buddies or whatever.  The boy was doing whatever he
23  said to do."  What does that mean, "The boy was doing
24  whatever he said to do"?
25     A   Mr. White--Moore was all messed up that night.  But

175

1   Mr. White--  They became buddies or whatever and, you know,
2   Mr. Moore was just talking to him and, you know,--you know,
3   he'll ask him a question or whatever and he'll answer.
4      Q   Okay.
5      A   It wasn't like he was commanding him to, you know,
6   go trot around the--the--the cell.
7      Q   And then further describing Mr. Moore, you say, "He
8   was just standing up talking to the camera saying he was God
9   and shit like that."
10     A   Yes.
11     Q   Okay.  Is that kind of behavior something that you
12  witnessed often at RCC?
13     A   We witnessed a lot.
14     Q   Right.
15         MR. CALVIT:  That's okay.
16     A   Yeah.
17     Q   And--  And what I'm trying to understand is, is
18  there--  I'm going to use the word tool.  But is there
19  something that you get available to you as a CO when you
20  witness something like that for an inmate to get them some
21  help?
22         MR. CALVIT:  When you say--  Object to the
23         form of the question.  "Tool."  Yesterday--
24         MR. JACKSON:  Yeah.
25         MR. CALVIT:  --it was some literal--

176

1          MR. JACKSON:  Yeah.
2      Q   I don't like a--a shovel or a fork.
3      A   Yeah.  I know what you mean.
4      Q   What I mean is, do you--are you taught, "Hey, if
5   you see an inmate in obvious mental health distress we have a
6   doctor on staff.  As you know, our policy says we have
7   twenty-four-hour-a-day mental health professionals available
8   to all detainees at RCC"?  Were you provided that training?
9      A   I don't remember.
10     Q   Okay.  Lieutenant Hardwell said yesterday that
11  there was no medical staff during the Delta shift on RCC's
12  campus.  Is that--  Is that your memory, or do you remember
13  seeing nurses and such there on the Delta shift?
14     A   No, sir.  They'd be--  That was on the day shift.
15     Q   Okay.  Do you remember seeing this--this doctor
16  that you went to see after this event being there at night or
17  any of the individuals working for him?
18     A   Don't remember.
19     Q   Okay.  Did you ever--  After this event occurred
20  did Lieutenant Hardwell or Assistant Warden Aultman or the
21  warden have any kind of meeting with the Delta team to talk
22  about what happened, to say what went right, what went wrong,
23  things we should change, that kind of thing?
24     A   Yes, sir.
25     Q   Okay.  Tell me about that if you remember.

44  (Pages 173 to 176)

Jeremy Runner
August 30, 2017

177

1    A   Just, you know, good that we was aware of the
2   situation, and far as-- You know, we did a good job. And,
3   you know, they did say we need to work on some things. But,
4   you know, as far as,-- You know, that it was just positive
5   and, you know, just keep working towards doing a great job on
6   our shift and--and provide us with the help that we needed
7   for--you know, after that cause--after the situation
8   happened.
9        Q   Okay. Do you remember who did that--that-- I'll
10  call it an after-action review, but you can call it whatever
11  you want. Do you remember who conducted that meeting and led
12  the discussion?
13       A   I think all of our wardens, you know, helped us
14  out, you know, with that.
15       Q   Okay. Was it a single meeting or a series of
16  meetings?
17       A   I can't remember.
18       Q   Okay. Was it close in time to the event or a long
19  time after the event?
20       A   No. It wasn't a long time.
21       Q   Was it that night or was it the next day or--
22       A   It was about the next day.
23       Q   Okay. Do you remember who all was there?
24       A   No. I don't remember.
25       Q   Do you know if they just came into the--the Delta

178

1   shift not-- What do you call the meeting that--
2        A   Brief.
3        Q   The brief.
4        A   Brief.
5        Q   Do you-- Do you know if they just came into the
6   brief and kind of did it there, or did y'all have a separate
7   meeting?
8        A   That was our meeting.
9        Q   Okay. So you believe the wardens came to your
10  shift meeting sometime after the event to talk to you about
11  what happened, what went right, what went wrong?
12       A   Yes, sir.
13       Q   Okay. Do you remember any specific people that
14  were there other than yourself?
15       A   I don't remember.
16       Q   Okay.
17       A   Well, far as my shift.
18       Q   Okay. And the gentleman sitting at the table,--
19       A   Yes, sir.
20       Q   --do you remember he was there
21       A   Yes, sir.
22       Q   He was there?
23           MR. CALVIT: And when you're referencing a
24       gentleman, that would be the warden?
25           WITNESS: The warden.

179

1           MR. JACKSON: The warden.
2           MR. CALVIT: Okay.
3           MR. JACKSON: Yeah. Warden Hanson.
4           WITNESS: The commander.
5           MR. CALVIT: Yeah.
6        Q   While you were working as a CO do you ever recall
7   there being some written or oral policy that City of Monroe
8   detainees could only be held in lockdown cell #7 and one
9   other lockdown cell?
10       A   I can't remember.
11       Q   All right. Do you remember any instruction that
12  you had while a CO at RCC about who could go in what lockdown
13  cells?
14       A   I don't understand what you're saying.
15       Q   All right. So we know RCC housed both DOC inmates
16  and Monroe city detainees, maybe among other detainees.
17  Okay? Do you recall there being some training given to you
18  that said, "These cells are reserved for DOC, these cells can
19  be used for Monroe"?
20       A   Oh, yes, sir. Yes, sir. Yes.
21       Q   Okay. And describe, if you remember, what that
22  policy was on the lockdown cells.
23       A   Just don't know-- I don't know about the--how it
24  went or came--who phrased the policy, but, you know, that's
25  how it was. You couldn't put city with DOC because they

180

1   wasn't in the same boat--
2        Q   Okay.
3        A   --as in DOCs.
4        Q   So you couldn't mix the inmates?
5        A   No, sir.
6        Q   All right. Do you know whether or not there was
7   special lockdown cells only for Monroe detainees versus DOC
8   inmates?
9        A   I just-- I don't know. It's how--how-- If city
10  was in it, the lockdown, then DOC just can't be in there.
11       Q   Okay. Do you ever recall seeing from time to time
12  more than two individuals in a lockdown cell?
13       A   That's all it took, about two.
14       Q   Okay. Do you ever recall--
15       A   It's just a bunk.
16       Q   I'm sorry. Do you ever recall seeing more than two
17  from time to time?
18       A   We always have some, you know,--
19           MR. CALVIT: He's asking a question. Did you
20       ever see, you personally see more than two?
21       A   No, sir.
22           MR. CALVIT: Answer that.
23       A   No, sir.
24       Q   Okay.
25           MR. CALVIT: Okay. Thank you. We'll get

45  (Pages 177 to 180)

Jeremy Runner
August 30, 2017

181

1    finished.
2    Q   Did you ever see an inmate at RCC that was so
3    difficult to handle that they were taken out of RCC and move
4    to another facility?
5    A   No, sir.
6    Q   Have you ever been in RCC when it was at capacity?
7    And what I mean by capacity is yesterday Lieutenant Hardwell
8    told us the facility in total would hold about eleven hundred
9    (1,100) inmates.  Okay?
10   A   I don't know.
11   Q   You don't know?  Okay.  That's-- That's above your
12   pay grade?
13   A   (Affirmative nod.)
14   Q   All right.  Is that a yes?
15   A   Yes, sir.
16   Q   Okay.  Did you have anything to do with when
17   inmates came in after booking closed in gathering their names
18   and submitting that information as any part of your reports
19   to your chain of command about those individuals that needed
20   to go through booking or medical screening?
21   A   No, sir.
22   Q   Do you recall ever receiving any training about--
23   outside of CPR, and maybe this is asked and answered--about
24   medical emergencies at the facility involving inmates?
25   A   I don't know.

182

1        MR. CALVIT:  Did you say, "I don't know," or--
2        WITNESS:  I don't know.
3        MR. CALVIT:  Okay.  All right.
4    Q   What training did you receive on the restraints you
5    could use on inmates at RCC?
6    A   I can't remember.
7    Q   Okay.  What--
8        MR. CALVIT:  You're speaking of mechanical
9        restraints or techniques?
10   Q   Any restrains.
11   A   Mechanical.
12   Q   Yeah.
13       MR. CALVIT:  He-- He'd interpret that as
14       mechanical.
15       MR. JACKSON:  Okay.
16   Q   So what mechanical restraints did you have
17   available to you at RCC?
18   A   Handcuffs and leg.
19   Q   All right.  Leg irons?
20   A   Yes, sir.
21   Q   Did you receive any training on how to use
22   handcuffs or leg irons?
23   A   Yes, sir.
24   Q   Where at?
25   A   RCC.

183

1    Q   All right.  Did you go to a formal class or was
2    that OJT?
3    A   OJT.
4    Q   All right.  Do you remember who provided that
5    training to you?
6    A   Lieutenant Hardwell.
7    Q   Okay.  Do you remember keeping any kind of logs or
8    any kind of documents about receiving that training?
9    A   I don't know.
10   Q   How often did you y'all receive that training?
11   A   I can't remember.
12   Q   All right.  Did you just get it--
13   A   It was just-- It was just very simple.
14   Q   Okay.  Did you have an opportunity to review any of
15   the video footage outside of this deposition here today and
16   the watching the video in 5 and 6 when you came on the shift
17   on October 13th?
18   A   I can't remember.
19   Q   Okay.  So other than today and that night no one
20   has ever shown you the video footage of what happened on
21   October 13th that made the basis of this suit?
22   A   Can't recall.
23   Q   All right.  Is it-- Was it your training at RCC
24   when you have two problem inmates to place them in the same
25   lockdown cell?

184

1    99       MR. CALVIT:  Objection to the form of the
2            question.
3    Q   Had you ever received any--
4            MR. CALVIT:  Vague; vague.
5            MR. JACKSON:  Yeah.
6    Q   Have you ever received any training about placing
7    two problem inmates in a lockdown cell together?
8            MR. CALVIT:  Object to the form of the
9            question.  Vague, overbroad, "problem" not
10           defined.  He may understand that differently
11           than you.
12           MR. JACKSON:  Okay.  We can ask for Mr. Brad
13           to testify.
14           MR. CALVIT:  I'm good.
15   Q   Do you know what a problem inmate is?
16   A   I'm going to say yeah.
17   Q   Okay.  So did you receive any training about what
18   inmates are supposed to do within the facility?
19   A   Un-huh (no).  I'm a CO.
20   Q   Okay.  So you didn't receive any training about how
21   inmates were to behave while at the RCC?
22   A   I can't recall.
23   Q   Okay.  So when you were charged to be responsible
24   for ensuring that inmates followed the inmate handbook had
25   you ever read it?

46  (Pages 181 to 184)

185

1      MR. CALVIT: You seem-- Do you need to take a
2      break because--
3      WITNESS: Yeah.
4      MR. CALVIT: You need to take a--
5      WITNESS: Because I'm--
6      MR. CALVIT: I think he's losing focus.
7      WITNESS: Yeah.
8      MR. JACKSON: Okay.
9      MR. CALVIT: Let's take a break.
10   (OFF RECORD.)
11   EXAMINATION BY MR. JACKSON, continuing:
12      Q   Mr. Runner, now that we've had a chance to take a
13   break, stretch our legs a little bit, we're going to try to
14   get this thing done.  So I was talking about your training
15   at RCC and trying to determine-- And-- And I'm not using
16   magic words.  I'm just using normal words.
17      A   Yeah.
18      Q   Okay.  So what I mean by-- I mean, obviously
19   inmates are problems or they wouldn't be in--in jail.  Okay?
20   So I'm trying to determine a compliant inmate versus a
21   noncompliant inmate.  And when I say compliant, I mean based
22   on the rules that you expect of him or her at RCC.  Okay?
23   So let me ask you this.  As a CO did you come to know there
24   was a rule book that was given to inmates about the expected
25   behavior of him or her while at RCC?

186

1      A   Yes, sir.
2      Q   Okay.  And were you expected as a CO to know that
3   rule book?
4      A   Yes, sir.
5      Q   Okay.  And I assume that's so that you'll know when
6   to interact with an inmate and put them on some kind of
7   discipline if they fail to follow the rules.  Is that fair?
8      A   Yes, sir.
9      Q   All right.  So from time to time-- All right.  Let
10   me ask you, what is your understanding of why people go in
11   lockdown cells?
12      A   Behavior problems.
13      Q   All right.  So would it be fair to say that at some
14   point someone has evaluated an inmate to determine whether
15   they will be a compliant inmate or need to go into a lockdown
16   cell?
17      A   Yes, sir.
18      Q   All right.  And I know that's not a CO's
19   responsibility.  Who do you understand responsibility that to
20   be?
21      A   From a--to my commands.
22      Q   All right.  So somebody above your pay grade?
23      A   Yes, sir.
24      Q   While you were a CO at RCC did you come to interact
25   with inmates that from time to time you felt were not

187

1   complying with the rules as you understood them?
2      A   Yes, sir.
3      Q   All right.  And what were you trained to do at RCC
4   when you witnessed a rule violation?
5      A   Write them up if they doing things that they don't
6   supposed to do, if they not following directives or not
7   complying to, you know,--well, not complying to directives.
8      Q   Okay.  And so rule violations can be small up to
9   very large.  And I'm saying small and large.  I mean from
10   small infractions to very egregious infractions.  Is that
11   fair to say?
12      A   Yes, sir.
13      Q   All right.  So when an inmate blocks a view of a
14   lockdown cell would that be an infraction of the rules?
15      A   It could and it could not.
16      Q   Okay.  Tell me how it could not.
17      A   Well, with Mr. Erie Moore's situation, you don't
18   know what's going--well, I didn't know what was going on in
19   the cell.  So if he's saying--asking for help, then I have to
20   go apply help that he--he needs, which is seeing about
21   getting the lieutenant or whatever.
22      Q   Okay.  So would it have been fair to say that one
23   of the rules for an inmate if they're in a lockdown cell is
24   not to block the view of the flap?
25      A   Yes, sir.

188

1      Q   Okay.  And they're told that when they enter the
2   cell, I assume?
3      A   Yes, sir.
4      Q   All right.  And so if you as a CO view an inmate
5   blocking your view, then that's a rule violation and you have
6   some authority to enact some kind of discipline in--in that
7   regard?
8      A   Somewhat.
9      Q   Okay.  So you can either ask the person move or you
10   can go get your chain of command?
11      A   Yes, sir.
12      Q   All right.  So when I talk about compliant and
13   noncompliant, and you said that typically the lockdown cells
14   are for those who break the rules.  Is that fair?
15      A   Yes, sir.
16      Q   All right.  Is it-- Would you consider a fight
17   between inmates to be a small or more major offense of the
18   rules?
19      A   A major.
20      Q   Okay.  Is it-- Did you receive any training while
21   at RCC about what type of inmates could be put together,
22   whether it be in housing units or in lockdown cells?
23      A   Yes, sir.
24      Q   Okay.  Tell me about what your understand- -- What
25   is-- What is that process called about locating inmates in

47  (Pages 185 to 188)

Jeremy Runner
August 30, 2017

189

```
1    the facility?
2        A    I don't really know what the--the--the--it's
3    called.  But as far as my understanding, far as what city and
4    DOC, they just can't be together.
5        Q    Okay.  Did you ever receive any training about a
6    concept called classification?
7        A    I-- I don't remember.
8        Q    Okay.  So are you aware there are gangs in prisons?
9        A    Yes, sir.
10       Q    All right.  And is it--is it good to mix opposing
11   gangs in the same housing unit?
12       A    No, sir.
13       Q    And why is that?
14       A    Because it cause a brawl, you know, someone will
15   get hurt bad, et cetera.
16       Q    So did you ever receive any training at RCC of how
17   the administration goes about making sure that inmates of
18   opposing gangs aren't in the same housing unit?
19       A    Can you repeat?
20       Q    Sure.  Did you ever receive any training at RCC
21   about any--any process that is had?  You know, is there
22   interviews, is there discussions, is there paperwork where
23   they try to prevent housing one gang and another gang in the
24   same housing unit that are opposing?
25       A    Yes, sir.
```

190

```
1        Q    All right.  Tell me about that process, if you
2    know.
3        A    I really don't know the process, but they're good--
4    they're good on it.
5        Q    Okay.
6        A    We don't-- We didn't have too many gangs in the
7    same unit far as this--this gang from New Orleans and this
8    gang from whatever else.
9        Q    All right.  And did you ever come to see inmates in
10   your rounds that really needed to be separated because they
11   weren't getting along?
12       A    Sometimes.  Because you never know with inmates
13   gambling and--and just being in gangs and other stuff like
14   that.
15       Q    Okay.  And-- And what-- And I'm using the word
16   tool, but what I mean is what actions could you take as a CO
17   to try to get some separation between those people that you
18   thought would be a problem?
19       A    Try to go and assess the situation and see what's
20   going on, see what the problem is, observe the inmates to the
21   best of my ability and notify higher commands.
22       Q    Okay.  Did you ever report any inmates that caused
23   them to end up in a lockdown cell?
24       A    Yes, sir.
25       Q    Okay.  What kind of offenses did you report--
```

191

```
1        A    Like--
2        Q    --that caused someone to end up in a lockdown cell?
3        A    Like contraband, tattooing and--and fighting.
4        Q    All right.  And did you ever receive any--any
5    training about when you put somebody in a lockdown cell what
6    to avoid to create further problems?
7        A    Could you repeat?
8        Q    Sure.  What I'm trying to find out is how two guys
9    that got in a fight ended up in a cell together.  So we know
10   Mr. White got in a fight and we know Mr. Moore had a problem,
11   so I'm wondering how they ended up in the same cell.  So
12   that's what I'm-- That's where I'm going.  There's no trick
13   questions.
14       A    Yeah.  Thank you.
15       Q    Okay.  So what I'm trying to find out is, did
16   anybody on your shift, on that October 12th shift where you
17   were there with Mr. Moore the whole time, ever say, "Hey, I'm
18   concerned about these two guys being together.  We need to
19   move them out"?
20       A    Yes.  It was concerns, but we--most of us are COs
21   and we've just got to follow the command of chain [sic].
22       Q    Did you--
23            MR. CALVIT:  I'm sorry.  Did-- What-- I
24       didn't hear.
25            WITNESS:  I said--
```

192

```
1            MR. CALVIT:  There were COs and what?
2            WITNESS:  I said most of us are COs, so we
3       don't make the calls for it.  Like that's
4       chain of command.
5            MR. CALVIT:  Okay.  Thank you.  I didn't hear
6       that.
7            WITNESS:  Oh.
8        Q    Do you recall reporting your concerns about
9    Mr. White and Mr. Moore being in the cell, or Mr. Moore to
10   anybody?
11       A    Yes, I did.  Well, far as when I reported, it--it
12   calmed down.
13       Q    All right.
14       A    So we just basically, what I said earlier, kept a
15   close eye on those two inmates.
16       Q    Okay.  So I'm going to-- I'm going to read to you
17   a little portion of your statement and then I want to get
18   your impression.  All right?  So Ouachita Parish Sheriff's
19   deputy, "Yeah.  They had problems in the beginning?"
20   question.  Your answer, "Yeah.  Because-- Well, not really.
21   We thought it was going to be a problem because when we went
22   in there they both--you know, it was--got into like a stance
23   because both of them did it.  So we thought it was going to
24   be a problem.  Then we took them out."  Do you remember any
25   of that?
```

Duke Copeland Court Reporting
(318)387-2889

193

1  A  It sounds like all jibber--
2  Q  Okay.
3  A  --to me.  I can't remember saying all that.
4  Q  And then you say, "We really had nowhere else to
5  put them because all of the DOCs in the other cells."
6  A  Correct.
7  Q  Okay.  So is it fair to say you there was going to
8  be a problem, but you didn't feel like you could move them to
9  another cell?
10  A  Yes, sir.  I couldn't.
11  Q  And you reported that concern to your chain of
12  command?
13  A  Yes.  And he replied back, "Let's see how it goes
14  for another, you know, hour or so."  And we did and they
15  became calm and cool and collected.
16  Q  Okay.  And that was Lieutenant Hardwell that told
17  you that?
18  A  Yes, sir.
19  Q  All right.
20     MR. JACKSON:  All right.  Give me a break.
21     I'm going to check--
22     MR. CALVIT:  No.
23     MR. JACKSON:  --my notes.
24     MR. CALVIT:  I'm going to-- Yeah.  Go ahead.
25     MR. JACKSON:  Give me-- Give me just a few

195

1  A  Yes.  Lieutenant Hardwell was the lieutenant.
2  Q  Both days?
3  A  Yes, sir.
4  Q  You think he-- Do you have anything that sticks in
5  your mind that maybe somebody else did that?
6  A  No.
7  Q  You made reference to the fact that--and when you
8  was going through testifying earlier about you said you have
9  to come in about fifteen minutes early where you can do this
10  briefing, and you try to get to work early to get that done.
11  Correct?
12  A  Yes, sir.
13  Q  And is that mandatory?
14  A  Yes, sir.  For all employees.
15  Q  And you were going through and you was telling us
16  also that whenever you came in you picked up the radio from
17  the other previous CO.  Did I get that right?  You picked the
18  radio up from another CO?
19  A  I can't recall.
20  Q  Your radio-- Well, how did you get your radio?
21  Let me just back up on that--that shift on the-- Say, the
22  13th, when you came in on the 13th, when you picked-- How
23  did you get your radio?  Did you get it in a certain spot or
24  did you get it from another corrections officer?
25  A  I can't recall that.

194

1     minutes.
2     MR. CALVIT:  You're entitled to at least one.
3     MR. JACKSON:  All right.
4     MR. CALVIT:  I mean, that's up to you.
5     MR. JACKSON:  No; no.  That's great.  Let's
6     get it done.
7     COURT REPORTER:  Okay.  We're still going.  Go
8     ahead.
9     MR. McKEE:  Yeah.  I'm Mark McKee.  I
10     represent one of the children of Vernon White.
11     I've got a few questions.  These gentlemen
12     have done a great job and went over
13     everything, and not too long.
14  EXAMINATION BY MR. McKEE:
15  Q  We've already established a couple of times that--
16  and correct me if I'm wrong--that Lieutenant Hardwell did the
17  shift change briefing.
18  A  Yes, sir.
19  Q  Did he do that every shift, every shift change, or
20  did someone fill in for him from time to time?
21  A  Yeah.  If he couldn't make it a sergeant would step
22  up and fill in.
23  Q  Do you have any specific recall if anybody other
24  Lieutenant Hardwell did the shift change briefing on October
25  12th and October the 13th of 2015?

196

1  Q  Yeah.  I thought you testified earlier that maybe
2  you picked that up from another corrections officer when you
3  made your shift change.
4  A  I might-- Yeah.  I might did.
5  Q  You might have done that?
6  A  Yes.
7  Q  Do you recall who that would have been on the
8  opposing shift around the 12th or 13th of 2015,--
9  A  No.  I can't recall.
10  Q  --the other corrections officer?
11  A  No.  I can't recall.
12  Q  Do you recall if you had any conversations with
13  that corrections officer?  When you made that shift change
14  and got the radio, if there was anything going on on the--on
15  the shift that you needed to know about since he was opposite
16  of you and had been doing basically the same job you were
17  doing?
18  A  It was just the same information that was given to
19  us--
20     MR. CALVIT:  He's asking if you remember it.
21  A  Oh, no.
22  Q  You don't remember?
23  A  Well, no.
24     MR. CALVIT:  Okay.  I mean, that was your
25     question, wasn't it?

197

| | |
|---|---|
| 1 | MR. McKEE: Yeah. |
| 2 | MR. CALVIT: I apologize. |
| 3 | MR. McKEE: Yeah. |
| 4 | Q Do you have any recall about who the other |
| 5 | corrections officer would have been on that date, the 12th or |
| 6 | 13th? |
| 7 | A Could you repeat--repeat? |
| 8 | Q Yeah. Do you have any idea or recall of who the |
| 9 | other corrections officer working the opposite shift to you |
| 10 | on October 12th or October 13th, 2015? |
| 11 | A No. I can't recall. |
| 12 | Q Do you have any information about what it takes for |
| 13 | an inmate to get out of a lockdown cell? |
| 14 | A Just behavior has--has to improve and then based on |
| 15 | the higher command. |
| 16 | Q Okay. Is there any kind of-- Do you know of any |
| 17 | specific guidelines they go by as far as gauging improvement |
| 18 | to actually get out of a lockdown cell, maybe get back to |
| 19 | another environmental cell that's not in a lockdown? |
| 20 | A No, sir. Just behavior. It just has to improve. |
| 21 | Q When you first-- You went through the testimony |
| 22 | about Mr. Moore when you first saw him. When you first saw |
| 23 | him-- When your first saw him, tell me--tell me about that |
| 24 | again. Were you coming to work when you first saw him, |
| 25 | walking down the hall and you heard him? I think you were |

198

| | |
|---|---|
| 1 | testifying you may have heard him banging on the door when |
| 2 | you first came in the hall. |
| 3 | MR. CALVIT: Are you speaking of the first |
| 4 | day? |
| 5 | MR. McKEE: Well, when he first-- |
| 6 | MR. CALVIT: Yes. |
| 7 | Q The first occasion to had to even come in contact |
| 8 | with Mr. Moore. |
| 9 | A Yeah. The first day he was just very loud and |
| 10 | aggressive, you know, in his cell. |
| 11 | Q Yeah. |
| 12 | A Okay. |
| 13 | Q And so what-- On the first occasion you had any-- |
| 14 | any information about him, did you get a briefing from |
| 15 | Lieutenant Hardwell about Mr. Moore's condition before you |
| 16 | ever walked down the hall? |
| 17 | A Yes, sir. |
| 18 | Q So you were put on notice by Lieutenant Hardwell |
| 19 | about his condition before you ever walked down the hall? |
| 20 | A Yes, sir. |
| 21 | Q And what did he-- And what did he basically tell |
| 22 | you, if you can recall, on the 12th? |
| 23 | A That the guy, Mr. Moore, was refusing to be seen |
| 24 | and get booked inside the--the jail, so just don't really go |
| 25 | down there and just causing an uproar or whatever. But as I |

199

| | |
|---|---|
| 1 | was walking down he was already uproaring. |
| 2 | Q How did that-- How does that fit into your scheme |
| 3 | of things of not going in there and causing an uproar when |
| 4 | you have duties to go--affirmative duties to go and check him |
| 5 | to make sure that he's still in the cell? You know, because |
| 6 | you just indicated you did good--you had a good job and a |
| 7 | good reputation about checking cells. How does that fit? |
| 8 | A Just the same way I said, as I was coming and |
| 9 | checking you could hear him in the cell. So as hearing him |
| 10 | uproaring and saying this and saying that, that he's God-- |
| 11 | he's--he's saying his name, he's Erie Moore, and his age, all |
| 12 | that. Just going in checking, "Are you all right?" And, you |
| 13 | know, flying back in an aggressive manner, you know. |
| 14 | Q Yeah. |
| 15 | A So-- |
| 16 | Q And you-- And based upon your knowledge and |
| 17 | experience as a correctional officer what impression did this |
| 18 | give you when you first encountered him and he was saying the |
| 19 | things you've just testified to? |
| 20 | A That he's on some drugs. |
| 21 | Q Okay. And you were also told by Lieutenant |
| 22 | Hardwell that they--that it was his opinion that he was |
| 23 | intoxicated? |
| 24 | A Yes, sir. |
| 25 | Q And I think your testimony expanded to the point |

200

| | |
|---|---|
| 1 | that not only intoxication, but also being high on narcotics? |
| 2 | A Yes, sir. |
| 3 | Q And had this--had this changed at all over a |
| 4 | two-day period? |
| 5 | A No, sir. He was up all night calling--you know, |
| 6 | just up all night. Whatever drugs he was on, it just had him |
| 7 | up. |
| 8 | Q Did you get any information from any of your |
| 9 | superiors, the ones that would actually make a decision-- |
| 10 | Because I think you've testified that you're a correction |
| 11 | officer, you don't have the capacity to do that. Did you get |
| 12 | any information from any of your superiors that they were |
| 13 | going to try to do something for this gentleman because he'd |
| 14 | been in this condition for over two days? |
| 15 | A Yes. They was trying to. That's why the second |
| 16 | day it was another aggressive moment, because they wanted to |
| 17 | check him in and he was aggressive of not wanting to be |
| 18 | checked in. |
| 19 | MR. CALVIT: When you say checked in, what are |
| 20 | you referencing? |
| 21 | WITNESS: Booked inside the jail. |
| 22 | MR. CALVIT: Thank you. |
| 23 | Q Have you had-- Getting back to the booking, I |
| 24 | mean, what else-- Before we leave this area about what he |
| 25 | was doing when you first saw him, what was he doing |

50 (Pages 197 to 200)

201

1  physically in the cell? Did you-- Did you look in the cell
2  when you first heard him in the cell, when you first had
3  occasion to hear him?
4      A  Yes.
5      Q  All right.
6      A  I looked inside the cell and he was just screaming
7  up to the ceiling and, you know, just talking.
8      Q  Did he seem to be--
9      A  And he was God.
10     Q  Did he seem to be screaming at the--at the cell or
11 was he screaming at the--
12     A  The camera.
13     Q  --camera?
14     A  The camera.
15     Q  So he was--
16     A  Oh, I'm sorry.  I cut you--
17     Q  --trying to get someone's attention?  Do you think
18 he was trying to--
19         MR. CALVIT:  Objection.  Calls-- Calls for
20 speculation,--
21     Q  Based upon--
22         MR. CALVIT:  --lack of personal knowledge.
23     Q  Based upon what you observed, based upon what you
24 observed in looking through that door, do you think he was
25 looking at the camera?

202

1      A  Yes.
2      Q  Okay.  And what exactly was he saying as best you
3  recall?
4      A  "I'm Erie Moore and I'm fifty-something old."  He
5  said his age, fifty-something years old.  And, "I'm God," and
6  just kept, you know, going at it to himself, to the camera.
7      Q  And based upon your knowledge as a correction
8  officer and based upon your experience, would this have been
9  a normal reaction from someone in a lockdown cell?
10     A  If he's intoxicated.
11 (OFF RECORD INTERRUPTION.)
12     Q  And also I think you said something about he was
13 also-- Did you say he was also moving around in the cell, he
14 was acting lively in the cell?
15     A  Could you repeat on when?
16     Q  Was he also lively in the cell, pacing around?
17     A  When was that?  The first day?
18     Q  Yeah.  When you first saw him?
19     A  Yes, sir.
20     Q  Yeah.  I got you.  I was kind of-- You know, you
21 were talking earlier about doing these checks every ten to
22 fifteen minutes.  Did you do the checks ten--every ten to
23 fifteen minutes on lockdown cells?
24     A  It wasn't just me.  It was all of us, you know.
25         MR. CALVIT:  He's asking you.

203

1      A  Oh, with me?
2      Q  Yeah, you.  Yeah.
3      A  Most of the times.
4      Q  I'm just clearing it up because that's a good--
5  that's a good point.  That's where I was going with it.  I
6  wanted to know how many--how many different people would be
7  doing the checking.
8      A  Oh, all the COs in the lieutenants and the
9  sergeants.
10     Q  Do you know how many was on a shift?
11     A  I want to see it was--our shift was about nineteen
12 on a shift.
13     Q  But it's your-- But it was your experience you
14 would try to do it every ten to fifteen minutes based on your
15 testimony?
16     A  Yes, sir.  Because I--I worked the main hall.
17     Q  Okay.  Are you right-handed or left-handed?
18     A  Right.
19     Q  Right-handed?  Have you ever been in a fight
20 before?
21     A  Back when I was younger.
22     Q  Back when you were younger?
23     A  Yes, sir.
24     Q  What about in college?
25     A  No, sir.  Not really.

204

1      Q  Okay.  You said-- You indicated that you played
2  football?
3      A  Yes, sir.
4      Q  Have you ever had a concussion?
5      A  No, sir.
6         MR. CALVIT:  He doesn't remember it.
7         WITNESS:  Yeah.
8         MR. McKEE:  Yeah.
9      Q  You indicated you did have some experience--some
10 knowledge, level of knowledge, about these lockdown--
11 lockdown cells?
12     A  Yes, sir.
13     Q  And what I'm getting--
14     A  Somewhat.
15     Q  Where I'm going to is I'm going to the fact you
16 said that whenever you came in--after you were given a
17 briefing from Lieutenant Hardwell, you came in and you spoke
18 to the control officer, too,--
19     A  Yes, sir.
20     Q  --about what was going on and asked them what was
21 going on in--with these two inmates in lockdown #7.
22     A  Yes, sir.
23     Q  And you also pushed up--punched up the--the screen
24 and looked at--looked at what was going on.
25     A  Yes, sir.

51  (Pages 201 to 204)

Jeremy Runner
August 30, 2017

205

1    Q   And I think you testified that you only saw one,
2  Mr. Moore, at that time you pulled it up.
3    A   Yes, sir.
4    Q   Do you have knowledge-- Do all of the other
5  lockdown cells have cameras?
6    A   4, 5 and 6 control-- I think it was just Richwood
7  and lockdown 7.
8    Q   That's your-- That's what you understand?
9    A   Yes, sir.
10   Q   If there's more cells you--that have cameras, you
11 wouldn't know about it?
12   A   Yes, sir. You'd have to go to the other control
13 centers.
14   Q   Okay. I got you. But do you know how many,
15 though,--how many--how many cells actually have cameras?
16   A   Are you saying the--
17   Q   Lockdown cells.
18   A   Yes. Well, I can't recall. I haven't worked there
19 in so many--
20   Q   Okay.
21   A   --in so many years.
22   Q   Have you ever seen-- What's the longest you've
23 ever seen someone stay in street clothes in the--at Richwood
24 Correctional Center?
25   A   Not long. They come in intoxicated and once they

206

1  get--get down from being drunk or being high they cooperate,
2  trying to get--get on up out of there,--
3    Q   Yeah. What about--
4    A   --get on up out the--the jail.
5    Q   But Mr. Moore was going. You was working on your
6  second shift when he-- Was he still in street clothes?
7    A   Yes, sir. They was trying-- He was-- He was
8  really about to get released, but he just wouldn't comply.
9    Q   What information do you have that he was about to
10 get released?
11   A   From the other lieutenants--the other lieutenant
12 that worked on the day shift. That's why they was trying to
13 get him out during that--the second day, to get him on booked
14 in and go on and get him on out or whatever. And he just
15 wouldn't comply to being released.
16   Q   Did you-- What info- -- Where did you get this
17 information from? If you got a briefing from Lieutenant
18 Hardwell how did you get this briefing from Lieutenant
19 Loring?
20   A   Because he was still on shift.
21      Okay. And when did you talk to him?
22   A   As we was coming in he was in the lieutenant
23 office, right in front like when we walk in.
24      MR. McKEE: I think that's all I have.
25      MR. CAMERON: I've got one follow-up.

207

1      MR. CALVIT: Go ahead. You have that right.
2      MR. CAMERON: Yeah. I know. But I just
3      didn't know whether--
4      MR. CALVIT: Patrick-- Patrick is leading me
5      to say no. Okay.
6      MR. JACKSON: No.
7      MR. CAMERON: No.
8      MR. JACKSON: I'm good.
9      MR. CAMERON: Yeah. I wasn't really asking
10     permission, but I was just seeing if everybody
11     was done.
12 REEXAMINATION BY MR. CAMERON:
13   Q   Okay. Let's see. Are you POST certified?
14   A   Yes, sir.
15   Q   Do you know what POST means?
16   A   Can you explain it to me?
17   Q   The Peace Officers Standard Training.
18   A   Yes, sir.
19   Q   Were you POST certified when you worked at RCC?
20   A   Yes, sir. Later.
21   Q   Later as in after--
22   A   When I went through--
23   Q   --the training you went with Morehouse?
24   A   Yes, sir.
25   Q   You have a tattoo, carpe diem, on your arm?

208

1    A   Yes, sir.
2    Q   That's on your right arm. Right?
3    A   (Affirmative nod.)
4    Q   What does that mean?
5    A   Seize the day.
6    Q   Any reason why you have that tattoo on your arm
7  as-- Or that's one of your mottos?
8    A   Yes, sir. Work hard and just-- You've got to
9  seize every moment.
10   Q   I wanted to ask you about the Prison Rape
11 Elimination Act. Are you aware of-- Did you get any
12 training on that?
13   A   Yes, sir.
14   Q   Your-- And your training under PREA, did--were you
15 trained that if you see inmates engaging in sexual acts they
16 are to be separated?
17   A   Yes, sir.
18   Q   And sexual acts, can that be kissing, hugging?
19   A   Yes, sir.
20   Q   And did you witness Mr. Moore and Mr. White engaged
21 in that kind of activity?
22   A   While reviewing the camera.
23   Q   Okay. And when did you review the camera? After
24 the incident?
25   A   Yes, sir.

52   (Pages 205 to 208)

| 209 | 211 |
|---|---|
| 1  Q  Okay. If you had seen that as it happened what | 1  A  Can you repeat? |
| 2 action would you have taken? | 2  Q  Sure. Was it-- During the time you worked at |
| 3  A  I would notify the lieutenant and sergeants. | 3 Richwood was it the policy or practice of Richwood to put |
| 4  Q  And would you have expected them to be separated? | 4 Monroe arrestees in only particular numbered lockdown cells? |
| 5  A  Yes, sir. | 5  A  From my understanding it wasn't just the use of |
| 6  Q  Have you ever had to fill in or make a use of force | 6 lockdowns was just for Monroe Police arrestees. It's |
| 7 report? | 7 depending on many, you know, lockdowns are open to put those |
| 8  A  Okay. Could you repeat? | 8 arrest- --Monroe arrestees at. So they could go at any |
| 9  Q  Have you ever had to make a use of force report? | 9 lockdown cell on--I mean, on the main hall. |
| 10  A  Yes, sir. | 10  Q  Uh-huh (yes). |
| 11  Q  And what type of force had you been using when you | 11  A  It's just you just can't put Monroe arrestees with |
| 12 had to fill out that kind of report? | 12 DOC-- |
| 13  A  Passive. | 13  Q  All right. |
| 14  Q  Sorry? | 14  A  --inmates. |
| 15  A  Passive. | 15  Q  Okay. That's what I thought your testimony was. I |
| 16  Q  Okay. Tell me-- Explain what that means. I don't | 16 just wanted to make sure about that. At the time that |
| 17 know what you're-- | 17 Mr. White was placed into the cell with Erie Moore, Sr., at |
| 18  A  It's just force to, you know, get the inmate under | 18 that point in time, if logs show that there was open lockdown |
| 19 control, but not just severe or rough, you know. | 19 cells available for Mr. White to go into do you--are you able |
| 20  Q  All right. Can you give me an example of what | 20 to specifically say, "I checked all of those cells and they |
| 21 you're talking about? | 21 were all full"? |
| 22  A  Passive, meaning if I have a inmate very aggressive | 22  A  Could you repeat? |
| 23 I don't want to just come at him super, super aggressive. | 23  Q  Sure. I'll try one more time, but that was a |
| 24 I'm going to go to him aggressive, but it's | 24 pretty long question. |
| 25 passive/aggressive. | 25  A  Yeah. |

| 210 | 212 |
|---|---|
| 1  Q  Okay. Are you talking about applying some kind of | 1  Q  Okay. I'm just asking you if lock- --if the |
| 2 pressure point on the-- | 2 lockdown log--logs show that there were open lockdown cells |
| 3  A  No. | 3 at the time when Vernon White was placed lockdown 7 with |
| 4  Q  What-- | 4 Mr. Moore, would you defer to the logs to say what was |
| 5  A  It's just--just talking to them, maybe trying to-- | 5 accurate and not accurate at the time? |
| 6 "Okay. Let's calm down." | 6  MR. CALVIT:  Object to the form of the |
| 7  Q  Uh-huh (yes). | 7  question. |
| 8  A  "Let's just do what you've got to do, get--get into | 8  (To witness):  Do you understand what |
| 9 the formation--" I mean, "Get into the procedure we're | 9  defer means? |
| 10 trying to get you into and it'll be done." | 10  WITNESS:  Not really. |
| 11  Q  Okay. Is a use of force report separate and | 11  MR. CALVIT:  Okay. |
| 12 different from an UOR report? | 12  MR. CAMERON:  Okay. |
| 13  A  Can you repeat? | 13  WITNESS:  Is he saying-- Okay. |
| 14  Q  Is a use of force report different and separate | 14  MR. CALVIT:  Just ask him to-- |
| 15 from a UOR report? | 15  MR. CAMERON:  I'll try it one more time. I'll |
| 16  A  It's the same report. | 16  try it one more time. |
| 17  Q  So you've never filled out a form that just--it's | 17  Q  Okay. There are lockdown cell logs. Right? |
| 18 just use of form? | 18  A  Yes. |
| 19  A  Just UOR. You just get--tell what happen. | 19  Q  And they show how many--or who is in each lockdown |
| 20  Q  Uh-huh (yes). Have you ever been trained on how to | 20 cell. Right? |
| 21 detect a head injury? | 21  A  Yes, sir. |
| 22  A  I can't recall. | 22  Q  All right. Now, if the logs show that there were |
| 23  Q  Is it-- Was it the practice when you worked at | 23 available open lockdown cells at the time White was put in |
| 24 Richwood that the Monroe Police Department arrestees were | 24 with Moore, would you defer to the log? |
| 25 limited to certain cell numbers and lockdown? | 25  MR. CALVIT:  He still doesn't know what defer |

213

1      means.
2      Q  Defer means would you say the log is right or, "I
3  have some specific memory that all of those cells were full"?
4      A  If the log says open, then it should be open.
5      Q  All right.
6      A  Because every inmate on the lockdown roster is in a
7  particular--particular cell that they are supposedly housed
8  in. So if this inmate-- If it was open-- If it was open,
9  then Mr. White would have went or Mr. Moore would have went
10 into the open cell.
11     Q  Uh-huh (yes).
12     A  But it wasn't.
13     Q  So that's the question. If the log shows there was
14 an open cell, can you dispute that?
15     A  I'm going to say yeah. I don't have the log--the
16 lockdown log.
17     Q  I understand. Well, you have a specific memory
18 that you went and looked in every lockdown cell, and looked
19 in there and there were two people in each cell, or is it you
20 were just told that or you just assumed that?
21     A  I wasn't told, but during that time it was full.
22 During that time it was full, the lockdowns were full.
23     Q  But if the log shows something different would you
24 be able to dispute those logs?
25          MR. CALVIT: Object to the form of the

214

1          question.
2          WITNESS: Yeah.
3          MR. CALVIT: He's disputed it four or five
4      times.
5          MR. CAMERON: Un-huh (no).
6          MR. CALVIT: And he's answered that question
7      already.
8          MR. CAMERON: One time he didn't.
9          MR. CALVIT: Well, he's answered the question
10     already.
11         MR. CAMERON: All right.
12     Q  Who fills out those lockdown cell logs?
13     A  The sergeant. And we've said this too many times.
14     Q  All right. Do you have any reason to believe the
15 sergeant would be inaccurate when writing those logs?
16     A  He could, he could not. He could be, he could not
17 be. I was a CO that day, so I don't know--
18     Q  All right.
19     A  --if the lockdown was open.
20     Q  Do you have a specific memory of visually
21 inspecting each lockdown cell at the time that Vernon White
22 was placed into the cell with Mr. Moore?
23     A  Could you repeat?
24     Q  Do you have a specific memory of visually
25 inspecting each lockdown cell at the point in time White was

215

1  put into lockdown 7 with Moore?
2      A  I don't have a memory still in my head from 2015,
3  but from then if Mr. White or Mr. Moore couldn't get out that
4  lockdown cell, then we had other lockdowns that were full
5  with DOC.
6      Q  Uh-huh (yes). Typically you wouldn't put two
7  inmates who had been fighting each other in the same lockdown
8  cell. Right?
9      A  Yeah. I mean, no.
10     Q  And you typically would not put inmates who had
11 been fighting other inmates into the same lockdown cell?
12     A  Un-huh (no).
13     Q  No? You have to--
14     A  Yeah. No.
15     Q  --verbalize it.
16     A  No; no.
17     Q  You indicated that you were looking at a camera in
18 the control room and you saw Mr. Moore talking to the camera,
19 I believe. Do you recall that?
20     A  (No response.)
21     Q  Do you recall testifying to that?
22     A  Oh, yes.
23     Q  All right. And you indicated that Mr. Moore said
24 he was God, something to that effect.
25     A  Yes.

216

1      Q  How do you know that's what he said? I mean, is
2  there any audio? Can you hear it?
3      A  No. He was saying that when I came up to the
4  lockdown cell.
5      Q  All right. And did you--
6      A  He's Erie Moore, fifty-something years old, and
7  he's God.
8      Q  Uh-huh (yes).
9      A  Bow down to him and all of that.
10     Q  Do you recall at any point in time that Mr. Moore's
11 vitals were taken? Talking about his temperature, heartbeat,
12 heart rate, blood pressure, anything like that?
13     A  No, sir.
14     Q  When y'all were--you and the other correctional
15 officers were carrying Mr. Moore from lockdown 7 out in the
16 hallway to the foyer-- Do you recall that? And that's when
17 you dropped him.
18     A  Yes, sir.
19     Q  Okay. At that point in time when they first start
20 carrying was there ever any suggestion that he be placed on a
21 backboard or in a wheelchair or a stretcher or anything such
22 as that?
23     A  Could you repeat that?
24     Q  Sure. At the point in time you and the other
25 correctional officers began to carry Eric Moore from the hall

Jeremy Runner
August 30, 2017

217

1  outside lockdown 7 to the foyer was there any suggestion
2  that, Mr. Moore, be placed on a backboard?
3      A   I don't recall.
4      Q   Do you recall there being--
5      A   Don't know.
6      Q   --a suggestion about getting a wheelchair?
7      A   I don't know.
8      Q   All right.  Whose decision-- Or who had the
9  authority to carry Mr. Moore on a backboard or stretcher or
10  wheelchair?
11      A   Ask it-- Ask me the question that.
12      Q   Sure.  Whose decision would it be or who had the
13  authority to say, "Let's don't carry him like this.  Let's
14  get a backboard, let's get a wheelchair, let's get a
15  stretcher"?
16      A   So who do you think?
17              MR. CALVIT:  Let's take a break.
18      Q   I'm asking you a question.
19              MR. CALVIT:  Let's take a break.
20              (To witness):  Come on.  Let's go.
21              WITNESS:  Oh, man.
22              MR. CALVIT:  I think you're being unfair to
23      the witness.
24              WITNESS:  Yes.
25              MR. CAMERON:  Why?

218

1              MR. CALVIT:  He's been patient all day.
2      You're asking the same questions again.
3              WITNESS:  Same questions.
4              MR. CAMERON:  No.  I haven't asked him--
5              MR. CALVIT:  Yes, you are.
6              MR. CAMERON:  --these questions at all.
7              MR. CALVIT:  Let's get out of here.
8              WITNESS:  Okay.
9              MR. CAMERON:  You're totally out of line.  I
10      have not asked him that question at all.
11              MR. CALVIT:  You know who has responsibility.
12      He's repeated it all day.  This is getting
13      toward harassment.  We've been here--
14              MR. CAMERON:  No.
15              MR. CALVIT:  --all day.  I'm going to talk--
16      visit with my client.
17              MR. CAMERON:  Okay.  Visit with him.
18  (OFF RECORD.)
19  REEXAMINATION BY MR. CAMERON, continuing:
20      Q   From what you've said thus far I think this is--
21  I'll get the answer now.  Was it up to Lieutenant Hardwell as
22  to whether to get a backboard, stretcher or wheelchair for
23  Mr. Moore out in the hallway outside of lockdown 7?
24      A   Yes.
25      Q   All right.  And, you know, when you dropped

219

1  Mr. Moore that time y'all were carrying, that was due to your
2  footing?
3      A   Yes, sir.
4      Q   And just not being as careful as normal?
5              MR. CALVIT:  Object to the form of the
6          question.
7      Q   You can still answer the question.
8      A   Repeat.
9      Q   I said you were just not being as careful as you
10  normally are?
11      A   I was being--
12              MR. CALVIT:  Object to the form of the
13          question.
14              (To witness):  Go ahead.
15      A   I was being very careful as you can see in the
16  video.  Honestly, I don't lie.
17      Q   Uh-huh (yes).  And you indicated in your earlier
18  testimony that you felt Mr. Moore was intoxicated and under
19  the influence of some drug.  Correct?
20      A   Yes, sir.  That's what was told to me.
21      Q   Right.  And what is it about Mr. Moore that led you
22  to believe that?
23      A   He even said his self that he came in smoking on
24  whatever--a wet daddy or whatever it's called.
25      Q   All right.  So he admitted--

220

1              COURT REPORTER:  What was that?  I'm sorry.
2          Wet daddy?
3              WITNESS:  Yes, ma'am.
4      Q   Okay.  So he admitted to consuming--to consuming a
5  drug?
6      A   He-- He told us that and told us some more stuff.
7      Q   All right.  What else did he tell you?
8      A   To--
9      Q   Excuse me?
10      A   To-- You know, intercourse with his--his--
11      Q   He wanted you to--
12              MR. CALVIT:  Say the words.
13      Q   Yeah.
14      A   He wanted to suck-- He was talking about suck his
15  dick.
16      Q   Okay.  Did he indicate at some other time that he
17  wanted to suck someone else's dick, as well?
18      A   Yes.
19      Q   And who was that?
20      A   Any CO that came up to the door.
21      Q   All right.  Any other things that he said that
22  you--
23      A   It was God and--and all the other stuff.
24      Q   And these were some of the things he said that made
25  you believe that he was intoxicated or on drugs?

55  (Pages 217 to 220)

Jeremy Runner
August 30, 2017

221

1    A  That's what was told to me.
2    Q  Yes. Was there anything about his behavior other
3    than-- I'm not talking about what he said, but the actions
4    that led you to believe that he was either on drugs or
5    intoxicated?
6    A  To be honest with you, Mr. Erie Moore wasn't at all
7    mental. He was intoxicated,--
8    Q  Uh-huh (yes).
9    A  --on drugs. He wasn't mental.
10   Q  Uh-huh (yes).
11   A  He was intoxicated.
12   Q  Now, what is the policies you understood RCC as to
13   where to house--house an individual who is intoxicated or on
14   drugs?
15   A  Could you repeat that?
16   Q  What was the RCC policy or practice as to where to
17   house an inmate who is intoxicated or on drugs?
18   A  I don't know.
19   Q  You didn't make those kind of decisions?
20   A  No. CEO.
21   Q  All right.
22       WITNESS: Did I say CEO?
23       MR. CALVIT: Yeah. You just did right then.
24       MR. CAMERON: All right. Hang just one minute
25       and I think--

222

1    (OFF RECORD COMMENTS.)
2       MR. CALVIT: He's going to speak to his
3       clients.
4       COURT REPORTER: Okay.
5    (OFF RECORD.)
6    REEXAMINATION BY MR. CAMERON, continuing:
7    Q  Mr. Runner, I want to ask you have you ever heard
8    of a correctional officer filling the position of a rover?
9    A  I don't-- Yes; yes; yes. Rover. Yeah; yeah.
10   Q  Okay. And what does a rover do?
11   A  He goes and makes the rounds for-- He just makes
12   the rounds around the camp- --I mean, the compound non- --
13   nonstop, steady.
14   Q  Okay. Are you aware of there being a correctional
15   officer who is specifically assigned to inspect or look at
16   the lockdown cells?
17   A  Oh, that's the sergeant.
18   Q  Okay.
19   A  The--
20   Q  The sergeant does that?
21   A  The rover also goes and check and make sure.
22   That's where I was most of the times. So I just kept it up,
23   you know, as best-- I was the rover all the time, even when
24   I wasn't.
25   Q  Okay. At any point in time did you ever inform
26

223

1    someone that you had witnessed, regarding White and Moore, a
2    PREA violation?
3    A  They wasn't doing any PREA on my shift.
4       MR. CALVIT: That-- His ans- -- His question
5       was did you ever report that. What-- What--
6       (To Mr. Cameron): Repeat the question.
7       WITNESS: No.
8       MR. CALVIT: Okay.
9       MR. CAMERON: Okay. I'll repeat the question.
10      WITNESS: No.
11   Q  Did you at any point in time ever indicate to
12   anyone that there was a PREA Act violation concerning White
13   and Moore?
14   A  No.
15   Q  Have you ever been trained that a individual who is
16   intoxicated and under the influence of drugs does not have a
17   mental health issue?
18   A  Repeat that.
19   Q  Have you ever been trained that an individual who
20   is under the--intoxicated and/or under the influence of drugs
21   does not have a mental health issue?
22   A  I don't know. I-- I don't know.
23   Q  All right.
24      MR. CAMERON: That's all I have.
25      WITNESS: Okay.
26

224

1       MR. CALVIT: can we run now?
2       MR. JACKSON: That's good.
3       COURT REPORTER: Read and sign.
4       MR. CAMERON: Let me just, yeah, do the--
5       MR. CALVIT: We're going to--
6       COURT REPORTER: Read and sign?
7       MR. CALVIT: We're going to read and sign.
8       Yeah.
9       COURT REPORTER: Okay.
10      MR. CAMERON: Right.
11      COURT REPORTER: All right.
12
13
14
15
16
17
18
19
20
21
22
23
24
25                         DEPOSITION CONCLUDED.
26

56  (Pages 221 to 224)

Jeremy Runner
August 30, 2017

225

1  STATE OF LOUISIANA
2  PARISH OF OUACHITA
3
4      I, MARGARET ANN COPELAND, Certified Court Reporter in
5  and for the State of Louisiana, as the officer before whom
6  this testimony was taken, do hereby certify that JEREMY
7  CHRISTOPHER RUNNER, after having been duly sworn by me upon
8  authority of R.S. 37:2554, did testify as set forth in the
9  foregoing deposition, pages 1 through 224, at the office of
10 Duke Copeland Court Reporters, 111 Hudson Lane, Suite A,
11 Monroe, Louisiana 71201, on the 30th day of August, 2017,
12 commencing at 9:15 a.m. and concluding at 1:56 p.m.; that
13 this testimony was reported by me in the electronic reporting
14 method, was prepared and transcribed under my personal
15 direction and supervision, and is a true and correct
16 transcript to the best of my ability and understanding; that
17 the transcript has been prepared in compliance with the
18 transcript format guidelines required by statute or by rules
19 of the board, that I have acted in compliance with the
20 prohibition on contractual relationships as defined by
21 Louisiana Code of Civil Procedure Article 1434, and in rules
22 and advisory opinions of the board; that I am not related to
23 counsel or to the parties herein nor am I otherwise
24 interested in the outcome of this matter.
25     This certification is valid only for a transcript
26 accompanied by my original signature and original seal on

226

1  this page.
2      Monroe, Louisiana, this 11th day of September, 2017.
3
4
5
6
7
8              _____
8              MARGARET ANN COPELAND, CCR
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

57 (Pages 225 to 226)

Duke Copeland Court Reporting
(318)387-2889

Jeremy Runner
August 30, 2017

Page 1

## A

a-- 16:13 34:22
89:17 145:17
185:4
a--a 110:10
153:12 164:12
166:3 176:2
a--in 27:7
a--just 67:21
a--on 35:25
110:21
a--to 186:21
a.m 46:1 82:22
127:12,14,15
129:2 225:12
ability 46:4 47:9
47:14 82:23
190:21 225:16
able 19:10 58:17
59:17 211:19
213:24
about-- 19:16
48:4 80:19
171:4 181:22
206:3
about,-- 129:25
absolute 65:19
academies 15:15
access 30:5,9
accident 146:2
accompanied
225:26
accurate 36:1
37:21 47:14
49:12 54:6
117:1,3 135:2
162:25 212:5,5
Act 29:21 208:11
223:12
acted 225:19
acting 63:5 77:9
77:11 117:18
118:6 133:5
151:8 173:18,20

173:23 174:2,7
202:14
action 1:6,11
92:17 137:18
209:2
actions 190:16
221:3
active 67:13
activity 149:23
208:21
acts 208:15,18
actual 174:4,5
actual--were
22:25
add 18:14
additional 19:16
20:23 21:1
138:14
address 7:19
57:25
addressed 123:15
administration
189:17
administrative
45:5
admit 33:15
admitted 220:4
admitted-- 219:25
adult 12:13
advised 5:11
advisory 225:22
Affirmative 12:25
35:13 96:23
181:13 208:3
after-- 207:21
after-action
177:10
age 199:11 202:5
agency 45:5
ages 47:23
aggressive 16:15
19:8 68:14,18
71:11,13,14,16
71:18 73:24

82:4 84:12 87:9
87:9 99:12
117:22 121:4,11
133:5 134:5
140:24 150:16
198:10 199:13
200:16,17
209:22,23,24
agitated 35:1
ago 8:10 45:24
46:12 56:13,17
57:20,23 112:13
124:21 157:7
agree 90:7
agreed 5:2
ahead 18:5,9
52:14 80:22
122:8 129:22
193:24 194:8
207:1 219:14
aid 18:19
air 164:20
aisle 149:1,2
AL 1:8,13 2:9
alarm 172:16
alcohol 167:4
Alexandra 2:12
all-- 15:4 46:23
83:20 143:5
170:23
all--each 72:19
allow 7:3 25:18
already--was
155:1
also-- 202:13
ambulance 141:7
American 43:24
Americans 29:20
amount 163:25
and-- 7:22 9:11
21:22 37:6 39:6
59:1 62:24
72:22 74:6 83:3
84:9,13 88:20

97:17 101:13
113:5 116:18
117:25 138:19
140:20 147:24
154:20 158:22
162:8,21 173:5
175:17 185:15
190:15
and--and 7:7
105:20 140:12
140:12 171:23
177:6 190:13
191:3 220:23
and--and--diffe...
15:15
and/or 223:20
ANN 1:24 225:4
226:8
annual 4:5 49:9
ans- 223:4
answer 5:7 6:12
6:15 7:4,10 9:13
9:15 18:7 25:13
25:19 62:8
86:13 90:1,4,14
91:8,21 101:5
115:20 122:5,7
148:1 152:12
174:19 175:3
180:22 192:20
218:21 219:7
answer-- 25:2
answered 214:6,9
answered--about
181:23
answering 25:6
any-- 18:17 43:20
81:13 110:4,9
184:3 198:13
any--any 42:14
74:21 111:3
189:21 191:4
any--did 30:24
anybody 44:9

97:17 101:13
113:5 116:18
117:25 138:19
140:20 147:24
154:20 158:22
162:8,21 173:5
175:17 185:15
190:15

47:6 56:15
79:12 81:3
104:7 118:5,25
133:19,23 150:6
166:16 167:9
168:13 170:6
191:16 192:10
194:23
anymore 79:3
93:11 122:15
anyway 35:23
72:17 160:25
apartment 51:20
51:22 53:13
apologize 113:16
137:13 197:2
appear 139:25
140:5
APPEARANCES
2:1
appearing 2:13
appears 102:12
133:13,15 145:6
application 35:25
apply 12:16 70:12
126:13 187:20
applying 210:1
approach 136:9
approaching
92:16
appropriate
93:10
appropriately
52:23
approximately
102:25 126:20
133:14
are--are 27:23
are--we 80:22
area 115:11
172:22 200:24
areas 20:6,8,12
75:17
arguing 32:18

| | | | | |
|---|---|---|---|---|
| **arm** 16:16 85:9,12 | **asks** 95:4 | **Aultman** 156:25 | 162:22 163:7 | **be--I** 150:4 |
| 89:6 207:25 | **asleep** 113:9,18 | 157:5,6 176:20 | 172:2,2,22 | **be--it** 45:7 |
| 208:2,6 | 113:23,24 114:4 | **authority** 64:18 | 193:13 195:21 | **be--you** 63:2 |
| **arms** 92:20 105:2 | 114:9,12 163:22 | 64:21,21 170:10 | 197:18 199:13 | **beating--** 58:18 |
| 105:3 115:7 | 163:24 164:3 | 188:6 217:9,13 | 200:23 203:21 | **beating--a** 58:17 |
| 162:18 163:16 | **assess** 190:19 | 225:8 | 203:22 | **because--** 107:10 |
| **arrest-** 211:8 | **assigned** 153:22 | **available** 66:12 | **backboard** | 185:2 192:20 |
| **arrested** 44:25 | 153:23 172:22 | 67:23 79:14 | 216:21 217:2,9 | **becoming** 144:13 |
| **arrestees** 210:24 | 222:15 | 175:19 176:7 | 217:14 218:22 | **bed** 171:14,18,20 |
| 211:4,6,8,11 | **assignments** | 182:17 211:19 | **background** 6:7 | 172:24 173:6,11 |
| **arrival** 128:2 | 28:16 | 212:23 | 69:17 | 173:12 |
| **arrive** 26:17 | **assistance** 81:4 | **avoid** 28:24 29:9 | **bad** 189:15 | **began** 216:25 |
| 156:25 | **assistant** 18:19 | 191:6 | **ballpark** 110:10 | **beginning** 8:12 |
| **arrived** 112:5,6 | 157:23 176:20 | **awaiting** 158:10 | **banged** 121:20 | 25:18 135:11 |
| 128:10 131:15 | **associated** 44:3,8 | **aware** 47:6 66:12 | **banging** 23:15 | 192:19 |
| **arriving** 158:15 | **Association** 43:25 | 122:17,21,24 | 109:15,18 | **behave** 184:21 |
| **arriving--** 158:17 | **assume** 7:11 71:1 | 123:4 150:21 | 121:10,12,13,14 | **behavior** 12:19 |
| **Article** 225:21 | 172:16 186:5 | 177:1 189:8 | 121:22 122:9,15 | 134:6 175:11 |
| **as--** 65:25 177:2 | 188:2 | 208:11 222:14 | 130:14 198:1 | 185:25 186:12 |
| 208:7 | **assumed** 213:20 | | **bankruptcy** 45:19 | 197:14,20 221:2 |
| **as,--** 177:4 | **Assuming** 172:18 | **B** | **bar** 16:16 | **Behavioral** 13:17 |
| **ask-** 49:10 | **at--** 24:21 95:13 | **B** 2:25 99:15 | **bars** 120:21,21,25 | **Behavioral--** 13:4 |
| **asked** 32:24 40:21 | 108:18 | 103:1 139:5 | **base** 124:8 | **being--** 73:25 |
| 45:17 51:25 | **at--at** 165:19 | **Bachelor's** 12:12 | **based** 137:18 | 217:4 219:11 |
| 78:23 90:3,22 | **at--in** 133:23 | **back** 9:24 10:17 | 185:21 197:14 | **being--in** 68:18 |
| 109:17 111:17 | **at--looked** 204:24 | 15:10 17:3,9 | 199:16 201:21 | **believe** 126:17 |
| 119:19 149:5 | **attach** 34:16 | 30:25 35:23,24 | 201:23,23 202:7 | 130:2 154:4 |
| 150:9,22 152:21 | **attacked** 143:12 | 36:2 48:13 59:4 | 202:8 203:14 | 162:11 168:15 |
| 161:18 181:23 | **attempted** 122:21 | 63:3 66:3 70:11 | **basically** 137:1 | 178:9 214:14 |
| 204:20 218:4,10 | **attend** 12:4 27:2 | 70:22 71:11 | 141:15 143:16 | 215:19 219:22 |
| **asked--** 32:10 | **attended** 14:15,22 | 73:16 76:4 78:9 | 152:24 154:13 | 220:25 221:4 |
| **asking** 17:9 32:19 | 145:18 | 79:1,1 91:23 | 157:19 172:4 | **bell** 150:3 |
| 32:20 33:11,17 | **attention** 169:19 | 92:4,5 93:9 | 192:14 196:16 | **belong** 43:23 48:3 |
| 42:17 57:12 | 201:17 | 96:15 103:2,3,13 | 198:21 | **belonged** 44:2 |
| 90:23 93:19 | **attorney** 2:5,19 | 103:19,20 104:1 | **basis** 110:21 | **bench** 107:18,21 |
| 95:7 113:10 | 3:5 48:24 56:1,5 | 104:23 105:15 | 119:21 183:21 | **bent** 82:7 86:17 |
| 115:21 121:10 | 56:15 | 105:20 106:17 | **Bastrop** 69:24 | **best** 85:20 111:7 |
| 128:5,5 139:19 | **attorney--** 44:17 | 108:11 113:3,6,7 | **bath--on** 139:4 | 123:12 190:21 |
| 151:21 152:1 | **ATTORNEYS** | 114:5,9 117:21 | **bathroom** 88:12 | 202:2 225:16 |
| 153:21 168:13 | 2:25 | 125:5 127:13,14 | 88:13 | **best--** 222:23 |
| 172:21 180:19 | **audio** 24:5 46:16 | 129:5 152:5 | **be--** 22:17 48:4 | **better** 39:1 94:24 |
| 196:20 202:25 | 116:6 216:2 | 155:25 156:15 | 53:1 65:1 90:10 | 96:8 |
| 207:9 212:1 | **August** 1:17 | 156:17,18 | 176:14 201:8 | **between--** 83:9 |
| 217:18 218:2 | 225:11 | 159:23,23 | **be--does** 119:20 | **big** 21:10,16 |

| | | | | |
|---|---|---|---|---|
| 56:24 57:6,9 | **Box** 2:12,19 3:6 | 109:20,25 110:1 | 32:21 33:10,17 | 137:11,13 |
| 78:20 109:8,20 | **boy** 174:22,23 | **bunk** 83:11 98:25 | 33:20 34:1,10,18 | 140:21 141:19 |
| 109:21 151:12 | **Brad** 184:12 | 172:5,6 180:15 | 34:24 35:1,4,10 | 141:22,25 142:3 |
| **big--** 15:7 | **Bradford** 2:13 | **bunked** 66:23,25 | 35:14,16,19 38:4 | 151:21,24 152:3 |
| **bigger** 59:6 | **brain** 19:4 21:17 | **bunks** 172:9 | 38:7,9 40:21 | 152:12 153:21 |
| **birth** 14:5 | **brawl** 189:14 | **burst** 164:13,15 | 41:1,16 42:16,19 | 153:24 161:25 |
| **bit** 6:7 16:7 19:9 | **break** 34:18,23 | **business** 43:14 | 42:21 44:16 | 162:3,6 167:15 |
| 23:24 35:24 | 50:10 88:12 | 62:22 | 48:21,23 49:2 | 167:18 170:14 |
| 80:20 102:3 | 141:19,25 185:2 | **but--** 103:8 | 50:2,4,5,7,10 | 173:8 175:15,22 |
| 133:8 185:13 | 185:9,13 188:14 | 112:18 113:16 | 51:4,9,13 52:4 | 175:25 178:23 |
| **bitty** 78:20 | 193:20 217:17 | 132:1 | 52:11,16,20,23 | 179:2,5 180:19 |
| **bivouac** 15:24 | 217:19 | **by--** 140:3 185:18 | 53:1,3,5,18,22 | 180:22,25 182:1 |
| **Black** 153:15 | **breath** 106:2 | | 54:1,14,23 55:1 | 182:3,8,13 184:1 |
| **bleeding** 110:7 | **breathe** 139:23 | **C** | 55:5,12,16,18 | 184:4,8,14 185:1 |
| 115:12 | **brief** 22:4 26:24 | **C** 7:20,23,24 | 56:2,8,10 57:3,5 | 185:4,6,9 191:23 |
| **blew** 151:11 | 178:2,3,4,6 | 51:22 | 57:7,11,14 60:22 | 192:1,5 193:22 |
| 154:15 | **briefing** 21:20,21 | **calen-** 128:16 | 60:24 62:5,7 | 193:24 194:2,4 |
| **block** 187:24 | 21:22 22:11,13 | **calendar** 128:20 | 63:25 65:13 | 196:20,24 197:2 |
| **blocked** 136:15 | 22:21,25 23:15 | **call** 10:22 27:6 | 76:24 81:7 83:8 | 198:3,6 200:19 |
| **blocking** 188:5 | 26:25 27:2,5,8 | 28:19 67:4 88:6 | 85:7,16,19 86:5 | 200:22 201:19 |
| **blocks** 187:13 | 27:11,23 28:20 | 99:20,23 131:15 | 86:7,9 88:1,5,8 | 201:22 202:25 |
| **blood** 138:25 | 64:4 71:6,16,21 | 146:17 148:1 | 88:10,18,21 90:1 | 204:6 207:1,4 |
| 139:12,14,22 | 72:1,5 73:17 | 160:16 170:13 | 90:3,6,14 91:5,7 | 212:6,11,14,25 |
| 141:1 143:8 | 128:11 135:12 | 177:10,10 178:1 | 91:21 93:16,19 | 213:25 214:3,6,9 |
| 216:12 | 148:11 150:7,13 | **called** 38:16 79:20 | 93:21 94:24 | 217:17,19,22 |
| **blow** 152:5,25 | 152:8,15,16 | 136:1 188:25 | 95:2,4,7,14,21 | 218:1,5,7,11,15 |
| **board** 225:19,22 | 154:1 166:22 | 189:3,6 219:24 | 95:23 96:1,4,6,8 | 219:5,12 220:12 |
| **boat--** 180:1 | 169:2,6,23 | **calling--you** 200:5 | 96:11 97:19 | 221:23 222:2 |
| **body** 24:10 83:4 | 194:17,24 | **calls** 28:15 192:3 | 101:5,7,22 | 223:4,8 224:1,5 |
| 97:24 98:1 | 195:10 198:14 | 201:19 | 102:11,14,17 | 224:7 |
| 108:7 | 204:17 206:17 | **Calls--** 201:19 | 103:16 104:25 | **cam** 24:9 95:11 |
| **book** 185:24 | 206:18 | **calm** 69:3 78:22 | 106:7,9,12 108:1 | 101:20 102:20 |
| 186:3 | **briefings** 21:23 | 156:3,4,5,9,12 | 108:3,17,23 | **cam-** 15:12 73:1 |
| **booked** 198:24 | 23:13 | 156:13 193:15 | 110:14 113:10 | **came--** 84:12 |
| 200:21 206:13 | **bring** 30:24 | 210:6 | 113:12,16 | **came--arrived** |
| **booking** 10:3 | **bringing** 97:22 | **calmed** 192:12 | 115:20,23 117:6 | 112:2 |
| 30:23,25 64:2 | **brought** 30:23 | **Calvit** 2:13 9:13 | 118:20 119:16 | **came--who** |
| 181:17,20 | 99:6 114:11 | 9:17,19,21,23 | 119:18 120:12 | 179:24 |
| 200:23 | **buddies** 174:22 | 11:5,7,13,16 | 121:10,15 122:5 | **camera** 58:16,20 |
| **books** 44:5 | 175:1 | 17:9,14 18:5,13 | 123:24 124:2 | 65:20,21,23,25 |
| **boss** 157:10 | **building** 72:3 | 20:8,11,13 24:7 | 126:7,9 127:23 | 66:7,9 72:24 |
| **Bossier** 2:26 | 74:12 100:20 | 24:25 25:2,4,8 | 128:15,19,22 | 73:4,9,14 78:11 |
| **both--you** 192:22 | 151:11 | 25:10,13 29:11 | 130:20 132:14 | 78:13 79:10 |
| **Bow** 216:9 | **bump** 109:8,9,11 | 31:25 32:2,6,18 | 132:18 133:6 | 87:21 89:10,11 |

89:25 95:9 98:9
111:11,14
112:10,11 150:2
154:15 175:8
201:12,13,14,25
202:6 208:22,23
215:17,18
**cameras** 151:10
205:5,10,15
**Cameron** 2:5 6:4
6:5,14,18,25 7:3
7:10,14,15 9:18
9:22 17:10,12,15
20:10,12 25:3,7
25:12,15,17,22
31:24 32:5,8,20
34:16,22,25 35:5
35:8,13,15,17,20
35:22 37:25
38:2,3,6,8 42:20
42:24 48:22
49:25 50:12,14
52:14,17,19,22
52:25 53:2,4,21
53:23 54:2,17,25
55:13,15,20,22
55:24 86:6,8,14
88:3,7,9,15 95:8
95:17,20,22,25
96:2,5,10 102:7
102:11,13
106:11 108:19
109:1 113:15,17
117:7 118:17,21
121:13 123:7,14
123:25 124:5
129:25 132:20
132:22,25
143:10 150:12
151:2 156:22
165:4 206:25
207:2,7,9,12
212:12,15 214:5
214:8,11 217:25

218:4,6,9,14,17
218:19 221:24
222:6 223:6,9,24
224:4,10
**camp-** 222:12
**campus** 15:12
176:12
**can't--** 16:21
164:19,19
**can--** 95:21 96:1
126:22
**capacity** 181:6,7
200:11
**captain** 65:5,6
**careful** 219:4,9,15
**carpe** 207:25
**carried** 104:13
120:19
**carry** 24:12
163:20 216:25
217:9,13
**carrying** 108:5
216:15,20 219:1
**case** 6:6,8
**Catherine** 3:15
**caught** 41:14
**cause** 19:13 70:16
148:1 170:7
172:8 189:14
**cause--after** 177:7
**caused** 190:22
191:2
**causes** 174:1
**causing** 198:25
199:3
**CCR** 226:8
**ceiling** 201:7
**cell** 30:17 59:14
59:22 60:1
63:23,24 64:12
64:14,19 67:2,3
67:8,8,13,15
69:18 71:22
74:14,25 75:1,7

75:10 78:18
79:1,2 80:1 82:2
83:4,18,19,23
84:10 87:12
94:3,3,6,15
97:13 98:6,11,12
118:11 119:9,24
127:3 130:11
133:20,23 134:4
134:9,10,13,16
134:16 135:5
136:9,13 138:20
138:23 139:8,10
140:18 142:22
142:24 149:23
152:19 154:16
154:20,22 155:1
156:1,24 158:9
160:3,8 162:17
169:12,25 170:7
170:18,19 171:9
175:6 179:8,9
180:12 183:25
184:7 186:16
187:14,19,23
188:2 190:23
191:2,5,9,11
192:9 193:9
197:13,18,19
198:10 199:5,9
201:1,1,2,6,10
202:9,13,14,16
210:25 211:9,17
212:17,20 213:7
213:10,14,18,19
214:12,21,22,25
215:4,8,11 216:4
**cells** 66:13,20,22
66:24 67:5,23
68:5 74:18 76:5
119:21 135:1
168:23 169:1
170:12,13,17
171:9 173:14,17

179:13,18,18,22
180:7 186:11
188:13,22 193:5
199:7 202:23
204:11 205:5,10
205:15,17 211:4
211:19,20 212:2
212:23 213:3
222:16
**cells--the** 119:21
**Center** 8:3,14
12:19 19:16,19
29:13 33:25
38:15 48:15,19
53:9 100:8
205:24
**centers** 205:13
**CEO** 136:20
221:20,22
**cert-** 144:15
**certain** 13:13
195:23 210:25
**certificate** 1:25
43:15,18 144:3
**certification**
144:15 225:25
**certified** 1:25
144:13,22
207:13,19 225:4
**certify** 225:6
**cetera** 189:15
**chain** 137:24
157:19 171:10
171:11 181:19
188:10 191:21
192:4 193:11
**chance** 133:2
158:13 185:12
**change** 25:8 131:3
148:23 154:25
155:16 176:23
194:17,19,24
196:3,13
**changed** 56:20

200:3
**charge** 85:24
87:10
**charged** 184:23
**check** 62:23 74:14
74:17,17,19 75:1
78:18 135:5
136:19 137:2,9
137:16,18
154:20 169:4,12
171:20 172:5
199:4 200:17
222:21
**check--** 193:21
**checked** 77:7
173:2 200:18,19
211:20
**checked--** 77:7
**checking** 135:1
136:7 137:22
169:1 172:20
199:7,9,12 203:7
**checklist** 4:4,7
37:14 54:4
**checks** 78:7 138:2
138:4 171:18
202:21,22
**chemical** 24:17,20
25:23,25
**child** 169:3
**children** 47:19,21
194:10
**choking** 105:12
**Christopher** 1:16
5:3,11 6:1 7:18
225:7
**Circle** 7:20
**city** 2:26 3:1,5
30:20,21,21,22
36:1,5 64:17
66:17 78:4
179:7,16,25
180:9 189:3
**Civil** 1:6,11 5:6

225:21
claim 45:4
clarity 18:10
class 143:23,24
168:10 183:1
classification
189:6
classroom 20:3,6
20:17 146:11
clean 119:13
cleaned 119:10,15
119:21
cleaned-- 119:25
clear 63:20 88:24
109:2 124:12
136:19
clearing 203:4
clearly 63:8 82:16
client 35:4 218:16
clients 222:3
clinched 87:18
clock 72:3,5 80:23
clocked 80:17
149:1
close 71:23 72:16
73:18,22 74:3
75:9 149:14,15
168:19 177:18
192:15
closed 81:20
106:19 181:17
closest 91:17
clothes 205:23
206:6
club 48:4,5
CO's 186:18
Code 225:21
coffee 50:5,7,11
cold 50:6
collected 193:15
college 203:24
Columbia 2:20
com 129:5
combative 68:14

68:18
come 17:21 18:15
67:20 70:22
71:1 79:16 80:1
81:3,14,19,22
112:9 125:5
127:13,14 129:1
135:11 137:15
138:23 140:12
147:14,16 149:4
149:4 153:8
155:13 160:1
165:20 169:2
185:23 186:24
190:9 195:9
198:7 205:25
209:23 217:20
comes 39:17
80:24 81:1
comfortable
86:12
coming 11:25
59:13 62:21
82:17 94:18,19
94:20 103:13
104:23 127:21
138:25 139:12
139:20 143:9
153:18 158:21
160:22 197:24
199:8 206:22
coming-- 139:14
159:9
command 26:1
134:17 137:24
138:5 157:20
171:10,11
181:19 188:10
191:21 192:4
193:12 197:15
commander 179:4
commanders
157:18
commanding 69:1

175:5
commands 83:25
84:7,19 186:21
190:21
commencing
225:12
comments 31:22
33:24 34:7,7
84:4,5 87:4,5
96:3,7 118:21
126:18 132:8
174:14 222:1
commiserating
164:12
commit 17:5,20
commitment
49:19
Committed 123:2
commotions 60:7
communicate
135:20
communication
140:3
compensation
42:10 45:8
complete 18:5,8
37:4 73:12
completed 27:8
122:24 137:18
completion 144:4
compliance
225:17,19
compliant 69:3
185:20,21
186:15 188:12
complied 69:3
comply 31:1,3,5
84:7 206:8,15
complying 64:1
187:1,7,7
compound 151:10
222:12
concept 35:11
189:6

concern 170:8
193:11
concerned 121:24
169:9 191:18
concerning
223:12
concerns 191:20
192:8
**CONCLUDED**
224:25
concluding
225:12
concussion 204:4
condition 29:15
47:12 198:15,19
200:14
conduct 42:15
conducted 177:11
confused 13:22
connection 33:23
34:6 38:11,21
84:10 116:9,22
consider 52:20
188:16
**CONSOLIDAT...**
1:9
consuming 220:4
consuming--to
220:4
contact 58:24
59:17 85:13,20
90:18 91:2,11,12
91:14 92:11,23
106:18 107:1,4
108:9 117:18
120:16,20 198:7
contacted 44:15
contents 116:25
117:3
continuing 35:22
50:14 88:15
185:11 218:19
222:6
contraband 37:2

191:3
contractual
225:20
control 28:13,13
53:7,8 65:22,23
66:3 72:4,8,21
73:4,13 78:10
79:25 80:11
94:20 111:13,18
149:2,7 150:10
151:9,17 152:9
152:21 204:18
205:12 209:19
215:18
control-- 154:19
205:6
control--the
111:13
controller 149:22
conversation
161:21
conversations
69:8 196:12
convey 77:18
cool 193:15
cooler 41:6,18,21
41:23 42:2
cooper- 64:1
cooperate 206:1
cooperative 84:1
Copeland 1:20,24
225:4,10 226:8
copies 23:3
copy 23:1,7 37:21
49:12
correct 27:21
34:12 38:8 41:7
60:20 67:2 73:7
80:18 83:5
86:18 91:6
116:3,25 117:3
132:4 170:12
193:6 194:16
195:11 219:19

Jeremy Runner
August 30, 2017

Page 6

225:15
correction 144:22
200:10 202:7
correctional 8:14
8:15,17 9:2,4
19:15,19 29:13
30:4,8 33:25
36:11 37:1
38:15 42:5
43:25 48:15,19
53:9,9 64:18
81:11 87:11
100:8 114:24
115:3 122:18
199:17 205:24
216:14,25 222:8
222:14
corrections 1:7,13
43:24 44:3,8
125:24 136:8
143:23,24
144:17,25 145:1
145:5 147:1
164:5 168:10
171:17 195:24
196:2,10,13
197:5,9
correctly 38:24
COs 71:19 74:11
81:6 171:12
173:16 191:20
192:1,2 203:8
coughing 105:21
couldn't-- 140:9
counsel 5:2,4
166:9 225:23
counseled 43:1
counseling 138:11
counselor 12:18
13:4,23
count 72:20 75:20
75:21,21,22,24
76:7 77:3
170:12 172:13

counting 76:3
counts 76:23
103:23 104:6
couple 101:11
145:15 146:5
171:5 194:15
couple-- 56:9
course 36:25
144:25 145:1,4,5
147:1,14 164:6
court 1:1,20,25
6:23 7:1,21,24
10:24 11:1 38:1
45:12 50:1,3,9
52:18 54:3
55:21,23 96:9
194:7 220:1
222:4 224:3,6,9
224:11 225:4,10
cover 123:12
covered 20:17
CPR 18:22,23
19:2 43:18
143:10,16
145:18 181:23
crazy 118:6
create 36:12
191:6
creating 171:8
criminal 12:10
144:19
cuing 88:1
cup 50:11
Curley 81:11
115:4
current 7:19
currently 8:2
10:18 43:23
45:2
cursor 96:13
cursor,-- 95:18
custody 70:16,19
122:22,25 123:5
cut 109:8 201:16

cuts 108:15 109:7
115:14

**D**

d 2:14 124:22
153:10 154:2,6
169:16
daddy 219:24
220:2
daily 119:21
Danielle 3:18
50:13
dark 95:19
date 14:5 54:5,6,7
57:14,15 61:23
124:19 127:19
129:6,8 173:3
197:5
dated 49:10
DAVID 2:25
day 8:16 15:20
21:25 22:5
70:22 72:18,20
73:23 74:8,17
81:5 124:10,13
127:10,23,25
128:3,9 129:7,12
129:18,24 130:6
130:7,10,11,17
131:16 133:11
138:16 140:17
141:7 148:23
149:24,25 150:6
150:17 164:4
166:7 169:13
173:19 174:7
176:14 177:21
177:22 198:4,9
200:16 202:17
206:12,13 208:5
214:17 218:1,12
218:15 225:11
226:2
day-- 127:22

130:9
days 13:9,13
14:21 51:13
129:12 195:2
200:14
dead 41:7,8,9
123:21 124:3
dealing 143:12,17
death 70:16
138:12
debrief 117:22
166:9
debriefed 166:24
debriefing 71:4,6
71:8 72:15
117:21 152:5
167:8
December 8:20,21
12:22 54:8
146:4
decision 134:19
217:12
decision-- 200:9
217:8
decisions 221:19
deduction 31:20
def- 82:9
defecating 82:10
83:15 84:20
86:2,18,20
140:23
defensive 16:10
19:8 20:24
24:12
defer 212:4,9,24
212:25 213:2
defined 184:10
225:20
degree 12:9,11
144:19
deLAUNAY 2:11
Delhi 12:19 13:4
13:17
delivery 44:22

Delta 124:24
125:10,15,19
126:14 153:11
153:12,16
176:11,13,21
177:25
Demonstrating
89:17
denture 120:6
department
174:16 210:24
depending 211:7
depose 56:14
deposition 1:15
5:3,8,12 45:14
50:13,23 55:25
56:4 82:15
128:23 183:15
224:25 225:9
depositions 6:19
35:12
deputies 46:18
47:2,10,13,15
115:25 130:3
158:4,14,22
160:6 161:12
deputies-- 47:3
deputy 50:24
100:16 159:5
192:19
describe 118:5
126:22 139:7
140:18,25 141:4
147:5 164:17,24
179:21
described 115:8
150:21
describing 175:7
description 10:20
desiring 17:20
detainees 176:8
179:8,16,16
180:7
detect 210:21

| | | | | |
|---|---|---|---|---|
| detect- 161:23 | discipline 4:3 11:3 | 132:10,20 133:1 | 158:21 198:1 | E |
| detective 160:15 | 11:8 186:7 | 133:13 150:20 | 201:24 220:20 | earlier 22:14 |
| detectives 159:1 | 188:6 | 150:21,24 173:1 | door,-- 131:19 | 31:16 32:9,16,23 |
| determine 31:4 | disciplined 31:13 | document's 33:22 | dorm 62:23 67:17 | 80:20 104:12 |
| 185:20 186:14 | discovery 1:9 | document-- 33:21 | 75:25 76:14 | 134:3,25 151:8 |
| determine-- | 35:12 | documentation | 78:4 | 155:5,10 170:16 |
| 185:15 | discrimination | 131:2 | dorms 66:4 76:1 | 192:14 195:8 |
| development | 45:8 | documents 46:13 | double 66:23,25 | 196:1 202:21 |
| 37:14 | discussed 48:17 | 51:25 118:21 | doubt 169:15,18 | 219:17 |
| dick 220:15,17 | 48:18 | 183:8 | 169:21 | early 131:22 |
| did-- 13:11 49:15 | discussion 151:16 | does--do 133:2 | Download_201... | 195:9,10 |
| 90:24 142:15 | 177:12 | doing 13:24 28:19 | 88:17 | eating 78:15,17 |
| 161:11 191:23 | discussions | 36:5 38:25 39:1 | Dr 33:24 | effect 215:24 |
| did--did 146:16 | 189:22 | 45:15 72:22 | dream 170:4 | egregious 187:10 |
| did--were 208:14 | displaying 95:11 | 82:8 86:23 | dressed 27:3 | eighteen 13:7,8 |
| did--what 92:24 | dispute 213:14,24 | 88:12 94:21 | Drive 2:26 | either 29:24 53:9 |
| didn't-- 52:3 | disputed 214:3 | 107:20 111:18 | driver's 14:7 | 114:19 154:8 |
| 81:21 106:4 | distance 106:20 | 121:5 130:13 | 43:13 | 167:12 188:9 |
| didn't--you 44:21 | distress 176:5 | 137:21 139:8 | drop 97:22 | 221:4 |
| died 58:10 111:25 | DISTRICT 1:1,1 | 148:12 152:6 | dropped 104:16 | elected 5:12 |
| 123:4 | DIVISION 1:2 | 153:3,17,18 | 104:17 108:5 | electronic 225:13 |
| diem 207:25 | divorce 45:19 | 171:22 174:3,22 | 120:18 216:17 | Electronics 132:5 |
| different 24:3 | do-- 77:25 81:16 | 174:23 177:5 | 218:25 | eleven 181:8 |
| 26:12 32:15 | 142:16 160:18 | 187:5 196:16,17 | drove 70:2 | Elimination |
| 126:14 158:11 | 168:25 | 200:25,25 | drug 167:4 219:19 | 208:11 |
| 159:5,6 160:1,10 | DOC 30:19,21 | 202:21 203:7 | 220:5 | Elmhurst 7:20 |
| 160:11 167:13 | 66:16,17,21,23 | 223:3 | drugs 167:5,10 | else's 220:17 |
| 203:6 210:12,14 | 66:24,24 70:13 | doing--you | 199:20 200:6 | else-- 200:24 |
| 213:23 | 170:24 179:15 | 103:21 | 220:25 221:4,9 | else--and 114:17 |
| different-- 15:14 | 179:18,25 180:7 | don't-- 45:6 62:18 | 221:14,17 | emergencies |
| different--like | 180:10 189:4 | 89:12 92:21 | 223:16,20 | 181:24 |
| 117:20 | 215:5 | 94:8 95:3 | drunk 206:1 | emergency 143:13 |
| differential 174:9 | DOC-- 211:12 | 115:18 141:11 | due 219:1 | employed 8:2 |
| differently 184:10 | DOCs 180:3 | 157:3 159:18 | Duke 1:20 225:10 | employee 4:5,7 |
| difficult 181:3 | 193:5 | 170:9 190:6 | duly 6:1 225:7 | 37:13 49:9 53:8 |
| dinner 78:16 | doctor 166:3,8 | 222:9 | during-- 135:24 | 54:4 114:25 |
| direct 139:6 | 176:6,15 | Don't--don't 84:6 | during--during | 137:23 |
| directed 108:24 | document 33:1,2 | door 79:17 81:16 | 174:20 | employees 146:23 |
| direction 103:1 | 33:13,15,18 34:1 | 81:20,23 83:12 | duties 9:4 27:3 | 195:14 |
| 225:15 | 34:4,13 37:12,19 | 83:13 109:16 | 37:1 199:4,4 | employment |
| directives 187:6,7 | 49:8,13 52:10 | 121:1 122:10 | duty 78:6 80:4,5 | 35:24 53:15 |
| directly 97:12 | 53:24 54:21 | 130:14 136:18 | 118:10 157:14 | empty 78:14 |
| disabilities 29:21 | 55:1 66:19 68:8 | 136:24 138:24 | dying 111:24 | enact 188:6 |
| 29:24 | 116:16,19 | 139:13 154:24 | | encountered |

199:18
ended 191:9,11
engaged 48:1
  208:20
engaging 208:15
ensuring 184:24
enter 188:1
entered 138:20
  139:8 162:22
entering 139:9
ENTERS 50:13
entire 125:22,24
  126:25
entitled 32:6
  194:2
entrance 159:25
entry 77:14,21
  83:17 92:12
environmental
  197:19
equipment 24:4,6
Erie 1:4 2:3 3:13
  5:4 6:5 58:9,12
  58:23 59:5,7,17
  59:20 60:19,25
  61:3,12,24 68:13
  68:17 69:8,10,13
  70:4,9 109:18
  187:17 199:11
  202:4 211:17
  216:6,25 221:6
Erie-- 61:18
erratic 63:5
erratically 117:18
established
  194:15
estimate 111:7
et 1:8,13 2:9
  189:15
evaluated 186:14
evaluation 4:5
  49:10 168:3
evaluator 49:15
Even-- 137:10

evening 73:23
event 92:10,22
  120:2 124:15
  128:9 129:6,7,8
  129:18,19,20
  130:7 133:3,4,7
  133:14 145:9
  146:19 154:8
  156:11 158:2
  164:24 166:9,10
  172:25 176:16
  176:19 177:18
  177:19 178:10
events 58:2 124:8
  124:13 171:16
ever-- 119:3 166:3
  176:19
Every-- 21:20
everybody 97:7
  138:23 139:2
  159:22 172:18
  172:22 207:10
everybody's
  172:20
everyone's 172:22
evidence 5:9
  58:12 97:1
evident 163:19
evoke-- 138:10
exactly 86:14
  202:2
EXAMINATION
  7:15 35:22
  50:14 88:15
  123:18 185:11
  194:14
example 40:2
  69:11 71:21
  77:7 209:20
examples 43:7
exams 147:20
excerpt 126:16
exchanging 28:18
Excuse 41:4 46:7

59:21 68:2 76:9
  102:2 132:5
  220:9
exercise 5:13
exhibit 29:24 35:9
  49:25 52:17
  55:21
exhibiting 28:24
exhibits 4:1 35:11
expanded 199:25
expect 169:7
  185:22
expect-- 135:18
expected 185:24
  186:2 209:4
experience 126:12
  138:12 164:9
  165:19 199:17
  202:8 203:13
experience—some
  204:9
explain 6:11
  11:13,16 16:20
  16:20 19:9
  49:18,21 119:18
  136:4 207:16
  209:16
explain-- 134:24
explaining 27:25
  126:23
extra 174:11
extracted 94:3
extraction 94:15
  97:13
extricated 142:23
extrication 96:21
eye 72:20 73:18
  73:22 75:10
  130:4,12 135:10
  140:4 192:15
eye-- 135:9
eyes 71:23 72:16
  74:3,22 149:14
  149:15 169:16

169:18

**F**

face 59:3 90:8
  108:15 109:7,8
  115:7 161:15
  164:13
facility 112:24
  157:10 158:11
  159:21 181:4,8
  181:24 184:18
  189:1
fact 82:21 195:7
  204:15
fact-- 46:3
facts 38:12 49:4
fail 186:7
fair 7:12 49:19,22
  125:1 135:16
  137:21 149:20
  162:6 172:11
  186:7,13 187:11
  187:22 188:14
  193:7
fall 163:8,22,24
  164:3
falls 107:5
family 2:23 6:5
  49:4 69:20,21
  70:9 123:11
far 17:8 18:3
  26:19 74:6 83:4
  90:20 91:2 92:7
  102:1,3 142:21
  157:19 177:2,4
  178:17 189:3,3
  190:7 192:11
  197:17 218:20
fast 101:20 104:24
Federal 5:6
feedback 138:9
  148:5
feel 47:9 113:9
  193:8

feel--or 113:9
feeling 164:17
feels 164:22
feet 58:23 163:9
fell 84:13 90:8
  105:12,13 108:7
  162:18
fellow 49:22 51:7
felt 25:23 186:25
  219:18
female 31:22
  33:16 39:12
  55:9,12,14 149:5
  149:6,9 151:6
  153:6 154:4,5,12
field 16:8 18:18
  21:2 142:12
  165:2,5
fifteen 22:15 27:9
  27:12 74:20
  75:4 107:22,24
  195:9 202:22,23
  203:14
fifty-eight 126:20
fifty-something
  202:4,5 216:6
fight 9:7 65:16,18
  66:8 188:16
  191:9,10 203:19
fighting 64:11,16
  66:6 139:25
  191:3 215:7,11
figure 74:24
  112:12
file 32:2 49:9
  145:6,18
filed 42:10 45:4
fill 116:11,11
  148:8 171:12,18
  172:19 173:1,3
  173:16 194:20
  194:22 209:6,12
filled 116:8 131:5
  210:17

**filling** 38:11 131:8
222:8
**fills** 214:12
**films** 46:14
**find** 149:17
156:15 191:8,15
**finding** 37:2 39:2
**fine** 9:19 35:14,16
35:19 53:21
63:13 96:2
118:8 141:21,23
170:1
**finger** 95:17
**finish** 7:4 18:11
24:25 25:11,18
30:25 76:24
86:7 106:7,12
141:22 142:2
151:6 173:8
**finished** 34:21
122:5 181:1
**finishes** 86:11
**FIORENZA** 2:11
**fire** 164:22
**fired** 55:6
**first** 6:1 7:16
10:10 18:19
39:17 44:13
58:8 59:7,16,20
59:25 60:18
61:8,12,16,21
62:14,19,21
63:17 64:5
69:14 70:18,21
79:20,22 80:2
83:17 84:11
108:11,20,21,22
108:24 109:6
110:5,5,6,10
114:7,11 117:19
118:7 120:4,5,8
121:4 140:19
144:16 146:25
148:23 156:2

197:22,22,23,24
198:2,3,7,9,13
199:18 200:25
201:2,2 202:17
202:18 216:19
**first--** 90:9 197:21
198:5
**fist** 87:16
**fist--** 89:24
**fit** 199:2,7
**five** 74:20 75:11
76:1 79:7 111:9
121:7,16,20
214:3
**fixing** 112:1 164:3
**flap** 60:5,7,14,19
61:4 136:9
139:12 187:24
**flaps** 60:16
**Fletcher** 114:25
**flip** 52:11
**flood** 56:24 57:6,9
**flood--** 53:10
**flooded** 53:11,20
56:21,23
**floor** 78:15 79:10
83:25 86:17
90:11,15 97:25
97:25 98:18
99:10 104:17
107:5 108:9
120:18 140:20
**flying** 199:13
**focus** 185:6
**folks** 160:1
**follow** 21:18 58:3
134:22 186:7
191:21
**follow-up** 123:13
206:25
**followed** 184:24
**following** 84:19
187:6
**follows** 6:2 168:14

**food** 72:4,9 73:10
73:14 149:3
**foot** 58:25
**footage** 183:15,20
**football** 12:1
48:10 107:17
142:9,12 165:2,5
204:2
**footing** 219:2
**for--** 157:14
222:11
**for--you** 177:7
**force** 19:11 28:23
28:24 29:9
36:21 39:10
122:18 172:4,7
209:6,9,11,18
210:11,14
**forcefully** 97:24
**foregoing** 225:9
**forehead** 109:14
115:9 121:23
**fork** 176:2
**form** 5:7 11:3
124:1 132:5
150:12 175:23
184:1,8 210:17
210:18 212:6
213:25 219:5,12
**formal** 146:10
183:1
**formalized** 147:12
147:16
**format** 225:18
**formation--** 210:9
**forth** 15:10 225:8
**forty-eight** 70:18
**forward** 101:20
**found** 34:7 44:18
44:19 56:13
68:10 82:18,20
169:17
**four** 76:1 111:9
125:1 214:3

**four-way** 99:21
103:19
**fourteen** 126:20
**fourth** 61:9 62:20
**foyer** 99:21,22,25
100:1,2,10,13,14
100:21 101:2,10
101:15 103:19
103:20 105:12
105:16 111:22
112:4,7,13,15,20
113:18 114:2,3
114:11,14,18
115:4,6,11,17
158:9 162:20
163:4 217:1
**foyer--** 100:5
216:16
**frame** 68:10
148:22
**Freeze** 164:6
**frequency** 74:13
75:1,3,10
**frequent** 157:22
**Friday** 125:5,7
129:14
**friend** 49:5
**from--** 75:19
139:20
**front** 78:19,21
79:2 100:18
101:3,4,11 112:3
112:14 120:9
141:14,16,17
154:23 158:21
159:18,20,23,24
160:14 206:23
**front,--** 100:22
**full** 7:17 66:16,21
66:22 141:9,12
167:21 170:17
170:24 211:21
213:3,21,22,22
215:4

**full--** 62:10
**fully** 25:20 27:3
30:17,23
**fumes** 105:25
**function** 10:1
**functions** 9:9 10:3
10:6
**further** 9:15
137:17 175:7
191:6

**G**

**G** 1:6,12
**gambling** 190:13
**gang** 189:23,23
190:7,8
**gangs** 189:8,11,18
190:6,13
**Gardner** 10:19,24
**gargle** 139:14
**gargling** 139:18
139:21
**gas** 150:10 164:6
**gassed** 150:5
164:7,18
**gate** 112:8 115:25
**gathering** 181:17
**gauging** 197:17
**gear** 104:3,4
**general** 68:18
123:17
**generate** 36:18,21
36:25
**gentleman** 130:14
178:18,24
200:13
**gentlemen** 68:11
194:11
**gently** 142:25
**get--** 88:24 112:17
**get--get** 206:1,2
210:8
**get--tell** 210:19
**getting** 23:14

| | | | | |
|---|---|---|---|---|
| 52:12,13 105:25 | 145:1,2 146:11 | 101:20 102:8 | gotten 84:14 | gym 48:5 |
| 131:3 187:21 | 147:17 155:25 | 106:9,17 109:18 | grade 181:12 | |
| 190:11 200:23 | 156:14,15 | 113:12 114:19 | 186:22 | **H** |
| 217:6 218:12 | 157:20 161:17 | 116:14 121:24 | graduate 12:7 | H 2:13 |
| getting-- 204:13 | 161:19 162:13 | 123:12,15,25 | graduating 12:13 | habit 110:17 |
| girl 149:5,6 151:6 | 164:2,6 165:9 | 126:16,18 127:4 | 12:17 | had-- 109:16 |
| give 23:3 40:2 | 168:10 169:7,12 | 127:10 132:4,9,9 | Grambling 12:3,4 | 153:13 171:4 |
| 43:7 46:20 | 170:9 171:23 | 132:11 135:1 | 12:14,17 36:2 | 200:23 |
| 47:14 102:5 | 172:24,25 175:6 | 138:7,16 144:8 | 48:12 144:20 | had--and--and |
| 110:10 131:11 | 179:12 181:20 | 144:10 145:21 | grasp 105:5 | 130:2 |
| 136:7 155:23 | 183:1 186:10,15 | 148:24 150:18 | great 125:21 | had--can 30:15 |
| 174:17 193:20 | 187:20 188:10 | 150:18 154:19 | 177:5 194:5,12 | half 8:10 |
| 193:25,25 | 190:19 193:24 | 155:3,13,23 | Green 1:4 2:3 | half-- 167:21 |
| 199:18 209:20 | 194:7 197:17 | 156:16 166:8 | 3:16 5:4 | hall 59:13 76:1 |
| given 45:14 | 198:24 199:4 | 169:17 172:21 | ground 16:13 | 92:16 94:18,19 |
| 179:17 185:24 | 205:12 206:14 | 175:18 184:16 | 79:24 99:9 | 99:15 101:18 |
| 196:18 204:16 | 207:1 209:24 | 185:13 187:18 | 107:3 108:6 | 103:1 105:9 |
| gives 152:15,16 | 211:8,19 217:20 | 190:20 191:12 | 123:13 | 197:25 198:2,16 |
| giving 47:1 84:8 | 219:14 | 192:16,16,21,23 | ground--onto | 198:19 203:16 |
| 123:19 124:6 | go-- 60:11 77:23 | 193:7,21,24 | 104:17 | 211:9 216:25 |
| 135:12 | 88:2 97:15 | 194:7 195:8,15 | group 10:21,22 | hallway 97:2 |
| glare 96:6 | go--affirmative | 196:14 199:3,12 | 99:20 159:5 | 216:16 218:23 |
| glaring 95:15 | 199:4 | 200:13 202:6 | group-- 159:6 | **HAMILTON** |
| go 18:5,9 21:7,15 | God 59:9,10 | 203:5 204:15,15 | guess 78:16 81:8 | 2:17 |
| 21:20 23:16 | 109:19 175:8 | 204:20,21,24 | 85:16 86:2 | hand 84:25 85:1,1 |
| 24:3 25:24 26:2 | 201:9 202:5 | 206:5 209:24 | 91:19 94:8,25 | 85:3 87:18 |
| 26:23,25 27:10 | 215:24 216:7 | 213:15 218:15 | 95:2,4 109:15 | 89:19,22 90:17 |
| 27:18 28:1,11 | 220:23 | 222:2 224:5,7 | 155:12 | 91:11 92:23 |
| 35:24 38:15 | God-- 199:10 | going--well | guessing 93:17,17 | 107:5,8,11 131:8 |
| 46:5 52:14 55:3 | goes 75:19 83:18 | 187:18 | guidelines 197:17 | hand-- 90:23 |
| 58:2 59:4 60:13 | 189:17 193:13 | good 48:15 69:4 | 225:18 | handbook 184:24 |
| 63:17 66:3 71:5 | 222:11,21 | 74:4,8 75:15 | guy 58:11 59:6,9 | handbooks 53:8 |
| 72:1,4,14,18,18 | going 10:17 16:6 | 104:11 122:16 | 66:6 72:24 | handcuffed 98:17 |
| 73:16 75:19,20 | 17:3 21:17 25:5 | 135:1 147:6 | 78:13 85:25 | 99:10,10,15 |
| 75:21,22 76:4,6 | 25:5 28:8 32:25 | 169:1 174:3 | 98:10 103:7 | 104:14 |
| 76:10,21 77:2,23 | 34:16 35:10,24 | 177:1,2 184:14 | 111:17,24,25 | handcuffs 97:14 |
| 78:2,11,17 79:1 | 37:12 40:12 | 189:10 190:4 | 139:2 151:12,12 | 99:12 182:18,22 |
| 79:1 80:2 83:24 | 43:4 45:22 46:5 | 199:6,7 203:5 | 154:22 155:4 | handle 142:19 |
| 88:2,11,13 97:14 | 46:8 49:8 52:8 | 207:8 224:2 | 198:23 | 168:11 181:3 |
| 99:20 100:21 | 53:24 56:14 | good-- 190:3 | guy-- 139:2 | handled 138:4 |
| 102:22 108:11 | 68:9 70:11,25 | 203:4 | guys 72:21 74:23 | 146:22 |
| 111:13 112:1,3,8 | 75:15 78:9,19 | good--you 199:6 | 149:5,17 151:7 | hands 84:23 |
| 112:14,17 122:8 | 85:25 88:23 | got-- 53:10 74:22 | 171:21 191:8,18 | 103:24 |
| 137:1 138:21 | 95:10,12 96:13 | got--I 78:16 | guys-- 149:13 | handwriting 33:9 |

33:12,14
**Hang** 54:14
221:24
**Hanser** 33:24
**Hanson** 3:17
179:3
**happen** 23:25
42:2 84:10
111:3 121:2
210:19
**happened** 27:25
47:10 57:6,9
62:2 71:10
82:23 84:9
92:10,22 94:13
126:6,10 127:19
148:16 150:11
151:17 156:4,9
160:13 169:12
170:5 176:22
177:8 178:11
183:20 209:1
**happened?'**
138:21
**happening** 66:2,9
94:17
**happens** 62:4
83:23
**harassment**
218:13
**hard** 97:22 99:12
121:24 122:4
208:8
**Hardwell** 10:13
22:7,16 49:17,21
92:20 97:21
98:2,23 99:6
114:21 120:17
122:9,14 125:21
133:16 135:23
143:22 147:11
147:24 148:12
152:15,17,18
154:13 157:9,11

158:8 159:16
165:16 166:22
167:7 168:9
176:10,20 181:7
183:6 193:16
194:16,24 195:1
198:15,18
199:22 204:17
206:18 218:21
**harm** 17:5
**has--has** 197:14
**hauled** 162:16
**have--** 26:8 71:5
**have--had** 143:12
**have--he** 120:10
**have--if** 136:19
**HAYES** 1:7,12
**he'll** 17:23 28:12
63:2,2,3 77:23
77:23,25 135:23
135:25 136:4
175:3,3
**he's--** 10:21 84:20
86:2 119:16
**he's--he's** 199:11
**he's--while**
106:18
**he--** 18:15 32:7
55:13,17 63:7
65:11 82:9
98:21 139:21
182:13 195:4
198:21 206:6
220:6
**he--did** 140:4
**he--he** 84:14 90:8
104:16 117:18
187:20
**he--they're**
135:15
**he--was** 65:11
**he--what** 139:19
**head** 6:21 85:14
85:21,23 90:15

90:18,20 91:3,12
91:15,23,24 92:5
92:7,8,11 97:25
98:1 104:3,4,25
106:18 107:1,4
108:6,8 109:13
109:15 120:17
120:20,21,24
121:1,10,12,13
121:14,20
122:10,15
130:14 131:19
210:21 215:2
**head,--** 92:1
**health** 12:19
29:15 48:15
67:9 118:14
138:11 165:20
165:21 166:19
166:23 168:3,11
168:15 176:5,7
223:17,21
**hear** 7:6 29:25
59:13 139:22
191:24 192:5
199:9 201:3
216:2
**heard** 29:20 59:18
59:19 60:7
62:21 65:9 66:6
67:2 113:13
117:21 152:4
155:16 197:25
198:1 201:2
222:7
**hearing** 199:9
**heart** 216:12
**heartache** 138:14
**heartbeat** 216:11
**held** 13:16 179:8
**help** 46:14 95:10
128:15,19
139:19 140:12
140:12 143:2,22

159:21 175:21
177:6 187:19,20
**helped** 177:13
**here--** 218:13
**Hey** 121:24
160:16 168:14
176:4 191:17
**hi** 140:3
**hidden,--** 39:3
**high** 200:1 206:1
**higher** 31:10
134:17 190:21
197:15
**higher--** 136:25
**highest** 70:19
**him--** 11:14 52:21
71:23 86:9
140:13 197:23
218:4
**hinder--hinderi...**
46:3
**hired** 9:1 10:10
146:25
**his--his** 142:12
**his--his--** 220:10
**his--move** 172:2
**his--with** 98:10
**history** 35:24
169:10
**hit** 90:15 91:22,25
108:6
**hitting** 97:25,25
121:1,23 122:4
131:18,18
**hobbies** 48:7,9
**hold** 43:14 181:8
**holding** 64:14
106:2 162:18
**home** 23:17 129:4
164:2
**home--** 15:25
**homework** 23:16
23:17
**honest** 221:6

**Honestly** 219:16
**hour** 110:23 111:4
111:8 150:5
193:14
**hourly** 110:21
**hours** 13:3,7,8,9
61:11 70:18
77:8 114:15
126:25 127:2
**hours--in** 111:8
**house** 23:8 57:22
221:17
**house--house**
221:13
**housed** 179:15
213:7
**housekeeping**
35:8
**housing** 172:4
188:22 189:11
189:18,23,24
**How--** 109:20
135:20
**how--how** 87:7
118:9
**how--how--** 180:9
**Hudson** 1:21
225:10
**hugging** 208:18
**huh** 41:22 107:17
**hundred** 181:8
**hung** 135:7
**hurry** 105:7,11,15
105:20 106:3,13
140:11
**hurt** 107:9 121:25
130:15,16
135:10 142:12
164:19 189:15

---

I

**I'll--** 42:24 158:7
**I'm--** 54:20
127:19 138:9

Jeremy Runner
August 30, 2017

| | | | | |
|---|---|---|---|---|
| 151:5 164:11 | in--after 204:16 | 30:9 47:15 | 213:8 | instructor 146:12 |
| 185:5 191:12 | in--in 127:3 131:6 | 77:18 146:12 | inmate/prisoner | intake 10:7 30:5 |
| I've-- 164:11 | 185:19 188:6 | 181:18 196:18 | 17:20 | 30:10,12 |
| I-- 13:10 17:9,9 | in--when 36:2 | 197:12 198:14 | inmates 9:7,10,25 | interact 186:6,24 |
| 35:17 42:17 | in--with 204:21 | 200:8,12 206:9 | 10:1 17:8 20:20 | interaction |
| 52:3 54:25 | inaccurate 214:15 | 206:17 | 20:22 29:24 | 130:11 133:15 |
| 55:18 63:19 | incident 39:12 | infraction 187:14 | 30:1,6,9,21 | 166:17 167:25 |
| 65:19 79:18 | 40:8 46:21 60:4 | infractions | 58:10 64:11 | interactions 156:6 |
| 89:25 91:23 | 62:2,4 94:13 | 187:10,10 | 66:21,23 67:12 | intercourse 135:8 |
| 93:14 96:15 | 116:9,23 127:23 | inhale 164:20 | 70:12,13,13,16 | 220:10 |
| 99:8 101:17 | 127:25 131:14 | initially 162:16 | 72:16 76:11 | intercourses |
| 102:7 108:7 | 156:9 208:24 | 163:16 165:1 | 135:7 143:12 | 136:11 |
| 109:16 111:12 | incidents 131:17 | initials 37:17 | 165:20 166:1,17 | interested 225:24 |
| 115:18 119:18 | include 19:25 | injur- 19:14 | 168:14 171:9 | interfered 47:9,14 |
| 120:1 126:11 | incorrect 155:17 | injuries 19:14 | 173:2 179:15 | interfering 46:4 |
| 128:25 152:14 | increase 75:10 | 115:7 | 180:4,8 181:9,17 | 82:22 |
| 157:3 189:7 | incumbent 137:23 | injury 19:4,12 | 181:24 182:5 | interlock 99:23 |
| 223:22 | INDEX 4:1 | 108:13 210:21 | 183:24 184:7,18 | 103:4,19 |
| I--I 28:9 174:3 | indicate 220:16 | inmate 16:13 | 184:21,24 | interpret 182:13 |
| 203:16 | 223:11 | 17:21 19:10,12 | 185:19,24 | interrupt 25:14 |
| idea 197:8 | indicated 19:7 | 28:24 29:8 | 186:25 188:17 | 73:3 157:17 |
| identify 148:21 | 57:19 199:6 | 30:13,16,20,22 | 188:21,25 | INTERRUPTI... |
| if-- 18:9 137:15,15 | 204:1,9 215:17 | 30:25 31:4,22 | 189:17 190:9,12 | 202:11 |
| if--if 137:8 142:12 | 215:23 219:17 | 33:16 39:13 | 190:20,22 | interviews 189:22 |
| ill 29:8 | indicating 97:7,9 | 42:7 55:9,12,14 | 192:15 204:21 | into,-- 171:25 |
| illness 28:25 | 97:11 101:18 | 58:22 64:17,19 | 208:15 211:14 | intoxicated 63:10 |
| 67:21 | 102:22 104:23 | 67:7,14 68:15 | 215:7,10,11 | 63:14 166:24 |
| immediate 10:9 | indictment 45:2 | 69:2 74:13 | input 166:16 | 199:23 202:10 |
| 10:12,14,18 | individual 17:4 | 87:23 122:19,21 | inside 39:8 63:18 | 205:25 219:18 |
| immediately | 17:19 166:12 | 122:24 123:4 | 68:15 72:3,9 | 220:25 221:5,11 |
| 30:17 128:8 | 221:13 223:15 | 134:4,6,9 135:9 | 76:11,19 82:2 | 221:13,17 |
| 137:6,24 | 223:19 | 136:12 137:1 | 83:18,23 84:10 | 223:16 |
| important 169:2 | individuals 142:5 | 138:4 171:23,24 | 87:12 93:2 | intoxicated-- |
| impression | 148:21 160:2 | 172:4,6 175:20 | 105:11 110:19 | 166:25 |
| 138:15 192:18 | 161:9 176:17 | 176:5 181:2 | 114:18 135:24 | intoxicated,-- |
| 199:17 | 180:12 181:19 | 184:15,24 | 136:19 140:18 | 221:7 |
| improve 197:14 | inflict 19:12 | 185:20,21 186:6 | 198:24 200:21 | intoxication 200:1 |
| 197:20 | influence 167:4 | 186:14,15 | 201:6 | introduced 5:9 |
| improvement | 167:10 219:19 | 187:13,23 188:4 | inspect 222:15 | involved 38:12 |
| 197:17 | 223:16,20 | 197:13 209:18 | inspecting 214:21 | 45:18 97:12 |
| in- 19:7 | info- 206:16 | 209:22 213:6 | 214:25 | 104:20 130:18 |
| in-- 7:23 11:12 | inform 222:25 | 221:17 | instructing 18:6 | 131:13 134:8 |
| 21:10 73:22 | information | inmate's 70:19 | instruction 22:10 | 142:5 171:17 |
| 148:7 | 18:25 28:18 | inmate-- 9:10 | 179:11 | involving 181:24 |

Duke Copeland Court Reporting
(318)387-2889

Jeremy Runner
August 30, 2017

**irons** 182:19,22
**irritate** 168:20
**is--** 98:17 116:21
  188:25 218:20
**is--is** 160:1
**issue** 67:9 135:19
  223:17,21
**issued** 135:23
**issues** 165:21,22
  166:23
**it'd** 27:11
**it'll** 63:3 76:8
  137:23 210:10
**It's--** 33:19,19
  61:9
**it--** 24:1 28:6 96:4
  107:8 109:15
  133:4 183:12,23
  188:16,20
  210:23 211:2
  217:11
**it--is** 189:10
**it--it** 192:11
**it--it'd** 27:16
**it--not** 132:11
**itch** 67:17,18
**itchy** 67:16

**J**

**J** 1:10 2:23
**Jackson** 2:24 51:5
  51:8,10,14 55:3
  55:17 94:25
  102:5 123:9,10
  124:4 128:24
  130:21 132:15
  132:19,21,23
  137:12,14
  147:10 151:3
  162:5,7 175:24
  176:1 179:1,3
  182:15 184:5,12
  185:8,11 193:20
  193:23,25 194:3

194:5 207:6,8
  224:2
**jail** 69:14 70:16
  185:19 198:24
  200:21 206:4
**JAMES** 1:6,12
**Jan-** 8:12
**January** 8:12,22
**Jeremy** 1:16 5:3
  5:11 6:1 7:18
  173:2 225:6
**jibber--** 193:1
**JJS-2** 8:5
**job** 4:4 8:4 9:9
  10:1,20 13:21
  39:14 42:15
  60:13,15 93:9
  137:3 144:16
  145:2,12 160:14
  173:3 177:2,5
  194:12 196:16
  199:6
**jobs** 12:23 13:16
**John** 2:14 56:2
**Jordan** 2:6
**Jr** 1:4 2:3 3:13 5:4
**Jr.--Sr** 59:21
**JUDGE** 1:6,7,12
  1:12
**June** 14:19 145:6
**just--** 25:2 28:7
  32:17 40:15
  41:3,12 53:23
  59:24 60:5 61:5
  67:15 87:13
  90:14 93:8,18
  101:5 103:16
  105:18 107:2
  139:1 140:24
  141:6 156:17
  180:9 183:13
  208:8
**just--if** 75:16
**just--it's** 210:17

**just--just** 210:5
**just--you** 45:25
  104:7
**justice** 12:10
  144:19
**Juvenile** 8:5,6
**juveniles** 17:8

**K**

**KAREN** 1:7,12
**keep** 21:17 23:2,3
  23:6,15 38:25
  46:5,8 71:23
  72:20 73:17,21
  74:3,22 75:9
  104:1 148:19
  149:14,15 177:5
**keep--** 22:1 72:18
**keep--make** 38:25
**keeping** 130:12
  135:9,10 183:7
**kept** 22:3 105:25
  109:18 126:24
  130:4 142:25
  174:20 192:14
  202:6 222:22
**key** 24:16 80:7,10
  104:5
**keys** 80:8,15,16
  155:24 156:14
**kids** 12:20 113:4
**killed** 58:11,13
  111:25 127:5
**kilograms** 108:3
**kind** 6:18 9:21
  12:11 22:10
  24:5,9 27:23
  28:4,7,25 36:18
  36:24 39:5 42:4
  43:14,15 45:5
  63:5 69:20
  74:21 103:7
  108:13 114:1
  118:13 120:6

131:14 140:8
142:8,15,18
143:11,13
146:21 147:1,2,3
148:6,10 149:16
157:7 161:1
163:9 165:24,25
166:9,22,23
167:4,10 168:3
169:3,7 173:1
175:11 176:21
176:23 178:6
183:7,8 186:6
188:6 190:25
197:16 202:20
208:21 209:12
210:1 221:19
**kinds** 26:14 67:12
  166:1
**kissing** 208:18
**kitchen** 115:1
**kneel** 99:18
**kneeling** 86:4
**knew** 69:20 70:3
  113:10 152:22
  161:19
**knocked** 78:14
**knot** 115:8
**know** 6:8,8,20 9:7
  13:8 14:7 16:21
  18:3 19:2,13,18
  20:19 22:16
  23:9,16,16,23
  25:5 26:12,15
  27:6 28:1 29:17
  29:18 36:20
  42:21 43:8,18
  45:18 48:5
  49:16 51:2
  52:15 53:7,7
  54:7 55:10
  57:14,15 58:3
  59:4 61:23
  62:19 63:2,22,25

64:15 65:3,8,13
65:14,15,15 66:7
66:15,20 68:25
69:3 70:2,4,7,9
71:15,17 72:11
74:4,6 75:15
76:15 77:8,17
78:18,20 81:7,15
82:7,17,18 91:4
92:9 98:5,16
99:24,25 100:5
101:12 105:8,8
105:21 106:9
107:12,17,20
108:3 109:17
110:20 111:23
111:24 112:1,18
113:4 114:23,24
115:18 117:21
118:13,15,22
119:9,12,15,24
120:19,20
121:22 124:19
129:13,16,16
130:15,25 131:5
131:21 132:1
134:8,12,15
135:6,24,25
136:2,12,17
138:10 139:2,3,6
139:7 140:11,12
140:16,23 141:5
141:9,20 142:1
142:22 143:5,8
143:17,18,23
146:16,20,21,24
147:9 148:18
149:6,9,13 150:1
151:4,23 152:25
153:4,10 155:5
157:4,5 158:11
158:24 159:18
159:20 161:9
162:8 163:6

| | | | | |
|---|---|---|---|---|
| 164:1,1,2,16,19 | **know,--you** 175:2 | 44:13 45:22 | 194:5 207:13 | 209:3 218:21 |
| 166:5 168:5,22 | **knowing** 135:16 | 64:3 69:10,13,16 | 210:6,8 217:13 | **lieutenant--** 26:2 |
| 168:23,25 169:3 | **knowledge** 23:18 | 70:15,18 71:8 | 217:13,14,14,17 | **lieutenant--the** |
| 170:9,11,15,16 | 68:13,17 199:16 | 147:17 | 217:19,20 218:7 | 139:4 |
| 173:1 175:1,2,5 | 201:22 202:7 | **learned** 17:17,18 | **let's--let's** 147:17 | **lieutenants** 87:14 |
| 176:3,6 177:1,2 | 204:10,10 | 18:23 19:1 | **let--** 97:19 | 203:8 |
| 177:3,4,4,5,7,13 | **knowledge--** | 57:20 69:19 | **letter** 54:16,19 | **lieutenants--the** |
| 177:14,25 178:5 | 205:4 | 169:24 | **letting** 111:23 | 206:11 |
| 179:15,23,24 | **knows** 25:4 | **learnt** 147:6 | **level** 204:10 | **life** 139:25 |
| 180:6,9 181:10 | **knows--** 25:4 | **leave** 72:1 93:11 | **levels** 26:12 | **lifeguard** 36:8,9 |
| 181:11,25 182:1 | | 93:13 146:2 | **license** 14:7 43:14 | **lift** 136:9 |
| 182:2 183:9 | **L** | 153:8 200:24 | 43:15,18 | **lifting** 58:25 |
| 184:15 185:23 | **L** 1:7,12 | **leave--** 146:1 | **lie** 89:13 219:16 | **light** 95:24 101:21 |
| 186:2,5,18 | **lack** 201:22 | **leaving** 103:6 | **lieutenant** 10:11 | **like--** 45:19 76:17 |
| 187:18,18 189:2 | **LaKAYE** 2:17 | **led** 65:16 177:11 | 10:13 22:6 26:5 | 91:4 118:1 |
| 189:14,21 190:2 | **landed** 85:3 | 219:21 221:4 | 28:8,15 31:11 | 191:1 |
| 190:3,12 191:9 | **Lane** 1:21 225:10 | **left** 8:24 10:15 | 37:7 49:17,21 | **limited** 210:25 |
| 191:10 192:22 | **LARA** 1:10 2:23 | 93:14,25 100:21 | 64:23,24 65:2,11 | **line** 218:9 |
| 193:14 196:15 | **large** 187:9,9 | 101:16 103:17 | 65:12 78:23,24 | **listed** 34:7 |
| 197:16 198:10 | **LaSALLE** 1:7,13 | 115:19 150:5 | 79:14 80:1,4 | **listen** 137:11 |
| 199:5,13,13 | 2:9 53:9 | 162:8 163:3 | 81:5,9 87:13 | 146:11 |
| 200:5 201:7 | **late** 11:20,21,22 | 170:1 | 92:19 93:10,13 | **listened** 46:16 |
| 202:6,20,24 | 31:17 40:6,7,10 | **left-handed** | 97:21 98:2,23 | 146:15 |
| 203:6,10 205:11 | 131:22 | 203:17 | 114:21 120:17 | **literal--** 175:25 |
| 205:14 207:2,3 | **late/late** 131:24 | **leg** 105:13 142:25 | 122:9,14 125:21 | **little** 6:7 16:7 19:9 |
| 207:15 209:17 | **laughing** 170:2 | 143:5 182:18,19 | 125:22 133:16 | 23:23 35:8,24 |
| 209:18,19 211:7 | **law** 2:5,19,25 7:1 | 182:22 | 135:12,23 137:4 | 76:8,10,15 78:20 |
| 212:25 216:1 | 45:12 52:24 | **leg--his** 142:25 | 137:17 138:22 | 80:20 102:3 |
| 217:5,7 218:11 | **law-** 49:3 | **legal** 7:17 | 139:5,5 143:22 | 133:8 157:7 |
| 218:25 220:10 | **law--** 32:3 | **legs** 98:21 104:25 | 147:11,24 | 163:14 185:13 |
| 221:18 222:23 | **lawsuit** 44:11,14 | 104:25 108:7 | 148:11 152:14 | 192:17 |
| 223:22,22 | 44:23 45:19 | 113:5,6 115:7 | 152:15,17,18 | **live** 41:11 42:1 |
| **know--** 52:3 57:8 | 48:17,19 49:4 | 185:13 | 154:13 155:23 | **lived** 69:24 |
| 59:4 69:16 85:2 | 123:11 131:16 | **length** 76:16 | 156:11 157:9,11 | **lively** 202:14,16 |
| 116:4 117:15 | **lawyer** 44:15 | **lesson** 131:3 | 157:20 158:8 | **locating** 188:25 |
| 119:17 137:4 | **layout** 159:21 | **let's** 28:22 36:10 | 159:16 165:16 | **location** 17:18 |
| 151:23 170:14 | **leader** 10:21,22 | 38:10 53:24 | 166:22 167:7 | 56:18 72:12 |
| 179:23 214:17 | **leadership** 125:13 | 59:4 84:22,22 | 168:9 176:10,20 | 145:22 160:7 |
| **know--know** | 169:11 | 88:2 96:18 | 181:7 183:6 | **locations** 56:20 |
| 26:15 | **leading** 207:4 | 101:17 102:25 | 187:21 193:16 | **lock-** 72:16 73:4 |
| **know,--** 74:4 | **leaning** 98:24 | 114:2 118:17 | 194:16,24 195:1 | 172:23 212:1 |
| 105:21 113:4 | **learn** 16:12,14,16 | 124:6 132:5 | 195:1 198:15,18 | **lockdown** 30:17 |
| 114:1,20 180:18 | 16:19 17:4,19 | 152:5,25 153:3 | 199:21 204:17 | 58:10 59:14,15 |
| **know,--well** 187:7 | 19:4 23:15 | 185:9 193:13 | 206:11,17,18,22 | 59:22 60:1,14 |

63:18,23 64:6,10
64:19 65:17
66:12,13 67:22
68:5,13,15,21
69:7 70:22
71:23 72:17,19
73:5,18 74:13,17
74:25 75:7,10
76:5 77:5,7,7,17
78:7 81:23
83:18 92:12,15
96:22 98:24
99:6 110:19
111:5 119:9,21
119:25 127:3
130:11 134:9,16
136:9 138:20,23
149:6,16 151:7
151:11 152:6,19
154:15,23
155:20,21
168:23,24
169:12,25
170:12 171:9
173:14,17 179:8
179:9,12,22
180:7,10,12
183:25 184:7
186:11,15
187:14,23
188:13,22
190:23 191:2,5
197:13,18,19
202:9,23 204:11
204:21 205:5,7
205:17 210:25
211:4,9,18 212:2
212:2,3,17,19,23
213:6,16,18
214:12,19,21,25
215:1,4,7,11
216:4,15 217:1
218:23 222:16
**lockdown-- **80:1

204:10
**lockdowns** 72:19
170:23 211:6,7
213:22 215:4
**locked** 74:25
**log** 77:6,15,21,25
145:17 212:24
213:2,4,13,16,23
**log--logs** 212:2
**log--the** 213:15
**logged** 171:25
**logs** 183:7 211:18
212:4,17,22
213:24 214:12
214:15
**long** 15:5,7 22:13
46:12 60:9,11
76:6 79:5,18
100:2,5 101:9
118:10 121:5
124:21 125:15
162:21,23
165:19 177:18
177:20 194:13
205:25 211:24
**long--how** 101:9
**longer** 101:11
**longest** 205:22
**look** 28:1 30:10
33:11 34:1 73:4
73:9,14 77:17
79:2 87:24
101:17 111:13
128:16,19 133:2
135:21 141:6
150:19 156:17
201:1 222:15
**looked** 30:12
52:15 60:7,16
62:15 72:24
73:1 78:13
110:19 138:25
139:7 140:18
141:4 151:9,11

156:18 201:6
204:24 213:18
213:18
**looking** 54:15
60:14 61:3
89:12 102:11
110:17 120:4
136:10,11
139:10 201:24
201:25 215:17
**looks** 157:5
**Loring** 81:9 139:5
152:14 206:19
**losing** 185:6
**lost** 105:5
**lot** 43:9 110:20
117:23,23 147:6
163:5 175:13
198:9
**Louisiana** 1:1,21
1:26 2:6,12,20
2:26 3:7 12:19
14:7 43:13
225:1,5,11,21
226:2
**lunch** 78:10 149:2
149:3,4
**lying** 83:4 104:13

— **M** —

**ma'am** 10:25
55:22 220:3
**Mace** 90:12 93:1,2
98:7,8 105:8
142:22 165:8
**Maced** 84:14,16
84:18,20 131:1,6
131:9 164:7,18
**Macing** 98:12
130:18
**made--made**
121:22
**magazines** 44:5

**magic** 185:16
**MAGISTRATE**
1:7,12
**mail** 44:22 51:15
51:16
**main** 19:2 20:19
20:22 40:12
74:12 76:1
80:16 143:16
151:11 203:16
211:9
**Maintaining--** 9:6
**major** 39:20 65:9
188:17,19
**majors** 157:23
**making** 9:6,7
62:10 66:4
75:16 76:3 78:1
87:4,5 93:9
103:23 106:25
110:12,24 111:2
111:12 112:22
126:24 130:12
135:10 136:12
189:17
**male** 153:12,13,17
**malfeasance-ag...**
34:8
**man** 111:25
163:24 164:3
169:6 217:21
**manage** 166:1
**management** 2:9
67:1,8
**management/su...**
67:13,23
**mandatory**
195:13
**manner** 82:4 87:9
199:13
**many--** 205:19
**many--how** 203:6
205:15
**many--or** 212:19

**March** 56:24,24
57:1 145:18
146:9
**MARGARET**
1:24 225:4
226:8
**mark** 2:18 49:25
52:15,17 194:9
**marked** 88:17
150:19
**married** 47:17
**Mask** 98:11
**mat** 139:4 140:20
**matter** 225:24
**matter--manner**
78:22
**mattress** 78:14
**McKEE** 2:18
194:9,9,14 197:1
197:3 198:5
204:8 206:24
**me--** 42:24 57:19
60:3 61:7 110:9
138:16 140:17
193:25 209:16
**me--him** 139:5
**me--showing** 37:8
**me--tell** 197:23
**me--told** 43:3
**mean** 18:6 19:18
21:9 36:20 47:2
61:2 71:18 73:3
73:20 82:10
105:25 113:16
121:23 125:4
128:16 140:3
142:16 149:25
150:4 151:24
155:10 156:6
157:17 158:25
161:11 162:17
166:3 170:18
172:23 174:23
176:3,4 181:7

| | | | | |
|---|---|---|---|---|
| 185:18,18,21 | mental 28:25 | 203:14 | 92:14,20,23 94:2 | 216:15,25 217:2 |
| 187:9 190:16 | 29:15,15 67:9 | missing 80:14 | 94:5 97:22 98:5 | 217:9 218:23 |
| 194:4 196:24 | 118:14 138:11 | 120:9,13,14 | 98:11,24,24 99:5 | 219:1,18,21 |
| 200:24 208:4 | 165:20,21 | 141:7 172:15 | 99:7,9,11,15 | 221:6 223:1,13 |
| 210:9 211:9 | 166:18,23,25 | mix 180:4 189:10 | 100:3,5,13,14,21 | **Moore's** 85:14 |
| 215:9 216:1 | 168:3,11,15 | moaning 139:17 | 101:2,10,23 | 90:15 92:11 |
| 222:12 | 176:5,7 221:7,9 | mode 84:1 | 103:21 104:12 | 94:14 97:24 |
| **mean,--** 51:8 | 223:17,21 | moment 117:19 | 105:6 106:14 | 106:18 134:5 |
| 93:17 | mentally 29:8 | 200:16 208:9 | 107:5 108:5,12 | 187:17 198:15 |
| meaning 209:22 | mentioned 169:1 | moments 63:2 | 108:13 109:6,19 | 216:10 |
| means 42:22 53:7 | Mercedes 70:2 | 117:23,24 | 110:4,11,19 | **Moore's--** 159:19 |
| 76:16 207:15 | mess 140:20,25 | Monday 61:13 | 111:21 112:25 | **Moore's--the** |
| 209:16 212:9 | messed 75:25 | 125:4,4,6 129:13 | 113:18 114:3,14 | 90:18 |
| 213:1,2 | 174:25 | **Monroe** 1:2,21 | 115:6,17 117:17 | **Moore--** 98:16 |
| meant 155:12 | messing 147:19 | 3:1,5,7 7:25 | 118:5,13 119:24 | **Moore--I** 170:18 |
| mechanical 182:8 | 174:21 | 36:1 56:25 | 120:15,18,24 | **Moore--Moore** |
| 182:11,14,16 | met 56:6 123:10 | 69:24 70:13 | 122:12 123:5,20 | 96:21 |
| medical 18:19 | 161:11 | 179:7,16,19 | 124:2 130:4,11 | **Moore--this** 69:13 |
| 93:4 101:1 | method 16:17,19 | 180:7 210:24 | 130:18 131:14 | **Moore--where** |
| 142:19 143:11 | 16:24 225:14 | 211:4,6,8,11 | 131:17 133:16 | 160:2 |
| 143:13,17,20 | mid 131:24 | 225:11 226:2 | 133:20 134:4,10 | **Moore--who** |
| 176:11 181:20 | middle 109:12,14 | month 14:24 | 134:13,16 | 114:17 |
| 181:24 | might-- 196:4 | 45:24 56:13,17 | 140:23 150:5,10 | Morehouse 14:16 |
| **medical,--** 143:18 | military 43:11 | 57:20,23 | 150:16 154:16 | 14:22 15:8 |
| medically 43:20 | mill 69:11 | months 126:11 | 154:23 155:21 | 17:16 18:17 |
| medically-related | mind 39:17 54:23 | 145:12,15 146:5 | 155:22 156:2,24 | 19:1,5,20 143:24 |
| 18:25 | 79:1 88:5 95:23 | mood 63:2,3 | 158:3,9,10,23 | 207:23 |
| meet 33:24 56:1,5 | 122:18 148:19 | 73:24 74:6 | 159:19 160:2,7 | morning 46:1 |
| meeting 176:21 | 195:5 | **Moore** 1:4 2:3 | 160:18 162:8,9 | 55:19 56:17 |
| 177:11,15 178:1 | mind-- 50:8 | 3:13,15 5:4 6:6 | 162:11,16 163:2 | 71:10 82:22 |
| 178:7,8,10 | mine 84:7 87:6 | 58:9,12,23 59:5 | 163:10 165:15 | 117:22 129:2 |
| meetings 147:25 | minor 39:20,21,25 | 59:8,17,21 60:19 | 166:23 167:3,9 | 151:9 155:6,11 |
| 177:16 | minute 35:6 49:7 | 60:25 61:3,13,20 | 167:13,25 | **Most--** 104:9 |
| member 49:4 70:9 | 76:8,10,15 99:3 | 61:25 63:7,22 | 169:10,18,25 | motion 90:7,24 |
| members 22:17 | 111:3 112:13 | 64:6 68:14,17 | 170:19 174:18 | motioned 89:18 |
| 22:20 160:17 | 221:24 | 69:8,10 70:5,9 | 175:2,7 191:10 | motions 58:25 |
| memory 34:2,11 | minutes 22:15 | 70:22 71:9 73:2 | 191:17 192:9,9 | 146:15 |
| 46:15 63:20 | 27:9,12,19 74:20 | 73:22 74:1 | 197:22 198:8,23 | mottos 208:7 |
| 66:18 68:7,10 | 74:20,21 75:4,11 | 78:13,19 79:2 | 199:11 202:4 | mouse 40:18,22 |
| 85:20 89:3 | 76:16,19 77:3 | 80:3 82:4,6 | 205:2 206:5 | 41:6,7,8,9,11,14 |
| 124:12 153:16 | 101:11 102:9 | 83:10,25 84:3,6 | 208:20 211:17 | 41:21,23 42:1 |
| 170:20 176:12 | 114:3 126:20 | 84:13 85:4 | 212:4,24 213:9 | mousetrap 41:14 |
| 213:3,17 214:20 | 194:1 195:9 | 86:17 87:16 | 214:22 215:1,3 | mouth 98:10 |
| 214:24 215:2 | 202:22,23 | 89:4 90:8 91:12 | 215:18,23 216:6 | 138:25 141:6 |

Jeremy Runner
August 30, 2017

move 95:12
142:13,13,14
172:2 181:3
188:9 191:19
193:8
move-- 142:14
movement 171:22
movements 99:10
140:4
moving 140:8
202:13
Mr.-- 150:8
Mr.--Mr 70:21
114:14
Mr.--that 158:8
Mr.--the 155:22
much-- 107:20
multiple 62:16,24
my-- 72:12

___ N ___

name 6:4 7:17
51:2 65:8 80:25
114:24,25 115:2
123:10 148:14
171:23 199:11
named 44:13
names 172:21
181:17
NANCI 3:4
narcotics 200:1
narrative 132:12
nature 142:20
near 83:10 92:8
neck 142:12
need 7:16 11:13
16:6 34:2,10
38:18 75:9
88:11,13 91:5
93:11 95:2
136:2 141:19,25
151:25 169:3
177:3 185:1,4
186:15 191:18

needed 112:8
126:12 157:20
163:20 169:19
169:21 177:6
181:19 190:10
196:15
needing 159:21
needs 187:20
negative 63:3
117:24
Nelson 2:5 6:4
34:20 55:3
102:5
never 99:8 115:16
190:12 210:17
new 37:13 190:7
newborn 47:24
newly 30:9
next--for 129:5
night 15:23 46:20
47:8,12 61:5,14
61:21,25 62:13
62:14,14,16,24
63:17 64:5 68:6
69:4,19 70:21
71:25 74:3,7
78:10 82:24
108:11,12,17,20
108:21,22,22,24
108:24 109:6
110:2,6,10,13,18
116:3,4 117:10
117:12,13,19,20
118:2,4,7,8,10
119:22,23,24
120:5,5,8 121:4
122:16 124:14
124:15,23
126:24,25
127:10 129:21
141:11,14
149:23 155:12
156:8 158:18
160:6 162:9

164:1,2,3 167:2
167:2 174:21,25
176:16 177:21
183:19 200:5,6
night-- 61:16
110:5
night--going
110:5
nights 117:17
nineteen 203:11
ninety-hour
143:24
ninety-nine 76:13
No-- 160:19
nod 12:25 35:13
96:23 181:13
208:3
Nods 6:21
NOLES 2:25
non- 222:12
noncompliant
185:21 188:13
nonstop 222:13
normal 185:16
202:9 219:4
normally 26:22
219:10
north 70:3
not-- 87:21 101:25
107:15 151:22
178:1
notebook 103:24
noted 73:17
notes 118:18
193:23
Nothing-- 156:5
notice 5:4 108:13
109:23 110:1
198:18
noticed 35:25
notification 163:6
notified 79:12,13
79:14,14,16,25
122:9,14 138:22

160:21 162:10
notified-- 79:13
122:3
notify 79:25
137:24 138:5
190:21 209:3
November 8:19
49:10
number 14:8
51:20 70:15
110:11 132:18
number-- 135:25
numbered 35:11
211:4
numbers 75:25
210:25
numerous 136:1
nurse 101:1
115:17
nurses 176:13

___ O ___

o'clock 95:12
130:19 148:25
o'clock,-- 130:8
oath 7:1 50:16
object 120:20
123:24,25
150:12 175:22
184:8 212:6
213:25 219:5,12
Objection 184:1
201:19
objections 5:6
observe 76:11
190:20
observed 201:23
201:24
observing 20:19
20:22
obstructed 136:14
137:2,15,16,23
138:5
obvious 139:15

176:5
obviously 142:17
185:18
OC- 112:2
OCC 112:2,2,4,6
112:8,14
occasion 198:7,13
201:3
occupied 67:25
68:5
occur 156:22
occurred 128:9
133:14 145:9
158:2 176:19
occurrence 4:8
36:16 116:8,22
132:23
October 48:14
58:3 64:22
70:25 107:18
119:6,22 124:17
125:16 127:5,8
127:20 129:1
130:18 133:14
145:10 148:22
169:16 173:23
183:17,21
191:16 194:24
194:25 197:10
197:10
of-- 74:21 94:22
94:23 100:18
163:5 170:23
197:16 202:20
208:11
of--a 114:24
of--of 110:18
off--going 68:9
offense 188:17
offenses 190:25
offered 5:8
office 1:19 2:12
2:19 3:6 42:5
123:20 124:7

| | | | | |
|---|---|---|---|---|
| 126:23 138:8 | 7:8,25 8:13 | 89:18 90:3,6 | 145:19 146:5,14 | 187:22 188:1,9 |
| 158:5 160:17 | 11:19,23 12:21 | 91:25,25 92:22 | 146:18,25 147:5 | 188:20,24 189:5 |
| 206:23 225:9 | 13:3,22,25 14:5 | 92:23 93:6,21 | 147:8,20 148:6 | 189:8 190:5,15 |
| **officer** 9:2,4 10:4 | 14:12,13,21 15:1 | 95:11,13 96:11 | 148:10,20,23,25 | 190:22,25 |
| 30:4,8 36:11 | 15:17 17:12,23 | 96:12,12,13 | 149:6,11,15,22 | 191:15 192:5,16 |
| 64:18 81:11 | 17:25 18:13,23 | 97:15 98:5,11 | 149:25 150:3,8 | 193:2,7,16 194:7 |
| 114:25 115:3 | 18:25 19:7 | 99:4,23 100:2 | 150:15,18 151:1 | 196:24 197:16 |
| 122:18 125:24 | 20:13 21:8,12,19 | 101:17,19 | 151:12,16 152:3 | 198:12 199:21 |
| 136:8 146:22 | 21:23 22:16 | 102:17,20 | 152:7,11,14,18 | 202:2 203:17 |
| 147:2,3 171:18 | 23:9 25:21,23 | 104:10 105:22 | 152:21 153:2,7 | 204:1 205:14,20 |
| 195:24 196:2,10 | 26:12 27:14 | 106:8 108:4,11 | 153:14,20,24 | 206:21 207:5,13 |
| 196:13 197:5,9 | 28:18,22 29:2 | 108:15 109:20 | 154:8,12,25 | 208:23 209:1,8 |
| 199:17 200:11 | 30:4,22 31:4,11 | 110:1,21 111:7 | 155:3,6,8,15 | 209:16 210:1,6 |
| 202:8 204:18 | 31:19 32:8 | 111:10 112:4,16 | 156:2,5,10 157:2 | 210:11 211:15 |
| 222:8,15 225:5 | 33:20,23 35:5 | 113:14 114:2 | 157:5,9,13 158:2 | 212:1,11,12,13 |
| **officers** 49:23 | 36:3,8,10,14,24 | 116:25 117:5,14 | 158:13,22 159:4 | 212:17 216:19 |
| 77:13 79:16 | 37:3,12,24 38:1 | 117:23 118:22 | 159:10,12 | 218:8,17 220:4 |
| 81:3,19,22 87:12 | 38:9 40:7,9,20 | 118:25 119:22 | 160:24 161:1,9 | 220:16 222:4,10 |
| 98:18 106:14 | 40:20,25 41:1 | 120:5 121:15 | 161:15,24 162:5 | 222:14,18,25 |
| 157:14 160:13 | 42:24 43:11 | 123:23 124:4,10 | 162:11,13,21 | 223:8,9,25 224:9 |
| 207:17 216:15 | 44:21 47:8 48:1 | 124:12,15,20 | 163:2,8,8,12,19 | **old** 109:8 123:12 |
| 216:25 | 49:3,7,7,8,18 | 125:8,15,18,21 | 164:9,11,17 | 202:4,5 216:6 |
| **Oh** 17:11 27:17 | 50:15 51:3,6,12 | 125:24 126:6,13 | 165:3,8,15,19 | **older** 51:7 |
| 41:9,14 42:24 | 51:22 52:25 | 126:16,19,22 | 166:6 167:1,9,12 | **on-** 37:9 |
| 48:18,22 51:11 | 53:3,5,22 55:5,7 | 127:1,4,8,11,20 | 167:19,24 168:6 | **on--** 58:14 105:13 |
| 55:16 56:22 | 55:16,16,23 | 127:24 128:1,2 | 168:17,21,25 | 128:5 |
| 58:1 66:1 68:22 | 56:10,22 57:17 | 128:12,14,24 | 169:15,23 170:3 | **on--I** 211:9 |
| 77:24 79:7 | 57:23 58:2,3,12 | 129:15,24,25 | 170:11,16,22,25 | **on--is** 169:18 |
| 83:13 84:22 | 58:17,23 59:10 | 130:6,17,23 | 171:6,12,16,20 | **on--on** 28:1 |
| 87:22 95:25 | 59:20 60:2,6,18 | 131:8,11,20,25 | 172:4,8,18,25 | 130:14 151:9 |
| 111:12 113:11 | 60:25 61:7,10,12 | 132:4,6,9,25 | 173:13 175:4,11 | **on--that** 115:8 |
| 115:22 119:17 | 61:24 62:14,18 | 133:9,13,19,22 | 175:15 176:10 | 166:24 |
| 120:15 121:3 | 64:5 66:11 67:4 | 133:25 134:8,12 | 176:15,19,25 | **on-the-job** 19:24 |
| 137:20 138:6 | 68:12,20 69:5 | 134:18,21,24 | 177:9,15,18,23 | 19:25 20:1,2,15 |
| 152:24 153:23 | 70:4 71:20 | 135:4,11,15,18 | 178:9,13,16,18 | 37:9,22 145:3 |
| 162:2 168:16 | 73:12 74:2 | 136:3,6,14,20,22 | 179:2,17,21 | 147:1 |
| 171:3 179:20 | 75:13 76:6,20 | 137:1,8,14,21 | 180:2,11,14,24 | **on/four** 125:1 |
| 192:7 196:21 | 77:5,13,18 78:9 | 138:17,18,21 | 180:25 181:9,11 | **on/three** 125:2 |
| 201:16 203:1,8 | 78:9,24 79:15,20 | 139:15,17,19 | 181:16 182:3,7 | **once** 23:6 27:8 |
| 215:22 217:21 | 81:21,21 83:3,3 | 140:2,10,14,17 | 182:15 183:7,14 | 69:2 73:12 79:8 |
| 222:17 | 83:23 84:23 | 141:9,13,18 | 183:19 184:12 | 82:6 92:10 |
| **OJT** 37:14 183:2 | 85:2,19 86:13,20 | 142:3,8,11,15,23 | 184:17,20,23 | 98:17 99:9 |
| 183:3 | 86:25 87:5,24 | 143:2,19 144:1,3 | 185:8,18,19,22 | 121:3 122:14 |
| **okay** 6:12,16,23 | 88:10,21 89:18 | 144:10,24 | 186:2,5 187:8,16 | 138:22 163:5 |

| | | | | |
|---|---|---|---|---|
| 172:20 205:25 | 43:24 44:3 48:3 | **page** 4:2 37:18 | **passed** 79:15 | 53:6,8 201:22 |
| **once--** 98:16 | **original** 225:26,26 | 50:2 132:18 | 114:10 | 225:14 |
| **one's** 135:6 | **Orleans** 190:7 | 226:1 | **Passive** 209:13,15 | **personally** 70:4 |
| **one-day** 31:14 | **Other--** 17:25 | **pages** 38:4 225:9 | 209:22 | 118:22 171:16 |
| **one-second** | **other--the** 91:18 | **paid** 146:11 | **passive/aggressi...** | 180:20 |
| 164:13 | **Ouachita** 1:26 | **pain** 139:15 | 209:25 | **personnel** 32:2 |
| **ones** 77:14 168:22 | 46:18 100:7,9 | **painful** 164:25 | **passively** 84:13 | 49:9 112:5 |
| 200:9 | 123:19 124:7 | **pamphlets** 44:6 | **patient** 218:1 | 145:6 |
| **only--** 65:22 | 126:18,23 130:3 | **pap-** 155:13 | **patients** 168:11 | **personnel--** 31:25 |
| **open** 81:23 89:19 | 138:8 158:4,20 | **paper** 69:11 104:1 | **Patrick** 2:24 51:4 | **persons** 29:14 |
| 89:22,23 136:18 | 159:1 160:5 | 147:20,21 | 123:10,18 207:4 | 104:20 |
| 136:24 211:7,18 | 161:12 163:15 | 155:14 171:24 | **Patrick--** 207:4 | **PERUSES** 33:2 |
| 212:2,23 213:4,4 | 192:18 225:2 | **papers** 46:13 | **pay** 31:14 39:24 | 33:13 34:4,13 |
| 213:8,10,14 | **out--** 112:12 | **paperwork** 32:14 | 174:9,10 181:12 | 37:19 49:13 |
| 214:19 | 135:25 | 131:5,9 148:6 | 186:22 | 52:10 54:21 |
| **open--** 213:8 | **outcome** 225:24 | 171:12,18 | **PD** 70:13 | 116:16 118:21 |
| **opened** 81:16 | **outside** 34:19 | 172:19 173:17 | **Peace** 207:17 | 133:1 150:24 |
| 138:24 139:13 | 42:12 43:2,13 | 189:22 | **peek** 75:14 | **photograph--I** |
| **operator** 149:8 | 44:11 48:17,19 | **paperwork--** | **pen** 103:25 | 162:17 |
| 150:10,22 151:5 | 146:1,8 157:9 | 173:3 | **people** 67:20 | **photographs** |
| 151:17 152:22 | 171:16 181:23 | **pared--prepared** | 118:23 125:10 | 46:14 |
| 153:11,11,12,16 | 183:15 217:1 | 161:7 | 141:8 161:11 | **phrased** 179:24 |
| 154:2,5,6 | 218:23 | **Parish** 1:26 14:16 | 165:21 170:25 | **physical** 20:8 |
| **opinion** 117:17 | **Over--** 121:9 | 17:16 18:18 | 178:13 186:10 | 48:15 145:21 |
| 199:22 | **over--over** 150:22 | 19:5 46:18 | 190:17 203:6 | **physically** 75:17 |
| **opinions** 225:22 | **overall** 51:13 | 100:7 123:20 | 213:19 | 201:1 |
| **opportunity** 56:1 | 126:15 | 124:7 126:18,23 | **people--** 162:1 | **pick** 135:23,25 |
| 56:5,14 96:19 | **overalls** 51:2 | 130:3 138:8 | **pepper** 163:25 | 136:1 158:23 |
| 183:14 | **overbroad** 184:9 | 158:4,20 159:1 | **perceived** 165:21 | **picked** 6:23 163:3 |
| **opposing** 189:10 | **overnight** 149:18 | 160:6 161:12 | 166:18 | 163:16 195:16 |
| 189:18,24 196:8 | 149:24 | 163:15 192:18 | **perform** 10:3,6 | 195:17 196:2 |
| **opposite** 196:15 | | 225:2 | 27:3 | **picked--** 195:22 |
| 197:9 | **P** | **part** 7:21 9:24 | **period** 12:21 | **place** 12:16 15:23 |
| **or--** 14:24 48:25 | **p** 124:24 128:10 | 28:23 60:15 | 101:11 114:15 | 16:1 21:23 27:5 |
| 103:25 104:25 | 129:24 131:25 | 78:6 111:12 | 121:18 133:5 | 57:21 59:25 |
| 121:25 171:4 | 164:6 | 118:7 143:20 | 200:4 | 64:19 160:1 |
| 177:21 182:1 | **p.m** 80:18,20 | 167:22 181:18 | **permission** | 183:24 |
| **oral** 179:7 | 127:12,13,15,21 | **part-time** 13:5 | 207:10 | **placed** 64:6,10 |
| **order** 139:6 152:8 | 129:6 130:20,21 | **participate** 46:4 | **permitted** 5:5 | 65:17 66:11 |
| **ordered** 93:15 | 133:15 225:12 | **particular** 64:19 | **person** 24:6 29:9 | 67:7,12,22 68:12 |
| 97:14 112:3 | **p.m.--5:45** 129:5 | 156:10 211:4 | 66:8 73:5 101:1 | 68:20,22 69:7,18 |
| **orders** 35:21 | **pacing** 60:8 61:4 | **particular--par...** | 114:24 147:6 | 100:13 114:7 |
| 134:22 | 61:13 62:15 | 213:7 | 154:9 188:9 | 134:12,15 |
| **organizations** | 202:16 | **parties** 225:23 | **personal** 44:22 | 168:22 211:17 |

212:3 214:22
216:20 217:2
**places** 39:2
160:10,11
**placing** 134:10
184:6
**play** 48:11 88:16
96:13 99:2
102:8 126:16
**played** 11:25
142:9 204:1
**player** 142:12
**playing** 88:22
96:17 101:19
102:10 126:21
**playing--** 107:15
**please** 132:18
**plenty** 143:14
**pocket** 104:1
**point** 36:6 60:10
78:1 80:15
82:21 86:16,21
93:7 97:8 98:17
186:14 199:25
203:5 210:2
211:18 214:25
216:10,19,24
222:25 223:11
**points** 20:19
**Police** 210:24
211:6
**policies** 21:6,7,16
21:18,18,19 22:5
22:10,25 23:4,6
23:9,16,16,17,19
23:24 135:16,19
135:19,21 136:7
147:21,25 148:1
148:19 165:17
168:9 221:12
**policy** 21:11 22:2
23:1,13,14 28:23
29:13 49:18
131:2 135:24,25

136:2 137:22
148:2,11 168:14
168:17 176:6
179:7,22,24
211:3 221:16
**politely** 109:18
**pool** 36:7,8
**portal** 60:3 62:15
**portion** 138:7
192:17
**position** 16:14
48:11 98:3
104:13 112:25
114:6,7 126:14
153:22 222:8
**position--** 126:13
**positions** 114:3
**positive** 63:2 74:6
117:23 118:2,4
177:4
**possession** 53:6
**Post** 2:12,19 3:6
144:13 207:13
207:15,19
**potent** 26:13
**pounds** 108:1,4
**power** 136:17
**practice** 138:1
210:23 211:3
221:16
**prank** 42:4,8
**PREA** 145:18
208:14 223:2,3
223:12
**preach** 147:25
**preaching** 165:17
**precaution** 166:2
168:19
**preceded** 128:8
**premises** 15:9,12
15:13 19:20,21
19:23 20:4,24
21:2,5 162:12
**premises--** 15:24

**preparation**
55:25 56:4
**prepared** 142:17
149:16 225:14
225:17
**present** 3:13
46:23 47:2
**press** 107:18,21
**pressure** 210:2
216:12
**pretty** 15:7
125:10 148:16
169:1 211:24
**prevent** 189:23
**prevention** 16:8
17:3,17 21:3
29:14 70:12
**previous** 27:25
28:19 149:7
153:11 154:5
165:16 169:10
195:17
**primary** 171:17
**prior** 128:2
131:15 134:10
**prison** 67:16
208:10
**prisoner** 74:25
**prisons** 189:8
**probably** 52:3
80:19,20 93:15
102:1,3 109:12
111:8 112:22
114:9 120:10
**problem** 67:21
169:3 183:24
184:7,9,15
190:18,20
191:10 192:21
192:24 193:8
**problems** 69:6
152:19,25
166:19 168:15
169:24 185:19

186:12 191:6
192:19
**procedure** 5:6
49:19 98:14
210:9 225:21
**proceed** 78:11
**process** 147:5
188:25 189:21
190:1,3
**processed** 30:6,9
30:13,16,18,23
**processing** 30:25
**produce** 51:25
**Production** 52:21
**professional**
29:16 43:14,23
44:2 118:14
**professionals**
176:7
**program** 147:2
164:7
**prohibition**
225:20
**promote** 126:2
**promotion** 126:4
**prompted** 149:11
**pronounced**
123:21 124:2
**proper** 82:7 137:9
137:18
**properly** 136:12
**protect** 9:8,10
10:1
**protecting** 9:24
9:25
**protocols** 147:21
**provide** 6:19
142:15 146:12
177:6
**provided** 23:1
138:11 165:25
166:14 176:8
183:4
**providing** 168:2

**provoke** 138:14
**PROVOSTY** 2:11
**public** 159:25
**pull** 42:7
**pulled** 92:25 93:7
141:5 142:4
158:9 160:3
205:2
**pulling** 92:17
142:5 143:1,6,8
**punch** 87:23
89:15,23
**purpose** 169:6
**purposes** 1:9 5:5
**pursuant** 5:3
**push** 84:13,23,23
85:2,23 89:5,7
89:20
**pushed** 85:9,14,21
86:17 87:15,20
89:4 90:24
204:23
**put** 38:11 41:6,18
41:20,23 55:19
66:13,16 67:6
71:6 72:4,9
73:10,13 78:10
85:23 99:12,22
105:15 120:21
120:24 130:16
134:1 149:2,3,4
158:9 160:7
170:6,18,19
179:25 186:6
188:21 191:5
193:5 198:18
211:3,7,11
212:23 215:1,6
215:10
**put--** 41:6 104:1
**putting** 13:3
21:17 42:1

<hr>

Q

| | | | | |
|---|---|---|---|---|
| qualified 144:6 | quizzes 147:21 | 182:25 183:23 | 104:16 174:5 | 189:5,16,20 |
| question 5:7 6:9 | **R** | 184:21 185:15 | 208:6 214:14 | 191:4 |
| 6:12,15 7:4,6,7 | **R** 2:24 | 185:22,25 | recall 14:21 21:1 | receive-- 51:12 |
| 7:10,12 9:15 | **R.S** 225:8 | 186:24 187:3 | 29:1 30:1,15 | received 11:3 15:8 |
| 11:14 17:13,15 | rack 78:14 79:3 | 188:21 189:16 | 39:19 40:9 | 21:1 23:7,10 |
| 23:23 24:25 | 154:22 171:22 | 189:20 207:19 | 47:14 58:8 | 37:22 142:8 |
| 25:19,20 26:21 | 172:3,7 | 221:12,16 | 71:12 85:3 | 144:3 184:3,6 |
| 30:7 32:19,20,21 | racks 171:22 | **RCC's** 168:14 | 92:19 93:12 | receiving 146:10 |
| 32:22 35:23 | radio 80:9,10,11 | 176:11 | 99:5 101:1 | 181:22 183:8 |
| 42:16 45:6 | 104:5 160:16 | **RCC/Runner** | 103:20 107:4,6 | recognize 33:1 |
| 54:24 55:7 56:3 | 195:16,18,20,23 | 32:25 33:8 | 108:15 110:14 | 37:17 52:9 |
| 62:5 63:25 | 196:14 | 34:17 35:9 | 111:17 114:10 | 116:15,17,19,20 |
| 67:11 76:25 | radio-- 195:20 | 37:13 49:11 | 114:14,21 115:3 | 161:15 |
| 80:2 86:7,10,12 | raise 87:2 | 53:25 | 120:5,8 127:8 | recognized 99:8 |
| 86:13,16 90:1,3 | range 144:8,9,10 | react 140:5 | 131:13,22 134:2 | recommended |
| 90:14 91:8,9,21 | ranges 15:15 | reaction 142:22 | 145:19 146:18 | 42:18 |
| 97:20 101:5 | rank 8:24 10:20 | 165:24 202:9 | 149:11,22 150:1 | record 18:10 35:7 |
| 106:7 110:14 | 31:10 | read 5:12 33:10 | 150:3,13,25 | 50:9,13 70:25 |
| 115:20 122:6 | ranks 65:7 | 116:18 132:10 | 158:3 163:2,5 | 77:6 88:4,14 |
| 123:24 127:17 | **Rape** 208:10 | 132:12,14 | 167:12 168:2,8 | 96:3,7 118:21 |
| 133:6 137:11 | rate 216:12 | 133:18 135:19 | 179:6,17 180:11 | 123:8,10 132:8 |
| 149:12 173:9 | rated 49:22 | 136:3,4 138:7 | 180:16 181:22 | 174:14 185:10 |
| 174:18 175:3,23 | **Ray** 3:17 | 148:4,24 155:3 | 183:22 184:22 | 202:11 218:18 |
| 180:19 184:2,9 | **RCA** 77:12 | 168:9 174:16 | 192:8 194:23 | 222:1,5 |
| 192:20 196:25 | **RCC** 9:5 10:10 | 184:25 192:16 | 195:19,25 196:7 | recorder 24:7 |
| 211:24 212:7 | 11:8,23 42:15 | 224:3,6,7 | 196:9,11,12 | recording 24:5 |
| 213:13 214:1,6,9 | 116:14,21 117:7 | reading 54:19 | 197:4,8,11 | 126:17,21 |
| 217:11,18 | 122:17,21,24 | 151:6 155:14 | 198:22 202:3 | reduction 31:14 |
| 218:10 219:6,7 | 123:4 125:18,25 | ready 27:3 | 205:18 210:22 | **REEXAMINA...** |
| 219:13 223:4,6,9 | 131:1,6 132:19 | real 55:19 70:11 | 215:19,21 | 207:12 218:19 |
| question-- 25:11 | 132:21 133:2 | 73:16 104:24 | 216:10,16 217:3 | 222:6 |
| questionnaire | 135:4 136:15 | 118:18 | 217:4 | reference 195:7 |
| 30:12 | 137:22 138:11 | realize 132:11 | recall-- 180:14 | referencing |
| questionnaires | 142:15,19 | 139:12 | recall--if 49:11 | 178:23 200:20 |
| 30:5 | 144:24 145:22 | really 61:5 76:15 | receiv- 146:8 | reflect 133:13 |
| questions 6:7 | 146:2,10,21 | 107:14 121:23 | receive 11:8 16:7 | refresh 34:2,10 |
| 108:23 123:14 | 147:22 150:19 | 134:21 150:13 | 16:10 18:17,18 | 46:14 89:3 |
| 138:17 140:4 | 165:20,25 166:3 | 174:21 189:2 | 19:16,19 20:6,23 | refresh-- 151:24 |
| 143:21 148:1 | 166:9,18,23 | 190:3,10 192:20 | 22:9 37:3 39:9 | refreshed 23:3 |
| 191:13 194:11 | 168:2,11 171:13 | 193:4 198:24 | 50:22 51:15,24 | 148:19 |
| 218:2,3,6 | 175:12 176:8 | 203:25 206:8 | 142:11,18 | refresher 38:16 |
| quick 70:11 73:16 | 179:12,15 181:2 | 207:9 212:10 | 143:11 182:4,21 | 39:9 42:13 43:2 |
| 78:25 118:19 | 181:3,6 182:5,17 | really-- 43:8 | 183:10 184:17 | refresher--the |
| quite 27:14 38:18 | | reason 55:8 73:21 | 184:20 188:20 | 42:12 |

| | | | |
|---|---|---|---|
| **refrigerator** 72:9 | 107:2,2,12 | **repeat** 30:7 47:11 | 50:1,3,9 52:18 | 171:10,17 |
| 73:10,14 149:3 | 108:14 110:16 | 56:3 62:7 67:11 | 54:3 55:21,23 | 173:16 186:19 |
| **refusing** 198:23 | 111:6 112:6,10 | 86:10 91:10 | 96:9 194:7 | 186:19 218:11 |
| **regard** 136:7 | 114:13,16,19 | 123:1 127:17 | 220:1 222:4 | **responsible** |
| 168:14 173:17 | 115:2,5 116:2,5 | 131:4 158:6 | 224:3,6,9,11 | 184:23 |
| 188:7 | 116:13 117:9,15 | 160:4 168:12 | 225:4 | **responsiveness** |
| **regarding** 21:6 | 120:3 123:19 | 189:19 191:7 | **Reporters** 1:20 | 5:7 |
| 22:10 43:24 | 124:6,17 125:23 | 202:15 209:8 | 225:10 | **rest** 117:20 118:2 |
| 223:1 | 130:6,17,22,24 | 210:13 211:1,22 | **reporting** 26:19 | 118:4,7,8 122:16 |
| **regardless** 70:13 | 131:17 132:13 | 214:23 216:23 | 192:8 225:13 | 156:8 170:23 |
| **regular** 173:19 | 133:3,6,19,21,21 | 219:8 221:15 | **reports** 4:3 36:12 | **restrains** 182:10 |
| **related** 119:3,7 | 134:3,7 141:16 | 223:6,9,18 | 36:19,24 37:4 | **restraints** 182:4,9 |
| 225:22 | 142:23 143:5,14 | **Repeat--** 127:17 | 181:18 | 182:16 |
| **relations** 49:22 | 143:15,18 144:7 | **repeat--repeat** | **represent** 6:5 | **retrieve** 82:3 |
| **relationship** | 144:8,10,13 | 197:7 | 123:11 127:4 | **retrieve--** 81:25 |
| 115:24 | 145:21 146:8,10 | **repeated** 218:12 | 158:7 194:10 | **return** 94:3 |
| **relationships** | 147:20,23 149:9 | **repeating** 62:9 | **reprimanded** | **review** 46:13 91:5 |
| 225:20 | 151:16,21 152:1 | **rephrase** 6:11 | 42:14,20,22 | 118:18 177:10 |
| **release** 28:13 | 153:6 157:1,3 | 15:22 17:12,15 | **reputation** 199:7 | 183:14 208:23 |
| 96:13 | 158:18,20,25 | 42:25 48:18 | **request** 52:21 | **reviewed** 66:7 |
| **released** 206:8,10 | 159:5,16 163:10 | 57:19 58:9 62:7 | 53:18 155:23 | 116:6 |
| 206:15 | 163:14,18 164:5 | 81:21 86:11 | **requesting** 25:24 | **reviewer** 49:16 |
| **remember** 8:18 | 164:9 166:8 | 110:9 112:7 | **required** 131:2 | **reviewing** 208:22 |
| 14:20,23,25 15:2 | 167:15,16,17,19 | 119:22 | 171:12 225:18 | **revive** 140:13 |
| 15:3,4,5 16:18 | 168:7 173:25 | **replied** 152:5 | **requirement** 78:6 | **Rewind** 96:15 |
| 16:25 19:2,6 | 176:9,12,15,18 | 163:7 193:13 | **rescue** 140:5 | **reword** 6:11 |
| 20:25 21:4,5 | 176:25 177:9,11 | **reply** 84:3 | **reserved** 5:8 | **Richwood** 8:15,16 |
| 23:11 24:1 29:3 | 177:17,23,24 | **report** 4:8 31:23 | 179:18 | 8:21,24 12:15,17 |
| 29:4,5,6 33:3,5 | 178:13,15,20 | 32:1 33:12 | **reside** 56:17 | 13:17,18,20,21 |
| 39:23 40:17,22 | 179:10,11,21 | 36:16,22 65:2 | **resided** 56:18 | 13:21,23 19:15 |
| 41:3,5,25 42:3,6 | 182:6 183:4,7,11 | 116:8,22 117:5 | 57:24 | 19:19,21 20:4,18 |
| 43:9 44:24 46:4 | 183:18 189:7 | 132:24 151:25 | **residential** 7:19 | 20:24 21:2,6,6 |
| 46:10,25 47:7 | 192:24 193:3 | 190:22 209:7,9 | **respond** 52:23 | 22:10 24:5,13,23 |
| 49:20,24 52:4,5 | 196:20,22 204:6 | 209:12 210:11 | 53:19 | 26:17 27:7 |
| 52:7,12,13 54:7 | **remember--** 61:15 | 210:12,14,15,16 | **responding** | 28:23 29:13,23 |
| 57:9,11 68:10 | 93:20 158:25 | 223:5 | 138:19 | 30:5,6 31:13 |
| 81:12,15 82:23 | **remembered** | **report--** 190:25 | **response** 50:17 | 33:25 36:11 |
| 85:1,12 92:18,21 | 151:14 | **reported** 1:23 | 58:5 90:19 | 37:1 38:15 |
| 92:21 93:12,14 | **remembering** | 150:4 152:18 | 94:16 174:15 | 39:14 44:18 |
| 93:19 94:1,4,7,8 | 82:15 | 192:11 193:11 | 215:20 | 48:14,19 53:9,15 |
| 94:23 95:1,7,9 | **removal** 134:9 | 225:13 | **responses** 6:20 | 53:16 64:14 |
| 98:22 99:1 | **removed** 92:14 | **reporter** 1:25 | **responsibilities** | 118:14,23 |
| 100:4,11,25 | 134:5 | 6:23 7:21,24 | 174:11 | 120:16 157:8 |
| 101:3,7 103:22 | **René** 3:14 | 10:24 11:1 38:1 | **responsibility** | 205:6,23 210:24 |

211:3,3
ride 147:2
right 5:12,13 7:14
8:8,13,21,22 9:7
9:9,12,22,22
10:9,14,17 12:2
12:4,11,13 13:6
13:13 14:15,17
15:24 16:3,16,23
17:1,3 18:4
19:24 20:23
22:4,9,19,24
24:17,20 25:15
25:22 26:7,16
27:2,5,8,11,12
29:20 31:17
32:5,25 33:6,15
33:19 34:6,15
35:5 36:10,10
37:3,6,9,10,21
38:3,10,14,18,19
38:23 39:9,16,21
39:24 40:7,9,14
41:18 43:13
44:25 45:2,15,25
46:9,13,17 47:2
47:5,17 48:11
49:1,2,21 50:15
51:6,20,24 52:13
52:19,19 53:14
53:17 54:9 55:7
55:11,13,20,24
56:7,13 57:7
58:2,8,8 59:4,7
59:16 60:9,14,18
61:22 62:18
63:22 65:8,16,24
66:5 67:7 68:4
68:12 70:23
71:3,5,15,20,24
72:1 73:9,16
74:10,19 75:5
76:12 77:2,22
78:3,25 79:8,11

80:6,8,11,14,19
80:21 81:16,17
81:22,25 82:3,12
82:14,14,19,23
83:1,2,10,13,15
83:17 84:22
86:1,4,6,14,15
86:16,20,25 87:7
87:11,15 88:16
88:23 89:3 90:2
90:17,18,23 91:2
91:12,14,20,22
92:1,19 93:6,22
94:2,10,19 95:8
95:11,11 96:14
96:16,18,18 97:1
97:9,11,12,15,21
98:16,23 99:2,9
99:14,23,25
100:12,19 101:6
101:14,18,19
102:9,13,22,25
103:4,12,14,18
104:3,6 105:5,19
106:6,13,22,23
109:1,6,12,14,22
110:21 111:1,20
111:23 113:8,25
115:3 116:14,17
118:11,16
120:15 121:5,9
121:19 122:2,11
123:9 124:5,18
127:6,21 129:8
130:25 131:13
132:2,6,6 133:17
134:3 135:13
136:6 138:1,7
141:16 142:4,9
143:4,7,21,24
144:6,13,16
145:5,7,9,12,15
145:17,21,24
146:8,21 147:12

147:12,18,24
148:16 151:6,8
153:10,20,25
154:15,18 155:8
155:19 156:14
156:18,21
157:22 158:25
159:2,16,19,25
160:10,12
161:21 162:16
162:19,22
163:22 164:24
165:5,11,24
166:4,12,21
167:6,20 169:9
169:13 170:6
172:13 173:16
173:20,23 174:1
174:4,13 175:14
176:22 178:11
179:11,15 180:6
181:14 182:3,19
183:1,4,12,23
186:9,9,13,18,22
187:3,13 188:4
188:12,16
189:10 190:1,9
191:4 192:13,18
193:19,20 194:3
195:17 199:12
201:5 203:18
206:23 207:1
208:2,2 209:20
211:13 212:17
212:20,22 213:2
213:5 214:11,14
214:18 215:8,23
216:5 217:8
218:25 219:21
219:25 220:7,21
221:21,23,24
223:23 224:10
224:11
**right-handed**

203:17,19
**right,--** 75:5
**ring** 150:3
**rise** 121:23
**risk** 70:19
**Robert** 1:6,12
33:24
**Robinson** 1:4 2:3
3:14 5:5
**rocky** 155:12
**role** 28:3
**roll** 28:6,7,19
**room** 47:6 78:10
80:12 94:20
111:13 152:9,21
154:2 215:18
**ropes** 147:3
**roster** 173:6,11
213:6
**rosters** 171:9,14
172:24 173:12
**rotated** 125:9
**rough** 209:19
**round** 76:7 77:3,5
**roundhouse** 89:14
**rounds** 66:4 75:16
75:20,21,22,22
75:24 76:4,4,23
77:23 78:1,4
93:9 94:23
103:23 104:7
110:12,25 111:2
111:13 112:22
126:24 190:10
222:11,12
**routine** 26:19
110:17,22
111:12
**rover** 222:8,9,10
222:21,23
**rule** 6:18 34:8
185:24 186:3
187:4,8 188:5
**rules** 5:6 185:22

186:7 187:1,14
187:23 188:14
188:18 225:18
225:21
**run** 224:1
**Runner** 1:16 5:3
5:11 6:1,4 7:18
35:23 50:15
118:22 123:9
140:16 173:2
174:15 185:12
222:7 225:7
**Runner--** 38:2
**running** 9:7 48:13
**running--** 9:6
**rush** 105:20
**Ryland** 2:14

S

**SADLER** 2:11
**safe** 136:12
**said--** 134:25
141:3 191:25
204:1
**satisfactory** 53:2
**satisfy** 53:18
**Saturday** 125:5,7
129:14
**saw** 40:8 59:5,7
59:20,25 60:1,2
60:19,25 61:12
61:24,25 62:1,13
62:14,16 65:21
78:11 79:22
89:21 93:8 94:5
94:12 97:21
104:12 109:6
110:11,19
111:20 112:25
113:20,22 114:8
114:12 115:17
115:24 118:13
138:19 139:11
154:16 156:19

Jeremy Runner
August 30, 2017

Page 24

| | | | | |
|---|---|---|---|---|
| 157:4 162:17 | **screen** 204:23 | 109:7 110:4,9 | 139:10 | **set** 141:9,12 225:8 |
| 163:8 197:22,22 | **screened** 29:15 | 114:5,18 115:6 | **selected** 174:6 | **severe** 209:19 |
| 197:23,24 | **screening** 10:7 | 115:11,14,19 | **self** 130:15 135:10 | **sexual** 55:15 |
| 200:25 202:18 | 181:20 | 118:17 120:24 | 219:23 | 135:8 136:11 |
| 205:1 215:18 | **screenings** 30:10 | 121:2,5 122:15 | **self--or** 131:18 | 208:15,18 |
| **saw--** 60:18 79:22 | **seal** 225:26 | 132:5 147:17,18 | **self--self** 135:7 | **sexualized** 31:22 |
| 115:21 | **search** 161:1 | 151:2 152:6 | **selling** 170:4 | **shackled** 98:21 |
| **say--** 9:17 175:22 | 172:24 | 153:3 154:22 | **send** 160:20 | **shake** 107:11 |
| **say,--** 106:17 | **searches** 38:22 | 155:22 156:11 | **sent** 30:17 57:22 | **shakes** 6:21 |
| **saying** 6:21 18:9 | 39:1,1 42:13 | 156:25 162:13 | 158:23 | **shaking** 79:23 |
| 21:25 31:21 | 171:14 173:12 | 166:8 172:20 | **sentence** 18:6,9,10 | 138:24 139:1,11 |
| 33:16,19,22 59:9 | **second** 34:19 | 176:5,16 180:20 | **separate** 167:24 | 139:13 |
| 59:10 66:19 | 37:18 54:14 | 180:20 181:2 | 178:6 210:11,14 | **sheet** 145:24 |
| 68:8 85:16 | 60:25 61:2,8,25 | 190:9,19,20 | **separated** 190:10 | 148:11 |
| 93:24 108:17 | 62:19 78:9 | 193:13 203:11 | 208:16 209:4 | **Sheriff** 14:16 |
| 119:20 120:12 | 79:18 88:2 | 207:13 208:15 | **separation** 190:17 | 17:16 18:18 |
| 139:6 148:2 | 129:12 141:14 | 219:15 | **September** 226:2 | 19:5 100:9 |
| 151:23 152:2 | 163:8 200:15 | **see--** 136:4 141:3 | **sequentially** | **sheriff's** 123:20 |
| 155:15 175:8 | 206:6,13 | **see--in** 78:22 | 35:12 | 124:7 126:23 |
| 179:14 187:9 | **seconds** 60:12,20 | **seeing** 33:7 61:4 | **sergeant** 26:4,7 | 130:3 138:8 |
| 193:3 199:10,10 | 79:7 121:17,20 | 65:24 92:19 | 31:11 77:10,11 | 158:5 159:1 |
| 199:11,18 202:2 | 126:20 | 101:1 107:6 | 77:14,19,21 | 160:6,12,17 |
| 205:16 216:3 | **section** 148:24 | 108:15 114:21 | 79:13,16,21,25 | 161:12 174:15 |
| **saying--** 212:13 | 174:17 | 120:5 139:13 | 80:24,25,25 | 192:18 |
| **saying--asking** | **see** 20:16 23:23 | 150:2 158:19,20 | 87:13 126:2 | **sheriffs** 159:5 |
| 187:19 | 27:17 28:3,15,22 | 159:6 176:13,15 | 136:17,17,18 | **shift** 22:14,17,18 |
| **says** 33:18 38:17 | 29:25 34:3 | 180:11,16 | 137:3,17 138:22 | 22:19,20 27:10 |
| 54:5 80:3 141:3 | 36:10 37:16 | 187:20 207:10 | 139:9 147:10 | 27:25 28:2,19 |
| 145:7 176:6 | 38:10 49:8 | **seek** 126:4 | 157:12,20 | 59:15 62:11,21 |
| 213:4 | 53:24 58:17,21 | **seem--** 185:1 | 173:15,18,20,23 | 63:24 74:8 81:5 |
| **says--that** 77:6 | 58:23,25 59:17 | **seen** 55:1 62:21 | 174:2,4,6,7 | 125:2,19 126:14 |
| **sca-** 67:16 | 60:8 61:3 66:8,8 | 66:18 94:9 98:1 | 194:21 214:13 | 126:24 127:11 |
| **scabies** 67:17 | 66:9 72:24 73:5 | 102:18 110:22 | 214:15 222:17 | 127:21 128:3 |
| **scenario** 89:21 | 77:24 78:13,15 | 121:1 141:11 | 222:20 | 129:5,16,18,22 |
| **scene** 82:17,20 | 78:17,18,22 79:8 | 150:20 151:12 | **sergeant's** 126:14 | 129:24 130:7,7 |
| 83:2 93:8 | 79:9 80:3 89:6 | 156:5 166:12,18 | **Sergeant--** 81:13 | 130:18 131:3,14 |
| 131:10 140:25 | 90:21 92:17 | 198:23 205:23 | 147:10 | 131:22,23 134:4 |
| 156:25 | 94:14,17 95:10 | 209:1 | **sergeants** 26:11 | 135:12 138:20 |
| **schedule** 13:12,15 | 95:14 96:4,14 | **seen--** 94:9 138:24 | 81:13 203:9 | 147:25 148:17 |
| **scheduling** 35:21 | 97:1,4,24 98:9 | 205:22 | 209:3 | 148:18,23 |
| **scheme** 199:2 | 98:10,18 99:3,15 | **seen--already** | **series** 177:15 | 149:13,24 |
| **school** 11:25 12:2 | 99:18 101:17,21 | 152:4 | **served** 43:11 | 150:17,23 |
| **screaming** 201:6 | 102:12,15 103:6 | **seize** 208:5,9 | **service** 165:24 | 151:18 153:11 |
| 201:10,11 | 103:13 104:17 | **seizure** 79:23,24 | 168:4 | 153:11,12,16 |

| | | | | |
|---|---|---|---|---|
| 154:2,3,5,6,8,25 | **side** 70:3 83:4 | 72:6 73:8,11 | 148:13,15 | 207:14,18,20,24 |
| 155:16 157:16 | 90:18,20 91:3,14 | 76:22 77:1,4,16 | 149:19,21 150:7 | 208:1,8,13,17,19 |
| 157:18 166:7,21 | 91:17,17,18,22 | 77:20 83:9 | 151:13,15 | 208:25 209:5,10 |
| 167:21 169:7,16 | 92:1,7,8 97:5,6,7 | 88:16 89:2,12 | 152:13,20 154:7 | 212:21 216:13 |
| 169:17 174:2,20 | **sign** 5:12 224:3,6 | 91:11 94:11 | 154:11,14,17 | 216:18 219:3,20 |
| 176:11,13,14 | 224:7 | 96:25 97:3,23 | 155:2,7,9,18 | **sit** 22:23 113:4 |
| 177:6 178:1,10 | **sign-in** 145:24 | 98:9,13,15,20 | 156:20,23 | 146:11 153:4 |
| 178:17 183:16 | 148:11 | 99:19 100:23 | 157:21,24 158:1 | 168:8 |
| 191:16,16 | **signature** 37:17 | 101:24 102:19 | 158:12 159:3,9 | **sitting** 22:22 |
| 194:17,19,19,24 | 116:19 132:11 | 103:5 104:15,19 | 159:11,15,23 | 78:14 79:3 |
| 195:21 196:3,8 | 225:26 | 104:21 105:4 | 160:9,21 161:3,5 | 82:14 86:3 |
| 196:13,15 197:9 | **signed** 145:24 | 106:2,5,16,24 | 161:10,14,16,20 | 113:2,9,22 114:4 |
| 203:10,11,12 | 148:14 | 107:7,16,19 | 162:12,15,24 | 114:8 170:2 |
| 206:6,12,20 | **significant** 38:11 | 108:2 109:5 | 163:1,11,21,23 | 178:18 |
| 223:3 | **signs** 17:4,19,25 | 110:8 111:15 | 164:8,10,14,23 | **sitting--sitting** |
| **shift's** 149:7 | **simple** 183:13 | 114:7 115:10,13 | 165:18,23 | 86:1 |
| **shift--** 165:16 | **simply** 89:4 98:12 | 115:15 116:7,10 | 166:11,13,15,20 | **situated** 69:2 |
| **shifts** 21:24 | **since--** 127:2 | 116:20,24 117:2 | 167:8,11 168:1 | **situation** 30:16 |
| 167:13,19,24 | 168:25 | 117:4,7,11,25 | 168:16 169:5,8 | 38:12 142:19,21 |
| 173:21 | **single** 177:15 | 118:12 119:2,5,8 | 169:14,20,22 | 171:14 177:2,7 |
| **shifts--** 167:12 | **sir** 6:13,17,24 7:2 | 119:11 120:7,23 | 170:1,21 171:19 | 187:17 190:19 |
| **shit** 175:9 | 7:9,13 8:1,7,23 | 121:21 122:1,13 | 172:10,12,14,17 | **six** 121:7,16,20 |
| **shock** 93:8 | 9:3,11,16,20 | 122:16,20,23 | 173:4,22 174:8 | **six--six** 47:24 |
| **shook** 107:5,8 | 10:2,5,8,16 12:8 | 123:3,6,22 124:9 | 174:10 176:14 | 126:11 |
| **shooting** 15:15 | 13:2 14:9,14,18 | 124:11,14,16,25 | 176:24 178:12 | **Skin** 164:22 |
| 144:8,11 | 16:9,11 17:6 | 125:12,14,20 | 178:19,21 | **skip** 75:23 |
| **shoulder** 6:22 | 18:20,24 20:5,16 | 126:1,3,5,7 | 179:20,20 180:5 | **slammed** 120:17 |
| **shovel** 176:2 | 22:8 23:5,11 | 127:22 128:13 | 180:21,23 181:5 | **sleep--** 165:9 |
| **show** 32:25 37:12 | 24:11,19,22,24 | 129:3,19,23 | 181:15,21 | **slept** 15:23 |
| 37:16 49:8 52:8 | 25:1,9,16 27:4 | 130:5 131:7,12 | 182:20,23 186:1 | **slipped** 105:12,17 |
| 53:24 116:14 | 27:22 28:21 | 132:3 133:12,18 | 186:4,8,17,23 | 105:18 108:6 |
| 132:4,9 147:3,14 | 30:11,14 31:8,24 | 134:11,14,20,23 | 187:2,12,25 | **slow** 55:19 |
| 150:19 211:18 | 32:8,11,15 43:12 | 135:3,14,17 | 188:3,11,15,23 | **slur** 63:12 |
| 212:2,19,22 | 43:17,22 44:1,4 | 136:25 137:5,7 | 189:9,12,25 | **small** 78:20 187:8 |
| **showers** 119:14 | 44:7,10,12 45:1 | 137:10,20,25 | 190:24 193:10 | 187:9,10 188:17 |
| **showing** 37:8 | 45:3,16,21 46:2 | 138:3,6,13 | 193:18 194:18 | **smoking** 219:23 |
| **shown** 183:20 | 47:18,20 48:2 | 139:16,18,24 | 195:3,12,14 | **so--** 9:23 32:7 |
| **shows** 77:6 213:13 | 49:14 50:3,21 | 140:1 141:2 | 197:20 198:17 | 54:10 61:6 73:9 |
| 213:23 | 51:23 52:18 | 142:7,10 143:3 | 198:20 199:24 | 73:24 76:18 |
| **Shreveport** 2:6 | 57:10,23 58:1 | 143:25 144:2,5 | 200:2,5 202:19 | 95:9,20 105:8,13 |
| **sic** 89:8 99:8 | 61:10,12,24 | 144:12,15,18,21 | 203:16,23,25 | 110:13 153:20 |
| 138:23 139:14 | 62:12 64:20 | 144:23 145:8,11 | 204:3,5,12,19,22 | 199:15 |
| 139:18,21 170:4 | 67:24 69:12,15 | 145:16,20,23,25 | 204:25 205:3,9 | **so--was** 105:8 |
| 191:21 | 70:6,8,10 71:2 | 146:7,13 147:4 | 205:12 206:7 | **SOBEL** 2:11 |

| | | | | |
|---|---|---|---|---|
| social 48:3 | 198:3 | 98:14 207:17 | stomping 58:21 | suffocate 93:2 |
| socialize 118:25 | special 67:1,8,13 | standing 16:14 | 58:21 59:3 | suggestion 216:20 |
| some-- 117:10 | 67:23 168:23,24 | 22:21 98:2,24 | stop 44:16 86:5 | 217:1,6 |
| some--maybe | 169:19,19 180:7 | 175:8 | 88:23 96:18 | suicidal 17:22 |
| 67:9 | special--the | standing-- 87:1 | 102:25 109:17 | 18:16 67:9 |
| somebody 31:7,9 | 170:12 | start 7:4 8:8 18:10 | 110:24 111:2 | 135:6 136:11 |
| 51:9 115:24 | Specialist 8:5,6 | 27:10 75:19 | stopped 18:8 | suicide 16:8 17:3 |
| 131:6 172:15 | specialized 43:16 | 88:6 105:21 | 86:24 117:20 | 17:5,17,20 21:2 |
| 186:22 191:5 | specific 71:12 | 124:6 145:1 | straight 78:17 | 29:14 67:3,4,8 |
| 195:5 | 161:25 178:13 | 216:19 | street 2:6 205:23 | 67:13 70:11,16 |
| somebody-- 50:24 | 194:23 197:17 | started 8:21 18:7 | 206:6 | 70:19 122:22,25 |
| someone's 201:17 | 213:3,17 214:20 | 22:15 78:1 | stretch 185:13 | 123:2 170:13 |
| Somewhat 46:5,8 | 214:24 | 127:12 145:2,3 | stretcher 216:21 | suicides 67:6 |
| 188:8 204:14 | specifically | 156:22 | 217:9,15 218:22 | suit 124:8 183:21 |
| soon 79:22,22 | 211:20 222:15 | starting 88:17 | strike-- 89:14 | Suite 1:21 225:10 |
| 92:22 125:18 | specificity 62:19 | 174:19 | struck 89:4,7 | summer 145:7 |
| 132:2 138:20 | speculation,-- | state 1:26 7:16 | struck-- 89:16 | SUMMERSGI... |
| sorry 7:22 17:14 | 201:20 | 12:3,5 225:1,5 | stuck 17:2 | 3:4 |
| 33:4 54:17 | spoke 204:17 | stated 84:6 111:25 | student 36:3 | Sunday 125:5,7 |
| 55:18 56:23 | spot 79:4 195:23 | 163:7 | study 23:17 | super 209:23,23 |
| 58:15 73:3 | spots 72:13 | statement 46:17 | stuff 28:14 39:8 | superior 38:17,23 |
| 85:17 97:19 | spray 24:18,20 | 46:20,24 47:2,13 | 67:16 70:2 | 43:2 64:24 65:1 |
| 107:23 157:17 | 25:23,25 26:6,10 | 116:1 123:19 | 130:15 131:16 | superiors 42:14 |
| 180:16 191:23 | 26:13,14 163:25 | 124:7,13 126:17 | 155:25 190:13 | 200:9,12 |
| 201:16 209:14 | spray--I 105:25 | 126:19 131:11 | 220:6,23 | supervision |
| 220:1 | sprayed 165:8,14 | 138:8 148:21 | style 20:3,6,17 | 225:15 |
| sort 41:7 | sprays 26:11 | 155:3,8 158:16 | su- 67:4 | supervisor 10:10 |
| sought 138:10 | squatting 86:19 | 159:2 174:16 | sub- 57:22 | 10:12,14,18,21 |
| 169:10 | 86:20,25 106:19 | 192:17 | subject 20:10,12 | support 68:8 |
| sound 8:22 124:18 | 139:3 | STATES 1:1 | 24:3 | supports 66:19 |
| 127:6 133:16 | Sr 6:6 58:9,13 | stationed 15:9 | subjects 20:21 | supposed 75:1 |
| 145:7 151:14 | 59:5,8,17 60:19 | statute 225:18 | submitting | 134:21 136:8 |
| 172:15 | 60:25 61:3,13,25 | stay 15:23 136:5 | 181:18 | 142:13 184:18 |
| sounds 139:20 | 68:14,17 70:5 | 164:4 205:23 | subpoena 4:6 | 187:6 |
| 193:1 | 211:17 | stayed 15:13 | 50:22 51:15,24 | supposedly 213:7 |
| span 121:18 | Sr.'s 58:23 | 100:10 112:4 | 52:8,12 57:22 | sure 6:14 9:6,7 |
| speak 29:25 35:4 | staff 37:14 64:2 | steady 135:9 | subscribe 44:5 | 11:11 30:8 |
| 63:7 157:22 | 166:4 176:6,11 | 222:13 | substantial 29:14 | 38:19,25 47:12 |
| 158:13 159:10 | staff--I 71:18 | step 34:19 194:21 | suck 220:14,17 | 50:12 52:16 |
| 163:12 222:2 | stamp 102:6 | sticks 195:4 | suck-- 220:14 | 67:12 74:4 |
| speaking 26:16 | stance 192:22 | sticky 41:12 | suck--suck 164:20 | 75:15 77:18 |
| 63:13 158:3 | stand 87:1 99:15 | stipulated 5:2 | sucked 105:23 | 81:7 85:11 |
| 159:1,17 163:2 | 172:5,8 | STIPULATIONS | sued 44:8,11,18 | 95:25 96:5 |
| 163:10 182:8 | standard 75:5 | 5:1 | 45:17,18 | 103:11 118:20 |

| | | | | |
|---|---|---|---|---|
| 127:18 128:25 | 160:24 162:19 | 201:7 202:21 | 152:22 154:9 | 219:18 225:6,13 |
| 130:12 131:5 | 164:12,15 166:2 | 209:21 210:1,5 | 155:13 167:9 | than-- 221:3 |
| 135:6,10 136:5 | 168:19 185:1,4,9 | 215:18 216:11 | 168:13 169:7 | **Thank** 7:24 11:1 |
| 136:12 151:3 | 185:12 190:16 | 220:14 221:3 | 170:11 171:20 | 11:7 50:1,4 53:4 |
| 152:7 158:7 | 217:17,19 | **talking--** 43:2 | 171:21 173:13 | 55:5 60:24 |
| 160:22 161:2 | **take--** 16:12 | **Tamara** 1:4 2:3 | 176:25 187:16 | 85:19 88:8 |
| 168:13 172:5 | **takedown** 16:17 | 3:16 5:4 | 188:24 190:1 | 101:23 126:9 |
| 189:17,20 191:8 | **taken** 1:19 5:3 | **Tape** 24:7 126:21 | 197:23 198:21 | 180:25 191:14 |
| 199:5 211:2,16 | 28:3 94:6 98:5 | **tattoo** 207:25 | 209:16 220:7 | 192:5 200:22 |
| 211:23 216:24 | 100:14,17 | 208:6 | **telling** 28:11 | **that's--** 86:14 |
| 217:12 222:21 | 119:23,24 | **tattooing** 191:3 | 107:3 130:3,13 | 94:24 113:17 |
| **surprise** 169:25 | 155:17 156:24 | **taught** 28:22 29:7 | 172:21 195:15 | 157:15 159:7 |
| **suspended** 39:24 | 158:3 181:3 | 131:2 176:4 | **tells** 28:8 75:9 | 181:11 |
| **Swanson** 8:3,9,13 | 209:2 216:11 | **team** 124:22,23,24 | 156:15 | **that's--that's** 75:5 |
| 10:17,22 11:2 | 225:6 | 125:10,16,19 | **temperature** | **that--** 13:6 39:16 |
| 12:15,18 13:15 | **takes** 28:6 197:12 | 126:14 139:5 | 216:11 | 42:1,21 46:11 |
| 13:24,25 17:2 | **talk** 21:19 78:24 | 169:16 176:21 | **ten** 22:15 27:9,11 | 64:13 84:15 |
| 29:8 | 84:22 114:2 | **techniques** 182:9 | 27:19 75:4 | 89:20 111:23 |
| **Swanson--** 48:18 | 123:16 139:21 | **teeth** 120:9 | 102:9 172:13 | 127:6 146:1 |
| **sweep** 16:19,24 | 140:9 176:21 | 138:25 141:4,6,8 | 202:21,22 | 176:12 178:1 |
| **Swimming** 36:7,8 | 178:10 188:12 | 141:10,12,12,14 | 203:14 | 194:15 199:2 |
| **swing** 85:9 89:6 | 206:21 | 141:16,17 | **ten--every** 202:22 | 223:4 |
| **swinging** 85:12 | **talk-** 121:19 | **Telephone** 3:1 | **tender** 123:7 | **that--and** 195:7 |
| **sworn** 6:1 225:7 | **talk--** 84:22 | **tell** 17:7,21 18:16 | **terminated** 55:8 | **that--how** 87:7 |
| **system** 106:1 | 218:15 | 18:21 20:16 | 146:3 | **that--that** 124:14 |
| ——— T ——— | **talked** 22:2 39:12 | 21:16 27:15 | **terminated--** | 127:4 148:11 |
| | 43:1,3,8,9 49:3 | 28:7,12 32:9,13 | 54:13 | 162:9 164:17 |
| **table,--** 178:18 | 92:10 143:22 | 32:22 33:11 | **termination** 4:7 | 167:3 195:21 |
| **tac-** 20:9 | 151:5 156:2 | 39:16 43:5 | 54:4,5,6,22 | **that--that--** 177:9 |
| **tactic** 16:14 | 160:15 162:21 | 44:17 47:9 | **test** 23:22 | **that--the** 150:22 |
| **tactics** 16:10 19:8 | **talking** 7:5 19:16 | 50:16 57:15 | **tested** 23:18 | 206:13 |
| 20:24 | 19:20,21 22:3,24 | 59:8,20 60:2,3,3 | **testified** 6:2 45:11 | **that,--** 33:5 44:6 |
| **tag** 155:5,10 | 24:3 25:17 | 61:1 62:18 | 158:8 196:1 | **the--** 28:6 72:17 |
| **tailed** 9:21 | 30:22 39:22 | 68:25 71:16,17 | 199:19 200:10 | 72:18 73:21 |
| **take** 16:13 19:10 | 40:3 48:4 59:5 | 75:17 81:16 | 205:1 | 79:8,10 82:1 |
| 21:23 22:13 | 60:8 62:2 68:21 | 82:5 91:7 93:13 | **testify** 184:13 | 83:3 91:5 92:3 |
| 27:5 34:1,18,22 | 69:17 82:9 | 93:17 109:17 | 225:8 | 94:9 95:24 |
| 34:23 52:11 | 109:4 121:17,19 | 110:17 124:10 | **testifying** 45:23 | 100:14 105:1,7,8 |
| 57:21 76:6,8,10 | 129:25 134:25 | 130:6,10,25 | 68:7 195:8 | 110:12 115:24 |
| 87:24 88:12 | 135:15 140:8 | 132:12 135:4 | 198:1 215:21 | 118:9 195:21 |
| 119:14 132:10 | 148:22 158:18 | 137:17 138:16 | **testimony** 57:20 | 201:11 205:16 |
| 137:17 141:19 | 159:4,4 161:25 | 140:17 146:14 | 91:25 134:25 | 210:2 222:19 |
| 141:25 150:19 | 170:2 174:20 | 148:2,4 150:6,10 | 197:21 199:25 | 224:4 |
| 155:12 158:10 | 175:2,8 185:14 | 150:11,20 | 203:15 211:15 | **the--and** 104:6 |

| | | | | |
|---|---|---|---|---|
| **the--at** 201:10 | **they--** 21:14 81:15 | 221:25 | 127:12,14,15 | 165:15 177:18 |
| 205:23 | 135:18 150:18 | **thinking** 155:4 | 139:1 | 177:19,20 |
| **the--how** 179:23 | **they--how** 150:9 | **third** 61:8 62:20 | **till--** 25:2 40:16 | 180:11,11,17,17 |
| **the--I** 121:22 | **they--that** 199:22 | **thirteen** 170:11 | **time** 5:8 8:24 | 186:9,25,25 |
| **the--if** 136:14 | **thing** 7:16 20:22 | **thirty** 74:21 76:19 | 12:21 15:10,14 | 191:17 194:20 |
| **the--in** 115:1,4 | 28:4 39:5 40:12 | 77:3 | 21:20 26:17 | 194:20 205:2 |
| 172:23 | 41:13 67:1 74:8 | **this--** 41:20 65:16 | 29:23,23 36:11 | 211:2,16,18,23 |
| **the--intoxicated** | 80:14,16 101:21 | **this--had** 200:3 | 36:12 38:14,19 | 212:3,5,15,16,23 |
| 223:20 | 143:16 152:24 | **this--in** 82:15 | 46:23 52:11 | 213:21,22 214:8 |
| **the--not** 92:1 | 154:13 173:13 | **this--the** 84:23 | 59:7,12,16,20 | 214:21,25 |
| **the--on** 79:24 92:7 | 176:23 185:14 | **this--this** 174:17 | 60:10,16,18,25 | 216:10,19,24 |
| 107:3 196:14 | **things** 6:22 27:23 | 176:15 190:7 | 61:2,12,24 62:1 | 219:1 220:16 |
| **the--over** 137:3 | 33:16 39:2,20,21 | **those--** 77:13 | 62:3,4,19,19,20 | 222:23,25 |
| **the--substance** | 39:25 43:10 | **those--those** | 62:20,21 64:22 | 223:11 |
| 39:19 | 46:10 55:15 | 160:12 | 66:11,20 67:22 | **time--** 58:9 186:9 |
| **the--that** 81:5 | 112:11,12 | **though,--how** | 68:10,12,20,24 | **times** 22:9 30:24 |
| **the--the** 46:20 | 123:16 135:21 | 205:15 | 69:14 73:10 | 39:13,15,18 46:9 |
| 59:14 62:15 | 143:17 147:13 | **thought** 56:22 | 74:25 75:3,14 | 57:24 62:16,24 |
| 78:19 82:20 | 176:23 177:3 | 57:19 79:23,24 | 79:15,15,20 80:3 | 63:1 79:5 |
| 92:12,17,25 93:1 | 187:5 199:3,19 | 103:10 109:1 | 80:4,15,22 83:17 | 104:11 110:11 |
| 94:18 127:10 | 220:21,24 | 112:13 119:19 | 84:11 86:17,21 | 110:15,18,20 |
| 139:11 155:21 | **think** 25:5 51:5 | 119:20 155:16 | 87:12 88:6 | 111:4 120:19,22 |
| 158:20 174:5 | 52:1,1 54:18 | 170:17 190:18 | 94:12 98:17 | 121:2,7,16,20 |
| 177:25 198:24 | 60:9 63:19,19 | 192:21,23 196:1 | 99:6,14 100:10 | 163:12 194:15 |
| 204:23 206:4 | 64:14 65:5 68:1 | 211:15 | 101:11 102:5 | 203:3 214:4,13 |
| **the--the--the** | 71:18 75:4,24,25 | **thoughts** 174:17 | 103:18 106:17 | 222:22 |
| 142:22 146:16 | 81:6 89:18 | **threat** 87:8 | 106:22 107:18 | **tired** 46:10 |
| 175:6 | 90:16,24 94:22 | **threatening** 84:4 | 108:12 109:16 | **title** 8:4 16:21 |
| **the--the--the--it's** | 101:9 103:7 | 87:4,5 | 109:17 111:20 | **to--** 35:2 43:9 49:7 |
| 189:2 | 108:8,10 109:21 | **three** 107:22,24 | 112:16,23,25 | 76:21 85:25 |
| **the--through** 76:5 | 110:22 112:20 | 125:1 147:9 | 113:22 114:8,10 | 132:9 135:1 |
| **the--to** 122:10 | 115:16 118:17 | 167:14 | 114:11,18 | 150:18 192:16 |
| **the--what** 99:20 | 120:10 121:8 | **three-second** | 115:25 116:5,18 | 193:24 201:18 |
| **the--you** 105:8 | 134:1 148:10 | 164:15 | 117:15 119:6,13 | 210:5 212:14 |
| **the--your** 38:23 | 153:21 164:16 | **three-year-old** | 120:15,16,17,18 | 215:13 220:8,10 |
| **then--** 20:1 | 165:8,13 174:18 | 47:24 | 121:18 125:11 | 220:11 224:5 |
| **there--** 29:23 | 177:13 185:6 | **throat** 141:8 | 125:22,25 132:7 | **to--to** 16:12 33:11 |
| 175:18 | 195:4 197:25 | **through--** 207:22 | 132:10 133:5,20 | 75:1 163:20 |
| **there--is** 169:15 | 199:25 200:10 | **throw** 89:14 | 133:24 134:1 | **to--under** 53:7 |
| **there,--** 206:2 | 201:17,24 | **Thursday** 125:5,6 | 144:24 148:22 | **to--when** 114:9 |
| **there;--** 132:2 | 202:12 205:1,6 | 129:14 | 149:4 153:13,17 | **to--with** 136:18 |
| **These--** 108:23 | 206:24 217:16 | **Tiffany** 1:4 2:3 | 153:19 157:4,11 | **to--you** 29:9 |
| **these--this** 140:16 | 217:22 218:20 | 3:14 5:4 | 157:18 163:3,3 | **to--you--to** 28:24 |
| **They'd** 176:14 | **think--** 137:13 | **till** 12:22 69:19 | 163:10,14 | **today** 45:23 46:15 |

| | | | | |
|---|---|---|---|---|
| 55:25 56:4,11,14 | 135:4 136:6,8 | 158:14 | **Tuesday** 125:4,6 | 28:10 29:7 |
| 57:21,23,24 | 147:7 187:3 | **traumatic** 166:10 | 129:13 | 36:24 39:7 |
| 124:13 148:25 | 208:15 210:20 | **travel** 15:10,18,22 | **turn** 95:23 173:7 | 40:17 41:15,20 |
| 153:4 168:8 | 223:15,19 | **traveled** 15:19,21 | **twelve** 61:11 | 45:4,11 51:1 |
| 170:17 173:2 | **training** 4:4 14:16 | **trays** 78:15,16 | 111:8 126:25 | 53:12 59:2 |
| 183:15,19 | 14:22 15:4,8,10 | **treatment** 55:9 | 127:2 | 60:21 62:25 |
| **toilet** 83:5 | 15:11,23 16:1,2 | 93:4 | **twelve-hour** | 63:15,17 64:15 |
| **toilets** 39:6,8 | 16:5,7,7,10 17:2 | **trick** 191:12 | 62:11 | 66:22 67:19 |
| **told** 17:18 19:8 | 17:17 18:18 | **tricky** 25:10 | **twenty** 76:19 77:3 | 70:1 72:7,10,14 |
| 29:5 31:16 | 19:17,20,23,24 | **tried** 78:18 | **twenty-four-ho...** | 72:23 73:6 74:5 |
| 32:15 40:11 | 19:25 20:1,2,3,7 | **tripped** 163:9 | 176:7 | 76:2 79:11 |
| 46:9 55:6 73:17 | 20:15,17,24 21:2 | **trot** 175:6 | **twice** 110:23 | 80:17,24 83:6 |
| 111:2 112:14,16 | 21:5 37:3,7,9,14 | **trouble** 157:25 | **two** 12:23 47:3,22 | 84:2,9 85:13 |
| 112:22 114:4 | 37:22 38:16,18 | **truck** 14:11 | 57:24 78:15 | 87:3 88:25 89:9 |
| 115:16 120:20 | 39:10 42:13 | **true** 106:19 | 79:5,19 114:15 | 90:13 94:2 |
| 138:15,22 | 43:2 70:11,12,15 | 116:25 117:3 | 117:17 120:11 | 96:20 102:16,24 |
| 143:10 149:22 | 136:15 137:19 | 165:17 225:15 | 120:12,13 127:3 | 103:9 105:10,14 |
| 150:8,14,15 | 142:8,11,16,18 | **trustees** 119:13 | 129:12 135:7 | 107:8,25 108:8 |
| 151:19 152:5 | 143:10,11,15,15 | **truth** 32:13,14 | 147:9 160:10,11 | 112:19,21 |
| 154:12,13,21,25 | 145:3,4,17,19,22 | 50:16 124:10 | 160:17 161:9 | 114:10 118:3 |
| 155:25 156:11 | 146:9,10,22,22 | **try** 25:19 135:1 | 167:13,19,19,24 | 122:17 130:1 |
| 156:22 161:17 | 147:2,14 148:8 | 140:11 168:19 | 170:25 171:2,3,4 | 155:7 172:1 |
| 165:16 167:6 | 165:25 166:14 | 185:13 189:23 | 171:5,7 180:12 | 210:7,20 211:10 |
| 170:16 181:8 | 176:8 179:17 | 190:17,19 | 180:13,16,20 | 213:11 215:6 |
| 188:1 193:16 | 181:22 182:4,21 | 195:10 200:13 | 183:24 184:7 | 216:8 219:17 |
| 199:21 213:20 | 183:5,8,10,23 | 203:14 211:23 | 191:8,18 192:15 | 221:8,10 |
| 213:21 219:20 | 184:6,17,20 | 212:15,16 | 200:14 204:21 | **ultimately** 134:12 |
| 220:6,6 221:1 | 185:14 188:20 | **trying** 6:10 13:14 | 213:19 215:6 | 134:15 160:7 |
| **too,--** 204:18 | 189:5,16,20 | 15:17 20:16 | **two-certificate** | **Un-huh** 11:4 |
| **tool** 175:18,23 | 191:5 207:17,23 | 27:15 74:24 | 146:9 | 29:10,19 85:5 |
| 190:16 | 208:12,14 | 82:21 105:7,11 | **two-day** 200:4 | 184:19 214:5 |
| **top** 7:5 136:5 | **training--** 15:9,18 | 105:20 127:18 | **type** 30:1 67:20 | 215:12 |
| **topics** 20:9,11,14 | 145:13 | 138:10,14 | 135:12 143:15 | **under-** 14:15 |
| 20:14,17 123:14 | **trainings** 15:16 | 139:23 153:8,8 | 188:21 209:11 | **underlined** |
| **total** 181:8 | **transcribed** | 153:25 154:3 | **typically** 26:16 | 151:19,25 |
| **totally** 218:9 | 225:14 | 164:20 175:17 | 188:13 215:6,10 | **underneath** 64:25 |
| **touch** 84:6 87:6 | **transcript** 225:16 | 185:15,20 191:8 | | 79:10 163:9 |
| 140:5 | 225:17,18,25 | 191:15 200:15 | U | **understand** 6:10 |
| **towards--** 103:2,3 | **transport** 158:4 | 201:17,18 206:2 | **Uh--** 91:16 | 6:15,16,25 7:7 |
| **town** 70:3 | 158:10 160:6 | 206:12 210:5,10 | **Uh-huh** 10:23 | 15:17 25:20 |
| **train** 16:21 | **transportation** | **trying--** 206:7 | 11:2 13:16 15:6 | 26:21 42:16 |
| **train-** 19:22 | 162:13 | **trying--trying** | 16:6 19:15 | 45:6,25 50:15,20 |
| **train-up** 168:10 | **transported** 100:7 | 112:12 | 20:21 24:9,15 | 58:10,11 61:2 |
| **trained** 38:10 | **transporting** | **Tubbs** 65:9 | 25:7 27:20 | 62:5 63:8 74:24 |

86:10 89:11
91:9 96:5
102:14 109:3
128:25 131:25
143:23 152:7
153:25 154:3
159:22 175:17
179:14 184:10
186:19 205:8
212:8 213:17
understand-
188:24
understand--
127:18
understanding
27:14 167:3
186:10 189:3
211:5 225:16
understood 7:11
168:17 187:1
221:12
unemployment
42:10 45:7
unfair 217:22
uniform 24:4
159:14 161:18
unit 7:20,23,24
28:9,11 41:21,24
42:2 51:22
75:20,20,21,21
75:22,23,23 76:7
76:19 77:2 78:2
82:6 92:25
94:22 168:23
171:21 172:5,23
172:24 189:11
189:18,24 190:7
unit--that 79:1
unit--the 156:1
UNITED 1:1
units 28:12 41:19
75:19 76:11,21
77:17 188:22
unpleasant

140:17
unsolicited 33:23
unusual 4:8 36:16
116:8,22 132:23
163:24
UOR 36:19 38:11
117:8 171:15
210:12,15,19
UORs 36:13,14
37:2
up-- 153:1
up--punched
204:23
upon-- 201:21
upper 170:9
upright 106:22
uproar 198:25
199:3
uproaring 199:1
199:10
us-- 196:19
use 24:20 28:23
36:21 39:10
82:7 84:23,25
175:18 182:5,21
209:6,9 210:11
210:14,18 211:5
usually 35:20
104:4

V

vague 184:4,4,9
valid 225:25
verbal 6:20
verbalize 215:15
verbally 42:14
43:1
Vern- 83:3
Vernon 58:13,24
70:7 71:21
119:23 120:4
123:5 194:10
212:3 214:21
Vernon--that

120:4
versus 1:6,11
180:7 185:20
victim 92:25 93:1
93:3
Victor 10:19,24
video 24:9 58:14
87:25,25 88:16
88:22,23,24
89:22 91:7
94:10 96:14,17
96:21 99:2
101:14,15,19
102:10,12,21
104:12 162:17
162:22 183:15
183:16,20
219:16
view 88:24 136:14
136:19 137:15
137:16,22 138:5
187:13,24 188:4
188:5
view-- 96:19
viewing 155:21
165:15
Viking 2:26
violation 34:8
187:4 188:5
223:2,12
violations 187:8
vision 137:2
visit 56:15 218:16
218:17
visual 111:11
visualized 60:10
110:19
visually 214:20,24
vitals 216:11
voice 17:23 18:15
63:12
voicing 23:2
volition 93:24
volunteering

128:17

W

W 2:5,18
Wait 25:2 76:24
waited 139:1
waiting 102:15
walk 60:17 72:3
103:8 206:23
walk--walk 75:14
walk-through
146:16
walked 78:25
142:18 149:1,1
198:16,19
Walker 3:18
50:13 88:18
149:7 153:5
154:10
walking 75:18
103:1,18 149:17
155:24 171:21
197:25 199:1
wall 83:5 113:2,3
113:6,7 114:5,8
want 6:14 9:14,17
12:22 18:8,14
19:13 24:3 31:1
34:3,22,23 35:1
37:16 43:5
45:18 49:7 50:5
50:22 53:19
54:18 58:2 71:6
73:16 78:24
90:21 94:7
108:11 118:18
123:16 128:25
132:10 134:24
135:21 138:9,15
141:22 142:2
146:17 148:20
148:21,24 152:7
153:15 156:11
174:16 177:11

192:17 203:11
209:23 222:7
want-- 94:7
wanted 16:12
149:16 155:22
158:16 200:16
203:6 208:10
211:16 220:11
220:14,17
wanting 17:5 31:2
32:13 200:17
wants 31:4 78:22
78:22 80:3
warden 3:17
156:25 157:6
176:20,21
178:24,25 179:1
179:3
warden,-- 157:23
wardens 112:23
157:23 177:13
178:9
warranted 25:24
was-- 21:10 40:15
41:12 50:25
61:13 72:25
82:6 93:23
109:23,23
112:15 125:3
133:10 141:5
143:14 153:6
167:5 201:15
206:7
was--got 192:22
was--he 63:1
84:14
was--he'll 63:1
was--I 103:10
155:24
was--it 154:21
was--our 203:11
was--you 56:22
wasn't 23:14,22
39:20 50:24

| | | | | |
|---|---|---|---|---|
| 51:7 60:15 66:3 | 121:17,19 153:8 | 152:9,21 154:1,1 | 142:4 | why--why 85:23 |
| 66:14 74:11 | 185:13 194:7 | 154:20,22 | where--the 85:3 | wild 130:13 |
| 79:18 84:19 | 210:9 224:5,7 | 155:20 159:20 | whether-- 207:3 | Williams 26:7 |
| 86:3 87:18 89:7 | we've 74:22,22 | 161:13 164:5 | while--when | 81:2,14 157:12 |
| 89:15,23 100:17 | 87:25 147:13 | 176:16,22,22 | 139:11 | window 78:19,21 |
| 103:10 130:13 | 185:12 191:21 | 178:11,11 | while--while | 79:3,6 80:3 |
| 131:24 149:24 | 194:15 214:13 | 179:24 192:21 | 158:15 | 137:3 |
| 151:8 153:18 | 218:13 | 194:12 197:21 | White 1:10 2:23 | with-- 63:14 |
| 157:22 166:25 | We-- 128:7 | 207:22,23 213:9 | 58:13,24 64:9,10 | 170:18 |
| 171:7 173:25 | we--most 191:20 | 213:9,18 | 65:16 66:11,13 | with--with 131:16 |
| 174:6,21 175:5 | we--we 80:22 | went-- 72:15 | 67:22 68:12 | witness 5:11 6:13 |
| 177:20 180:1 | weapon 144:11,14 | were-- 19:5 54:11 | 69:7,17 70:7,21 | 6:17,19,24 7:2,9 |
| 196:25 202:24 | weapons 24:12 | 66:22 | 71:21,22 79:4,9 | 7:13,23 9:16,20 |
| 207:9 211:5 | 144:6 160:23,24 | were--you 100:12 | 79:22 82:2 | 10:25 17:11 |
| 213:12,21 221:6 | 161:8,18 | 216:14 | 119:23 120:4 | 18:12 25:1,9,16 |
| 221:9 222:24 | Webster--or | weren't 118:10 | 123:5,11,20 | 25:21 31:23 |
| 223:3 | 158:4 | 119:7 150:23 | 127:5 130:16,16 | 32:1,4,7 33:2,13 |
| wasn't-- 79:7 | Webster--the | 162:23 169:11 | 134:10,12,15 | 34:4,13,19 35:3 |
| 100:15 109:21 | 160:5 | 190:11 | 139:7 140:22,24 | 37:19 42:17,23 |
| 140:9 | Wednesday 125:5 | WESTERN 1:1 | 141:1,9 142:6,24 | 49:13 50:6 |
| watch 88:18 | 125:6 129:14 | wet 219:24 220:2 | 150:4 154:21 | 51:11 52:6,10 |
| watched 94:10 | Wednesday-- | What's-- 10:9 | 155:1,17 156:19 | 54:15,20,21 55:4 |
| 162:22 | 125:4 | what- 104:16 | 163:6 170:7,18 | 55:6,14 56:9 |
| watching 169:19 | week 13:9,9,13 | what-- 23:21 | 170:19 174:19 | 62:6,9 65:17,19 |
| 183:16 | 15:1 | 26:22 34:6 59:7 | 191:10 192:9 | 85:18 88:11,13 |
| water 165:14 | weeks 14:21 47:25 | 61:7 65:4 132:4 | 194:10 208:20 | 90:5 91:22 95:6 |
| way 25:20 35:17 | weights 107:20 | 132:22 165:5 | 211:17,19 212:3 | 95:16,19 102:16 |
| 35:18 42:15 | Well,-- 16:23 69:5 | 182:7 190:15 | 212:23 213:9 | 105:2 106:8,10 |
| 63:10 103:13,15 | went 13:15 15:14 | 191:23 198:13 | 214:21,25 215:3 | 108:2 113:11,14 |
| 103:17 104:23 | 15:14,25 16:4 | 210:4 223:5,5 | 223:1,12 | 116:16 120:14 |
| 113:20 136:15 | 19:22,22 20:15 | what--show | White's 68:20 | 121:12 122:7 |
| 138:4 142:17 | 21:25 62:22 | 147:19 | 83:4 | 126:8 127:24 |
| 155:21 159:24 | 66:7 72:20 79:6 | what--there's | White-- 142:4 | 128:18,21 |
| 199:8 | 84:11 93:9 | 161:8 | 175:1 | 132:16 133:1 |
| way-- 35:20 97:16 | 98:23 99:6 | what--what 21:8 | White--Moore | 140:22 141:21 |
| way--like 159:24 | 101:3,10 102:1,3 | 82:23 171:9 | 174:25 | 141:24 142:2 |
| we'll 9:24 52:23 | 103:20,21 | whatever--a | who-- 22:16 49:15 | 150:24 152:2 |
| 95:5 131:15 | 106:19 118:10 | 219:24 | 97:8 | 153:23 162:2,4 |
| 180:25 | 125:19 129:17 | whatever,-- 67:18 | who--where 97:10 | 167:17 175:20 |
| We'll-- 52:14 | 129:22 140:19 | wheelchair | who--who 28:6 | 178:25 179:4 |
| we're 7:5 35:10 | 143:23 144:9,24 | 216:21 217:6,10 | 80:24 83:18 | 182:2 185:3,5,7 |
| 45:14 78:9 | 144:25 145:3,5 | 217:14 218:22 | 100:24 169:3 | 191:25 192:2,7 |
| 87:21 96:12 | 146:15,15,25 | When-- 117:8 | whole-- 9:14 | 200:21 204:7 |
| 102:11,14,20 | 149:2 151:17 | when--when 93:7 | whole--the 7:6 | 208:20 212:8,10 |

212:13 214:2
217:20,21,23,24
218:3,8 219:14
220:3 221:22
223:7,10,25
**witnessed** 175:12
175:13 187:4
223:1
**wondering** 191:11
**word** 82:13 112:8
112:23 175:18
190:15
**words** 44:21 82:7
90:20 122:11
185:16,16
220:12
**wore** 24:4
**work** 12:16 13:14
13:23 17:8
26:17,17,20
27:18 28:11,12
28:13,13 35:18
43:16 46:1
70:22 71:1
72:12 95:5
120:6 125:2,6,18
129:18 132:6
144:24 177:3
195:10 197:24
208:8
**work--** 21:25
**work-wise** 118:24
**workday** 128:8
**worked** 8:13,14
11:24 12:14
13:20 24:21
35:25 38:14
61:5 62:11
64:22 69:10
118:23 124:24
125:4,6,25 127:8
127:12,14,15,16
129:2,7,12,22
131:1 166:8

203:16 205:18
206:12 207:19
210:23 211:2
**worked--** 129:7
**worker's** 45:8
**working** 8:8 11:2
11:8,23 12:19,23
13:9,17,18,20,23
24:10,13 28:9
31:13 48:14
49:22 51:9
74:12 107:21
119:6 125:3,15
125:19 131:25
166:17 176:17
177:5 179:6
197:9 206:5
**working--** 12:23
**workout** 48:5
107:13
**works** 114:25
119:3
**worried** 111:24
**worries** 155:13
**Would--** 128:15
**would--they'll**
23:23
**wouldn't** 105:21
106:14 132:7
174:5 185:19
205:11 206:8,15
215:6
**wrapped** 92:20
**write** 43:4 104:2
117:5,10 187:5
**write-ups** 32:24
42:12
**writing** 53:19
214:15
**written** 39:13,15
39:18,25 40:4,15
40:19 179:7
**wrong** 176:22
178:11

**wrong--that**
194:16
**wrote** 11:17 31:16
31:21 43:4
116:22 117:8

X

Y

**y'all** 21:19 81:23
83:17,23 84:11
88:1 145:24
146:11 148:6
178:6 183:10
216:14 219:1
**yeah** 9:18 11:18
13:19 14:1,4
15:19,21,21
17:10,14 18:12
19:13,22 20:1,1
21:7,22 22:3,18
24:17 25:3,12
26:3,5 31:12,18
31:25 32:4,7
33:14 34:9 35:3
36:2,9 37:15,20
40:11,12,20,23
41:12 44:17
46:19 48:22,23
51:5 52:6 54:20
54:25,25 55:18
57:13 59:6,11,24
60:5,13,16 61:19
64:8 65:7,14
66:25 67:6 71:7
73:19 74:16,22
86:8 88:3,7 89:7
89:23 90:5 91:1
92:2,6 94:24
95:1,3,6,10,17
95:19 96:10,15
101:17,22 102:4
105:7 106:10,11
108:19,21,23
109:1,10,15,24

112:1,11 113:7
113:15 115:21
115:23 116:4,20
116:20 118:9
121:1,13,18
123:25 124:2
127:18 128:18
129:7,11,21,21
130:9 132:16,22
136:4 137:12,14
141:17,24
142:21 148:4
153:23 159:7
160:5 161:7
165:4,10 167:18
167:23 173:10
173:12 174:12
174:19 175:16
175:24 176:1,3
179:3,5 182:12
184:5,16 185:3,7
185:17 191:14
192:19,20
193:24 194:9,21
196:1,4 197:1,3
197:8 198:9,11
199:14 202:18
202:20 203:2,2
204:7,8 206:3
207:2,9 211:25
213:15 214:2
215:9,14 220:13
221:23 222:9,9
224:4,8
**year** 8:10,11
56:23 57:1,2,4,5
57:8 125:17
**year's** 165:19
**year--** 57:3
**year,--** 53:11
**years** 12:4 202:5
205:21 216:6
**yesterday** 143:22
158:8 176:10

181:7
**Yesterday--**
175:23
**you're--** 34:20
73:13 89:18
109:3 209:17
**you're--if** 93:16
**you're--you're**
75:17
**you--** 9:13 11:15
22:24 30:4
38:14 39:24
57:12 58:9
65:24 68:4
71:12 73:17
80:17 87:15,18
91:2 92:22
99:14 112:1
128:6 130:25
138:7 140:2
141:22 142:9
146:2 161:11
165:25 168:25
178:5 191:22
199:16 201:1,16
206:16 216:5
220:22
**you--and** 147:17
**you--are** 94:20
176:4 211:19
**you--at** 107:17
**you--do** 103:20
**you--if** 25:23
**you--that** 173:1
205:10
**you--were** 59:17
**you--you** 33:15
40:8 60:2 94:14
96:14 107:5
134:25 142:23
151:5 170:16
**you--you're** 97:12
**you--you've** 43:20
**you--your** 57:20

| | | | | |
|---|---|---|---|---|
| **younger** 203:21 | 191:16 194:25 | 194:25 197:10 | 205:6 | **675** 2:6 |
| 203:22 | 196:8 197:5,10 | 215:2 | **444** 2:26 | |
| **your--** 128:22 | 198:22 | **2015,--** 196:8 | **49** 4:5 | **7** |
| 203:13 205:8 | **12th--that** 169:16 | **2015;--** 145:10 | | **7** 58:10 60:14 |
| 208:14 | **13** 12:6 37:13 38:3 | **2016** 8:11,12,12 | **5** | 63:18,23 64:6,10 |
| **your--in** 168:10 | **13(b)** 34:8 | 14:3,4 57:8 | **5** 28:13 65:22 66:3 | 65:17 66:12 |
| **your--the** 46:17 | **13th** 58:3 71:1 | **2017** 1:17 225:11 | 72:4,7,21 73:4 | 67:22 68:13,15 |
| **your--why** 85:23 | 124:17 127:5,14 | 226:2 | 73:13 75:21 | 68:21 69:7 |
| **your--your** 13:8 | 127:15,20 129:2 | **21** 4:6 52:17 54:1 | 111:18 149:2 | 70:22 73:5,18 |
| 24:4 90:17 | 129:3,9,10,13 | 54:2,3 | 151:9 152:21 | 74:13 77:7,7 |
| 91:11,25 110:22 | 131:15 132:1 | **22** 4:7 55:21 | 183:16 205:6 | 80:1 81:23 |
| 137:2 | 148:22 169:24 | **224** 225:9 | **5/6** 149:7,22 150:9 | 83:18 92:12,15 |
| **Youth** 8:3 | 173:24,25 | **23** 4:8 117:6,7 | 150:9,22 151:5 | 95:12 96:22 |
| | 183:17,21 | **24** 49:11 50:2 | 151:17 152:9 | 98:24 99:6 |
| **Z** | 194:25 195:22 | **27** 132:19,21 | 153:16 154:2 | 110:19 111:5,19 |
| **Z** 164:12,16 | 195:22 196:8 | 133:2 | **5:45** 26:18,23 | 119:9,25 130:11 |
| | 197:6,10 | | 71:1 128:11 | 134:9,16 138:20 |
| **0** | **14** 12:6 | **3** | 129:1 152:10,15 | 149:6,16,17,23 |
| **03/16/1991** 14:6 | **142** 150:19 | **3** 28:13 75:22 | 154:1 | 151:7,11 152:6 |
| | **1434** 225:21 | 79:25 80:7 | **5:55** 27:13,16 | 152:19 154:16 |
| **1** | **14th** 127:15 | 154:19 155:24 | **5:56** 27:13 | 154:23 155:20 |
| **1** 28:9 75:21 225:9 | **15** 53:25 54:4 | **3:16-CV-01007** | **5:57** 80:20 | 169:12,25 179:8 |
| **1--no** 75:20 | 97:18 | 1:6 | **52** 4:6 | 204:21 205:7 |
| **1,100** 181:9 | **16** 95:11 101:20 | **3:16-CV-011405** | **55** 4:7 | 212:3 215:1 |
| **1:56** 225:12 | 102:20 | 1:11 | | 216:15 217:1 |
| **10** 130:19,20,21 | **1628** 2:19 | **30** 1:17 34:17 35:9 | **6** | 218:23 |
| **10-910** 138:23 | **1791** 2:12 | 38:6,7 | **6** 28:13 46:1 65:22 | **7,--** 78:2 |
| **10/13/2015** 95:12 | **18** 4:3 35:9 38:4 | **30th** 225:11 | 66:3,21 72:4,7 | **7:02** 95:22 |
| **10:30** 133:15 | **18:30** 77:8 | **315** 107:22,24 | 72:21 73:4,13 | **7:02:58** 96:12 |
| **100** 2:26 | **19** 4:4 37:25 | **32** 34:17 35:9 38:6 | 75:20 76:7 | **7:04:07** 96:18 |
| **103** 51:20 | | 38:7 | 80:18,20 82:22 | **7:04:24** 102:8 |
| **106** 7:20 51:21,22 | **2** | **35** 4:3 | 111:18 124:24 | **7:08** 103:15 |
| 51:22 | **2** 8:6 28:9 | **36** 32:25 34:17 | 124:24 127:12 | **7:08:20** 102:20 |
| **111** 1:21 225:10 | **20** 4:5 49:25 | 35:9 38:6,7 | 127:12,13,14,15 | **7:10** 103:1 |
| **117** 4:8 | **2012** 12:6 | **37** 4:4 | 127:15,21 | **7:16** 101:20 |
| **11th** 127:12 226:2 | **2015** 8:11,19,22 | **37:2554** 225:8 | 128:10 129:2,5,6 | **711** 01 2:6 |
| **12** 37:13 38:3 | 12:22 14:2,19 | **38** 33:8 34:17 35:9 | 129:24,24 130:7 | **711** 11 2:26 |
| **12/16/15** 54:5 | 48:14 49:10 | 38:6,7 | 131:25,25 | **71201** 1:21 225:11 |
| **123** 3:6 | 58:3 64:22 | **395** 116:14 117:7 | 148:25 149:2 | **71203** 8:1 |
| **12th** 58:3 119:23 | 107:18 119:6 | **396** 116:21 | 151:9 152:21 | **71210-0123** 3:7 |
| 127:9,11,13,14 | 124:18 125:16 | | 183:16 205:6 | **71309-1791** 2:12 |
| 128:4,12 129:1,8 | 127:5,9,20 144:1 | **4** | **6:00** 27:18 154:1 | **71418** 2:20 |
| 130:18,19 | 145:6,7,18 146:9 | **4** 28:13 75:23,23 | 154:3,4 | |
| 131:14 133:14 | 171:13 173:24 | 79:25 80:7 | **6:07:31** 88:17 | **8** |
| 173:24,25 | | 154:19 155:24 | **6:08:48** 88:23 | **80000_1014_2** |

Jeremy Runner
August 30, 2017

88:17

9

9:15 225:12
92160 1:25
99 184:1

# Richwood Correctional Center, L.L.C.

*180 Pine Bayou Circle
Richwood, LA 71202
Tel. (318) 325-8409    Fax (318) 325-5186*

*Johnny Creed*
*Chief of Operations*

*Ray Hanson*
*Warden*

Date:     November 3, 2015

To:       C/O Jeremy Runner

From:     Warden Ray Hanson

Re:       **Payroll Suspension**

On Saturday, October 17, 2015, at 5:24 a.m., you, C/O Jeremy Runner, entered the booking area while a female city arrestee was present and made some unwanted, unsolicited comments. These comments you, C/O Runner, made  offended the arrestee as well as the employees present. You, C/O Runner, are in violation Rule # 13 (B) – Malfeasance-Aggravated.

*Due to the seriousness of this offense along with three (3) other violations within the year, the employee is hereby suspended for a period of _2_ workdays. In lieu of being sent home, the amount of pay that would be lost by being sent home will be deducted from the employee's pay and he/she will continue to work his/her assigned schedule. The amount of money to be deducted will be $ ▓▓▓▓ (2 day suspended x 12 hours worked per day pay rate = ▓▓▓▓total to be deducted). This amount will be deducted over __3__ pay periods at a rate of ▓▓▓▓ per pay period until the full amount has been deducted. Deductions will begin with the next paycheck.*

C/O Runner, you are being referred to Dr. Hanser for counceling on inappropriate conduct within the facility.

It is my hope that this payroll suspension will remind you that your attention to the job is critical to the proper functioning of this institution.

cc:     File



EXHIBIT
18
Runner

RCC/RUNNER 32

# Richwood Correctional Center, L.L.C.

*180 Pine Bayou Circle*
*Richwood, LA 71202*
*Tel. (318) 325-8409    Fax (318) 325-5186*

**Johnny Creed**
**Chief of Operations**

**Ray Hanson**
**Warden**

TO:        **Warden Ray Hanson**

FROM:    **Robert Hanser, Ph.D.**

DATE:    **11-23-2015**

RE:        **Mr. Jeremy Runner**

On Wednesday evening, November 18th, 2015, I met with Mr. Jeremy Runner and discussed issues related to gender-based communication, sexual harassment, and workplace behavior. I conducted a session where various aspects of perception in regard to sexualized comments were addressed and the means by which 3rd parties can view such comments as part-and-parcel to a hostile or unwelcome workplace environment.

In addition, issues related to humor, horseplay, and the need to maintain professional bearing in the correctional environment were discussed.

Mr. Runner was receptive to the training and to the discussions that followed.

Sincerely,

Robert D. Hanser, Ph.D.
Richwood Correctional Center

RCC/RUNNER 30

# RICHWOOD CORRECTIONAL CENTER

### DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS

## UNUSUAL OCCURRENCE REPORT

| NAME: | City Arrestee | LOCATION: Booking | DATE: 10/17/2015 | TIME: 5:24AM |
|---|---|---|---|---|
| LOCATION OF INCIDENT: | | WITNESSES: C/O AL 'Darrius McCarthy | | |

| ASSAULT ON STAFF | MAJOR DISTURBANCE | ROOF SHAKEDOWN | PROTECTION REQUESTED | MAINTENANCE |
|---|---|---|---|---|
| AGG. WORK OFFENSE | SEX OFFENSE | SHIFT SHAKEDOWN | VIOLENT DEATH | REPAIR REQUEST |
| AGGRAVATED FIGHT | USE OF FORCE | FRONT GATE SHAKEDOWN | DEATH DUE TO ILLNESS | FENCE CHECK |
| FIGHT | MINOR DISTURBANCE | MATTRESS SHAKEDOWN | MENTAL HEALTH | WEEKLY INSPECTION |
| ESCAPE | SEARCH OF INMATE | GROUNDS SHAKEDOWN | MEDICAL | MONTHLY INSPECTION |
| CONTRABAND | | | | |
| CHEMICAL AGENTS USED | | MECHANICAL RESTRAINT(S) USED | | |

### TYPE OF INCIDENT CHECK APPROPRIATE BOX (ES)

Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary)

On the above day and approximate time, I C/O Watson was in booking, when c/o Jeremy Runner walked in the office and asked for a piece of sausage I told him to go in the kitchen and get some he then stated "It smells like sweaty pussy in here". At the time of the incident there was a female city arrestee (Ashley Jenkins) in the office. She stated that she felt disrespected and wanted to speak with the supervisor. I informed Lt. Hardwell of the situation. An hour later C/o Runner came back in the office of booking and the arrestee asked to see his badge and she was going to make a complaint on him, he told her "he don't give a fuck". I ask C/o Runner to get out 4 times he ignored and continue to argue with the arrestee. He continue to argue with the city arrestee until I called for RC7 on the radio and he walked out and shut the door. I informed Lt. Hardwell of the situation.

REPORTING OFFICER

10|17|2015   5:48AM
DATE AND TIME COMPLETED

RCC/RUNNER 36

I C/o Jeremy Runner went into the booking area about 5:45 A.m. Saturday morning when there wire two arrestees in the booking area. I did before went in booking area to turn in my bed books I C/o Runner did Stated that "it smelled like "sweaty Passy" which I was out of line, but, it was in a joking manner. I then left and came back to booking to bring out Unit 7 out for Chow. I seen an arrestee that was her before that came out of Unit 7 I C/o Runner then went in booking after Chow was over to ask C/o McCarty what was the arrestee in Unit 7 was in here for. Then the female arrestee ask to see my I.D. bage I showed her my baged then She said "I'll remember that name." I C/o Runner then ask "for what" She said that I was rude, about the Statement I made I C/o Runner told the arrestee that I was joking and she just went off on me. I did said something back to her, but it wasn't nothing that she did I then left before C/o Watson called for RC 7.

End of Report

Jeremy R          10-20-15

RCC/RUNNER 38

**RICHWOOD CORRECTIONAL CENTER**
**NEW EMPLOYEE STAFF DEVELOPMENT AND OJT TRAINING CHECKLIST**

Employee Name C/O ___Jeremey Kinner___ Assignment _____ Date __1: 23. 2015__

Training Officer (s) __L. Gerald  Vardell__

The above named employee has successfully completed the following Training Programs:

STAFF DEVELOPMENT TRAINING

| | | DATE COMPLETED | EMPLOYEE INITIAL | TRAINER INITIAL |
|---|---|---|---|---|
| 1 | EMPLOYEE PERSONNEL MANUAL TRAINING | 1· 23· 15 | J.P. | GxH |
| 2 | OFFENDER HANDBOOK TRAINING | 1· 23· 15 | J.P. | GH |
| 3 | EMPLOYEE & OFFENDER BOUNDRY TRAINING | 1· 23· 15 | J.P | GH |

ON THE JOB TRAINING

| 4 | COUNT PROCEDURES | | | |
|---|---|---|---|---|
| | Count periods explained | 1· 23· 15 | J.P | GH |
| | Count conducted with OJT Officer | 1· 23· 15 | | GH |
| | Bed Counts (see flesh) | 1· 23· 15 | | GH |

| 5 | RADIO PROCEDURES | | | |
|---|---|---|---|---|
| | Proper use of radio | 1· 23· 15 | | GH |
| | 10 codes explained | 1· 23· 15 | | GH |
| | Cautioned about radio abuse | 1· 23· 15 | | GH |

| 6 | CONTROL CENTER/CONTROL ROOMS | | | |
|---|---|---|---|---|
| | Control Center procedures explained | 1· 23· 15 | | GH |
| | Observation cameras explained | 1· 23· 15 | | GH |
| | Movement sheets | 1· 23· 15 | | GH |
| | Disciplinary Court | 1· 23· 15 | | GH |
| | Transportation Logs | 1· 23· 15 | | GH |
| | Forms for inmates | 1· 23· 15 | | GH |
| | Mail and money orders | 1· 23· 15 | | GH |
| | Key control | 1· 23· 15 | | GH |
| | Inmates telephones/television | 1· 23· 15 | | GH |
| | Special management cell monitoring | 23· 15 | | GH |
| | Housing unit observations | 1· 23· 15 | | GH |

| 7 | LOG BOOKS | | | |
|---|---|---|---|---|
| | Purpose of logbooks | 1· 23· 15 | | GH |
| | Inmate movements | 1· 23· 15 | | GH |
| | Housing Units activites | 1· 23· 15 | | GH |
| | Dating and signing of log books | 1· 23· 15 | | GH |

| 8 | USE OF RESTRAINTS | | | |
|---|---|---|---|---|
| | Purpose of restraints | 1· 23· 15 | | GH |
| | Handcuffs | 1· 23· 15 | | GH |
| | Leg irons | 23· 15 | | GH |
| | Waist chains | 1· 23· 15 | | GH |

EXHIBIT
19
Runner
FERRARO 800-631-6989

RCC/RUNNER 12

**RICHWOOD CORRECTIONAL CENTER**
**NEW EMPLOYEE STAFF DEVELOPMENT AND OJT TRAINING CHECKLIST**

| | | DATE COMPLETED | EMPLOYEE INITIAL | TRAINER INITIAL |
|---|---|---|---|---|
| 9 | **KEY CONTROL** | | | |
| | Security of keys | 1·23·15 | J.R. | |
| | Key usage and storage | 1·23·15 | J.R. | Qu4 |
| | Key control box | 1·24·15 | J.R. | Cu4 |
| | Logging key rings | 1·24·15 | J.R. | Cu4 |
| | Unauthorized passing of keys | 1·24·15 | J.R. | Cu4 |
| 10 | **FLAMMABLE, TOXIC, CAUSTIC CONTROL** | 1·24·15 | J.R. | Cu4 |
| | Proper use Use and monitoring | 1·24·15 | J.R. | Cu4 |
| | 10 codes e inventories | 1·24·15 | J.R. | Cu4 |
| 11 | **INVENTORY OR PROPERTY** | | | |
| | Purpose | 1·24·15 | J.R. | Cu4 |
| | Security of property | 1·24·15 | J.R. | Cu4 |
| | Inmate property inventory sheets | 1·24·15 | J.R. | Cu4 |
| | Verification of signatures | 1·24·15 | J.R. | Cu4 |
| 12 | **FORM USAGE** | | | |
| | FTC inventory | 1·24·15 | J.R. | Cu4 |
| | Tool control | 1·24·15 | J.R. | Cu4 |
| | UOR | 1·24·15 | J.R. | Cu4 |
| | Disciplinary Reports | 1·24·15 | J.R. | Cu4 |
| | Accident reports | 1·24·15 | J.R. | Cu4 |
| | Employee action forms | 1·24·15 | J.R. | Cu4 |
| | Special Management forms | 1·24·15 | J.R. | Cu4 |
| | Shakedown forms | 1·24·15 | J.R. | Cu4 |
| 13 | **HOUSEKEEPING** | | | |
| | Importance explained | 1·24·15 | J.R. | Cu4 |
| | Inmates assignments | 1·24·15 | J.R. | Cu4 |
| | Inspections | 1·24·15 | J.R. | Cu4 |
| 14 | **EMPLOYEE RULES** | | | |
| | Explained | 1·24·15 | J.R. | Cu4 |

**OJT OFFICER'S EVALUATION:**

_____

Forward original to Office Manager for Employee Personnel File. Forward copy to Employee's supervisor.

_____        _____
OJT Officer Signature            Employee Signature

RCC/RUNNER 13

# Annual Employee Evaluation

**Employee:** Jeremy Bonner

**Department:** Mainbuilding(B)Hall

**Reviewer:** Gerald Hardwell, Lt

**Date:** 11·14·2015

**Date of Last Report:**

| | Excellent | Good | Fair | Poor |
|---|---|---|---|---|
| Attendance | | | | |
| Attitude Toward Inmates | | X | | |
| Communication Skills | | X | | |
| Cooperation | | X | | |
| Creativity | X | | | |
| Dependability | | | X | |
| Enthusiasm | | | X | |
| Honesty | | | | |
| Policy & Procedure Commitment | | | X | |
| Productivity | X | | | |
| Punctuality | | | X | |
| Technical Skills | X | | | |
| Work Quality | | | | |
| Work Consistency | | X | | |
| Working Relations To Fellow Officers | | X | | |
| Other | | X | X | |

**Comments:**

_Employee's Signature_

_Reviewer's Signature_


EXHIBIT
20

RCC/RUNNER 24

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

ERIE MOORE, JR., TAMARA
GREEN AND TIFFANY ROBINSON

CIVIL ACTION NO: 3:16-CV-01007

VERSUS

JUDGE ROBERT G. JAMES

LaSALLE CORRECTIONS, INC.,
ET AL.

MAG. JUDGE KAREN L. HAYES

Consolidated for Discovery Purposes Only With:

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

LARA J. WHITE

CIVIL ACTION NO: 3:16-CV-011405

VERSUS

JUDGE ROBERT G. JAMES

LASALLE CORRECTIONS, INC.,
ET AL.

MAG. JUDGE KAREN L. HAYES

# SUBPOENA TO TESTIFY AT DEPOSITION
# AND SUBPOENA DUCE TECUM

TO:  Jeremy Runner
     2701 Sterlington Road, Apt. 103
     Monroe, Louisiana 71203

YOU ARE HEREBY COMMANDED to appear in the United States District Court
at the place, date, and time specified below to testify in the above case.

PLACE:
Duke Copeland Court Reporting
111 Hudson Lane, Suite A
Monroe, Louisiana 71201

DATE & TIME:
Wednesday, August 30, 2017
9:00 A.M. Central Standard Time



YOU ARE HEREBY COMMANDED to produce the following:

1.  Any and all employee handbooks issued to you by LaSalle Corrections, LLC or Richwood Correctional Center.
2.  Any and all operations manuals related to LaSalle Corrections, LLC or Richwood Correctional Center.
3.  Any and all training materials relating to LaSalle Corrections, LLC or Richwood Correctional Center.
4.  Any and all witness statements or reports relating to any event at LaSalle Corrections, LLC or Richwood Correctional Center.
5.  Any and all separation papers and discipline documents received by you from LaSalle Corrections, LLC or Richwood Correctional Center.

Questions relative to this subpoenas may be addressed to:
Attorney : Nelson W. Cameron
Address  : 675 Jordan Street
           Shreveport, Louisiana 71101
Telephone: (318) 226-0111

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

BY:_____
(Attorney or Clerk of Court)

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
    (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
    (2)    (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or

inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying for any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)   (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)  fails to allow reasonable time for compliance;

(ii)  requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv)  subjects a person to undue burden.

(B)  If a subpoena

(i)  requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)  requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena,

quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the courts may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce shall produce them as they are kept in the usual course of business or shall organize and label them to correspond to the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## RETURN OF SERVICE

Served on:                Fees Tendered _____

DATE:                     Location:

---

                          Statement of Service Fees

TRAVEL:                   SERVICES:                    TOTAL:

---

                          Declaration of Server

I declare under penalty of perjury that the foregoing information is true and
correct!

Date:                     Signature:_____

                          Name of Server:
                          Address of Server:

FACILITY NAME:    Richwood Correctional Center

## EMPLOYEE TERMINATION CHECKLIST

Scan and email these documents to the Payroll dept: lmay@lasallecorrections.com

by the next business day after termination.

EMPLOYEE Jeremy Runner

POSITION  C/O

LAST DAY WORKED 12/13/15

DATE OF TERMINATION 12/16/15

1. Personnel Status Change

2. Termination Report (General statement from whoever terminated the employee or whoever received the employee's resignation)

3. Reprimand forms if any

4. Employee Written Resignation (If possible)

5. Timecard showing the employee's final punch time with the employee's signature and the Warden's approval

FILE WAS SENT TO PAYROLL DEPT BY

SIGNATURE

DATE 12/21/15



EXHIBIT

22

PENGAD 800-631-6989

RCC/RUNNER 15

# Richwood Correctional Center

## UNUSUAL OCCURRENCE REPORT

| NAME: Eric Moore Vernin White | DOC# City Arrestees | DORM/CELL Lockdown #7 | DATE: 10/13/2015 | TIME: 6:04 PM |
|---|---|---|---|---|
| LOCATION OF INCIDENT: Lockdown#7 | | WITNESSES: | | |

### TYPE OF INCIDENT CHECK APPROPRIATE BOX (ES)

| | | | | | |
|---|---|---|---|---|---|
| ASSAULT ON STAFF | MAJOR DISTURBANCE | ROOF SHAKEDOWN | | PROTECTION REQUESTED | MAINTENANCE |
| AGG. WORK OFFENSE | SEX OFFENSE | SHIFT SHAKEDOWN | | VIOLENT DEATH | REPAIR REQUEST |
| AGGRAVATED FIGHT | USE OF FORCE | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | FENCE CHECK |
| FIGHT | MINOR DISTURBANCE | MATTRESS SHAKEDOWN | | MENTAL HEALTH | WEEKLY INSPECTION |
| ESCAPE | SEARCH OF INMATE | GROUNDS SHAKEDOWN | X | MEDICAL | MONTHLY INSPECTION |
| CONTRABAND | OTHER: | | | | |
| CHEMICAL AGENTS USED | | MECHANICAL RESTRAINT(S) USED | | | |

Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary)

On the above date and at the approximate time: Before receiving keys after shift change, I, C/O Jeremy Runner went to the observe lockdown #7 and Arrestee Eric Moore was at the window. Arrestee Moore's body and face covered the window so I did not see anyone else in the cell. I, C/O Jeremy Runner put my lunch in 5&6 Control then I went towards 3&4 Control to check out my keys. I, C/O Runner went back to the window of Lockdown #7 and observed arrestee Vernin White shaking on the floor directly underneath the camera. Arrestee White was bleeding from the mouth. I, C/O Runner saw Sgt. Reginald Williams at the key hatch of 3&4 Control and asked for assistance. Sgt. Williams immediately called fellow officers for assistance. I, C/O Runner, Sgt. Reginald Williams, Lt. Christopher Loring, Lt. Gerald Hardwell, and C/O Reginald Curley immediately responded. Upon entering the cell I, C/O Runner observed arrestee Eric Moore excreting feces while squatting over a pile of matress filling in front of his bed. Arrestee Moore stated " When I get done"' and also stating "He belong to me!" Arrestee Moore failed to comply after being give several direct verbal orders to get on the floor! Lt. Loring administered a 1-second burst of chemical agent to the facial area of arrestee Moore. I, C/O Runner, placed arrestee Moore on the floor with a push from my hand to his head and he just fell on the floor so Sgt. Williams and myself could pull arrestee White out of the dorm. Once arrestee Moore was pulled from Lockdown #7, he was tended to by the on duty nurse. END OF REPORT.

REPORTING OFFICER/TITLE

10/13/2015   6:04 Pn
DATE AND TIME COMPLETED


EXHIBIT
23

RCC 395