# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **ERIE MOORE, JR., ET AL.** | **CIVIL ACTION NO. 3:16-CV-01007** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LASALLE CORRECTIONS, INC., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the pending Motion for Summary Judgment filed by Defendants Ray Hanson ("Hanson"), Archie Aultman ("Aultman"), Richwood Correctional Center, LLC ("Richwood"), and LaSalle Management Company, LLC ("LaSalle") (collectively "Defendants") [Doc. No. 237] is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that, to the extent Defendants Hanson and Aultman move for summary judgment as to the claims against them on the basis of supervisory liability, failure to provide medical care, failure to intervene, and failure to properly classify, Defendants' motion is **GRANTED**, and those claims against Defendants Hanson and Aultman are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that, to the extent Defendants Hanson and Aultman move for summary judgment as to the § 1983 conspiracy claims

against them, the motion is **GRANTED**, and all § 1983 conspiracy claims against them are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that, to the extent Defendants Hanson and Aultman move for summary judgment dismissing all of Plaintiffs' claims against them on the basis of qualified immunity, the motion is **GRANTED**, and all claims against them are **DISMISSED WITH PREJUDICE** on the basis of qualified immunity.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that, to the extent Defendants move for summary judgment dismissing all of Plaintiffs' claims against them on the basis of the good faith defense, the motion is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that, to the extent Defendants move for summary judgment dismissing all of Plaintiffs' claims against them for punitive damages under federal or state law, the motion is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that, to the extent Defendants LaSalle and Richwood move for summary judgment dismissing all of Plaintiffs' claims against them for punitive damages under federal or state law, Defendants' motion is **GRANTED**, and those claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that, to the extent Defendants LaSalle and Richwood move for summary judgment dismissing all of Plaintiff's direct § 1983 claims against them, the motion is **GRANTED**, and those claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that, to the extent the Court has dismissed state law claims against individual Defendants for whom Plaintiffs alleged that LaSalle and Richwood were vicariously responsible, LaSalle and Richwood's motion is

**GRANTED**, and those claims against LaSalle and Richwood based on vicarious liability are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion is otherwise **DENIED**.

MONROE, LOUISIANA, this 30th day of October, 2020.

_____
**TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE**