UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ERIE MOORE, JR., ET AL.** | **CIVIL ACTION NO. 3:16-CV-01007** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LASALLE CORRECTIONS, INC., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the City of Monroe's Motion for Summary Judgment [Doc. No. 247] is **GRANTED**. Plaintiffs' claims against the City are **DISMISSED WITH PREJUDICE** in their entirety.

MONROE, LOUISIANA, this 30th day of October, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE