UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ERIE MOORE, JR., ET AL.** | **CIVIL ACTION NO. 3:16-CV-01007** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LASALLE CORRECTIONS, INC., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**MEMORANDUM ORDER**

Currently pending is a Motion for Attorney's Fees filed by Defendants Roy Brown, Alton Hale, Kenneth Hart, William Mitchell, and Danielle Walker (collectively "Defendants") [Doc. No. 372].

On October 30, 2020, this Court issued final judgments, ruling in favor of Defendants and dismissing Plaintiffs' claims in this lawsuit. [Doc. Nos. 348, 349, 350, 351]. On November 13, 2020, Defendants filed a Motion for Attorney's Fees [Doc. No. 372], through which they seek an award of attorney's fees as the prevailing parties in this matter.

On November 24, 2020, Plaintiffs filed a Notice of Appeal [Doc. No. 379], thereby instituting an appeal to the U.S. Fifth Circuit Court of Appeals from this Court's October 30, 2020 judgments.

After having considered this matter, this Court believes that it would be in the interest of judicial economy and prudent to wait and consider the attorney's fees issue after the appeal has been resolved. *See Trahan v. Melancon*, No. 6:14-cv-00722 (2017) U.S. Dist. Lexis 50552 (W.D. La. March 31, 2017); *Colonial Oaks Assisted Living v. Hannie Development, Inc.,* No. 6:18-cv-01606, 2019 WL 7290951, (W.D. La. December 27, 2019). Accordingly,

.

**IT IS ORDERED** that Defendants' Motion for Attorney's Fees [Doc. No. 372], is **DENIED,** without prejudice, subject to the Defendants' right to reassert the motion within sixty (60) days after the appeal of the merits is resolved.[1]

Monroe, Louisiana this 3rd day of December, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] Defendants have preserved the issue by filing their motion for attorney's fees within the time required.