UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| ERIE MOORE, JR., ET AL. | § | CIVIL ACTION NO: 3:16-CV-01007 |
| | § | |
| VERSUS | § | JUDGE TERRY A. DOUGHTY |
| | § | |
| LaSALLE CORRECTIONS, INC., ET AL | § | MAG. JUDGE KAYLA MCCLUSKY |

## ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED that Defendant's, RODERICK DOUGLAS, Motion Regarding Remaining Claims is GRANTED and the Court finds that the issues and claims remaining before the Court are as described in the Defendant's Memorandum in Support.

THUS DONE AND SIGNED in Monroe, Louisiana, this ____ day of _____, 2023.

_____
HONORABLE TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE