## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**ERIE MOORE JR ET AL**                  **CASE NO. 3:16-CV-01007**

**VERSUS**                                       **JUDGE TERRY A. DOUGHTY**

**LASALLE CORRECTIONS INC ET AL**     **MAG. JUDGE KAYLA D. MCCLUSKY**

### ORDER

Considering the foregoing Unopposed Motion to Withdraw Rule 72 Objection [Doc. No. 426],

**IT IS ORDERED** that the Motion is **GRANTED**, and [Doc. No. 424] is hereby **WITHDRAWN** from the record.

MONROE, LOUISIANA, this 30th day of October 2023.

                                               Terry A. Doughty
                                               United States District Judge