**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ERIE MOORE, JR., ET AL.** | **CIVIL ACTION NO: 3:16-CV-01007** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LaSALLE CORRECTIONS, INC., ET AL.** | **MAG. JUDGE KAYLA MCCLUSKY** |

**NOTICE OF FILING DEPOSITION TRANSCRIPTS FOR USE AT TRIAL**

TO THE HONORABLE COURT:

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully submit this Notice of Filing Deposition Transcripts for Use at Trial in compliance with the Court's August 15, 2025 Order [Doc. No. 565] and the directives set forth in the Pretrial Conference Minutes [Doc. No. 503].

Pursuant to the Court's August 15, 2025 Order, Plaintiffs hereby file the attached deposition transcripts for use at trial.

All parties, except for Christopher Loring, have included the portions they wish to include for trial, and all objections and responses from all participating parties are contained in the margins through Adobe PDF comments embedded in each deposition transcript document. The Court can view these objections and responses by:

1. Opening the PDF documents in Adobe Acrobat or Adobe Reader

2. Enabling the Comments panel (View → Tools → Comment)

3. Reviewing the highlighted text and associated comment annotations

This format complies with the Court's instruction that objections be "noted in the margins" while utilizing modern electronic filing capabilities to ensure clarity and accessibility. All participating parties have completed their collaborative review process as outlined in the Pretrial Conference Minutes.

The following deposition transcripts are hereby filed with the Court for use at trial:

1. Danielle Walker

2. Johnny Creed

3. Yolanda Jackson

4. Rodney Cooper

Respectfully submitted,

For Plaintiffs Erie Moore, Jr., Tamara Green, and Tiffany Robinson.

s/ Omar G. Qureshi
Signature of Attorney for Plaintiffs

Name:   Max A. Schoening  (No. 01283)
        Omar G. Qureshi (Temp No. 918456)
Firm:   Qureshi Law PC
Address:   700 Flower Street, Suite 1000
        Los Angeles, California 90017
Telephone:   (213) 786-3478

s/ Nelson W. Cameron
Signature of Attorney for Plaintiffs

Name:   Nelson W. Cameron (No. 01283)

Firm:   Nelson Cameron Law Offices
Address:   675 Jordan Street
        Shreveport, Louisiana 71101

2

Telephone:   (318) 226-0111