UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ERIE MOORE JR ET AL** | **CASE NO. 3:16-CV-01007** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LASALLE CORRECTIONS INC ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### MINUTES OF COURT:
Jury Trial – Day 1

| | | | |
|---|---|---|---|
| Date: | October 6, 2025 | Presiding: Judge Terry A. Doughty | |
| Court Opened: | 8:30 a.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 6:30 p.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | 9:00 | Courtroom: | CR2 |

### APPEARANCES

| | | |
|---|---|---|
| Max A Schoening | For | Plaintiffs |
| Omar G Qureshi | For | Plaintiffs |
| Nelson Welch Cameron | For | Plaintiffs |
| Brandon Wade Creekbaum | For | City of Monroe |
| Lavalle Bernard Salomon | For | Christopher Loring |
| H Bradford Calvit | For | Remaining Defendants: Hardwell, Williams, Runner, Foster, Curley, Mitchell, Richwood Correctional Center, LaSalle Management Co L L C |
| Eli Jules Meaux | For | Remaining Defendants |
| John D Ryland | For | Remaining Defendants |
| Deirdre C McGlinchey | For | Remaining Defendants |
| Brandon B Brown | For | Remaining Defendants |

### PROCEEDINGS

**CASE CALLED:**

JURY TRIAL DAY 1

**PROCEEDINGS**:
**Hearing held outside presence of jury re: Motion to Reorder the Venire (Doc 621)**
Jurors Selected and Sworn
Witnesses Sequestered
Opening Statements by Plaintiff and Defendant

**RULINGS/COMMENTS:**
Oral Order denying Motion.
Counsel instructed to return at 8:30 a.m. on Tuesday.  Jurors instructed to return at 9:00 a.m. on Tuesday.