# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**ERIE MOORE JR ET AL**                          **CASE NO. 3:16-CV-01007**

**VERSUS**                                        **JUDGE TERRY A. DOUGHTY**

**LASALLE CORRECTIONS INC ET AL**                **MAG. JUDGE KAYLA D. MCCLUSKY**

## MINUTES OF COURT:
### Jury Trial – Day 4

| | | | |
|---|---|---|---|
| Date: | October 9, 2025 | Presiding: | Judge Terry A. Doughty |
| Court Opened: | 8:55 a.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 4:30 p.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | 6:00 | Courtroom: | CR2 |

## APPEARANCES

| | | |
|---|---|---|
| Max A Schoening | For | Plaintiffs |
| Omar G Qureshi | For | Plaintiffs |
| Nelson Welch Cameron | For | Plaintiffs |
| Brandon Wade Creekbaum | For | City of Monroe |
| Lavalle Bernard Salomon | For | Christopher Loring |
| H Bradford Calvit | For | Remaining Defendants: Hardwell, Williams, Runner, Foster, Curley, Mitchell, Richwood Correctional Center, LaSalle Management Co L L C |
| Eli Jules Meaux | For | Remaining Defendants |
| John D Ryland | For | Remaining Defendants |
| Deirdre C McGlinchey | For | Remaining Defendants |
| Brandon B Brown | For | Remaining Defendants |

## PROCEEDINGS

**CASE CALLED:**
JURY TRIAL DAY 4

**PROCEEDINGS**:
Testimony & evidence for the plaintiff continued.

**RULINGS/COMMENTS:**
Order that USMS check on subpoenaed witness who has become unavailable due to illness.
Court recessed until 9:00 a.m. on Friday