**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ERIE MOORE JR ET AL** | **CASE NO. 3:16-CV-01007** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LASALLE CORRECTIONS INC ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**MINUTES OF COURT:**
**Jury Trial – Day 9**

| | | | |
|---|---|---|---|
| Date: | October 17, 2025 | Presiding: | Judge Terry A. Doughty |
| Court Opened: | 8:00 a.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 5:50 p.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | 8:30 | Courtroom: | CR2 |

## APPEARANCES

| | | |
|---|---|---|
| Max A Schoening | For | Plaintiffs |
| Omar G Qureshi | For | Plaintiffs |
| Nelson Welch Cameron | For | Plaintiffs |
| Brandon Wade Creekbaum | For | City of Monroe |
| Lavalle Bernard Salomon | For | Christopher Loring |
| H Bradford Calvit | For | Remaining Defendants: Hardwell, Williams, Runner, Foster, Curley, Mitchell, Richwood Correctional Center, LaSalle Management Co L L C |
| Eli Jules Meaux | For | Remaining Defendants |
| John D Ryland | For | Remaining Defendants |
| Deirdre C McGlinchey | For | Remaining Defendants |
| Brandon B Brown | For | Remaining Defendants |

## PROCEEDINGS

**CASE CALLED:**
JURY TRIAL DAY 9

**PROCEEDINGS**:
Testimony & evidence for the defendant completed.
Defendants case rested.
No rebuttal from plaintiffs.
Plaintiffs case rested.

**MOTIONS:**
Oral Motion for Judgment as a Matter of Law by plaintiffs.
Renewed motion for Judgment as a Matter of Law by all defendants.

**RULINGS/COMMENTS:**
Plaintiff's Motion for Judgment as a Matter of Law was granted in part and denied in part as orally stated on the record.
Defendants' renewed motions denied as previously stated.
Charge conferences held outside presence of the jury.