UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ERIE MOORE JR ET AL                     CASE NO. 3:16-CV-01007

VERSUS                                  JUDGE TERRY A. DOUGHTY

LASALLE CORRECTIONS INC ET AL           MAG. JUDGE KAYLA D. MCCLUSKY

### VERDICT FORM – PUNITIVE DAMAGES

1. The punitive damages against LaSalle Management Company, LLC and Richwood Correctional Center, LLC are:

$ 23.25 MM    ($23,250,000)

Presiding Juror Signature: **REDACTED**

Date: 10·21·25